Ronald H. Freshman, Esq., SBN #225136
Law Office of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone:  858-756-8288
Facsimile:  206-424-0744

Attorney for Anthony P. Dicus and Lilia E. Dicus

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

ANTHONY P. DICUS and LILIA E. LOPEZ,

         Debtors,

        V.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF THE INDYMAC INDX MORTGAGE
TRUST 2007-AR11, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-AR11 UNDER THE
POOLING AND SERVICING AGREEMENT DATED
APRIL 1, 2007;

ONEWEST BANK, FSB d/b/a/ INDYMAC
MORTGAGE SERVICES, A DIVISION OF
ONEWESTBANK, FSB, f/k/a INDYMAC FEDERAL
BANK, F.S.B., f/k/a INDYMAC BANK, F.S.B.; and

OCWEN LOAN SERVICING, LLC,

        Respondents.

Case No:     09-35241-B-13 J
Chapter:    13
DCN:      RHF
Case Filed:  10/17/2009

DEBTORS' MOTION TO SANCTION RESPONDENTS
FOR CONTEMPT FOR VIOLATION OF THE
DISCHARGE INJUNCTION

[NOTICE OF HEARING, EXHIBITS 1-36 AND
DECLARATION OF ANTHONY P. DICUS AND
LILIA E. LOPEZ FILED IN SUPPORT HEREOF]

[11 U.S.C. §§ 105, 350 and 524; Fed. Rules of
Bankr. Proc., Rules 5010 and 9014; and Local
Bankr. Rules, Rules 5010-1 and 9013-1]

Date:     April 8, 2014
Time:     9:32 a.m.
Judge:    Hon. Thomas C. Holman
Dept:     B

## MOTION TO SANCTION RESPONDENTS
## FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION

TO RESPONDENTS AND THEIR ATTORNEYS OF RECORD, debtors ANTHONY P. DICUS ("Debtor")

and LILIA E. LOPEZ (collectively "Debtors") hereby move this honorable Court under 11 U.S.C. §§ 105,

350 and 524; Federal Rule of Bankruptcy Procedure, Rules 5010 and 9014; and Local Rules 5010-1 and

9013-1, for an order to sanction ONEWEST BANK, FSB d/b/a/ INDYMAC MORTGAGE SERVICES, A

DIVISION OF ONEWESTBANK, FSB, f/k/a INDYMAC FEDERAL BANK, F.S.B., f/k/a INDYMAC BANK,

F.S.B. ("OWB"); and its purported principal DEUTSCHE BANK NATIONAL TRUST COMPANY, AS

TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR11, MORTGAGE PASS-THROUGH

CERTIFICATES, SERIES 2007-AR11 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL

1, 2007 ("DBNTC"); and OCWEN LOAN SERVICING, LLC ("Respondents") for civil contempt for violation

of the bankruptcy discharge injunction.

## JURISDICTION AND VENUE

1.     The United States Bankruptcy Court for the Easter District of California has jurisdiction

over this proceeding pursuant to 28 U.S.C. §§ 151, 157, 1334 and 1409; and the case has been

reopened pursuant to the Court's order dated December 30, 2013.

## PARTIES

**Debtors**

2.     Debtors are the owner in fee simple of the real property described as:

**LOT 53, IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF**
**CALIFORNIA, AS SHOWN ON THE MAP ENTITLED, "VALLEY HI UNIT NO.24", RECORDED**
**APRIL 17, 1978, IN BOOK 119 OF MAPS, PAGE 18**
**APN No. 117-0400-053-0000**

Commonly known as 5950 La Castana Way, Sacramento, CA 95823. ("Property").

**Respondents**

3.     Plaintiffs are informed and believe, and thereon allege, that at all times relevant herein,

Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX

MORTGAGE TRUST 2007-AR11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR11

UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2007 ("DBNTC"), is not

registered with the California Secretary of State in any capacity; is registered with the Office of the

Comptroller of the Currency ("OCC") as a "Nondeposit Trust Company" and/or "Trust Bank" with a

Los Angeles, California address and has been conducting business in Sacramento County, California.

4.     Plaintiffs are informed and believe, and thereon allege, that at all times relevant herein,

Defendant ONEWEST BANK, FSB d/b/a/ INDYMAC MORTGAGE SERVICES, A DIVISION OF

ONEWESTBANK, FSB, f/k/a INDYMAC FEDERAL BANK, F.S.B., f/k/a INDYMAC BANK, F.S.B., ("OWB") is registered with the Federal Deposit Insurance Corporation as an "active bank" with an address in Pasadena, California has been conducting business in Sacramento County California.

5.    Plaintiffs are informed and believe, and thereon allege, that at all times relevant herein, Defendant OCWEN LOAN SERVICING, LLC is registered with the California Secretary of State as an "ACTIVE" Delaware corporation with an address in West Palm Bach Florida and has been conducting business in Sacramento County, California.

<center>**BACKGROUND AND FACTS**</center>

6.    **Prior to Discharge and Closing Bankruptcy Case – Chain of Events**

   a.    07/22/2009 - Debtors filed their Chapter 13 Bankruptcy;

   b.    11/13/2009 - The plan was confirmed;[1]

   c.    07/20/2012 - The case was completed;

   d.    08/28/2012 - A NOTICE OF FINAL CURE PAYMENT was filed pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 2003.1(f) related to the purported "Creditor" OWB;[2]

   e.    09/11/2012 - Actually filed on 10/01/2012, as the purported principal to OWB as the purported "servicer", "U.S. Bank National Association, as trustee for the LXS 2007-4N as Serviced by OWB," claiming to be the/a "Creditor"[3] filed a "RESPONSE TO NOTICE OF FINAL CURE PAYMENT" which alleged "secured Creditor" agreed all pre-petition payments were paid but disagreed that post-petition payments were paid;[4]

   f.    10/19/2012 - Debtors' attorney filed a MOTION TO DEEM CURRENT on their behalf;[5]

   g.    11/14/2012 - The Ch. 13 Trustee filed his Final Report;[6]

---

[1]   See Exhibit "1" incorporated herein by this reference.
[2]   See Exhibit "2" incorporated herein by this reference.
[3]   Note:  OWB also claimed to be a/the "Creditor."
[4]   See Exhibit "3" incorporated herein by this reference.
[5]   See Exhibit "4" incorporated herein by this reference.
[6]   See Exhibit "5" incorporated herein by this reference.

h.   12/10/2012 - The Court filed its Minute Order ruling that, as of July 20,2012, the date of completion of the confirmed chapter 13 plan, the debtors had cured the pre-petition default owed to and paid all required ongoing monthly post-petition payments that came due during the term of the confirmed plan to the purported "secured Creditor" OWB;[7]

i.   01/14/2013 - Debtors received their discharge after completion of the Chapter 13 plan[8] with the final decree filed 01/28/2013.[9]

7.  **Post Discharge - Chain of Events**

a.   Debtor continued making timely post-closing payments to OWB;

b.   In or about February 2013, in response to a telephone call and voice mail left from OWB, Debtor returned the telephone call and talked with a OWB representative named "Melissa" related to OWB's allegations that the Debtor was four months delinquent in his payments to OWB, allegedly being $6,227.77 in arrears.  Melissa told Debtor that "Once your loan came out of bankruptcy it went into the previous status as before – as delinquent and foreclosure status."  At this time, Melissa attempted to induce Debtor into considering a "loan modification."  Debtor told Melissa that he was current with his payments, had never been late at which time Melissa told Debtor to contact OWB's "foreclosure attorney's" office;

c.   In or about February 2013, Debtor contacted counsel referenced herein, for legal advice related to these discrepancies;

d.   06/20/2013- Debtor's counsel drafted and served a Qualified Written Request ("QWR") and Debt Validation Letter upon OWB to address and correct these servicing and accounting mistakes;[10]

d.   07/01/2013 - OWB responded with a boiler plate claim the QWR was not a QWR; misrepresented who the purported "mortgage backed security" was in which Debtor's "mortgage" was allegedly pooled in as "Nation Star Mortgage" as the

---

[7]  See Exhibit "6" incorporated herein by this reference.
[8]  See Exhibit "7" incorporated herein by this reference.
[9]  See Exhibit "8" incorporated herein by this reference.
[10]  See Exhibit "9" incorporated herein by this reference.

"master servicer" in Littleton, CO; purportedly identified as "LXS 2007-6" and "pooled" on 04/30/2007;[11] OWB continued to complain about the cost of providing the documentation requested (and refused to provide what was asked for).  OWB further claimed to have "conducted an investigation of the account and have determined: 1. No corrections have been made to the account as we are of the opinion the account has been serviced in compliance with the terms of the documents signed at closing."  Included with the documents OWB provided, was a "CUSTOMER ACCOUNT ACTIVITIY STATEMENT" dated 07/01/2013 which in fact, showed that Debtor was current in his payments since the Court's Order ruling arrearages were paid and payments were current;[12]

e.   07/10/2013 – OWB sent a letter to Debtor stating they were returning Debtor's payment due to allegedly not being the "total amount due to bring your loan current;"[13]

f.   07/11/2013 - Debtor's counsel drafted and served on OWB, another QWR and Dispute of Debt Letter addressing both OWB's July 1, 2013 response to the previous QWR, and OWB's refusal to accept Debtor's timely payment in which counsel explained to OWB the mistakes they made; that Debtor was not in default and all payments were timely made;[14]

g.   07/11/2013 – Debtor also filed a Complaint with the OCC related to OWB's failure to properly service Debtor's purported "loan" and failure to correct OWB's records for the mistakes they made;[15]

h.   07/24/2013 – OWB, in response to Debtor's Complaint to the OCC, provided yet admissions as to the dates payments were made, posted and applied failing completely to adhere to the Bankruptcy Court's order deeming Debtors' payments current and satisfaction of any purported arrearages through the plan;[16]

---

[11] Note conflicts with the various other claims by OWB who allegedly the MBS was/Trustee or Trust, etc.
[12] See Exhibit "10" incorporated herein by this reference.
[13] See Exhibit "11" incorporated herein by this reference.
[14] See Exhibit "12" incorporated herein by this reference.
[15] See Exhibit "13" incorporated herein by this reference.
[16] See Exhibit "14" incorporated herein by this reference.

i.   07/27/2013 – Debtor completed and his counsel served upon the OCC an amended complaint addressing the issues indicated herein above to augment the record in yet another attempt to correct the record and to clear up the servicing failures of OWB;[17]

j.   07/29/2013 – Debtor's counsel sent yet another Dispute of Debt letter to OWB explaining their misstated facts; their ignoring of the Bankruptcy Court's Orders; and providing an itemization of the payments Debtor made showing Debtor current with his payments pursuant to said Court Orders and the schedule of payments made;[18]

k.   08/05/2013 – OWB once again rejected and returned Debtor's payment claiming once again that Debtor was in delinquent and his payment was not enough to bring the purported "loan" current;[19]

l.   08/07/2013 – Debtors each received individually addressed letters from OWB requesting their ability to "assess" Debtors' financial situation to explore options to "avoid foreclosure;"[20]

m.   09/04/2013 – Debtors received a letter from OWB when returning Debtors' payment to OWB claiming it was not enough to bring the purported "loan" current;[21]

n.   09/27/2013 - Debtors received a letter from OWB when returning Debtors' payment to OWB claiming it was not enough to bring the purported "loan" current;[22]

o.   10/16/2013 – Debtors received a letter stating the "servicing" of Debtors' purported "loan" was being transferred to respondent OCWEN;[23]

---

[17] See Exhibit "15" incorporated herein by this reference.
[18] See Exhibit "16" incorporated herein by this reference.
[19] See Exhibit "17" incorporated herein by this reference.
[20] See Exhibit "18" incorporated herein by this reference.
[21] See Exhibit "19" incorporated herein by this reference.
[22] See Exhibit "20" incorporated herein by this reference.
[23] See Exhibit "21" incorporated herein by this reference.

*MOTION TO SANCTION RESPONDENTS FOR VIOLATION OF THE DISCHARGE INJUNCTION*

p.   10/17/2013 – Letter from OWB stating interest change and payment would be $1,629;[24]

q.   11/06/2013 – QWR sent to OCWEN showing payments current;[25]

r.   11/12/2013 – Letter from OCWEN claiming the amount due was $15,069.47;[26]

s.   11/12/2013 – Debtors received a letter from OCWEN claiming the payment sent was not enough "TO CURE DEFAULT" and returned Debtors' payment with the declaration that the communication was from a debt collector attempting to collect a debt;[27]

t.   11/18/2013 – Statement from OCWEN claiming amount due was $16,683.39;[28]

u.   11/21/2013 – Debtors received a "REINSTATEMENT QUOTE" debt collection letter from OCWEN attempting again to collect the purported debt in an controverted amount, stating the "loan" was past due, also stating a different payment amount, adding late charges, attorney fees, BPO fee and Property Inspection fee.  The statement also said the next payment wasn't due until 01/01/14;[29]

v.   11/22/2013 – Notices of Default sent;[30]

w.   11/25/2013 – Debtors received a letter from OCWEN and returned payment in an attempt to collect a debt from Debtors in an amount different than was owed;[31]

x.   12/11/2013 – Debtors received another debt collection letter from OCWEN restating Debtors' "concern[s]" and responding with various inaccurate statements regarding the amounts alleged to be due;[32]

---

[24] See Exhibit "22" incorporated herein by this reference.
[25] See Exhibit "23" incorporated herein by this reference.
[26] See Exhibit "24" incorporated herein by this reference.
[27] See Exhibit "25" incorporated herein by this reference.
[28] See Exhibit "26" incorporated herein by this reference.
[29] See Exhibit "27" incorporated herein by this reference.
[30] See Exhibit "28" incorporated herein by this reference.
[31] See Exhibit "29" incorporated herein by this reference.
[32] See Exhibit "30" incorporated herein by this reference.

y.    12/13/2013 – Debtor sent another letter to OCWEN attempting to bring the account current also sending a payment sufficient to pay all arrearages Debtors should have been required to pay;[33]

z.    01/09/2014 – Letter from Ocwen rejecting $9,774.78 payment saying it was not enough but failing to state how much was required;[34]

aa.    01/11/2014 – Letter from OCWEN claiming amount due was $12,517.83;[35]

ab.    01/14/2014 – Letter from OCWEN stating the Plaintiff's $8,145.65 and $9,775.78 payments were returned as insufficient, again failing to state how much was allegedly owed;[36]

ac.    01/17/2014 – Statement received now stating $12,311.21 was past due and showing yet completely different monthly payment amounts;[37]

ad.    02/05/2014 – Plaintiff's payment of $11,403.91 was paid with a letter stating that it was being sent to bring the account current.  Payment shows being received on 01/27/2014 but posted 02/05/2014.[38]

8.    DBNTC claims to be the principal and is therefore vicariously liable along with its purported agents OWB and OCWEN.  Accordingly, due to OWB and OCWEN's continued attempts to collect purported arrearages and debts satisfied during the Chapter 13 plan, and all the "junk fees" and additional interest and other charges and Respondents' refusal to correct their records or accept payments from Debtors, this Motion has been filed.

## CIVIL CONTEMPT VIOLATION OF DISCHARGE INJUNCTION

9.    A bankruptcy petition filed under § 301 of the Code imposes the automatic stay pursuant to § 362.  All voluntary cases are included in § 301.  The automatic stay under § 362 prohibits any entity from taking action "to collect, assess, or recover a claim against the debtor that arose before the commencement of a case." 11 U.S.C. § 362(a)(6).  The scope of the automatic stay is extremely broad.[39]

---

[33] See Exhibit "31" incorporated herein by this reference.
[34] See Exhibit "32" incorporated herein by this reference.
[35] See Exhibit "33" incorporated herein by this reference.
[36] See Exhibit "34" incorporated herein by this reference.
[37] See Exhibit "35" incorporated herein by this reference.
[38] See Exhibit "36" incorporated herein by this reference.
[39] *In re Knaus*, 889 F.2d 773, 774 (8th Cir. 1989).

10.    By the passage of § 362, Congress intended the automatic stay to stop "all collection efforts, all harassment, and all foreclosure actions" and "prevent creditors from attempting **in any way** to collect a prepetition debt."[40]

11.    Section 362(h) also addresses sanctions for violation of the automatic stay stating an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages. 11 U.S.C. §362(h)

12.    A violation of the stay is "willful" where the violator's conduct is deliberate and with knowledge of the bankruptcy filing.[41]  In imposing actual damages, the trial court has discretion to fashion the punishment to fit the circumstances.[42]

13.    11 U.S.C. § 524(a) states, in pertinent part: (a) A discharge in a case under this title - (2) operates as an injunction against the commencement **or continuation** of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived.

14.    **Section 524(a)(2) replaces the automatic stay of § 362 with a permanent injunction against enforcement of all discharged debts after entry of the discharge.**[43]  Willful violation of the § 524(a)(2) injunction, will warrant a finding of civil contempt.[44]

15.    Respondents were duly notified by the Court of the discharge of Debtors' case.  The notification states:

"<u>Collection of Discharged Debts Prohibited</u>

**The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a**

**case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a**

---

[40] H.R. 595, 95th Cong., 1st Sess. § 340-42 (1977); *In re Grau*, 172 B.R. 686, 690 (Bankr. S.D. Fla. 1994).
[41] *In re Dencklau*, 158 B.R. 796, 800 (Bankr. N.D. Iowa 1993).
[42] *Hubbard v. Fleet Mortg. Co.*, 810 F.2d 778, 782 (8th Cir. 1987) [citing *United States v. United Mine Workers*, 330 U.S. 258, 303 (1947)].
[43] *In re Henry* 266 B.R. 457 (Bankr. C.D. Calif. 2001), see also *In re Waswick*, 212 B.R. 350, 352 (Bankr. D.N.D. 1997).
[44] *Id.*; Was [*362] wick, 212 B.R. at 352.

**bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.**

**However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged."**

16.     Respondents were notified of their violation of the discharge injunction multiple times by mail. They failed then, and continue to fail now, to comply with the Court Order discharging Debtors' debts and the Court Order deeming the Debtors as of July 20, 2012, the date of completion of the confirmed chapter 13 plan, that the Debtors cured the pre-petition default owed to and have paid all required ongoing monthly post-petition payments that came due during the term of the confirmed plan to purported secured creditor[45] OneWest Bank, FSB.[46]

17.     Accordingly, Respondents were duly notified and well aware the discharge injunction was in place and the purported debt(s) they are trying to collect was discharged, willfully violating the discharge injunction.

## DAMAGES

18.     Courts that find a willful violation of the discharge injunction may award actual, compensatory and punitive damages, as well as legal fees.[47]

19.     The Ninth Circuit has adopted a two-part test to determine whether the willfulness standard has been met: 1) did the alleged offending party know that the discharge injunction applied; and 2) did such party intend the actions that violated the discharge injunction?[48]

20.     Civil contempt orders serve to compel obedience with a court order and to compensate parties for losses resulting from non-compliance. In this case, the willfulness standard has been met

---

[45] Debtors deny OneWest Bank, FSB was or is, a "secured creditor."
[46] See Exhibit "6".
[47] See generally Colliers on Bankruptcy, ¶ 524.02[2][c] (16th ed.) (citing cases across jurisdictions so holding). Also see § 105 of the Bankruptcy Code and *Walls v. Wells Fargo Bank, N.A.*, 276 F.3d 502, 509-10 (9th Cir. 2002). Also see 11 U.S.C. § 105(a) and *Workman v. GMAC Mortgage, LLC* (In re *Workman*), 392 B.R. 1890 (Bankr. D.S.C. 2007).
[48] See, *Zilog, Inc. v. Corning* (In re *Zilog, Inc.*), 450 F.3d 996, 1007 (9th Cir. 2006); *Hardy v. United States* (In re *Hardy*), 97 F.3d 1384, 1390 (9th Cir. 1996).

and contempt sanctions to compensate Debtors are in order for willful violation and contempt of the discharge injunction.

21.    Debtors have been damaged by having to incur attorney's fees and costs to pursue this motion; continued damage to their credit rating; slander of title to their Property and extensive emotional distress from the intimidation of Respondents and potential loss of their Property. Accordingly, Debtors respectfully request compensatory; incidental and punitive damages as well as an award of attorney's fees and costs.

## CONCLUSION

22.    Due to Respondents' egregious and willful violation and contempt of the discharge injunction (which replaced the automatic stay as indicated above), Debtors respectfully request this honorable Court sanction Respondents for their actions as follows: 1) an award of attorney's fees and costs according to proof, for Debtors having to bring this motion; 2) an order forever enjoining Respondents and any of their successors or assigns; agents, servants, employees or other, from any continued or further attempts to collect the discharged purported debts either by sending debt collection statements or any other means or manner of debt collection, specifically including attempts to foreclose on Debtors' Property; and, 3) such actual, compensatory, punitive or other damages the Court deems just and proper.

Dated:  February 24, 2014

Ronald H. Freshman
Attorney for Anthony P. Dicus and
Lilia E. Lopez

Ronald H. Freshman, Esq., SBN #225136
Law Office of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone:  858-756-8288
Facsimile:  206-424-0744

Attorney for Anthony P. Dicus and Lilia E. Dicus

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

ANTHONY P. DICUS and LILIA E. LOPEZ,

      Debtors,

    v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR11 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2007;

ONEWEST BANK, FSB d/b/a/ INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWESTBANK, FSB, f/k/a INDYMAC FEDERAL BANK, F.S.B., f/k/a INDYMAC BANK, F.S.B.; and

OCWEN LOAN SERVICING, LLC,

      Respondents.

| | |
|---|---|
| Case No: | 09-35241-B-13 J |
| Chapter: | 13 |
| DCN: | RHF |
| Case Filed: | 10/17/2009 |

NOTICE OF HEARING ON DEBTORS' MOTION TO SANCTION RESPONDENTS FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION

[MOTION, EXHIBITS 1-36 AND DECLARATION OF ANTHONY P. DICUS AND LILIA E. LOPEZ FILED IN SUPPORT THEREOF]

    [Local Bankr. R., Rule 9014-1 *et seq*.]

| | |
|---|---|
| Date: | April 8, 2014 |
| Time: | 9:32 a.m. |
| Judge: | Hon. Thomas C. Holman |
| Dept: | B |

### NOTICE OF HEARING ON MOTION TO SANCTION RESPONDENTS FOR CONTEMPT
### FOR VIOLATION OF THE DISCHARGE INJUNCTION

    TO RESPONDENTS AND THEIR ATTORNEYS OF RECORD, you are herewith notified that at 9:32 a.m. on April 8, 2014, in Department B of the above mentioned Court, located at 501 I Street, 6th Floor, Courtroom 32, Sacramento, California, debtors ANTHONY P. DICUS ("Debtor") and LILIA E. LOPEZ (collectively "Debtors") will and hereby move this honorable Court under 11 U.S.C. §§ 105, 350

and 524; Federal Rule of Bankruptcy Procedure, Rules 5010 and 9014; and Local Rules 5010-1 and 9013-1, for an order to sanction respondents DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR11 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2007 ("DBNTC"); ONEWEST BANK, FSB d/b/a/ INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWESTBANK, FSB, f/k/a INDYMAC FEDERAL BANK, F.S.B., f/k/a INDYMAC BANK, F.S.B. ("OWB")and OCWEN LOAN SERVICING, LLC ("Respondents") for civil contempt for violation of the bankruptcy discharge injunction.

Written opposition is not required; however, any written opposition must be filed at least fourteen (14) days preceding the date or continued date of the hearing.  Opposition shall be accompanied by evidence establishing its factual allegations.  Without good cause, no party shall be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed.  Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Dated:  February 24, 2014

_Ronald H. Freshman_
Ronald H. Freshman
Attorney for Anthony P. Dicus and
Lilia E. Lopez

2

1   Ronald H. Freshman, Esq., SBN #225136
    Law Office of Ronald H. Freshman
2   3040 Skycrest Drive
3   Fallbrook, CA 92028
    Telephone: 858-756-8288
4   Facsimile: 206-424-0744
5
    Attorney for Anthony P. Dicus and Lilia E. Dicus
6
7

8                        **UNITED STATES BANKRUPTCY COURT**
                          **EASTERN DISTRICT OF CALIFORNIA**
9

| 10 | In re: | Case No:   09-35241-B-13 J |
|---|---|---|
| 11 | ANTHONY P. DICUS and LILIA E. LOPEZ, | Chapter:   13 |
|   |   | DCN:   RHF |
| 12 | Debtors, | Case Filed: 10/17/2009 |
| 13 | v. | DECLARATION OF DEBTORS ANTHONY P. DICUS |
| 14 | DEUTSCHE BANK NATIONAL TRUST COMPANY, | AND LILIA E. LOPSEZ IN SUPPORT OF DEBTORS' |
|   | AS TRUSTEE OF THE INDYMAC INDX | MOTION TO SANCTION RESPONDENTS FOR |
| 15 | MORTGAGE TRUST 2007-AR11, MORTGAGE | CONTEMPT FOR VIOLATION OF THE DISCHARGE |
| 16 | PASS-THROUGH CERTIFICATES, SERIES 2007- | INJUNCTION |
|   | AR11 UNDER THE POOLING AND SERVICING |   |
| 17 | AGREEMENT DATED APRIL 1, 2007; | [NOTICE OF HEARING, MOTION, AND EXHIBITS |
| 18 | ONEWEST BANK, FSB d/b/a/ INDYMAC | 1-36 FILED CONTEMPORANEOUSLY HEREWITH] |
| 19 | MORTGAGE SERVICES, A DIVISION OF |   |
|   | ONEWESTBANK, FSB, f/k/a INDYMAC FEDERAL |   |
| 20 | BANK, F.S.B., f/k/a INDYMAC BANK, F.S.B.; and | Date:   April 8, 2014 |
|   |   | Time:   9:32 a.m. |
| 21 | OCWEN LOAN SERVICING, LLC, | Judge:   Hon. Thomas C. Holman |
| 22 | Respondents. | Dept:   B |

23                    **DECLARATION OF ANTHONY P. DICUS AND LILIA E. LOPEZ**

24      ANTHONY P. DICUS and LILIA E. LOPEZ, declare that we are the Debtors in the above-entitle case

25  and verify that we have read the foregoing DEBTORS' NOTICE OF HEARING, EXHIBITS 1-36 AND MOTION

26  TO SANCTION RESPONDENTS FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION and

27  know its contents. We further verify that the matters stated therein are true of our own knowledge,

28  except as to those matters which are stated on information and belief, and as to those matters we

    believe them to be true.

                                              1
*DECLARATION OF ANTHONY P. DICUS AND LILIA E. LOPEZ IN SUPPORT OF MOTION TO SANCTION RESPONDENTS FOR VIOLATION*
*OF THE DISCHARGE INJUNCTION*

1    Currently, Ocwen Loan Servicing, LLC ("OCWEN") claims to be the servicer of the purported

2   "mortgage loan" and is threatening to foreclose by rejecting timely payments as the purported

3   previous servicer IndyMac Mortgage Services, a division of OneWestBank, FSB ("OWB") did, prior to

4   the purported change of servicer.  Debtor(s) has/have attempted to contact both OCWEN and OWB

5   to correct their records but they continue(d) their threats; and fraudulent claims that the purported

6   "Loan" is in default even when OWB themselves provided statements showing the payments were

7   current and in the face of the Court Order stating the "Loan" was current as of our bankruptcy.  We

8   have been current since until OWB and now OCWEN, started refusing our payments.

9    OWB has been contacted on numerous occasions attempting to resolve these problems as has

10   OCWEN but both have refused to correct their records and OCWEN continues the threats to

11   foreclose on our Property.

12    As explained previously in Mr. Dicus' complaint to the OCC, OWB and now OCWEN continues

13   the intimidation and misrepresentation of their own records which at this point can only be

14   construed as intentional.

15    OWB is started refusing to accept timely mortgage payments claiming the payments were not

16   enough to bring the purported "loan current" which is what OCWEN is now doing.

17    OCWEN continues to send statements with incorrect figures on them, we continue to complain

18   and attempted to correct their records but they have refused and continue attempting to collect a

19   purported debt that was deemed satisfied during the subject Bankruptcy by Court Order so they

20   have apparently engaged NBS Default Services, LLC to enforce their attempts to foreclose on our

21   property.

22    We declare under penalty of perjury under the laws of the State of California that the

23   foregoing is true and correct to the best of my knowledge and belief.

24

25   Executed on this _29rd_ day of _February_ , 2014 at Sacramento, California.

26

27                                                                 Anthony P. Dicus

28

                                                Lilia E. Lopez

                                            2

# Exhibit "1"



FILED
November 02, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002584409

FILED

NOV 1 3 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1  LAW OFFICES OF AARON C. KOENIG
   Aaron C. Koenig SBN 255387
2  331 J. Street, Ste 200
   Sacramento, California 95814
3  Telephone: 916-443-1009

4  Attorney for Debtors

5              UNITED STATES BANKRUPTCY COURT

6              EASTERN DISTRICT OF CALIFORNIA

7                    SACRAMENTO DIVISION

8
   In re:                    ) Case No.: 2009-35241-B-13J
9                            )
   ANTHONY P. DICUS,         ) MCN: ACK-3
10                           )
   AND LILIA E. LOPEZ,       ) ORDER CONFIRMING 1ˢᵗ AMENDED
11                           ) PLAN
            Debtors          )
12                           ) DATE: October 13, 2009
13                           ) TIME: 9:32 a.m.
                             ) JUDGE: Hon. Thomas Holman
14                           ) LOCATION: 501 I Street,
                             ) 6th Floor, Courtroom 33
15                           ) Sacramento, CA 95814

16            ORDER CONFIRMING 1st AMENDED PLAN

17      The 1ˢᵗ Amended Chapter 13 Plan of the above-named debtors

18  has been transmitted to all creditors, and it has been

19  determined after notice and opportunity for a hearing that the

20  debtors plan satisfies the requirements of 11 U.S.C. §1325.

21
        Therefore, IT IS ORDERED that the 1ˢᵗ Amended Plan is
22  confirmed.

23      IT IS FURTHER ORDERED that:

24      1.  The debtor shall immediately notify, in writing, the
    Clerk of the United States Bankruptcy Court and the trustee of
25  any change in the debtor's address;

RECEIVED

NOV - 2 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1



1      2.  The debtor shall immediately notify the trustee in
2   writing of any termination, reduction of, or other change in the
    employment of the debtor; and

3      3.  The debtor shall appear in court whenever notified to
4   do so by the court.

5      4.  This Order Confirming Plan shall apply to Debtors' 1st
    Amended Chapter 13 Plan filed on August 31st, 2009.

6
7      5.  The debtor shall tender $1,761 to the Chapter 13
    Trustee for a term of 36 months.

8      6.  Administrative expenses of $69.44, described in Section
9   3.06, 3.07 and 3.08 of Debtor's 1st Amended Chapter 13 Plan shall
    be paid to the debtor's attorney.

10  IT IS FURTHER ORDERED that the attorney's fees for the debtor's
    attorney in the full amount of $3,500 are approved, $1,000 of
11  which was paid prior to the filing of the petition.

12
    The balance of $2,500, provided that the attorney and debtor(s)
13  have executed and filed a Rights and Responsibilities of Chapter
    13 Debtors and Their Attorney's, shall be paid by the trustee
14  from plan payments at the rate specified in the Guidelines for
    Payment of Attorney's Fees in Chapter 13 Cases.

15
    IT IS FURTHER ORDERED that the motion to value the collateral of
16  IndyMac Bank, INC. is granted. The replacement value of the
    collateral and the secured claim of such creditor is determined
17  to be $0.00 and the deficiency shall be allowed as a general
    unsecured claim provided that a timely proof of claim is filed.
18

19

20  Approved by the Chapter 13
    Trustee as to form.

21

22  Case No. 2009-35241-B-13J

23  DATED: NOV 12 2009

24                          BY THE COURT

25                          Honorable Thomas Holman
                            United States Bankruptcy Court

                            2

Exhibit "2"

FILED
August 28, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004415417

2

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A, Koo, State Bar #230856
P. O Box 1708
Sacramento, CA 95812-1708
(916) 492-8001
pobox1708@jpjl3trustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE:

ANTHONY P DICUS
LILIA E LOPEZ

DEBTORS

CASE NO. 09-35241 B13
CHAPTER 13
DCN: JPJ-1

JUDGE THOMAS C. HOLMAN

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, JAN P JOHNSON files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** ONEWEST BANK FSB

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | XXXXXX7204 | $9,798.40 | $9,798.40 | $9,798.40 |
| Total Amount Paid by Trustee | | | | $9,798.40 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

X Through the Chapter 13 Conduit          ___ Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Date:  August 28, 2012

/s/ Kristen A. Koo

KRISTEN A. KOO, Attorney for Trustee

Exhibit "3"

Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Anthony P. Dicus<br>Lilia E. Lopez<br>aka Lilia E. Dicus | **Case Number:** | 09-35241-A-13 |
| | | **Chapter 13** | |
| **Trustee:** | Jan P. Johnson | **Judge:** Thomas C. Holman | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 09/11/2012

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

**Name of creditor:** U.S. Bank National Association, as trustee for the LXS 2007-4N  As Serviced by OneWest Bank, FSB

**Last four digits** of any number you use to identify the debtor's account:    xxxxxx7204

### 1.    Pre-Petition Arrears - Court claim no. (if known): 5  (Docket Entry #58)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the prepetition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
Amount of pre-petition arrears due at filing:    _____
Amount received from the Chapter 13 Trustee    _____

Pre-Petition arrears remaining due:    _____

### 2.    Post-Petition Amounts

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
Post-petition amounts remaining due:    $8,780.90

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

Schedule of Amounts Outstanding

Case 09-99241    Filed 10/01/12    Doc

This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.

| Description | | Date Assessed | Assessed Amount | Amount Recovered | Amount Outstanding |
|---|---|---|---|---|---|
| **Payments** | | 05/01/2012 | $1,629.13 | $993.88 | $635.25 |
| **Payments** | | 06/01/2012 | $1,629.13 | $0.00 | $1,629.13 |
| **Payments** | | 07/01/2012 | $1,629.13 | $0.00 | $1,629.13 |
| **Payments** | | 08/01/2012 | $1,629.13 | $0.00 | $1,629.13 |
| **Payments** | | 09/01/2012 | $1,629.13 | $0.00 | $1,629.13 |
| **Payments** | | 10/01/2012 | $1,629.13 | $0.00 | $1,629.13 |

**Amount Remaining Due:**     **$8,780.90**

## 3.    Sign Here

Print Name:     **Nickolaus Allan McLemore**
Title:             Authorized Agent for OneWest Bank, FSB
Company:       Brice, Vander Linden & Wernick, PC          **/s/ Nickolaus Allan McLemore**
                                                                                Signature

Address and telephone number:                         **10/01/2012**
                                                                                Date
        P. O. Box 829009
        Dallas, TX 75382-9909

Telephone:     (972) 643-6600          Email:       NFCinquiries@nbsdefaultservices.com

CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before October 1, 2012

Debtor   *Via U.S. Mail*
Anthony P. Dicus
5950 La Castana Way
Sacramento, California 95823

Lilia E. Lopez
5950 La Castana Way
Sacramento California 95823

Debtors' Attorney
Aaron C. Koenig
Attorney At Law
331 J St #200
Sacramento, CA  95814

Chapter 13 Trustee
Jan P. Johnson
PO Box 1708
Sacramento, California 95812

US Trustee
Office of the US Trustee
Robert T Matui
501 I Street, Room 7-500
Sacramento, California  95814

Respectfully Submitted,

/s/ **Nickolaus Allan McLemore**

Exhibit "4"

1 | **THE LAW OFFICES OF AARON C. KOENIG**
Aaron C. Koenig SBN 255387
2 | 331 J. Street, Ste 200
Sacramento, California  95814
3 | Telephone: 916-443-1009

4 | Attorney For Debtors

5 | UNITED STATES BANKRUPTCY COURT

6 | EASTERN DISTRICT OF CALIFORNIA

7 | SACRAMENTO DIVISION

8 | In re:                            ) Case No.: 2009-35241-B-13J
                                   )
9 |   ANTHONY P. DICUS                ) MCN: ACK-7
                                   )
10 |  AND LILIA E. LOPEZ,             ) **MOTION TO DEEM CURRENT**
                                   )
11 |                    Debtors       ) DATE: December 4, 2012
                                   ) TIME: 9:32 a.m.
12 |                                    JUDGE: Hon. Thomas Holman
                                     LOCATION: 501 I Street,
13 |                                    6th Floor, Courtroom 32
                                     Sacramento, CA 95814
14 | _____

15 | MOTION TO DEEM CURRENT

16 |     The Debtors, Anthony P. Dicus and Lilia E. Lopez, by and

17 | through their attorney, Aaron C. Koenig, move this Court to

18 | grant the Motion to Deem Current for post-petition amounts.

19 | This motion is being filed pursuant to FRBP 3002.1

20 |

21 | 1.  The Debtors filed their Chapter 13 bankruptcy case on July

22 | 22, 2009.  The debtor's 1st Amended Plan was confirmed on

November 13, 2009.  There were no other amended or modified

23 | plans filed or confirmed.

24 |

25 |

1

2. Pursuant to the confirmed plan, the debtor's classified the holder of their first mortgage as a Class 1 Claim.  The monthly contract installment was listed at $1,148.62.  See Exhibit A.

3.  On October 5, 2009 the holder of the 1st mortgage filed a claim listing the monthly contract installment to be $1,148.62. See Exhibit B.

4.  The debtor has made every payment required under the Plan and made his last payment on July 25, 2012.  On August 1, 2012 the trustee issued a notice of completed plan payments stating that the debtor has made every payment required under the plan. See Exhibit C

5.  On September 11, 2012, the trustee filed a Notice of Final Cure Mortgage Payment.  On October 1, 2012, the holder of the 1st mortgage filed a response to the final cure payment and stated that the debtor was not current on his ongoing monthly mortgage statement and owed $8,780.90 in post-petition payments.  On the creditors response the ongoing monthly mortgage payment is listed at $1,629.13.  See Exhibit D

6.  Pursuant to FRBP 3002.1(h), on motion by the debtor or the trustee "the Court shall, after notice and hearing" determine whether the debtor has cured the default and paid all required post petition amounts."

7.  In our case the debtor has satisfied his burden in proving that he has paid all post-petition amounts.  First, the Plan and the 1st filed claim both state that the ongoing monthly mortgage payment is $1,148.62.  Second, the trustee has issued a notice that all payments that have been required have been made.

2

Third, the holder of the 1st deed of trust has not filed any statement with the court or mailed to the trustee any notice that the mortgage payment has increased.  Pursuant to FRBP 3002.1(b), a creditor is required to file with the court and serve upon the trustee when there has been any change in the payment amount no later than 21 days before the payment is due. In our case, no such document was ever filed with the court and attached as a document to the original filed claim.

8.  Therefore, since the debtor has made all of the required post-petition payments according to the creditors filed claim and no notice was ever given to the trustee or the court regarding a change in the payment amount, the court should deem the debtor current on all post-petition amounts.

    WHEREFORE, the Debtor respectfully requests that the Court enter an order that the debtor has paid all post-petition amounts that were required.

Dated: October 18, 2012

THE LAW OFFICES OF AARON C. KOENIG

BY:  /s/Aaron C. Koenig
Aaron C. Koenig
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Anthony P. Dicus and Lilia E. Lopez | **Case No :** | **09–35241 – B – 13J** |
| | | **Date :** | 12/4/12 |
| | | **Time :** | 09:32 |
| **Matter :** | [69] – Motion/Application to Deem Current [ACK–7] Filed by Debtor Anthony P. Dicus, Joint Debtor Lilia E. Lopez (msts) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

CIVIL MINUTE ORDER

The matter was unopposed. The court made the following ruling without findings.

IT IS ORDERED that the motion is granted. Pursuant to Fed. R. Bankr. P. 3002.1(h), the court finds that as of July 20, 2012, the date of completion of the confirmed chapter 13 plan, the debtors have cured the pre–petition default owed to and have paid all required ongoing monthly post–petition payments that came due during the term of the confirmed plan to secured creditor OneWest Bank, FSB. Except as so ordered, the motion is denied.

Dated: December 10, 2012

Thomas C. Holman
United States Bankruptcy Judge

Exhibit "5"

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

In re:

    ANTHONY P DICUS
    LILIA E LOPEZ
          Debtor(s)

Case No. 09-35241 B13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    JAN P. JOHNSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/22/2009.

2) The plan was confirmed on 11/13/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/20/2012.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $56,782.86.

10) Amount of unsecured claims discharged without payment: $24,508.68.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $63,976.00 | |
| Less amount refunded to debtor | $580.00 | |
| **NET RECEIPTS:** | | **$63,396.00** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $3,114.57 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,614.57** |

Attorney fees paid and disclosed by debtor:    $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARROW FINANCIAL SERVICES | Unsecured | 3,114.00 | NA | NA | 0.00 | 0.00 |
| BASS & ASSOCIATES PC | Secured | 400.00 | 400.00 | 400.00 | 400.00 | 27.18 |
| BASS & ASSOCIATES PC | Unsecured | NA | 273.10 | 273.10 | 123.92 | 0.00 |
| Capital 1 Bank | Unsecured | 2,948.00 | NA | NA | 0.00 | 0.00 |
| Capital 1 Bank | Unsecured | 1,847.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL SERVICES INC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 351.00 | 351.83 | 351.83 | 159.65 | 0.00 |
| Direct Merchants Bank | Unsecured | 4,402.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Secured | 999.00 | 532.01 | 532.01 | 532.01 | 25.78 |
| INDYMAC BANK | OTHER | NA | NA | NA | 0.00 | 0.00 |
| INDYMAC INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LINDA FRISBY | Unsecured | 3,200.00 | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK | OTHER | NA | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK FSB | Secured | 310,550.00 | 320,349.30 | 0.00 | 41,350.32 | 0.00 |
| ONEWEST BANK FSB | Secured | 11,669.54 | 9,798.40 | 9,798.40 | 9,798.40 | 0.00 |
| ONEWEST BANK FSB | Secured | NA | 57.43 | 57.43 | 57.43 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 5,182.00 | 5,055.53 | 5,055.53 | 2,294.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 2,122.00 | 2,170.58 | 2,170.58 | 984.92 | 0.00 |
| RECOVERY MANAGEMENT SYSTEM | Unsecured | 645.00 | 645.22 | 645.22 | 292.77 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 812.00 | 819.80 | 819.80 | 371.99 | 0.00 |
| TSYS DEBT MANAGEMENT | Unsecured | 3,003.00 | 3,003.93 | 3,003.93 | 1,363.06 | 0.00 |
| Wash Mutual providan | Unsecured | 1,868.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $57.43 | $41,407.75 | $0.00 |
| Mortgage Arrearage | $9,798.40 | $9,798.40 | $0.00 |
| Debt Secured by Vehicle | $532.01 | $532.01 | $25.78 |
| All Other Secured | $400.00 | $400.00 | $27.18 |
| **TOTAL SECURED:** | **$10,787.84** | **$52,138.16** | **$52.96** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$12,319.99** | **$5,590.31** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,614.57 |
| Disbursements to Creditors | $57,781.43 |
| | |
| **TOTAL DISBURSEMENTS** : | **$63,396.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/14/2012                    By: /s/ JAN P. JOHNSON
                                                      Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)

Exhibit "6"

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

---

| **Case Title :** | Anthony P. Dicus and Lilia E. Lopez | **Case No :** | **09–35241 – B – 13J** |
| | | **Date :** | 12/4/12 |
| | | **Time :** | 09:32 |

| **Matter :** | [69] – Motion/Application to Deem Current [ACK–7] Filed by Debtor Anthony P. Dicus, Joint Debtor Lilia E. Lopez (msts) |

| **Judge :** | Thomas Holman |
| **Courtroom Deputy :** | Sheryl Arnold |
| **Reporter :** | Diamond Reporters |
| **Department :** | B |

---

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

---

## CIVIL MINUTE ORDER

The matter was unopposed. The court made the following ruling without findings.

IT IS ORDERED that the motion is granted. Pursuant to Fed. R. Bankr. P. 3002.1(h), the court finds that as of July 20, 2012, the date of completion of the confirmed chapter 13 plan, the debtors have cured the pre–petition default owed to and have paid all required ongoing monthly post–petition payments that came due during the term of the confirmed plan to secured creditor OneWest Bank, FSB. Except as so ordered, the motion is denied.

Dated: December 10, 2012

Thomas C. Holman
United States Bankruptcy Judge

Exhibit "7"

FORM L81 Discharge of Debtor After Completion of Chapter 13 Plan  (v.1.0)

09–35241 – B – 13J



### UNITED STATES BANKRUPTCY COURT
### Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

## FILED

## 1/14/13

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

msts

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

**Case Number:**     09–35241 – B – 13J

**Debtor Name(s), Social Security Number(s), and Address(es):**

Anthony P. Dicus
xxx–xx–8278

5950 La Castana Way
Sacramento, CA 95823

Lilia E. Lopez
xxx–xx–8773

5950 La Castana Way
Sacramento, CA 95823

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated:
1/14/13

For the Court,
Wayne Blackwelder , Clerk

FORM L81
(Continued)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors) after they have completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Exhibit "8"

FORM L51 Final Decree  (v.7.06)                                                                                          09–35241 – B – 13J



| UNITED STATES BANKRUPTCY COURT | FILED |
|---|---|
| Eastern District of California | |
| **Robert T Matsui United States Courthouse**<br>**501 I Street, Suite 3–200**<br>**Sacramento, CA 95814** | **1/28/13** |
| (916) 930–4400<br>www.caeb.uscourts.gov<br>M–F 9:00 AM – 4:00 PM | CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>smis |

## FINAL DECREE

**Case Number:**      09–35241 – B – 13J

**Debtor Name(s), Social Security Number(s), and Address(es):**

Anthony P. Dicus                              Lilia E. Lopez
xxx–xx–8278                                   xxx–xx–8773

5950 La Castana Way                          5950 La Castana Way
Sacramento, CA 95823                         Sacramento, CA 95823

**Trustee:**              Jan P. Johnson
                          PO Box 1708
                          Sacramento, CA 95812

**Telephone Number:**     916–492–8001

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:                                        For the Court,
1/28/13                                       Wayne Blackwelder , Clerk

Exhibit "9"

Law Office
**Ronald H. Freshman, Esq.**

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: June 20, 2013

IndyMac Mortgage Services
PO Box 78826
Phoenix, AZ 85062-8826

Via:      Certified U.S. Mail #7011 2970 0003 7964 5153
          Return Receipt Requested

Re:       Anthony P. Dicus
          Purported Loan #3002357204

          Address:    5950 La Castana Way
                      Sacramento, CA 95823

## QUALIFIED WRITTEN REQUEST; DEBT VALIDATION AND DISPUTE OF DEBT

To Whom it May Concern:

We have been retained to represent the above-referenced client, Anthony P. Dicus regarding the status of the purported account/loan number also referenced above.

Attached is our client's authorization to release financial information.

## INTRODUCTION; BRIEF STATEMENT OF FACTS

Our client received a call from you stating his property was going into "foreclosure" due to your claim that he is allegedly four months behind.  Mr. Dicus states he has had no notice in writing of any such thing.

Upon a return call to (800) 781-7399, Mr. Dicus spoke with an Operator #014 claiming to be named "Melissa;" who told him $6,227.77 was allegedly owed on the purported account.  Melissa further stated "Once your loan came out of bankruptcy it went into the previous status as before - as delinquent and foreclosure status."  She then

1

attempted to induce our client into considering a loan modification, which appears to have been solicited under false pretenses.

Upon Mr. Dicus telling Melissa that he was current in his payments and he had never been late, Melissa told Mr. Dicus he could contact your "foreclosure attorney's office" at (619) 243-8415 referencing vendor #3002357204. This was not only intimidating but infuriating.

Our client then contacted us to deal with this situation.

## QUALIFIED WRITTEN REQUEST

This letter shall be deemed a 12 U.S.C. § 2601, *et seq.*, as amended ("RESPA") qualified written request to which provisions of the Dodd-Frank Act § 1463 also applies.

This request is directly related to the servicing of the purported loan; includes the name and account number, as well as a statement for the reasons Mr. Dicus believes the alleged account is in error. Sufficient detail regarding the other information sought[1] by Mr. Dicus is contained in this request.

To independently validate our client's concerns, please provide the following.

1.  Fully identify the purported owner the Dicus' loan by name, address and phone number which is defined as the person or entity that purports to be lawfully entitled to the payments due under any promissory note that he allegedly signed when the loan was originated. If the "owner" is a so-called "securitized trust", please identify:

    (a)  the name of the specific trust in which my loan is supposedly "pooled" (and not simply the name of the Trustee);

    (b)  the CUSIP number for the purported trust; and

    (c)  the specific date the purported loan, including the indorsement of the note and assignment of the Deed of Trust, were allegedly sold into said trust along with evidence of the consideration paid therefore.

2.  Please provide a certified copy of the purported "Note" <u>in its current condition</u> format and size, front and back, showing <u>all</u> indorsements and/or al002 alonges thereto; as of the date of this letter;

---

[1] 12 U.S.C. § 2605(e)(1)(B)(ii).

3.     Please fully identify the current holder of the Dicus' Deed of trust by name, address and phone number.

4.     Please identify the principal for whom Mortgage Electronic Registration Systems, Inc., ("MERS") purports to act and provide written proof of the authorization of MERS to act for the original or any other "lender" with respect to the purported Deed of Trust.[2]

5.     Please provide the MERS Milestone/Summary Report showing all transfers of servicing and beneficial interest rights.[2]

6.     Please confirm or deny whether the Dicus' purported Note was sold separately from the Deed of Trust or vice-versa and identify:

> (a)     each and every party that purchased the purported Note or any interest therein;
>
> (b)     the date upon which any such purchase(s) took place;
>
> (c)     the amount of consideration paid for the purported Note along with evidence of payment including any legers, books, cancelled checks or other similar "paper trail" for the actual consideration both paid and received for each and every alleged "transfer;" "indorsement;" or "assignment."

9)     Please provide a "life of loan" history and a full accounting of each and every payment paid, received and accounted for related to this purported account that includes any and all claimed arrears, delinquencies or additional charges, including but not thereby limited to, escrow charges, fees, rebates, refunds, kickbacks, profits, gains or any other additions or subtractions to the purported account for any reason.

10)     Please also provide an explanation of how any amount allegedly due was calculated including any dates for adjustments and why so adjusted.

11)     Please provide any applicable pool, pooling, pooling and servicing, assignment and assumption, deposit, custodial, master purchasing,

---

[2]  We know "Indymac Mortgage Services a division of OneWest Bank®" is a service mark of OneWest Bank and OneWest Bank is a MERS member with full access to all the MERS and other documentation requested.

servicing, sub-servicing and/or master-servicing, trust or other agreements related in any way to this purported account or the alleged securitization thereof.

### DEBT VALIDATION DEMAND AND DISPUTE OF DEBT

Mr. Dicus herewith disputes the purported "debt" and demands validation of same.  Based on the aforementioned irregularities; manner in which he has been treated; and recent events surrounding the foreclosure crisis and allegations of fraudulent foreclosure activity, Mr. Dicus now questions whether you are or have ever been a legitimate "servicer" of his purported "loan" or account, which at this point he is not sure he owes to anyone, let alone Indymac Mortgage Services which from our research is not a separate entity from OneWest Bank but merely a service mark thereof.  Accordingly, due to the lack of sufficient evidence supporting your claim of servicing rights, Mr. Dicus requests validation of the purported "debt[3]" which shall remain disputed absent your providing concrete evidence of both the ownership and any duly authorized and/or properly and legally assigned and adequately documented servicing rights thereto as well as an existing and legal security instrument thereto.

A cursory review of the recorded documents casts doubt on the legitimacy of your servicing or any other authority regarding this purported "debt" or whether the purported "debt" exists at all. Therefore pursuant to the current Homeowner Bill of Rights and associated Civil Code, our client requests irrefutable proof of your servicing authority, including but not thereby limited to, validation of the purported "debt;" proof of your authority to record or cause to be recorded any documents related to this property; any assignments of deeds of trust; substitutions of trustee(s); copies of the purported "deed of trust" and note which is to include any indorsements or allonges thereto and any corporate resolutions and/or power(s) of attorney authorizing any signatories utilized in executing any documents.

You are herewith notified that any further correspondence shall be through this office and in writing.  Our client is not to be directly contacted by telephone or in any other manner.

---

[3]  This request is not merely for you to provide the purported "evidence of the debt" in the form of the "Note;" the ownership of which is disputed, but a complete and un-broken chain of indorsements and accounting.

Dodd-Frank and the Consumer Protection Act have changed the timelines for qualified written request responses that not only requires acknowledgement within 5 days but also a substantive response within 30 days which we look forward to receiving at your earliest possible convenience.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus

Wednesday, June 19, 2013

Anthony Dicus
5950 La Castana Way
Sacramento, Ca 95823

Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, Ca 92028

To Whom It May Concern:

This letter is to inform you that I give permission to Ronald H.

Freshman, Esq. to represent & speak for me with any and all

transactions dealing with INDYMAC BANK (loan #3002357204) in

reference to my home (5950 La Castana Way Sacramento, Ca 95823).

Sincerely,

Anthony Dicus

916-395-2326

Exhibit "10"

IndyMac Mortgage Services, a division of OneWestBank*, FSB
Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 1, 2013

Law Office of Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028

RE:     Mr. Anthony Dicus
        Loan Number 3002357204

Dear Mr. Freshman:

This letter is in response to correspondence dated June 20, 2013, regarding the above
referenced home loan. Although your correspondence is presented as a qualified written request
(QWR) it does not constitute a QWR subject to the provisions of the Real Estate Settlement
Procedures Act (RESPA).

Please understand this correspondence is being sent to you as you are representing our
customer. Going forward no phone calls will be made to our customer unless a written request is
received advising us to remove the cease and desist.

A QWR is written correspondence to the loan servicer stating specific a customer believes the
servicing of his/her account is in error. It must also include sufficient detail to allow the servicer
the opportunity to fully investigate the matter to determine if errors were made in connection with
the servicing of the account. Your correspondence fails to state that you believe there are
specific errors in the servicing of the account sufficient to allow IndyMac Mortgage Services, a
division of OneWest Bank, FSB the ability to investigate further. If you have a specific loan
servicing issue, such as a payment application or disbursement issue, please send all inquiries to
the address below with a detailed explanation as to why you believe the account is in error.

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: Research Department
6900 Beatrice Drive
Kalamazoo, MI 49009

A QWR is not a vehicle for obtaining information regarding the lender's general business
practices, including but not limited to its operations, systems of record, servicing by a prior
servicing company or business relationships. With respect to those of your inquiries which go
beyond the scope of a legitimate QWR, IndyMac Mortgage Services respectfully declines to
provide the information requested.

In compliance with the Fair Debt Collection Practices Act (FDCPA), enclosed is a copy of the
promissory note. A 24-month transaction history and bankruptcy payment reconciliation are
included that accurately report the application of all payments we received during that period. If
you dispute the pay history, please provide us details in support of any dispute, including but not
limited to the dates of any transaction in dispute, amounts in dispute, copies of cancelled checks,
receipts, bank statements, etc. You may request a life of loan payment history by completing the
attached form and submitting it and the required fee to the address shown on the form.

As reflected in the transaction history enclosed Mr. Dicus has been in default under the loan
documents with respect to the installment of principal and interest that became due on March 1,
2013, together with the subsequent installments and late charges and other amount due under
the note and deed of trust.

Nation Star Mortgage is the master servicer for the mortgage backed security (MBS) for which
your client's mortgage was pooled. Their phone number is 1.303.515.8131 and their address is

10350 Park Meadows Dr. Fl 3 Littleton, CO 80124. Your loan is pooled in the mortgage backed security identified as LXS 2007-6 4/30/07.

The servicing agreement between OneWest Bank, FSB and Nation Star Mortgage identifies IndyMac Mortgage Services, a division of OneWest Bank, FSB as the servicer for all loans within the pool and, further, identifies our responsibilities as including, but not limited to, (a) the collection of the payments from each of the mortgages within the pool; (b) initiating the foreclosure process for loans that are in default; (c) processing loan modification requests; and (d) responding to borrowers' inquiries. Please direct all of your correspondence to IndyMac Mortgage Services.

Your letter included a request for copies of certain documents that pertain to this loan. The copies you requested can be costly, so as a courtesy we are writing to encourage you to check your client's records to determine if your client has retained the documents provided when the loan closed. Limiting the number of document copies you actually need from IndyMac Mortgage Services will be less expensive and may save time.

Please research your client's records and complete the enclosed order form once you have identified the document copies you still require from IndyMac Mortgage Services. Once your form is complete, please submit a check in the total amount due along with the request form to IndyMac Mortgage Services, a division of OneWest Bank, FSB, Attention: RESPA Department, 6900 Beatrice Drive Kalamazoo, MI 49009. Upon receiving your request and payment, we will provide the desired documents to you within 30 business days of our receipt of the order form. If we do not receive the order form and payment within 30 business days, we will close this request.

We have conducted an investigation of the account and have determined:

1.    No corrections have been made to the account as we are of the opinion the account has been serviced in compliance with the terms of the documents signed at closing.

2.    Should you require any further assistance regarding the account, you may contact our Customer Service Department at 1.800.781.7399 or in writing at the following address 6900 Beatrice Drive Kalamazoo, MI 49009.

3.    To the extent we are obligated either contractually or under any applicable statute or regulation to furnish the requested information to you, such information has been provided. We respectfully decline to provide any other information you may have requested, as such information may be privileged, confidential or otherwise not subject to disclosure.

If you have questions regarding our workout programs, please call IndyMac Mortgage Services at 1.800.781.7399 or you may access our website at www.indymacmortgageservices.com.

Please be assured all options were considered in every effort to assist you with this matter. In the event you require further assistance please call 1.800.781.7399 Monday through Friday, from 8:00 a.m. until 9:00 p.m. Eastern Time.

Respectfully,

IndyMac Mortgage Services
a division of OneWest Bank, FSB

*This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.*

Loan Number: 2006-10-11-00636                                          MIN: 1001752-0000309673-7



## ADJUSTABLE RATE NOTE

(MTA - Twelve Month Average Index - Payment Caps)

THIS NOTE CONTAINS PROVISIONS THAT WILL CHANGE THE INTEREST RATE AND THE
MONTHLY PAYMENT. THERE MAY BE A LIMIT ON THE AMOUNT THAT THE MONTHLY
PAYMENT CAN INCREASE OR DECREASE. THE PRINCIPAL AMOUNT TO REPAY COULD BE
GREATER THAN THE AMOUNT ORIGINALLY BORROWED, BUT NOT MORE THAN THE
MAXIMUM LIMIT STATED IN THIS NOTE.

October 26, 2006                          CAMPBELL                        CALIFORNIA
     [Date]                                [City]                           [State]

                                   5950 LA CASTANA WAY
                                   SACRAMENTO, CA  95823

                                    (Property Address)

### 1.  BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $288,000.00    (this amount is called "Principal"),
plus interest, to the order of Lender. The Principal amount may increase as provided under the terms of this Note but will
never exceed ( 115.000% ) of the Principal amount I originally borrowed. This is called the "Maximum Limit." The
Lender is MILA, Inc., DBA Mortgage Investment Lending Associates, Inc.,
A Washington Corporation

I will make all payments under this Note in the form of cash, check or money order. I understand that the Lender may
transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under
this Note is called the "Note Holder."

### 2.  INTEREST RATE, INTEREST RATE CHANGE DATE AND INDEX

(A) Interest Rate

Interest will be charged on unpaid Principal until the full amount of Principal has been paid. I will pay interest at a
yearly rate of         1.500%. The interest rate I will pay may change in accordance with Section 2 of this Note. The
interest rate required by Section 2 of this Note is the rate I will pay both before and after any default described in Section
7(B) of this Note.

(B) Interest Rate Change Dates

The Interest rate I will pay may change on the first day of          December, 2006          , and on that
day every month thereafter. Each date on which my interest rate could change is called an "Interest Rate Change Date."
The new rate of interest will become effective on each Interest Rate Change Date. The interest rate may change monthly,
but the monthly payment is recalculated in accordance with Section 3.

(C) Index

Beginning with the first Interest Change Date, my interest rate will be based on an Index. The "Index" is the
"Twelve-Month Average" of the annual yields on actively traded United States Treasury Securities adjusted to a constant
maturity of one year as published by the Federal Reserve Board in the Federal Reserve Statistical Release entitled
"Selected Interest Rates (H.15)" (the "Monthly Yields"). The Twelve-Month Average is determined by adding together
the Monthly Yields for the most recently available twelve months and dividing by 12. The most recent Index figure
available as of the date 15 days before each Interest Rate Change Date is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable
information. The Note Holder will give me notice of this choice.

MILA Modified Multistate (Rev. 03/06)
PayOption ARM Note - MTA Index
Version 1.00

DDS-PMI



**(D) Calculation of Interest Rate Changes**

Before each Interest Rate Change Date, the Note Holder will calculate my new interest rate by adding THREE AND 800/1000 percentage points ( 3.800%) ("Margin") to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). This rounded amount will be my new Interest Rate until the next Interest Rate Change Date. My interest will never be greater than 9.950%. Beginning with the first Interest Rate Change Date, my interest rate will never be lower than the Margin.

**3.  PAYMENTS**

**(A) Time and Place of Payments**

I will make a payment every month on the first day of the month, beginning on December 01, 2006 . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on November 01, 2036 , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at P.O. Box 10334

Van Nuys, CA 91410-0334

or at a different place if required by the Note Holder.

**(B) Amount of My Initial Monthly Payments**

Each of my initial monthly payments until the first Payment Change Date will be in the amount of U.S. $993.95 unless adjusted under Section 3(F).

**(C) Payment Change Dates**

My monthly payment may change as required by Section 3(D) below beginning on the 1st day of December, 2007 and on that day every 12th month thereafter. Each of these dates is called a "Payment Change Date." My monthly payment also will change at any time Section 3(F) or 3(G) below requires me to pay a different monthly payment. The "Minimum Payment" is the minimum amount the Note Holder will accept for my monthly payment which is determined at the last Payment Change Date or as provided in Section 3(F) or 3(G) below. If the Minimum Payment is not sufficient to cover the amount of the interest due then negative amortization will occur. I will pay the amount of my new Minimum Payment each month beginning on each Payment Change Date or as provided in Section 3(F) or 3(G) below.

**(D) Calculation of Monthly Payment Changes**

At least 30 days before each Payment Change Date, the Note Holder will calculate the amount of the monthly payment that would be sufficient to repay the unpaid Principal that I am expected to owe at the Payment Change Date in full on the maturity date in substantially equal payments at the interest rate effective during the month preceding the Payment Change Date. The result of this calculation is called the "Full Payment." Unless Section 3(F) or 3(G) apply, the amount of my new monthly payment effective on a Payment Change Date will not increase by more than 7.5% of my prior monthly payment. This 7.5% limitation is called the "Payment Cap." This Payment Cap applies only to the Principal and Interest payment and does not apply to any escrow payments Lender may require under the Security Instrument. The Note Holder will apply the Payment Cap by taking the amount of my Minimum Payment due the month preceding the Payment Change Date and multiplying it by the number 1.075. The result of this calculation is called the "Limited Payment." Unless Section 3(F) or 3(G) below requires me to pay a different amount, my new Minimum Payment will be the lesser of the Limited Payment and the Full Payment. I also have the option to pay the Full Payment for any monthly payment.

**(E) Additions to My Unpaid Principal**

Since my monthly payment amount changes less frequently than the interest rate, and since the monthly payment is subject to the payment limitations described in Section 3(D), my Minimum Payment could be less than or greater than the amount of the Interest portion of the monthly payment that would be sufficient to repay the unpaid Principal I owe at the monthly payment date in full on the Maturity Date in substantially equal payments. For each month that my monthly payment is less than the interest portion, the Note Holder will subtract the amount of my monthly payment from the amount of the interest portion and will add the difference to my unpaid Principal, and interest will accrue on the amount of this difference at the interest rate required by Section 2. For each month that the monthly payment is greater than the interest portion, the Note Holder will apply the payment as provided in Section 3(A).

MLA Modified Multistate (Rev. 03/06)
PayOption ARM Note – MTA Index
Version 1.00

DOS-PMI

Initial:

**(F) Limit on My Unpaid Principal; Increased Monthly Payment**

My unpaid Principal can never exceed the Maximum Limit equal to    115.000    percent of the Principal amount I originally borrowed. My unpaid Principal could exceed that Maximum Limit due to Minimum Payments and interest rate increases. In that event, on the date that my paying my monthly payment would cause me to exceed that limit, I will instead pay a new monthly payment. This means that my monthly payment may change more frequently than annually and such payment changes will not be limited by the 7.5% Payment Cap. The new Minimum Payment will be in an amount that would be sufficient to repay my then unpaid Principal in full, on the Maturity Date in substantially equal payments at the current interest rate.

**(G) Required Full Payment**

On the fifth (5th) Payment Change Date and on each succeeding fifth (5th) Payment Change Date thereafter, I will begin paying the Full Payment as my Minimum Payment until my monthly payment changes again. I also will begin paying the Full Payment as my Minimum Payment on the final Payment Change Date.

**(H) Payment Options**

After the first Interest Rate Change Date, Lender may provide me with up to three (3) additional payment options that are greater than the Minimum Payment, which are called "Payment Options." I may be given the following Payment Options:

(i) **Interest Only Payment:** the amount that would pay the interest portion of the monthly payment at the current Interest rate. The Principal balance will not be decreased by this Payment Option and it is only available if the interest portion exceeds the Minimum Payment.

(ii) **Fully Amortized Payment:** the amount necessary to pay the loan off (Principal and Interest) at the Maturity Date in substantially equal payments.

(iii) **15 Year Amortized Payment:** the amount necessary to pay the loan off (Principal and Interest) within a fifteen (15) year term from the first payment due date in substantially equal payments. This monthly payment amount is calculated on the assumption that the current rate will remain in effect for the remaining term.

NOTE: These Payment Options are only applicable if they are greater than the Minimum Payment.

## 4.  NOTICE OF CHANGES

The Note Holder will deliver or mail to me a notice of any changes in the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

## 5.  BORROWER'S RIGHT TO PREPAY

[ x ] If this box is checked, I have selected a loan which has a prepayment penalty. Therefore this section of the Note entitled Borrower's Right to Prepay is hereby amended by the Prepayment Addendum to Note attached hereto and made a part hereof and defines the terms of the prepayment penalty.

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under this Note.

I may make a full Prepayment or partial Prepayments without paying any Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payment unless the Note Holder agrees in writing to those changes. My partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reductions due to my partial Prepayment may be offset by an interest rate increase.

## 6.  LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

Initials ____

## 7. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charges for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of    15    calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5.000 % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of the Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver by Note Holder

Even if, at a time I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 8. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address. Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 9. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person, who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 10. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 11. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

Transfer of the Property or a Beneficial Interest in Borrower. As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

MTA Modified Multistate (Rev. 03/06)
PayOption ARM Note – MTA Index
Version 1.00

DDS-PM1

Page 4 of 5

Initials

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)         _____ (Seal)
ANTHONY P DUCUS                    -Borrower                                          -Borrower

_____ (Seal)         _____ (Seal)
                                   -Borrower                                          -Borrower

*[Sign Original Only]*

MILA Modified Multistate (Rev. 03/06)
PayOption ARM Note – MTA Index
Version 1.00

DDS-PM1

PAY TO THE ORDER OF
IndyMac Bank F.S.B.
WITHOUT RECOURSE

TRISH D---
ASST. LOAN COORDINATION MANAGER
MILA, INC.
DBA Mortgage Investment Lending Associates, Inc.
A WASHINGTON CORPORATION

Pay To The Order Of

Without Recourse
IndyMac Bank, F.S.B.

By.

Brian Brouillard
First Vice President

# PREPAYMENT ADDENDUM TO NOTE
CALIFORNIA

Loan Number:   2006-18-11-00636                              Loan Amount: $288,000.00

Property:      5950 LA CASTANA WAY
               SACRAMENTO, CA  95823

This Prepayment Addendum to Note ("Addendum") is made this        26th       day of        October, 2006        ,
and is incorporated into and amends and supplements the Note dated the same date as this Addendum.  To the
extent that the provisions of this Addendum are inconsistent with the provisions of the Note, the provisions of this
Addendum shall prevail over and will supersede any inconsistent provisions of the Note.

The section of the Note entitled **BORROWER'S RIGHT TO PREPAY** is amended to read in its entirety as
follows:

## BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due.  A payment of Principal
only is known as a "Prepayment."  When I make a Prepayment, I will tell the Note Holder in writing that I am
doing so.  I may not designate a payment as a Prepayment if I have not made all the monthly payments due under
the Note.

The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note.
However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment
amount, before applying my Prepayment to reduce the Principal amount of the Note.  If I make a partial
Prepayment, there will be no changes in the due dates of my monthly payment unless the Note Holder agrees in
writing to those changes.  My partial Prepayment may reduce the amount of my monthly payments after the first
Change Date following my partial Prepayment.  However, any reductions due to my partial Prepayment may be
offset by an interest rate increase.

If within (        3        )       Three       years from the date of execution of the Security
Instrument I make a full Prepayment or, in certain cases a partial Prepayment, I will at the same time pay to the
Note Holder a Prepayment charge.  The Prepayment charge will be equal to six (6) months advance interest on the
amount of any Prepayment that, when added to all other amounts prepaid during the twelve (12) month period
immediately preceding the date of the Prepayment, exceed twenty percent (20%) of the original principal amount
of the Note.  In no event will such a charge be made if it violates state or federal law.

### NOTICE TO BORROWER(S)
#### DO NOT SIGN THIS ADDENDUM BEFORE YOU READ IT.
#### THIS ADDENDUM PROVIDES FOR THE PAYMENT OF A FEE IF YOU REPAY THE LOAN BEFORE
#### THE SCHEDULED MATURITY DATE SPECIFIED IN THE NOTE.

WITNESS THE HANDS AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)        _____ (Seal)
ANTHONY P DICUS

_____ (Seal)        _____ (Seal)

_____ (Seal)        _____ (Seal)

_____ (Seal)        _____ (Seal)

ARM - Prepayment Addendum                                    MELA 4012 (03/06)
DDS-PMM

ONE WEST BANK, FSB
HOME LOAN SERVICING
P.O. BOX 4045
KALAMAZOO, MICHIGAN 49003-4045
1-800-781-7399

CUSTOMER ACCOUNT ACTIVITY STATEMENT                 DATE 07/01/13

REQ BY 631                                                         PAGE   1

ANTHONY P DICUS                    THE FOLLOWING IS THE PAYMENT HISTORY YOU
5950 LA CASTANA WAY                REQUESTED.  SHOULD YOU HAVE ANY QUESTIONS
SACRAMENTO          CA 95823       REGARDING THIS HISTORY, PLEASE CALL THE
                                   CUSTOMER SERVICE DEPARTMENT AT THE ABOVE
                                   REFERENCED TELEPHONE NUMBER.  THANK YOU.

LOAN NUMBER: 3002357204
*********************************************************************************
-------------------------- CURRENT ACCOUNT INFORMATION ------------------------

| DATE | TOTAL | PRINCIPAL | LOAN | CURRENT | |
|------|-------|-----------|------|---------|--|
| PAYMENT | PAYMENT | & INTEREST | INTEREST | PRINCIPAL | ESCROW |
| DUE | AMOUNT | PAYMENT | RATE | BALANCE | BALANCE |
| 03-01-13 | 1,629.13 | 1,629.13 | 4.00000 | 299,425.11 | 0.00 |
| 2ND MORTGAGE: | | | 0.00   0.00000 | 0.00 | |

*********************************************************************************

ACTIVITY FOR PERIOD 01/01/11 - 06/29/13

| PROCESS | DUE | TRANSACTION | TRANSACTION | | EFFECTIVE DATE |
|---------|-----|-------------|-------------|--|----------------|
| DATE | DATE | CODE | DESCRIPTION | | OF TRANSACTION |

-------------------------------------------------------------------------------

| TRANSACTION | PRIN. PAID/ | | ESCROW PAID/ | ------------OTHER------------- |
|-------------|-------------|-|--------------|-------------------------------|
| AMOUNT | BALANCE | INTEREST | BALANCE | AMOUNT  CODE/DESCRIPTION |

-------------------------------------------------------------------------------

```
06-17-13  03-13  152  LATE CHARGE ASSESSMENT
     0.00         0.00       0.00       0.00      81.46-1 LATE CHARGE
06-11-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00         0.00       0.00       0.00
05-28-13  03-13  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.04000       NEW PRIN & INT PAYMENT:    1,629.13
05-28-13  02-13  173  PAYMENT                                          05-24-13
  1,629.13       628.95   1,000.18       0.00
             299,425.11                      NEW PRINCIPAL/ESCROW BALANCES
05-23-13  00-00  710  ATTORNEY ADVANCE REPAYMENT
     0.00         0.00       0.00       0.00     150.00-
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    11.00         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   150.00         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   741.84         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    66.00         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   625.00         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   585.00         0.00       0.00       0.00
```

```
                        ONE WEST BANK, FSB
                      HOME LOAN SERVICING
                         P.O. BOX 4045
                   KALAMAZOO, MICHIGAN 49003-4045
                         1-800-781-7399

                CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 07/01/13
REQ BY 63I                                                           PAGE   2


ANTHONY P DICUS
LOAN NUMBER: 3002357204

                        ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS     DUE     TRANSACTION                 TRANSACTION            EFFECTIVE DATE
DATE        DATE    CODE                        DESCRIPTION            OF TRANSACTION
---------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/           ESCROW PAID/ ------------OTHER-------------
     AMOUNT       BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------------
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
   1,070.00        0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
      66.00        0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
      44.00        0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
      11.00-       0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
     150.00-       0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
     741.84-       0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
      66.00-       0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
     625.00-       0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
     585.00-       0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
   1,070.00-       0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
      66.00-       0.00        0.00      0.00
05-23-13  00-00   745  CORP. ADVANCE ADJUSTMENT
      44.00-       0.00        0.00      0.00
05-06-13  00-00   633  MISC. F/C AND B/R EXPENSES
      11.00        0.00        0.00      0.00
04-29-13  02-13   493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000         NEW PRIN & INT PAYMENT:    1,629.13
04-29-13  01-13   173  PAYMENT                                         04-26-13
   1,629.13      626.86    1,002.27      0.00
              300,054.06                         NEW PRINCIPAL/ESCROW BALANCES
04-03-13  01-13   493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000         NEW PRIN & INT PAYMENT:    1,629.13
04-03-13  12-12   173  PAYMENT                                         03-30-13
   1,629.13      624.78    1,004.35      0.00
              300,680.92                         NEW PRINCIPAL/ESCROW BALANCES
```

ONE WEST BANK, FSB
HOME LOAN SERVICING
P.O. BOX 4045
KALAMAZOO, MICHIGAN 49003-4045
1-800-781-7399

CUSTOMER ACCOUNT ACTIVITY STATEMENT                    DATE 07/01/13

REQ BY 63I                                                    PAGE   3

ANTHONY P DICUS
LOAN NUMBER: 3002357204

```
                      ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE      TRANSACTION                 TRANSACTION              EFFECTIVE DATE
DATE       DATE     CODE                        DESCRIPTION             OF TRANSACTION
-------------------------------------------------------------------------------------
 TRANSACTION  PRIN. PAID/           ESCROW PAID/ ------------OTHER-------------
   AMOUNT      BALANCE    INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------------
04-02-13  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00        0.00       0.00      0.00
03-07-13  00-00  633  MISC. F/C AND B/R EXPENSES
    145.00        0.00       0.00      0.00
03-04-13  12-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:     1,629.13
03-04-13  11-12  173  PAYMENT                                            02-28-13
   1,629.13      622.70   1,006.43     0.00
              301,305.70                       NEW PRINCIPAL/ESCROW BALANCES
03-04-13  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00        0.00       0.00      0.00
02-19-13  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00        0.00       0.00      0.00
01-23-13  11-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:     1,629.13
01-23-13  10-12  173  PAYMENT                                            01-22-13
   1,629.13      620.63   1,008.50     0.00
              301,928.40                       NEW PRINCIPAL/ESCROW BALANCES
01-03-13  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00        0.00       0.00      0.00
12-26-12  10-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:     1,629.13
12-26-12  09-12  173  PAYMENT                                            12-21-12
   1,629.13      618.57   1,010.56     0.00
              302,549.03                       NEW PRINCIPAL/ESCROW BALANCES
12-04-12  09-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:     1,629.13
12-04-12  08-12  173  PAYMENT                                            11-30-12
   1,629.13      616.52   1,012.61     0.00
              303,167.60                       NEW PRINCIPAL/ESCROW BALANCES
12-03-12  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00        0.00       0.00      0.00
11-19-12  00-00  630  ATTORNEY ADVANCES
    250.00        0.00       0.00      0.00
11-01-12  08-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:     1,629.13
```

```
                    ONE WEST BANK, FSB
                   HOME LOAN SERVICING
                      P.O. BOX 4045
              KALAMAZOO, MICHIGAN 49003-4045
                     1-800-781-7399

                 CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 07/01/13
REQ BY 63I                                                        PAGE   4


ANTHONY P DICUS
LOAN NUMBER: 3002357204

                    ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE    TRANSACTION              TRANSACTION                  EFFECTIVE DATE
DATE       DATE   CODE                     DESCRIPTION                  OF TRANSACTION
------------------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/            ESCROW PAID/ ------------OTHER------------
    AMOUNT     BALANCE    INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------------
11-01-12  07-12  173  PAYMENT                                           10-27-12
   1,629.13      614.47   1,014.66      0.00
                 303,784.12                       NEW PRINCIPAL/ESCROW BALANCES
10-22-12  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00         0.00      0.00       0.00
10-01-12  07-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000          NEW PRIN & INT PAYMENT:    1,629.13
10-01-12  06-12  173  PAYMENT                                           09-28-12
   1,629.13      612.43   1,016.70      0.00
                 304,398.59                       NEW PRINCIPAL/ESCROW BALANCES
09-26-12  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00         0.00      0.00       0.00
09-07-12  00-00  633  MISC. F/C AND B/R EXPENSES
    145.00         0.00      0.00       0.00
08-23-12  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00         0.00      0.00       0.00
08-16-12  06-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000          NEW PRIN & INT PAYMENT:    1,629.13
08-16-12  05-12  173  PAYMENT
      0.00       610.39   1,018.74      0.00    1,629.13-
                 305,011.02                       NEW PRINCIPAL/ESCROW BALANCES
08-15-12  05-12  173  PAYMENT
   1,629.13        0.00      0.00       0.00    1,629.13
08-15-12  05-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000          NEW PRIN & INT PAYMENT:    1,629.13
08-15-12  04-12  173  PAYMENT                                           08-09-12
   1,148.62      608.36   1,020.77      0.00     480.51-
                 305,621.41                       NEW PRINCIPAL/ESCROW BALANCES
07-24-12  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00         0.00      0.00       0.00
07-13-12  04-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000          NEW PRIN & INT PAYMENT:    1,629.13
07-13-12  03-12  173  PAYMENT                                           07-06-12
   1,148.62      606.34   1,022.79      0.00     480.51-
                 306,229.77                       NEW PRINCIPAL/ESCROW BALANCES
06-22-12  03-12  173  PAYMENT                                           06-08-12
   1,148.62        0.00      0.00       0.00    1,148.62
```

```
                          ONE WEST BANK, FSB
                       HOME LOAN SERVICING
                          P.O. BOX 4045
                    KALAMAZOO, MICHIGAN 49003-4045
                          1-800-781-7399

                  CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 07/01/13
REQ BY 63I                                                        PAGE    5


ANTHONY P DICUS
LOAN NUMBER: 3002357204

                    ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS     DUE     TRANSACTION              TRANSACTION            EFFECTIVE DATE
DATE        DATE    CODE                     DESCRIPTION            OF TRANSACTION
------------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/  ------------OTHER-------------
     AMOUNT      BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------------
06-22-12  00-00  633  MISC. F/C AND B/R EXPENSES
         11.00        0.00         0.00      0.00
05-25-12  00-00  633  MISC. F/C AND B/R EXPENSES
         11.00        0.00         0.00      0.00
05-17-12  03-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:   0.04000       NEW PRIN & INT PAYMENT:    1,629.13
05-17-12  02-12  173  PAYMENT                                             05-07-12
      1,148.62      604.33    1,024.80      0.00     480.51-
               306,836.11                         NEW PRINCIPAL/ESCROW BALANCES
04-24-12  00-00  633  MISC. F/C AND B/R EXPENSES
         11.00        0.00         0.00      0.00
04-11-12  02-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:   0.04000       NEW PRIN & INT PAYMENT:    1,629.13
04-11-12  01-12  173  PAYMENT                                             04-06-12
      1,148.62      602.32    1,026.81      0.00     480.51-
               307,440.44                         NEW PRINCIPAL/ESCROW BALANCES
03-28-12  00-00  633  MISC. F/C AND B/R EXPENSES
         11.00        0.00         0.00      0.00
03-13-12  01-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:   0.04000       NEW PRIN & INT PAYMENT:    1,629.13
03-13-12  12-11  173  PAYMENT                                             03-08-12
      1,148.62      600.32    1,028.81      0.00     480.51-
               308,042.76                         NEW PRINCIPAL/ESCROW BALANCES
03-13-12  00-00  633  MISC. F/C AND B/R EXPENSES
        145.00        0.00         0.00      0.00
03-02-12  00-00  633  MISC. F/C AND B/R EXPENSES
         11.00        0.00         0.00      0.00
02-13-12  12-11  173  PAYMENT                                             02-08-12
      1,148.62        0.00         0.00      0.00   1,148.62
01-25-12  00-00  632  STATUTORY EXPENSES
         21.00        0.00         0.00      0.00
01-24-12  00-00  633  MISC. F/C AND B/R EXPENSES
         11.00        0.00         0.00      0.00
01-13-12  00-00  632  STATUTORY EXPENSES
         21.00        0.00         0.00      0.00
01-13-12  00-00  630  ATTORNEY ADVANCES
         45.00        0.00         0.00      0.00
```

```
                        ONE WEST BANK, FSB
                       HOME LOAN SERVICING
                          P.O. BOX 4045
                   KALAMAZOO, MICHIGAN 49003-4045
                         1-800-781-7399

                  CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 07/01/13
REQ BY 631                                                        PAGE   6


ANTHONY P DICUS
LOAN NUMBER: 3002357204

                   ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE     TRANSACTION              TRANSACTION                 EFFECTIVE DATE
DATE       DATE    CODE                     DESCRIPTION                 OF TRANSACTION
---------------------------------------------------------------------------------------
    TRANSACTION   PRIN. PAID/          ESCROM PAID/  ------------OTHER-------------
    AMOUNT        BALANCE    INTEREST  BALANCE   AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------------------
01-11-12  12-11  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.04000         NEW PRIN & INT PAYMENT:     1,629.13
01-11-12  11-11  173  PAYMENT                                                01-09-12
    1,148.62      297.56   1,029.80     0.00     178.74-
              308,643.08                         NEW PRINCIPAL/ESCROW BALANCES
12-28-11  00-00  633  MISC. F/C AND B/R EXPENSES
       11.00      0.00      0.00        0.00
12-09-11  11-11  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.04000         NEW PRIN & INT PAYMENT:     1,327.36
12-09-11  10-11  173  PAYMENT                                                12-08-11
    1,148.62      296.57   1,030.79     0.00     178.74-
              308,940.64                         NEW PRINCIPAL/ESCROW BALANCES
11-29-11  10-11  168  REPAY OF ESCROW ADVANCE
        0.00      0.00      0.00        1531.00-  1,531.00
11-29-11  10-11  163  HAZARD INSURANCE REFUND DEPOSIT
    1,531.00      0.00      0.00        1531.00
                                          0.00    NEW PRINCIPAL/ESCROW BALANCES
11-25-11  00-00  633  MISC. F/C AND B/R EXPENSES
       11.00      0.00      0.00        0.00
11-10-11  10-11  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.04000         NEW PRIN & INT PAYMENT:     1,327.36
11-10-11  09-11  173  PAYMENT                                                11-07-11
    1,148.62      295.58   1,031.78     0.00     178.74-
              309,237.21                         NEW PRINCIPAL/ESCROW BALANCES
10-24-11  00-00  633  MISC. F/C AND B/R EXPENSES
       11.00      0.00      0.00        0.00
10-12-11  09-11  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.04000         NEW PRIN & INT PAYMENT:     1,327.36
10-12-11  08-11  173  PAYMENT                                                10-07-11
    1,148.62      262.44   1,064.92     0.00     178.74-
              309,532.79                         NEW PRINCIPAL/ESCROW BALANCES
09-30-11  00-00  633  MISC. F/C AND B/R EXPENSES
       11.00      0.00      0.00        0.00
09-13-11  08-11  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.04125         NEW PRIN & INT PAYMENT:     1,327.36
09-13-11  07-11  173  PAYMENT                                                09-09-11
    1,148.62      261.54   1,065.82     0.00     178.74-
              309,795.23                         NEW PRINCIPAL/ESCROW BALANCES
```

```
                        ONE WEST BANK, FSB
                     HOME LOAN SERVICING
                        P.O. BOX 4045
                 KALAMAZOO, MICHIGAN 49003-4045
                        1-800-781-7399

                CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 07/01/13
REQ BY 63I                                                         PAGE   7


ANTHONY P DICUS
LOAN NUMBER: 3002357204

                     ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE     TRANSACTION              TRANSACTION              EFFECTIVE DATE
DATE       DATE    CODE                     DESCRIPTION              OF TRANSACTION
----------------------------------------------------------------------------------
  TRANSACTION    PRIN. PAID/          ESCROW PAID/ -----------OTHER-------------
    AMOUNT        BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
----------------------------------------------------------------------------------
08-26-11  07-11  161  ESCROW ADVANCE
   1,531.00         0.00        0.00    1531.00
08-26-11  06-11  351  HAZARD INSURANCE DISBURSEMENT
   1,531.00-        0.00        0.00    1531.00-
                                        1531.00-  NEW PRINCIPAL/ESCROW BALANCES
08-24-11  00-00  633  MISC. F/C AND B/R EXPENSES
     145.00         0.00        0.00       0.00
08-23-11  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00         0.00        0.00       0.00
08-10-11  07-11  173  PAYMENT                                            08-08-11
     150.00         0.00        0.00       0.00     150.00
08-10-11  07-11  173  PAYMENT
     199.70         0.00        0.00       0.00     199.70
08-10-11  07-11  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04125        NEW PRIN & INT PAYMENT:    1,327.36
08-10-11  06-11  173  PAYMENT                                            08-08-11
   1,148.62       260.64    1,066.72       0.00     178.74-
                310,056.77                         NEW PRINCIPAL/ESCROW BALANCES
07-29-11  06-11  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04125        NEW PRIN & INT PAYMENT:    1,327.36
07-29-11  05-11  173  PAYMENT
       0.00       259.75    1,067.61       0.00   1,327.36-1
                310,317.41                         NEW PRINCIPAL/ESCROW BALANCES
07-27-11  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00         0.00        0.00       0.00
07-18-11  05-11  173  PAYMENT                                            07-08-11
   1,148.62         0.00        0.00       0.00   1,148.62
07-18-11  05-11  173  PAYMENT
     449.39         0.00        0.00       0.00     449.39
06-27-11  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00         0.00        0.00       0.00
06-20-11  05-11  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04125        NEW PRIN & INT PAYMENT:    1,327.36
06-20-11  04-11  173  PAYMENT                                            06-08-11
   1,148.62       258.86    1,068.50       0.00     178.74-
                310,577.16                         NEW PRINCIPAL/ESCROW BALANCES
```

ONE WEST BANK, FSB
HOME LOAN SERVICING
P.O. BOX 4045
KALAMAZOO, MICHIGAN 49003-4045
1-800-781-7399

CUSTOMER ACCOUNT ACTIVITY STATEMENT

REQ BY 63I

DATE 07/01/13
PAGE   8

ANTHONY P DICUS
LOAN NUMBER: 3002357204

| PROCESS DATE | DUE DATE | TRANSACTION CODE | ACTIVITY FOR PERIOD 01/01/11 - 06/29/13 TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | ------------OTHER------------ CODE/DESCRIPTION |

```
06-20-11  04-11  173  PAYMENT
      452.31        0.00        0.00        0.00      452.31
05-10-11  04-11  173  PAYMENT
      448.45        0.00        0.00        0.00      448.45
05-10-11  04-11  493  ARM LOAN ADJUSTMENT
      NEW INTEREST RATE:   0.04125       NEW PRIN & INT PAYMENT:      1,327.36
05-10-11  03-11  173  PAYMENT                                                    05-06-11
    1,148.62      257.97    1,069.39      0.00      178.74-
              310,836.02                      NEW PRINCIPAL/ESCROW BALANCES
04-14-11  03-11  493  ARM LOAN ADJUSTMENT
      NEW INTEREST RATE:   0.04125       NEW PRIN & INT PAYMENT:      1,327.36
04-14-11  02-11  173  PAYMENT
        0.00      257.09    1,070.27      0.00    1,327.36-1
              311,093.99                      NEW PRINCIPAL/ESCROW BALANCES
04-11-11  02-11  173  PAYMENT
      898.09        0.00        0.00        0.00      898.09
04-11-11  02-11  493  ARM LOAN ADJUSTMENT
      NEW INTEREST RATE:   0.04125       NEW PRIN & INT PAYMENT:      1,327.36
04-11-11  01-11  173  PAYMENT                                                    04-08-11
    1,148.62      256.21    1,071.15      0.00      178.74-
              311,351.08                      NEW PRINCIPAL/ESCROW BALANCES
03-11-11  01-11  493  ARM LOAN ADJUSTMENT
      NEW INTEREST RATE:   0.04125       NEW PRIN & INT PAYMENT:      1,327.36
03-11-11  12-10  173  PAYMENT                                                    03-07-11
    1,148.62      255.33    1,072.03      0.00      178.74-
              311,607.29                      NEW PRINCIPAL/ESCROW BALANCES
02-23-11  00-00  633  MISC. F/C AND B/R EXPENSES
      145.00        0.00        0.00        0.00
02-10-11  12-10  173  PAYMENT
      449.76        0.00        0.00        0.00      449.76
02-10-11  12-10  493  ARM LOAN ADJUSTMENT
      NEW INTEREST RATE:   0.04125       NEW PRIN & INT PAYMENT:      1,327.36
02-10-11  11-10  173  PAYMENT                                                    02-07-11
    1,148.62      162.17    1,072.59      0.00       86.14-
              311,862.62                      NEW PRINCIPAL/ESCROW BALANCES
01-13-11  11-10  493  ARM LOAN ADJUSTMENT
      NEW INTEREST RATE:   0.04125       NEW PRIN & INT PAYMENT:      1,234.76
```

ONE WEST BANK, FSB
HOME LOAN SERVICING
P.O. BOX 4045
KALAMAZOO, MICHIGAN 49003-4045
1-800-781-7399

CUSTOMER ACCOUNT ACTIVITY STATEMENT                    DATE 07/01/13
REQ BY 63I                                                            PAGE   9

ANTHONY P DICUS
LOAN NUMBER: 3002357204

ACTIVITY FOR PERIOD 01/01/11 - 06/29/13

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | ------------OTHER------------- CODE/DESCRIPTION |

| 01-13-11 | 10-10 | 173 | PAYMENT | |
| 0.00 | 161.62 | 1,073.14 | 0.00 | 1,234.76-1 |
| | 312,024.79 | | | NEW PRINCIPAL/ESCROW BALANCES |
| 01-12-11 | 10-10 | 173 | PAYMENT | |
| 449.97 | 0.00 | 0.00 | 0.00 | 449.97 |
| 01-12-11 | 10-10 | 493 | ARM LOAN ADJUSTMENT | |
| NEW INTEREST RATE: | 0.04125 | NEW PRIN & INT PAYMENT: | 1,234.76 |
| 01-12-11 | 09-10 | 173 | PAYMENT | 01-07-11 |
| 1,148.62 | 161.07 | 1,073.69 | 0.00 | 86.14- |
| | 312,186.41 | | | NEW PRINCIPAL/ESCROW BALANCES |

LOAN NUMBER:

# BANKRUPTCY PAYMENT RECONCILIATION

| TRAN DATE | CONT DUE | POST DUE | PMT TYPE | AMOUNT RECD | PRIN | INTEREST | P&I | PRIN BALANCE | ESCROW | TOTAL PMT | SUSPENSE APPLIED | SUSPENSE BALANCE | DEBTOR SUSPENSE | TRUSTEE SUSPENSE | POST FEES PAID | PRE FEES PAID | A/O FEES PAID | FEE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance/Date | [illegible] | [illegible] | | | | | | [illegible] | | | | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | | Trustee | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | | | Debtor | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | |
| [illegible] | [illegible] | | Trustee | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| [illegible] | [illegible] | | Trustee | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | | Trustee | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | | | Debtor | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | | Trustee | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | | Trustee | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Debtor | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | | Trustee | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | Debtor | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | | Trustee | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| [illegible] | | | Debtor | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |

LOAN NUMBER:                    BANKRUPTCY PAYMENT RECONCILIATION                    PAGE: 1

| 7/28/2011 | May-11 | | T-series | | $205.75 | $1,947.61 | ($1,207.36) | $918,317.41 | | $1,327.36 | ($1,327.36 | $1,460.38 | | $1,337.36 | | | |
| 8/10/2011 | Jun-11 | Jun-11 | Debtor | $1,146.62 | $200.54 | $1,355.73 | ($1,207.36) | $915,896.77 | | $1,327.36 | $176.74 | $1,174.52 | $378.74 | | | | |

LOAN NUMBER:

**BANKRUPTCY PAYMENT RECONCILIATION**

IndyMac Mortgage Services, a division of OneWestBank® FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 03, 2013

Law Office of Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028

Subject: Mortgage Loan Number 3002357204

Dear Ronald H. Freshman, Esq.:

Thank you for writing IndyMac Mortgage Services, a division of OneWest
Bank®, FSB regarding your mortgage loan.

IndyMac Mortgage Services received your letter requesting additional
information regarding your loan and is in the process of evaluating
your request to determine whether your letter is considered a
RESPA - Qualified Written Request (RESPA - QWR) under the Real Estate
Settlement Procedures Act (RESPA). If your letter does constitute a
RESPA - QWR, IndyMac Mortgage Services is required to provide an
acknowledgement letter within 20 business days of receipt of your letter
and is also required to have the issue(s) raised in your letter
addressed or resolved by the 60th business day of receipt of your
letter.

Please be advised this letter shall serve as that acknowledgement for
receipt of your letter. IndyMac Mortgage Services reserves its right
to conclude and inform you that your letter may not constitute a RESPA -
QWR but will, in any event, provide a response to your letter when
required under applicable laws.

If you need further assistance, please contact Customer Service
Direct at (800) 781-7399.  Representatives are available Monday through
Friday, from 8:00 a.m. to 9:00 p.m. Eastern Time.

Respectfully,

Customer Service
IndyMac Mortgage Services, a division of OneWest Bank,® FSB

This company is a debt collector and any information obtained will be
used for that purpose. However, if you have filed a bankruptcy petition
and there is either an "automatic stay" in effect in your bankruptcy
case, or your debt has been discharged pursuant to the bankruptcy laws
of the United States, this communication is intended solely for
informational purposes.

RS777 018 26H

Exhibit "11"

IndyMac Mortgage Services, a division of OneWestBank*, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 10, 2013

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:        $    8227.11

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.





IndyMac Mortgage Services. ············ 462 = 07-11-2013
P.O. Box 4045 • Kalamazoo, MI 49003-4045

rec'd 7/15/13

$ 00.40
MAILED FROM ZIP CODE 49512

27    EAG-GMB    96823



**CHASE**

CHASE ONLINE BILL PAYMENT
PO BOX 15844
WILMINGTON DE 19880-594
(800) 472-6296

Apply to Acct **3002357204**
ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5821

264118208
25-3/440
06-28-2013

Pay    ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100    Dollars

$1,629.13

To
the
Order
of

00494 SFC 401 018 13178 - 264118258 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑆264118208⑆ ⑆044000037⑆ 6585330130

Exhibit "12"

Law Office
**Ronald H. Freshman, Esq.**

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: July 11, 2013

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: Research Department
6900 Beatrice Drive
Kalamazoo, MI 49009

Via:        U.S. Mail - Certificate of Mailing

Re:        Anthony P. Dicus
            Purported Loan #3002357204

            Correspondence received; dated July 1, 2013

            Address:    5950 La Castana Way
                        Sacramento, CA 95823

### RE: QUALIFIED WRITTEN REQUEST; DEBT VALIDATION AND DISPUTE OF DEBT

To Whom It May Concern:

    This letter is in response to the letter we received from you dated July 1, 2013 claiming our Qualified Written Request did not "constitute a QWR subject to the provisions of the Real Estate Settlement Procedures Act (RESPA)."  Nothing, along with much of what you provided, could be further from the truth.

    More than sufficient details were provided for you to investigate the errors identified, such that you provided your own payment history.  Ironically your own payment history repudiated your typical standard, non-compliant form letter which contained false statements regarding Mr. Dicus' purported account, claiming he is in default when he is not.

1

Your letter claims to have provided "[a] 24-month transaction history and bankruptcy payment reconciliation" which was further alleged to "accurately report the application of all payments we received during that period."

We are specifically addressing the false and conflicting statements in your letter needing your immediate attention, to wit:

p.1 ¶ 6 alleges "Mr. Dicus has been in default under the loan documents with respect to the installment of principal and interest that became due on March 1, 2013 together with the subsequent installments and late charges and other amount due under the note and deed of trust." Your own CUSTOMER ACCOUNT ACTIVITY STATEMENT ("CAS") Dated 07/01/13 shows the March, April, May and June payments being entered on 03-04-13; 04-03; 04-29-13 and 05-28-13 respectively, each payment in the amount of $1,629.13. Your Bankruptcy Payment Reconciliation sheet (p.3) also confirms payments being made on 3/4/2013 and 4/3/2013 and shows a $0.00 balance. Mr. Dicus also pulled his own online "Loan Activity" report which also confirms payments were paid and the account is current[1].

The last paragraph on p.1 of your letter states "Nation Star Mortgage is the master servicer for the mortgage backed security (MBS) for which [our] client's [purported] mortgage was pooled." You further proffer that the MBS is identified as "LXS 2007-6 4/30/07". The forensic investigator Mr. Dicus hired and our own in-house investigation, as well as information from Mortgage Electronic Registration Systems, Inc. ("MERS"), provides information contrary to what you claim. There is no "pool" you identify that exists either on the Security and Exchange Commission or Edgar websites. MERS claims the "investor" is U.S. Bank as Trustee and our the forensic examiner has identified the trust to purportedly be Lehman XS Trust, Series 2007-4N with Aurora Loan Services, LLC as the Master Servicer (not Nation Star Mortgage.) Your very own previous letter dated December 3, 2009 confirms this[2].

You further state that "[t]he servicing agreement between OneWest Bank, FSB and Nation Star Mortgage identifies IndyMac Mortgage Services, a division of OneWest

---

[1] Enclosed.

Bank, FSB as the servicer for all loans within the pool and, further, identifies our responsibilities as including, but not limited to, (a) the collection of the payments from each of the mortgages within the pool; (b) initiating the foreclosure process for loans that are in default; (c) processing loan modification requests; and (d) responding to borrowers' inquires."[3] From your own correspondence then, it appears you are not authorized to do any of these things with regard to Mr. Dicus' purported "loan".

Mr. Dicus is NOT IN DEFAULT; payments were paid on time and the purported "investor" is not as you claim. Please clarify your conflicting statements and correct these errors.

Also, please rectify your accounting; remove any late payment fees; confirm in writing the mistakes you have made; and correct any corresponding credit reporting information provided to all three repositories or we shall be forced to file suit to have the court clear up these issues.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus

Enclosures
CC: OCC

---

[2] Enclosed.
[3] Your letter p.2 first paragraph.

3

IndyMac Mortgage Services, a division of OneWestBank®, FSB
Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 1, 2013

Law Office of Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028

RE:     Mr. Anthony Dicus
        Loan Number 3002357204

Dear Mr. Freshman:

This letter is in response to correspondence dated June 20, 2013, regarding the above
referenced home loan. Although your correspondence is presented as a qualified written request
(QWR) it does not constitute a QWR subject to the provisions of the Real Estate Settlement
Procedures Act (RESPA).

Please understand this correspondence is being sent to you as you are representing our
customer. Going forward no phone calls will be made to our customer unless a written request is
received advising us to remove the cease and desist.

A QWR is written correspondence to the loan servicer stating specific a customer believes the
servicing of his/her account is in error. It must also include sufficient detail to allow the servicer
the opportunity to fully investigate the matter to determine if errors were made in connection with
the servicing of the account. Your correspondence fails to state that you believe there are
specific errors in the servicing of the account sufficient to allow IndyMac Mortgage Services, a
division of OneWest Bank, FSB the ability to investigate further. If you have a specific loan
servicing issue, such as a payment application or disbursement issue, please send all inquiries to
the address below with a detailed explanation as to why you believe the account is in error.

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: Research Department
6900 Beatrice Drive
Kalamazoo, MI 49009

A QWR is not a vehicle for obtaining information regarding the lender's general business
practices, including but not limited to its operations, systems of record, servicing by a prior
servicing company or business relationships. With respect to those of your inquiries which go
beyond the scope of a legitimate QWR, IndyMac Mortgage Services respectfully declines to
provide the information requested.

In compliance with the Fair Debt Collection Practices Act (FDCPA), enclosed is a copy of the
promissory note. A 24-month transaction history and bankruptcy payment reconciliation are
included that accurately report the application of all payments we received during that period. If
you dispute the pay history, please provide us details in support of any dispute, including but not
limited to the dates of any transaction in dispute, amounts in dispute, copies of cancelled checks,
receipts, bank statements, etc. You may request a life of loan payment history by completing the
attached form and submitting it and the required fee to the address shown on the form.

As reflected in the transaction history enclosed Mr. Dicus has been in default under the loan
documents with respect to the installment of principal and interest that became due on March 1,
2013, together with the subsequent installments and late charges and other amount due under
the note and deed of trust.

Nation Star Mortgage is the master servicer for the mortgage backed security (MBS) for which
your client's mortgage was pooled. Their phone number is 1.303.515.8131 and their address is

10350 Park Meadows Dr. Fl 3 Littleton, CO 80124. Your loan is pooled in the mortgage backed security identified as LXS 2007-6 4/30/07.

The servicing agreement between OneWest Bank, FSB and Nation Star Mortgage identifies IndyMac Mortgage Services, a division of OneWest Bank, FSB as the servicer for all loans within the pool and, further, identifies our responsibilities as including, but not limited to, (a) the collection of the payments from each of the mortgages within the pool; (b) initiating the foreclosure process for loans that are in default; (c) processing loan modification requests; and (d) responding to borrowers' inquiries. Please direct all of your correspondence to IndyMac Mortgage Services.

Your letter included a request for copies of certain documents that pertain to this loan. The copies you requested can be costly, so as a courtesy we are writing to encourage you to check your client's records to determine if your client has retained the documents provided when the loan closed. Limiting the number of document copies you actually need from IndyMac Mortgage Services will be less expensive and may save time.

Please research your client's records and complete the enclosed order form once you have identified the document copies you still require from IndyMac Mortgage Services. Once your form is complete, please submit a check in the total amount due along with the request form to IndyMac Mortgage Services, a division of OneWest Bank, FSB, Attention: RESPA Department, 6900 Beatrice Drive Kalamazoo, MI 49009. Upon receiving your request and payment, we will provide the desired documents to you within 30 business days of our receipt of the order form. If we do not receive the order form and payment within 30 business days, we will close this request.

We have conducted an investigation of the account and have determined:

1.    No corrections have been made to the account as we are of the opinion the account has been serviced in compliance with the terms of the documents signed at closing.

2.    Should you require any further assistance regarding the account, you may contact our Customer Service Department at 1.800.781.7399 or in writing at the following address 6900 Beatrice Drive Kalamazoo, MI 49009.

3.    To the extent we are obligated either contractually or under any applicable statute or regulation to furnish the requested information to you, such information has been provided. We respectfully decline to provide any other information you may have requested, as such information may be privileged, confidential or otherwise not subject to disclosure.

If you have questions regarding our workout programs, please call IndyMac Mortgage Services at 1.800.781.7399 or you may access our website at www.indymacmortgageservices.com.

Please be assured all options were considered in every effort to assist you with this matter. In the event you require further assistance please call 1.800.781.7399 Monday through Friday, from 8:00 a.m. until 9:00 p.m. Eastern Time.

Respectfully,

IndyMac Mortgage Services
a division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

```
                              ONE WEST BANK, FSB
                             HOME LOAN SERVICING
                                 P.O. BOX 4045
                          KALAMAZOO, MICHIGAN 49003-4045
                                 1-800-781-7399

                   CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 07/01/13
REQ BY 631                                                          PAGE   1


ANTHONY P DICUS                      THE FOLLOWING IS THE PAYMENT HISTORY YOU
5950 LA CASTANA WAY                  REQUESTED.  SHOULD YOU HAVE ANY QUESTIONS
SACRAMENTO             CA 95823      REGARDING THIS HISTORY, PLEASE CALL THE
                                     CUSTOMER SERVICE DEPARTMENT AT THE ABOVE
                                     REFERENCED TELEPHONE NUMBER.  THANK YOU.

LOAN NUMBER: 3002357204
********************************************************************************
---------------------------- CURRENT ACCOUNT INFORMATION ----------------------
   DATE        TOTAL        PRINCIPAL        LOAN         CURRENT
 PAYMENT      PAYMENT      & INTEREST      INTEREST      PRINCIPAL        ESCROW
   DUE        AMOUNT        PAYMENT          RATE         BALANCE         BALANCE
03-01-13     1,629.13      1,629.13       4.00000       299,425.11         0.00
 2ND MORTGAGE:                            0.00  0.00000          0.00
********************************************************************************

                    ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS     DUE     TRANSACTION                TRANSACTION              EFFECTIVE DATE
  DATE     DATE     CODE                       DESCRIPTION              OF TRANSACTION
--------------------------------------------------------------------------------
 TRANSACTION   PRIN. PAID/            ESCROW PAID/ --------------OTHER-------------
   AMOUNT       BALANCE    INTEREST     BALANCE    AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------
06-17-13  03-13  152  LATE CHARGE ASSESSMENT
     0.00          0.00        0.00        0.00        81.46-1 LATE CHARGE
06-11-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00          0.00        0.00        0.00
05-28-13  03-13  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:   0.04000          NEW PRIN & INT PAYMENT:      1,629.13
05-28-13  02-13  173  PAYMENT                                                05-24-13
   1,629.13      628.95    1,000.18        0.00
               299,425.11                          NEW PRINCIPAL/ESCROW BALANCES
05-23-13  00-00  710  ATTORNEY ADVANCE REPAYMENT
     0.00          0.00        0.00        0.00     150.00-
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    11.00          0.00        0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   150.00          0.00        0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   741.84          0.00        0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    66.00          0.00        0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   625.00          0.00        0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   585.00          0.00        0.00        0.00
```

ONE WEST BANK, FSB
HOME LOAN SERVICING
P.O. BOX 4045
KALAMAZOO, MICHIGAN 49003-4045
1-800-781-7399

CUSTOMER ACCOUNT ACTIVITY STATEMENT                DATE 07/01/13
                                                        PAGE    2
REQ BY 63I


ANTHONY P DICUS
LOAN NUMBER: 3002357204

```
                 ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE    TRANSACTION                 TRANSACTION              EFFECTIVE DATE
DATE       DATE   CODE                        DESCRIPTION              OF TRANSACTION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  TRANSACTION    PRIN. PAID/          ESCROW PAID/          - - - - - - - OTHER - - - - - - - - - - -
   AMOUNT        BALANCE    INTEREST  BALANCE    AMOUNT  CODE/DESCRIPTION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   1,070.00         0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00         0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      44.00         0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      11.00-        0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     150.00-        0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     741.84-        0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00-        0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     625.00-        0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     585.00-        0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   1,070.00-        0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00-        0.00      0.00      0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      44.00-        0.00      0.00      0.00
05-06-13  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00         0.00      0.00      0.00
04-29-13  02-13  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:      1,629.13
04-29-13  01-13  173  PAYMENT                                          04-26-13
   1,629.13       626.86    1,002.27    0.00
                300,054.06                       NEW PRINCIPAL/ESCROW BALANCES
04-03-13  01-13  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:      1,629.13
04-03-13  12-12  173  PAYMENT                                          03-30-13
   1,629.13       624.78    1,004.35    0.00
                300,680.92                       NEW PRINCIPAL/ESCROW BALANCES
```

ONE WEST BANK, FSB
HOME LOAN SERVICING
P.O. BOX 4045
KALAMAZOO, MICHIGAN 49003-4045
1-800-781-7399

CUSTOMER ACCOUNT ACTIVITY STATEMENT

DATE 07/01/13
PAGE    3

REQ BY 63I

ANTHONY P DICUS
LOAN NUMBER: 3002357204

```
                        ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE      TRANSACTION                  TRANSACTION              EFFECTIVE DATE
DATE       DATE     CODE                         DESCRIPTION              OF TRANSACTION
-------------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/ ------------OTHER-------------
    AMOUNT       BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------------
04-02-13  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00        0.00       0.00      0.00
03-07-13  00-00  633  MISC. F/C AND B/R EXPENSES
     145.00        0.00       0.00      0.00
03-04-13  12-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
03-04-13  11-12  173  PAYMENT                                            02-28-13
    1,629.13      622.70   1,006.43     0.00
              301,305.70                   NEW PRINCIPAL/ESCROW BALANCES
03-04-13  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00        0.00       0.00      0.00
02-19-13  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00        0.00       0.00      0.00
01-23-13  11-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
01-23-13  10-12  173  PAYMENT                                            01-22-13
    1,629.13      620.63   1,008.50     0.00
              301,928.40                   NEW PRINCIPAL/ESCROW BALANCES
01-03-13  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00        0.00       0.00      0.00
12-26-12  10-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
12-26-12  09-12  173  PAYMENT                                            12-21-12
    1,629.13      618.57   1,010.56     0.00
              302,549.03                   NEW PRINCIPAL/ESCROW BALANCES
12-04-12  09-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
12-04-12  08-12  173  PAYMENT                                            11-30-12
    1,629.13      616.52   1,012.61     0.00
              303,167.60                   NEW PRINCIPAL/ESCROW BALANCES
12-03-12  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00        0.00       0.00      0.00
11-19-12  00-00  630  ATTORNEY ADVANCES
     250.00        0.00       0.00      0.00
11-01-12  08-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
```

BANKRUPTCY PAYMENT RECONCILIATION

Law Office
**Ronald H. Freshman, Esq.**

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: June 20, 2013

IndyMac Mortgage Services
PO Box 78826
Phoenix, AZ 85062-8826

Via:      Certified U.S. Mail #7011 2970 0003 7964 5153
          Return Receipt Requested

Re:       Anthony P. Dicus
          Purported Loan #3002357204

          Address:    5950 La Castana Way
                      Sacramento, CA 95823

<u>**QUALIFIED WRITTEN REQUEST; DEBT VALIDATION
AND DISPUTE OF DEBT**</u>

To whom it may concern:

　　We have been retained to represent the above-referenced client, Anthony P. Dicus regarding the status of the purported account/loan number also referenced above.

　　Attached is our client's authorization to release financial information.

<u>**INTRODUCTION; BRIEF STATEMENT OF FACTS**</u>

　　Our client received a call from you stating his property was going into "foreclosure" due to your claim that he is allegedly four months behind.  Mr. Dicus states he has had no notice in writing of any such thing.

　　Upon a return call to (800) 781-7399, Mr. Dicus spoke with an Operator #014 claiming to be named "Melissa;" who told him $6,227.77 was allegedly owed on the purported account.  Melissa further stated "Once your loan came out of bankruptcy it went into the previous status as before - as delinquent and foreclosure status."  She then

1

attempted to induce our client into considering a loan modification, which appears to
have been solicited under false pretenses.

Upon Mr. Dicus telling Melissa that he was current in his payments and he had
never been late, Melissa told Mr. Dicus he could contact your "foreclosure attorney's
office" at (619) 243-8415 referencing vendor #3002357204. This was not only
intimidating but infuriating.

Our client then contacted us to deal with this situation.

<div align="center">

**QUALIFIED WRITTEN REQUEST**

</div>

This letter shall be deemed a 12 U.S.C. § 2601, *et seq*., as amended ("RESPA")
qualified written request to which provisions of the Dodd-Frank Act § 1463 also applies.

This request is directly related to the servicing of the purported loan; includes the
name and account number, as well as a statement for the reasons Mr. Dicus believes the
alleged account is in error. Sufficient detail regarding the other information sought[1] by
Mr. Dicus is contained in this request.

To independently validate our client's concerns, please provide the following.

1.      Fully identify the purported owner the Dicus' loan by name, address and
        phone number which is defined as the person or entity that purports to be
        lawfully entitled to the payments due under any promissory note that he
        allegedly signed when the loan was originated. If the "owner" is a so-
        called "securitized trust", please identify:

        (a)     the name of the specific trust in which my loan is supposedly
                "pooled" (and not simply the name of the Trustee);

        (b)     the CUSIP number for the purported trust; and

        (c)     the specific date the purported loan, including the indorsement of
                the note and assignment of the Deed of Trust, were allegedly sold
                into said trust along with evidence of the consideration paid
                therefore.

2.      Please provide a certified copy of the purported "Note" <u>in its current
        condition</u> format and size, front and back, showing <u>all</u> indorsements and/or
        alonges thereto; as of the date of this letter;

---

[1] 12 U.S.C. § 2605(e)(1)(B)(ii).

3.      Please fully identify the current holder of the Dicus' Deed of trust by name, address and phone number.

4.      Please identify the principal for whom Mortgage Electronic Registration Systems, Inc., ("MERS") purports to act and provide written proof of the authorization of MERS to act for the original or any other "lender" with respect to the purported Deed of Trust.[2]

5.      Please provide the MERS Milestone/Summary Report showing all transfers of servicing and beneficial interest rights.[2]

6.      Please confirm or deny whether the Dicus' purported Note was sold separately from the Deed of Trust or vice-versa and identify:

      (a)      each and every party that purchased the purported Note or any interest therein;

      (b)      the date upon which any such purchase(s) took place;

      (c)      the amount of consideration paid for the purported Note along with evidence of payment including any legers, books, cancelled checks or other similar "paper trail" for the actual consideration both paid and received for each and every alleged "transfer;" "indorsement;" or "assignment."

9)      Please provide a "life of loan" history and a full accounting of each and every payment paid, received and accounted for related to this purported account that includes any and all claimed arrears, delinquencies or additional charges, including but not thereby limited to, escrow charges, fees, rebates, refunds, kickbacks, profits, gains or any other additions or subtractions to the purported account for any reason.

10)     Please also provide an explanation of how any amount allegedly due was calculated including any dates for adjustments and why so adjusted.

11)     Please provide any applicable pool, pooling, pooling and servicing, assignment and assumption, deposit, custodial, master purchasing,

---

[2]  We know "Indymac Mortgage Services a division of OneWest Bank®" is a service mark of OneWest Bank and OneWest Bank is a MERS member with full access to all the MERS and other documentation requested.

servicing, sub-servicing and/or master-servicing, trust or other agreements related in any way to this purported account or the alleged securitization thereof.

## DEBT VALIDATION DEMAND AND DISPUTE OF DEBT

Mr. Dicus herewith disputes the purported "debt" and demands validation of same.  Based on the aforementioned irregularities; manner in which he has been treated; and recent events surrounding the foreclosure crisis and allegations of fraudulent foreclosure activity, Mr. Dicus now questions whether you are or have ever been a legitimate "servicer" of his purported "loan" or account, which at this point he is not sure he owes to anyone, let alone Indymac Mortgage Services which from our research is not a separate entity from OneWest Bank but merely a service mark thereof.  Accordingly, due to the lack of sufficient evidence supporting your claim of servicing rights, Mr. Dicus requests validation of the purported "debt[3]" which shall remain disputed absent your providing concrete evidence of both the ownership and any duly authorized and/or properly and legally assigned and adequately documented servicing rights thereto as well as an existing and legal security instrument thereto.

A cursory review of the recorded documents casts doubt on the legitimacy of your servicing or any other authority regarding this purported "debt" or whether the purported "debt" exists at all. Therefore pursuant to the current Homeowner Bill of Rights and associated Civil Code, our client requests irrefutable proof of your servicing authority, including but not thereby limited to, validation of the purported "debt;" proof of your authority to record or cause to be recorded any documents related to this property; any assignments of deeds of trust; substitutions of trustee(s); copies of the purported "deed of trust" and note which is to include any indorsements or alonges thereto and any corporate resolutions and/or power(s) of attorney authorizing any signatories utilized in executing any documents.

You are herewith notified that any further correspondence shall be through this office and in writing.  Our client is not to be directly contacted by telephone or in any other manner.

---

[3]  This request is not merely for you to provide the purported "evidence of the debt" in the form of the "Note;" the ownership of which is disputed, but a complete and un-broken chain of indorsements and accounting.

4

Dodd-Frank and the Consumer Protection Act have changed the timelines for qualified written request responses that not only requires acknowledgement within 5 days but also a substantive response within 30 days which we look forward to receiving at your earliest possible convenience.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus

Wednesday, June 19, 2013

Anthony Dicus
5950 La Castana Way
Sacramento, Ca 95823

Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, Ca 92028

To Whom It May Concern:

This letter is to inform you that I give permission to Ronald H.

Freshman, Esq. to represent & speak for me with any and all

transactions dealing with INDYMAC BANK (loan #3002357204) in

reference to my home (5950 La Castana Way Sacramento, Ca 95823).

Sincerely,

Anthony Dicus

916-395-2326

# Loan Activity

Loan Number:     3002357204
Property Address: 5950 LA CASTANA WAY
                          SACRAMENTO,  CA  95823-0000
Borrower Name:   ANTHONY P DICUS

| Balances: |
| --- |

Principal balance:    $299,425.11
Escrow balance:      $0.00
Unpaid late charges:  $81.46

Disclosure: The transactions displayed within the payment history reflect funds that you have paid and do not necessarily represent funds that are due.

| Applied Date | Due Date | Description | Amount Paid | Escrow Balance | Escrow Advance Balance | Principal Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 06/17/2013 | 03/01/2013 | LATE CHARGE ASSESSED | $0.00 | $0.00 | $0.00 | $299,425.11 |
| 05/28/2013 | 03/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $299,425.11 |
| 05/28/2013 | 02/01/2013 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $299,425.11 |
| 04/29/2013 | 02/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $300,054.06 |
| 04/29/2013 | 01/01/2013 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $300,054.06 |
| 04/03/2013 | 01/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $300,680.92 |
| 04/03/2013 | 12/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $300,680.92 |
| 03/04/2013 | 12/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $301,305.70 |
| 03/04/2013 | 11/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $301,305.70 |
| 01/23/2013 | 11/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $301,928.40 |
| 01/23/2013 | 10/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $301,928.40 |
| 12/26/2012 | 10/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $302,549.03 |
| 12/26/2012 | 09/01/2012 | PAYMENT/FUNDS | $1,629.13 | $0.00 | $0.00 | $302,549.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/28/2012 | 09/01/2012 | APPLIED | $1,629.13 | $0.00 | $0.00 | $302,549.03 |
| 12/04/2012 | 09/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $303,167.60 |
| 12/04/2012 | 08/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $303,167.60 |
| 11/01/2012 | 08/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $303,784.12 |
| 11/01/2012 | 07/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $303,784.12 |
| 10/01/2012 | 07/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $304,398.59 |
| 10/01/2012 | 06/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $304,398.59 |

[Home](#) | [Privacy & Security](#) | [Terms & Conditions](#)

©2013 IndyMac Mortgage Services a division of OneWest Bank®. All Rights Reserved.
Copyright © 2000 -2013 . Lender Processing Services, Inc. All Rights Reserved.

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.



## Payment Activity

The terms of the Bill Payments and Transfers Agreement apply to these payments.

Includes online payments for the past 13 months

−Hide search

Search by:    Payee Name ▼        Mortgage (...7204) ▼

**10 Payment(s)** found for Mortgage (...7204)        ☒ Clear Search Results

| Send On | Deliver By ▾ | Status | Payee | Amount |
|---|---|---|---|---|
| 06/28/2013 | 07/08/2013 | **Sent** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 05/20/2013 | 05/28/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 04/22/2013 | 04/29/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 03/25/2013 | 04/01/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 02/25/2013 | 03/04/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 01/17/2013 | 01/25/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 12/14/2012 | 12/21/2012 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 11/26/2012 | 12/03/2012 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 10/23/2012 | 10/30/2012 | **Paid** | **Mortgage** IndyMac Bank Mortgage Services...7204 | **$1,629.13** |
| 09/24/2012 | 10/01/2012 | **Paid** | **Mortgage** IndyMac Bank Mortgage Services...7204 | **$1,629.13** |

**Don't see your payment?** Send us an email.

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

**IndyMac Mortgage Services.**
a division of OneWest Bank, FSB
6900 Beatrice Drive • Kalamazoo MI 49009

December 3, 2009

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA  95823-5621

Account Number: 3002357204

Dear Anthony Dicus,

IndyMac Mortgage Services, a division of OneWest Bank FSB, is currently servicing your loan on behalf of securitization trust LXS 2007-4N, AURORA LOAN SERVICES, LLC, as Trustee/Master Servicer and is sending you this important notice as required by federal law.

As of the date of this letter, you owe a balance of $325,617.93.

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be different from the amount above.  Please also note that this is not a payoff statement.  A payoff statement might include other charges or additional third party costs that may be necessary.  Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we may inform you before processing your check.  For a more detailed reinstatement figure or for payoff quote information, please call toll free 1.877.908.HELP (4357).

Unless, within thirty days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid.  If, within thirty days after your receipt of this notice, you notify us in writing that the debt or any portion thereof is disputed, we will obtain a verification of the debt or, if the debt is founded upon a judgment, a copy of any such judgment, and we will mail to you a copy of such verification or judgment.  If you request the name and address of the original creditor, then upon your written request within thirty days after the receipt of this notice we will provide you with the name and address of the original creditor.

If you dispute the debt in writing or if you request proof of the debt or the name and address of the original creditor within the thirty day time period that begins upon receipt of this notice, the law requires us to stop our collection efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

If you wish to dispute the validity of the debt or obtain the name and address of the original creditor you must make such request in writing and send it to:

IndyMac Mortgage Services
Attn: Correspondence Research
P.O. Box 4045
Kalamazoo, MI  49003-4045

If you have questions or need further information, please contact Customer Service toll-free at 1.877.908.HELP (4357), Monday-Friday, 8 a.m. to 9 p.m. (Eastern Time).

Sincerely,

IndyMac Mortgage Services,
A division of OneWest Bank, FSB



IndyMac Mortgage Services, a division of OneWest Bank, FSB™
P.O. Box 4045 • Kalamazoo, MI 49003-4045

rec'd 6/29/13

ADDRESS SERVICE REQUESTED

STATEMENT ENCLOSED

# IndyMac Mortgage Services. a division of OneWest Bank® FSB

**Account Information**

| | |
|---|---|
| Account Information as of | 06/19/13 |
| Loan Number | 3002357204 |
| Interest Rate | 4.0004 |
| Principal Balance | $299,428.11 |
| Escrow Balance | $.00 |
| Unapplied Funds | $515.21 |
| Funds Advanced by IMS (1,2) | $145.00 |
| Principal Paid YTD | $3,123.92 |
| Interest Paid YTD | $9,021.79 |
| Property Taxes Paid YTD | $.00 |
| Hazard Insurance Paid YTD | $.00 |

Primary Phone Number:   (916) 395-2326
Secondary Phone Number:   (916) 398-2326

Property Address:   5950 LA CASTANA WAY,
SACRAMENTO, CA 95823

#BWNDXCT
8668402753200306##

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5821

For statement questions,
please call Customer Service at
1.800.781.7399

## Payment Information

| 07/01/13 Payment Options | Minimum(A) | Interest Only(B) | Fully Amortized(C) | 15 Yr Amortized(C) | |
|---|---|---|---|---|---|
| Principal and/or Interest | $1,429.13 | | | | **Your Account is now** |
| Escrow | $.00 | | | | **4 Payments Past Due.** |
| Optional Products(2) | $.00 | | | | |
| Other(2) | $.00 | | | | **Additional Information** |
| **Payment Amount** | $1,429.13 | | | | 1 Unless otherwise agreed upon additional funds may be applied to advances prior to being applied to Interest/charges |
| Past Due Payment(s) | $6,316.52 | | | | |
| Total Payments Due | $8,145.65 | | | | |
| Unpaid Late Charges | $81.44 | | | | 2 Itemized detail available upon request |
| Returned Payment Fees | $.00 | | | | |
| Other Unpaid Charges(2) | $.00 | | | | 3 Payment calculation includes Late Charge fee |
| Funds Advanced by IMS (1,2) | $145.00 | | | | |
| **Total Amount Due** | $8,372.11 | | | | |
| After 07/16/13 please pay: (3) | $8,453.87 | | | | |

### Transactions Since Last Statement

| Date | Transaction | Total | Principal | Deferred Interest(D) | Interest | Escrow | Fees Misc. |
|---|---|---|---|---|---|---|---|
| 06/17/13 | Fee Assessment | | | | | | $1.48- |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY!**
To find out more, see the back of this statement.

(A) **Minimum P&I Payment** This is the minimum amount that must be paid. As the interest rate may change monthly, this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.

(B) **Interest Only Payment** Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

(C) **Fully or 15-Year Amortized Payment** The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.

(D) **Principal/Deferred Interest** Positive amounts in this section mean the loan balance has decreased. Negative amounts in this section mean the monthly interest due was not satisfied with the last payment resulting in an increased

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

## Making Your Monthly Payments

Payments can be made via our telephone SpeedPay service at 1.800.781.7399. Or you may initiate one time payments on-line at our website, www.indymacmortgageservices.com. There may be a charge for either of these services.

| Payments by U.S. Mail | IndyMac Mortgage Services<br>P.O. Box 78826<br>Phoenix, AZ 85062-8826 |
| Payments by Overnight Service | IndyMac Mortgage Services<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009 |

If mailing or overnighting your payment, please remember the following:

✓ Write your 10-digit loan number on your check
✓ Make your check payable to IndyMac Mortgage Services
✓ Allow at least 5 business days for payment to be received & processed

### Authorization to Convert Your Check to An Electronic Funds Debit

By sending your check to us, you authorize IndyMac Mortgage Services to convert the check into an electronic funds transfer. Please be aware that your bank account may be debited as soon as the same day we receive your payment and that your check will not be returned.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you find you have difficulty making your payments, please contact us immediately to discuss options available to you.

## Contact Information Regarding Your Mortgage Account

| Send All Written Correspondence or Payoff Information Requests to: | IndyMac Mortgage Services<br>P.O. Box 4045<br>Kalamazoo, MI 49003-4045 |
| On-Line | www.indymacmortgageservices.com available 24 hours a day |
| Fax | Tax Related Issues  1.269.353.2685<br>Payoff Department  1.269.353.2437<br>Insurance Center  1.843.413.7143<br>Mortgage Insurance (MI)  1.269.353.2495 |

| Telephone | Automated System or Representative  1.800.781.7399<br>TTY (Hearing Impaired Customer Service)  1.888.858.7961<br>Insurance Center  1.866.258.8181 |

### Telephone and Fax Information

• General loan information is available 24 hours a day, 7 days a week, via automated telephone system.
• Representatives are available Monday through Friday, from 8:00 a.m. until 9:00 p.m., Eastern Time, to assist you.
• For hazard or flood insurance matters, contact our Insurance Center.

## Customer Focus

# Save a Phone Call!

# Visit us at www.indymacmortgageservices.com

Did you know that by registering your mortgage loan online you can have immediate access to all of your current loan information 24 hours a day?

### To register online just follow these simple instructions:

• Go to www.indymacmortgageservices.com mouse over Log In and click "Home Loans"
• Click on "Register User ID/Password"
• Follow the registration instructions and click "submit"

### By accessing your loan through the Loan Servicing Center you can:

• Request copies of your loan documents
• Order a payoff statement
• View your current billing statement
• Make online payments

### For secure and convenient online billing statements:

• Go to www.indymacmortgageservices.com mouse over Log In and click "Home Loans"
• Click on "Enrollment Options"
• Select the first option to go paperless

If you would like to be informed on your loan activity before your statement arrives, sign up for Email Notifications! IndyMac Mortgage Services will let you know when critical transactions occur on your account, such as a payment received and when insurance or taxes are paid from your escrow account. After logging in:

• Select "Personal Preferences"
• Select "Notify Me"
• Check the boxes you would like to receive notices on
• Click "Submit" to start receiving email notifications



Member FDIC © 2011 IndyMac Mortgage Services, a division of OneWest Bank

IndyMac Mortgage Services. a division of OneWest Bank®, FSB

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

| | |
|---|---|
| + Additional Principal: | $ |
| + Additional Escrow: | $ |
| + Late Charges/Fees: | $ |
| = Other: | $ |
| = Total Amount Enclosed: | $ |

**Payment Summary**

ANTHONY P DICUS

Loan Number 3002357204

03/01/13 Payment Information

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
|---|---|---|---|---|
| Total Payments Due: After 07/16/13 | $9,143.93 $9,227.11 | N/A | N/A | N/A |
| Total Amount Due: After 07/16/13 | $9,272.11 $9,972.97 | | | |

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ  85062-8826

3002357204   00837211   00845357   0

## Has Your Information Changed? If So, Please Complete This Form.

Visit our website at www.indymacmortgageservices.com to change your information online.

MAILING ADDRESS _____    E-MAIL ADDRESS _____

CITY _____    STATE _____    ZIP _____

HOME PHONE (_____)    BUSINESS PHONE (_____)

SS# BORROWER _____    NAME (PLEASE PRINT) _____

SS# CO-BORROWER _____    NAME (PLEASE PRINT) _____

☐ Check box if this address change is a permanent residence change.

☐ Check box if this address change is a temporary residence change - please specify: Expiration Date: _____

☐ Check box if this address change is to have statements sent to a Post Office box or another party - please specify:
Expiration Date: _____

BORROWER SIGNATURE _____    LOAN NUMBER _____

CO-BORROWER SIGNATURE _____

IndyMac Mortgage Services
a Division of One West Bank N
PO Box 9042
Temecula, CA 92589-9042

Send Payments to:
IndyMac Mortgage Services
a Division of One West Bank N
PO Box 4045
Kalamazoo, MI  49003-4045

Send Correspondence to:
IndyMac Mortgage Services
a Division of One West Bank N
PO Box 4045
Kalamazoo, MI  49003-4045



71% 700b 52%b 7871 9211

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20130626-72

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



ACO03

Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

06/26/2013

Sent Via Certified Mail
71% 9006 9296 7893 9211

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

RE:  Loan Number:        3002357204
     Property Address:    5950 LA CASTANA WAY

                          SACRAMENTO, CA 95823

Dear Anthony Dicus,

IndyMac Mortgage Services, a Division of OneWest Bank, FSB services your home loan. Your loan is in serious default because you have not made your required payments. The total amount required to reinstate your loan, as of the date of this letter is as follows:

| Next Payment Due Date: | | 03/01/2013 |
|---|---|---|
| Current Monthly Payment: | | $1,629.13 |
| Total Monthly Payments Due: | | $6,516.52 |
| Late Charges: | | $81.46 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $145.00 |
| | Partial Payment Balance: | -$515.21 |
| TOTAL YOU MUST PAY TO CURE DEFAULT: | | $6,227.77 |

You have the right to cure your default. To cure your default, you must, on or before July 28, 2013, pay IndyMac Mortgage Services, a Division of OneWest Bank, FSB in the amount of $6,227.77 plus any additional monthly payments, late charges and fees which become due.

If your check is returned to us for insufficient funds or for any reason, "good funds" will not have been received and you will not have cured your default, we reserve the right to accept or reject a partial payment of the total amount due without waiving any of our rights herein or otherwise. If you do not cure your default, we will accelerate your mortgage with the full amount remaining accelerated and becoming due and payable in full, and foreclosure proceedings will be initiated at that time.

Failure to cure your default may result in the foreclosure and sale of your property. A deficiency judgment may be obtained against you to collect the balance of your loan.



You may, if required by law, have the right to cure your default after the acceleration of your payments and prior to the foreclosure sale, by paying all amounts past due within the time permitted by law. In addition to the past due amounts, you will be required to pay reasonable fees and costs incurred by IndyMac Mortgage Services, a Division of OneWest Bank, FSB. You may have the right to bring a court action to assert the non-existence of a default right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and foreclosure.

Time is of the essence. Should you have any questions concerning this notice, please contact our Loan Resolutions department at 1-877-908-4357.

At this time, you may request a subsequent meeting with an IndyMac Mortgage Services, a Division of OneWest Bank, representative to discuss further options to avoid foreclosure. If requested, the subsequent meeting will occur within fourteen (14) days of your request. Additionally, you may also contact a HUD-approved housing counseling agency toll-free at 1-800-569-4287 or TDD 1-800-877-8339 for the housing counseling agency nearest you. These services are usually free of charge.

Sincerely,

IndyMac Mortgage Services, a Division of OneWest Bank, FSB
Loan Resolution

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.



NOTIFIED
M. 6/29/13

ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY !
To find out more, see the back of this statement.

| | |
|---|---|
| Primary Phone Number | (916) 395-2325 |
| Secondary Phone Number | (916) 395-2326 |

Property Address: 5000 LA CASTANA WAY SACRAMENTO, CA 95823

## Account Information

| | |
|---|---|
| Account Information as of | [illegible] |
| Loan Number | [illegible] |
| Interest Rate | [illegible] |
| Principal Balance | [illegible] |
| Escrow Balance | $ .00 |
| Unapplied Funds | [illegible] |
| Funds Advanced by IMS (1,2) | [illegible] |
| Principal Paid YTD | [illegible] |
| Interest Paid YTD | [illegible] |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

For statement questions, please call Customer Service at [illegible]

## Payment Information

| 07/01/13 Payment Options | Minimum (A) | Interest Only (B) | Fully Amortized (C) | 15 Yr Amortized (C) |
|---|---|---|---|---|
| Principal and/or Interest | [illegible] | Not applicable | Not applicable | Not applicable |
| Escrow | $ .00 | | | |
| Optional Products(2) | $ .00 | | | |
| Other(2) | $ .00 | | | |
| **Payment Amount** | [illegible] | | | |
| Past Due Payment(s) | [illegible] | | | |
| Total Payment(s) Due | [illegible] | | | |
| Unpaid Late Charges | [illegible] | | | |
| Returned Payment Fees | $ .00 | | | |
| Other Unpaid Charges(2) | $ .00 | | | |
| Funds Advanced by IMS (1,2) | [illegible] | | | |
| **Total Amount Due** | [illegible] | | | |
| After 07/16/13 please pay (3) | [illegible] | | | |

Your Account is now 4 Payments Past Due

### Additional Information

## Transactions Since Last Statement

| Date | Transaction | Total | Principal | Deferred Interest (D) | Interest | Escrow | Fees Misc |
|---|---|---|---|---|---|---|---|
| [illegible] | Fee Assessment | | | | | | [illegible] |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY ! To find out more, see the back of this statement.**

(A) Minimum P/I Payment [illegible]

(B) Interest Only Payment [illegible]

(C) Fully or 15-Year Amortized Payment [illegible]

(D) Principal Deferred Interest [illegible]

## Payment Summary

Loan Number [illegible]

07/01/13 Payment Information

| Payment Options | Minimum Payment | Interest Only | Fully Amortized | 15 Year Amortized |
|---|---|---|---|---|
| Total Payments Due: | [illegible] | N/A | N/A | N/A |
| After 07/16/13 | [illegible] | | | |
| Total Amount Due: | [illegible] | | | |
| After 07/16/13 | [illegible] | | | |

+ Additional Principal $
+ Additional Escrow $
+ Late Charges/Fees $
+ Other $
= Total Amount Enclosed $

3002357024 00837211 00845357 0

Exhibit "13"



**Office of the
Comptroller of the Currency**
U.S. Department of the Treasury

OMB Control No. 1557- 0232
Expiration Date:  11/30/2015

# CUSTOMER COMPLAINT FORM

Please fill in this form completely.  Mail or fax this completed complaint form to:

**Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050
1-713-336-4301 (Fax)**

Once we receive your completed form, you will receive an acknowledgment letter containing your assigned case number.  Please keep your case number for future contact with our office.

*Helpful Hints:*

**Check to make sure your financial institution is a national bank or federal savings association (thrift).  If you do not know the name of your financial institution, check your account statement. The financial institution's name will be indicated on the statement.**

**Have you tried to resolve your complaint with your financial institution?  The OCC recommends that you attempt to resolve your complaint with your financial institution first. Please contact your financial institution to allow them the opportunity to resolve your issue(s).**

**If your complaint involves more than one financial institution, you will need to submit a separate complaint form for each institution involved.  You will receive separate case numbers for each institution.**

*Please Note:*

> **We cannot act as a court of law or as a lawyer on your behalf**
> **We cannot give you legal advice**
> **We cannot become involved in complaints that are in litigation or have been litigated**

## Your Information

The Account Owner/Holder should complete this section.  **\* - Indicates Required Fields**

| **\*First Name:** | Middle Name: | | |
|---|---|---|---|
| **\*Last Name:** | | | |
| **\*Street Address:** | | | |
| **\*City:** | | **\*State:** | **\*Zip:** |
| **\*Phone:** | | | |
| Email: | | | |
| What is the best way to contact you?  Phone ☐  Mail ☐  Email ☐ | | | |
| What is the best time to contact you?  Morning ☐  Afternoon ☐  Evening ☐ | | | |

## Representative Contact Information

If you want us to communicate with your attorney or other legal representative directly, please provide the information below.  **Your submission of this portion of the form authorizes our office to release information to your attorney or other legal representative if requested.**  Please check the following to indicate the type of relationship:

Attorney ☐          Legal Representative ☐

Please indicate the type of authorization you have granted to your attorney or other legal representative:

Power of Attorney ☐ Letters Testamentary ☐ Court Appointed Executor or Administrator ☐ Other ☐

If you are not sure of the type of legal authorization granted, please check your legal documents or consult with your attorney or other legal representative.

Name of Representative:

| **\*First Name:** | Middle Name: | | |
|---|---|---|---|
| **\*Last Name:** | | | |
| **\*Street Address:** | | | |
| **\*City:** | | **\*State:** | **\*Zip:** |
| **\*Phone:** | | | |
| Representative Email: | | | |
| What is the best way to contact your representative?  Phone ☐  Mail ☐  Email ☐ | | | |
| What is the best time to contact your representative?  Morning ☐  Afternoon ☐  Evening ☐ | | | |

# Financial Institution or Company Information that is subject of the complaint

Helpful Hint:  If you do not know the name of your financial institution, check your account statement. The financial institution's name will be indicated on the account statement.

| | | | |
|---|---|---|---|
| **\*Name of Financial Institution or Company:** | | | |
| Street Address: | | | |
| **\*City:** | | **\*State:** | Zip: |
| Phone: | | | |
| **\*Type of Account(s)** (Check all that apply)**: Deposit Account (Checking, Savings)** ☐ **Credit Card** ☐ | | | |
| **Loan Product (Consumer, Mortgage, Home Equity)** ☐ **Asset Management (Trust Accounts)** ☐ | | | |
| **Consumer Leasing** ☐  **Non-Deposit Account (Investments)** ☐ **Insurance** ☐ **Other** ☐ | | | |
| Have you tried to resolve your complaint with your financial institution or company?  Yes ☐  No ☐ | | | |
| If Yes, when? | How?  Phone ☐  Mail ☐  In Person ☐  Other ☐ | | |
| Contact Name: | Title: | | |
| Has your financial institution responded to you?  Yes ☐  No ☐ | | | |
| If Yes, when? | How?  Phone ☐  Mail ☐  In Person ☐  Other ☐ | | |

# COMPLAINT INFORMATION

Describe events in the order they occurred, including any names, phone numbers, and a full description of the problem with the amount(s) and date(s) of any transaction(s). Be as brief and complete as possible to make the explanation clear.  **Do not include personal or confidential information such as your social security, credit card, or account numbers.**

Please be advised that the issues described in this complaint will be shared with the financial institution or company in question.

## PRIVACY ACT STATEMENT

The solicitation and collection of this information is authorized by 12 U.S.C. 1. The information is solicited to provide the Office of the Comptroller of the Currency (OCC) with data that is necessary and useful in reviewing requests received from individuals for assistance in their interactions with national banks or federal savings associations (thrifts). The provision of requested information is voluntary. However, without such information, the ability to complete a review or to provide requested assistance may be hindered.

It is intended that the information obtained through this solicitation will be used within the OCC and provided to the national bank or federal savings association (thrift) that is the subject of the complaint or inquiry. Additional disclosures of such information may be made to: (1) other third parties when required or authorized by statute or when necessary in order to obtain additional information relating to the complaint or inquiry; (2) other governmental, self-regulatory, or professional organizations having: (a) jurisdiction over the subject matter of the complaint or inquiry; (b) jurisdiction over the entity that is the subject of the complaint or inquiry; or (c) whenever such information is relevant to a known or suspected violation of law or licensing standard for which another organization has jurisdiction; (3) the Department of Justice, a court, an adjudicative body, a party in litigation, or a witness when relevant and necessary to a legal or administrative proceeding; (4) a Congressional office when the information is relevant to an inquiry initiated on behalf of its provider; (5) Other governmental or tribal organizations with which an individual has communicated regarding a complaint or inquiry about an OCC-regulated entity; (6) OCC contractors or agents when access to such information is necessary; and (7) other third parties when required or authorized by statute.

**I certify that the information provided on this form is true and correct to the best of my knowledge.**

I Certify ■          I Do Not Certify ☐

Date: 07/11/13

Signature: _____

We will mail you a written acknowledgment within five (5) business days of receipt of your completed complaint form containing your assigned case number. Please utilize your case number for future contact with our office. If you have any questions regarding this case, please call 1-800-613-6743.

If a valid OMB Control Number does not appear on this form, you are not required to complete this form.

Law Office
**Ronald H. Freshman, Esq.**

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: July 11, 2013

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: Research Department
6900 Beatrice Drive
Kalamazoo, MI 49009

Via:        U.S. Mail - Certificate of Mailing

Re:        Anthony P. Dicus
            Purported Loan #3002357204

            Correspondence received; dated July 1, 2013

            Address:    5950 La Castana Way
                        Sacramento, CA 95823

### RE: QUALIFIED WRITTEN REQUEST; DEBT VALIDATION AND DISPUTE OF DEBT

To Whom It May Concern:

This letter is in response to the letter we received from you dated July 1, 2013 claiming our Qualified Written Request did not "constitute a QWR subject to the provisions of the Real Estate Settlement Procedures Act (RESPA)." Nothing, along with much of what you provided, could be further from the truth.

More than sufficient details were provided for you to investigate the errors identified, such that you provided your own payment history. Ironically your own payment history repudiated your typical standard, non-compliant form letter which contained false statements regarding Mr. Dicus' purported account, claiming he is in default when he is not.

1

Your letter claims to have provided "[a] 24-month transaction history and bankruptcy payment reconciliation" which was further alleged to "accurately report the application of all payments we received during that period."

We are specifically addressing the false and conflicting statements in your letter needing your immediate attention, to wit:

p.1 ¶ 6 alleges "Mr. Dicus has been in default under the loan documents with respect to the installment of principal and interest that became due on March 1, 2013 together with the subsequent installments and late charges and other amount due under the note and deed of trust." Your own CUSTOMER ACCOUNT ACTIVITY STATEMENT ("CAS") Dated 07/01/13 shows the March, April, May and June payments being entered on 03-04-13; 04-03; 04-29-13 and 05-28-13 respectively, each payment in the amount of $1,629.13. Your Bankruptcy Payment Reconciliation sheet (p.3) also confirms payments being made on 3/4/2013 and 4/3/2013 and shows a $0.00 balance. Mr. Dicus also pulled his own online "Loan Activity" report which also confirms payments were paid and the account is current[1].

The last paragraph on p.1 of your letter states "Nation Star Mortgage is the master servicer for the mortgage backed security (MBS) for which [our] client's [purported] mortgage was pooled." You further proffer that the MBS is identified as "LXS 2007-6 4/30/07". The forensic investigator Mr. Dicus hired and our own in-house investigation, as well as information from Mortgage Electronic Registration Systems, Inc. ("MERS"), provides information contrary to what you claim. There is no "pool" you identify that exists either on the Security and Exchange Commission or Edgar websites. MERS claims the "investor" is U.S. Bank as Trustee and our the forensic examiner has identified the trust to purportedly be Lehman XS Trust, Series 2007-4N with Aurora Loan Services, LLC as the Master Servicer (not Nation Star Mortgage.) Your very own previous letter dated December 3, 2009 confirms this[2].

You further state that "[t]he servicing agreement between OneWest Bank, FSB and Nation Star Mortgage identifies IndyMac Mortgage Services, a division of OneWest

---

[1] Enclosed.

2

Bank, FSB as the servicer for all loans within the pool and, further, identifies our responsibilities as including, but not limited to, (a) the collection of the payments from each of the mortgages within the pool; (b) initiating the foreclosure process for loans that are in default; (c) processing loan modification requests; and (d) responding to borrowers' inquires."[3]  From your own correspondence then, it appears you are not authorized to do any of these things with regard to Mr. Dicus' purported "loan".

Mr. Dicus is NOT IN DEFAULT; payments were paid on time and the purported "investor" is not as you claim.  Please clarify your conflicting statements and correct these errors.

Also, please rectify your accounting; remove any late payment fees; confirm in writing the mistakes you have made; and correct any corresponding credit reporting information provided to all three repositories or we shall be forced to file suit to have the court clear up these issues.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus

Enclosures
CC: OCC

---

[2] Enclosed.
[3] Your letter p.2 first paragraph.

IndyMac Mortgage Services, a division of OneWestBank*, FSB
Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 1, 2013

Law Office of Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028

RE:     Mr. Anthony Dicus
        Loan Number 3002357204

Dear Mr. Freshman:

This letter is in response to correspondence dated June 20, 2013, regarding the above
referenced home loan. Although your correspondence is presented as a qualified written request
(QWR) it does not constitute a QWR subject to the provisions of the Real Estate Settlement
Procedures Act (RESPA).

Please understand this correspondence is being sent to you as you are representing our
customer. Going forward no phone calls will be made to our customer unless a written request is
received advising us to remove the cease and desist.

A QWR is written correspondence to the loan servicer stating specific a customer believes the
servicing of his/her account is in error. It must also include sufficient detail to allow the servicer
the opportunity to fully investigate the matter to determine if errors were made in connection with
the servicing of the account. Your correspondence fails to state that you believe there are
specific errors in the servicing of the account sufficient to allow IndyMac Mortgage Services, a
division of OneWest Bank, FSB the ability to investigate further. If you have a specific loan
servicing issue, such as a payment application or disbursement issue, please send all inquiries to
the address below with a detailed explanation as to why you believe the account is in error.

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: Research Department
6900 Beatrice Drive
Kalamazoo, MI 49009

A QWR is not a vehicle for obtaining information regarding the lender's general business
practices, including but not limited to its operations, systems of record, servicing by a prior
servicing company or business relationships. With respect to those of your inquiries which go
beyond the scope of a legitimate QWR, IndyMac Mortgage Services respectfully declines to
provide the information requested.

In compliance with the Fair Debt Collection Practices Act (FDCPA), enclosed is a copy of the
promissory note. A 24-month transaction history and bankruptcy payment reconciliation are
included that accurately report the application of all payments we received during that period. If
you dispute the pay history, please provide us details in support of any dispute, including but not
limited to the dates of any transaction in dispute, amounts in dispute, copies of cancelled checks,
receipts, bank statements, etc. You may request a life of loan payment history by completing the
attached form and submitting it and the required fee to the address shown on the form.

As reflected in the transaction history enclosed Mr. Dicus has been in default under the loan
documents with respect to the installment of principal and interest that became due on March 1,
2013, together with the subsequent installments and late charges and other amount due under
the note and deed of trust.

Nation Star Mortgage is the master servicer for the mortgage backed security (MBS) for which
your client's mortgage was pooled. Their phone number is 1.303.515.8131 and their address is

10350 Park Meadows Dr. Fl 3 Littleton, CO 80124. Your loan is pooled in the mortgage backed security identified as LXS 2007-6 4/30/07.

The servicing agreement between OneWest Bank, FSB and Nation Star Mortgage identifies IndyMac Mortgage Services, a division of OneWest Bank, FSB as the servicer for all loans within the pool and, further, identifies our responsibilities as including, but not limited to, (a) the collection of the payments from each of the mortgages within the pool; (b) initiating the foreclosure process for loans that are in default; (c) processing loan modification requests; and (d) responding to borrowers' inquiries. Please direct all of your correspondence to IndyMac Mortgage Services.

Your letter included a request for copies of certain documents that pertain to this loan. The copies you requested can be costly, so as a courtesy we are writing to encourage you to check your client's records to determine if your client has retained the documents provided when the loan closed. Limiting the number of document copies you actually need from IndyMac Mortgage Services will be less expensive and may save time.

Please research your client's records and complete the enclosed order form once you have identified the document copies you still require from IndyMac Mortgage Services. Once your form is complete, please submit a check in the total amount due along with the request form to IndyMac Mortgage Services, a division of OneWest Bank, FSB, Attention: RESPA Department, 6900 Beatrice Drive Kalamazoo, MI 49009. Upon receiving your request and payment, we will provide the desired documents to you within 30 business days of our receipt of the order form. If we do not receive the order form and payment within 30 business days, we will close this request.

We have conducted an investigation of the account and have determined:

1.    No corrections have been made to the account as we are of the opinion the account has been serviced in compliance with the terms of the documents signed at closing.

2.    Should you require any further assistance regarding the account, you may contact our Customer Service Department at 1.800.781.7399 or in writing at the following address 6900 Beatrice Drive Kalamazoo, MI 49009.

3.    To the extent we are obligated either contractually or under any applicable statute or regulation to furnish the requested information to you, such information has been provided. We respectfully decline to provide any other information you may have requested, as such information may be privileged, confidential or otherwise not subject to disclosure.

If you have questions regarding our workout programs, please call IndyMac Mortgage Services at 1.800.781.7399 or you may access our website at www.indymacmortgageservices.com.

Please be assured all options were considered in every effort to assist you with this matter. In the event you require further assistance please call 1.800.781.7399 Monday through Friday, from 8:00 a.m. until 9:00 p.m. Eastern Time.

Respectfully,

IndyMac Mortgage Services
a division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a debt.  Any information obtained will be used for that purpose.  However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

```
                              ONE WEST BANK, FSB
                             HOME LOAN SERVICING
                                 P.O. BOX 4045
                          KALAMAZOO, MICHIGAN 49003-4045
                                 1-800-781-7399

                      CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 07/01/13
REQ BY 63I                                                           PAGE   1


ANTHONY P DICUS                        THE FOLLOWING IS THE PAYMENT HISTORY YOU
5950 LA CASTANA WAY                    REQUESTED.  SHOULD YOU HAVE ANY QUESTIONS
SACRAMENTO            CA 95823         REGARDING THIS HISTORY, PLEASE CALL THE
                                       CUSTOMER SERVICE DEPARTMENT AT THE ABOVE
                                       REFERENCED TELEPHONE NUMBER.  THANK YOU.

LOAN NUMBER: 3002357204
**********************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION -------------------------
  DATE        TOTAL       PRINCIPAL       LOAN         CURRENT
 PAYMENT     PAYMENT     & INTEREST     INTEREST      PRINCIPAL          ESCROW
   DUE       AMOUNT       PAYMENT         RATE         BALANCE          BALANCE
03-01-13    1,629.13     1,629.13      4.00000       299,425.11           0.00
  2ND MORTGAGE:                          0.00   0.00000           0.00
**********************************************************************************

                 ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE     TRANSACTION              TRANSACTION              EFFECTIVE DATE
 DATE     DATE     CODE                     DESCRIPTION              OF TRANSACTION
--------------------------------------------------------------------------------
 TRANSACTION  PRIN. PAID/          ESCROW PAID/ --------------OTHER-------------
   AMOUNT      BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------
06-17-13  03-13  152  LATE CHARGE ASSESSMENT
     0.00          0.00        0.00       0.00      81.46-1 LATE CHARGE
06-11-13  00-00  633  MISC. P/C AND B/R EXPENSES
    11.00          0.00        0.00       0.00
05-28-13  03-13  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.04000           NEW PRIN & INT PAYMENT:     1,629.13
05-28-13  02-13  173  PAYMENT                                          05-24-13
  1,629.13       628.95    1,000.18       0.00
             299,425.11                            NEW PRINCIPAL/ESCROW BALANCES
05-23-13  00-00  710  ATTORNEY ADVANCE REPAYMENT
     0.00          0.00        0.00       0.00     150.00-
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    11.00          0.00        0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   150.00          0.00        0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   741.84          0.00        0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    66.00          0.00        0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   625.00          0.00        0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   585.00          0.00        0.00       0.00
```

```
                    ONE WEST BANK, FSB
                  HOME LOAN SERVICING
                     P.O. BOX 4045
               KALAMAZOO, MICHIGAN 49003-4045
                     1-800-781-7399
```

CUSTOMER ACCOUNT ACTIVITY STATEMENT

DATE 07/01/13
PAGE  2

REQ BY 63I

ANTHONY P DICUS
LOAN NUMBER: 3002357204

```
               ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS   DUE    TRANSACTION              TRANSACTION           EFFECTIVE DATE
DATE      DATE   CODE                     DESCRIPTION           OF TRANSACTION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 TRANSACTION    PRIN. PAID/           ESCROW PAID/- - - - - - - - - OTHER - - - - - - - - - - -
   AMOUNT       BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
  1,070.00         0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
     66.00         0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
     44.00         0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
     11.00-        0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
    150.00-        0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
    741.84-        0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
     66.00-        0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
    625.00-        0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
    585.00-        0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
  1,070.00-        0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
     66.00-        0.00      0.00      0.00
05-23-13  00-00   745   CORP. ADVANCE ADJUSTMENT
     44.00-        0.00      0.00      0.00
05-06-13  00-00   633   MISC. F/C AND B/R EXPENSES
     11.00         0.00      0.00      0.00
04-29-13  02-13   493   ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
04-29-13  01-13   173   PAYMENT                                           04-26-13
  1,629.13       626.86   1,002.27      0.00
              300,054.06                       NEW PRINCIPAL/ESCROW BALANCES
04-03-13  01-13   493   ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
04-03-13  12-12   173   PAYMENT                                           03-30-13
  1,629.13       624.78   1,004.35      0.00
              300,680.92                       NEW PRINCIPAL/ESCROW BALANCES
```

ONE WEST BANK, FSB
HOME LOAN SERVICING
P.O. BOX 4045
KALAMAZOO, MICHIGAN 49003-4045
1-800-781-7399

CUSTOMER ACCOUNT ACTIVITY STATEMENT

DATE 07/01/13
PAGE  3

REQ BY 63I

ANTHONY P DICUS
LOAN NUMBER: 3002357204

ACTIVITY FOR PERIOD 01/01/11 - 06/29/13

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | ------------OTHER------------- AMOUNT  CODE/DESCRIPTION |
|---|---|---|---|---|

04-02-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00      0.00      0.00
03-07-13  00-00  633  MISC. F/C AND B/R EXPENSES
   145.00       0.00      0.00      0.00
03-04-13  12-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000       NEW PRIN & INT PAYMENT:    1,629.13
03-04-13  11-12  173  PAYMENT                                              02-28-13
   1,629.13     622.70  1,006.43     0.00
             301,305.70                       NEW PRINCIPAL/ESCROW BALANCES
03-04-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00      0.00      0.00
02-19-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00      0.00      0.00
01-23-13  11-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000       NEW PRIN & INT PAYMENT:    1,629.13
01-23-13  10-12  173  PAYMENT                                              01-22-13
   1,629.13     620.63  1,008.50     0.00
             301,928.40                       NEW PRINCIPAL/ESCROW BALANCES
01-03-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00      0.00      0.00
12-26-12  10-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000       NEW PRIN & INT PAYMENT:    1,629.13
12-26-12  09-12  173  PAYMENT                                              12-21-12
   1,629.13     618.57  1,010.56     0.00
             302,549.03                       NEW PRINCIPAL/ESCROW BALANCES
12-04-12  09-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000       NEW PRIN & INT PAYMENT:    1,629.13
12-04-12  08-12  173  PAYMENT                                              11-30-12
   1,629.13     616.52  1,012.61     0.00
             303,167.60                       NEW PRINCIPAL/ESCROW BALANCES
12-03-12  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00      0.00      0.00
11-19-12  00-00  630  ATTORNEY ADVANCES
   250.00       0.00      0.00      0.00
11-01-12  08-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000       NEW PRIN & INT PAYMENT:    1,629.13

LOAD NUMBER:

BANKRUPTCY PAYMENT RECONCILIATION

Law Office
**Ronald H. Freshman, Esq.**

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax     206-424-0744
ronfreshman@gmail.com

Date: June 20, 2013

IndyMac Mortgage Services
PO Box 78826
Phoenix, AZ 85062-8826

Via:      Certified U.S. Mail #7011 2970 0003 7964 5153
          Return Receipt Requested

Re:       Anthony P. Dicus
          Purported Loan #3002357204

          Address:    5950 La Castana Way
                      Sacramento, CA 95823

<div align="center">

**QUALIFIED WRITTEN REQUEST; DEBT VALIDATION
AND DISPUTE OF DEBT**

</div>

To whom it may concern:

We have been retained to represent the above-referenced client, Anthony P. Dicus regarding the status of the purported account/loan number also referenced above.

Attached is our client's authorization to release financial information.

<div align="center">

**INTRODUCTION; BRIEF STATEMENT OF FACTS**

</div>

Our client received a call from you stating his property was going into "foreclosure" due to your claim that he is allegedly four months behind.  Mr. Dicus states he has had no notice in writing of any such thing.

Upon a return call to (800) 781-7399, Mr. Dicus spoke with an Operator #014 claiming to be named "Melissa;" who told him $6,227.77 was allegedly owed on the purported account.  Melissa further stated "Once your loan came out of bankruptcy it went into the previous status as before - as delinquent and foreclosure status."  She then

attempted to induce our client into considering a loan modification, which appears to have been solicited under false pretenses.

Upon Mr. Dicus telling Melissa that he was current in his payments and he had never been late, Melissa told Mr. Dicus he could contact your "foreclosure attorney's office" at (619) 243-8415 referencing vendor #3002357204. This was not only intimidating but infuriating.

Our client then contacted us to deal with this situation.

### QUALIFIED WRITTEN REQUEST

This letter shall be deemed a 12 U.S.C. § 2601, *et seq*., as amended ("RESPA") qualified written request to which provisions of the Dodd-Frank Act § 1463 also applies.

This request is directly related to the servicing of the purported loan; includes the name and account number, as well as a statement for the reasons Mr. Dicus believes the alleged account is in error. Sufficient detail regarding the other information sought[1] by Mr. Dicus is contained in this request.

To independently validate our client's concerns, please provide the following.

1.    Fully identify the purported owner the Dicus' loan by name, address and phone number which is defined as the person or entity that purports to be lawfully entitled to the payments due under any promissory note that he allegedly signed when the loan was originated. If the "owner" is a so-called "securitized trust", please identify:

  (a)    the name of the specific trust in which my loan is supposedly "pooled" (and not simply the name of the Trustee);

  (b)    the CUSIP number for the purported trust; and

  (c)    the specific date the purported loan, including the indorsement of the note and assignment of the Deed of Trust, were allegedly sold into said trust along with evidence of the consideration paid therefore.

2.    Please provide a certified copy of the purported "Note" <u>in its current condition</u> format and size, front and back, showing <u>all</u> indorsements and/or alloages thereto; as of the date of this letter;

---

[1] 12 U.S.C. § 2605(e)(1)(B)(ii).

3.     Please fully identify the current holder of the Dicus' Deed of trust by name, address and phone number.

4.     Please identify the principal for whom Mortgage Electronic Registration Systems, Inc., ("MERS") purports to act and provide written proof of the authorization of MERS to act for the original or any other "lender" with respect to the purported Deed of Trust.[2]

5.     Please provide the MERS Milestone/Summary Report showing all transfers of servicing and beneficial interest rights.[2]

6.     Please confirm or deny whether the Dicus' purported Note was sold separately from the Deed of Trust or vice-versa and identify:

    (a)     each and every party that purchased the purported Note or any interest therein;

    (b)     the date upon which any such purchase(s) took place;

    (c)     the amount of consideration paid for the purported Note along with evidence of payment including any legers, books, cancelled checks or other similar "paper trail" for the actual consideration both paid and received for each and every alleged "transfer;" "indorsement;" or "assignment."

9)     Please provide a "life of loan" history and a full accounting of each and every payment paid, received and accounted for related to this purported account that includes any and all claimed arrears, delinquencies or additional charges, including but not thereby limited to, escrow charges, fees, rebates, refunds, kickbacks, profits, gains or any other additions or subtractions to the purported account for any reason.

10)     Please also provide an explanation of how any amount allegedly due was calculated including any dates for adjustments and why so adjusted.

11)     Please provide any applicable pool, pooling, pooling and servicing, assignment and assumption, deposit, custodial, master purchasing,

---

[2]  We know "Indymac Mortgage Services a division of OneWest Bank®" is a service mark of OneWest Bank and OneWest Bank is a MERS member with full access to all the MERS and other documentation requested.

servicing, sub-servicing and/or master-servicing, trust or other agreements related in any way to this purported account or the alleged securitization thereof.

### <u>DEBT VALIDATION DEMAND AND DISPUTE OF DEBT</u>

Mr. Dicus herewith disputes the purported "debt" and demands validation of same.  Based on the aforementioned irregularities; manner in which he has been treated; and recent events surrounding the foreclosure crisis and allegations of fraudulent foreclosure activity, Mr. Dicus now questions whether you are or have ever been a legitimate "servicer" of his purported "loan" or account, which at this point he is not sure he owes to anyone, let alone Indymac Mortgage Services which from our research is not a separate entity from OneWest Bank but merely a service mark thereof.  Accordingly, due to the lack of sufficient evidence supporting your claim of servicing rights, Mr. Dicus requests validation of the purported "debt[3]" which shall remain disputed absent your providing concrete evidence of both the ownership and any duly authorized and/or properly and legally assigned and adequately documented servicing rights thereto as well as an existing and legal security instrument thereto.

A cursory review of the recorded documents casts doubt on the legitimacy of your servicing or any other authority regarding this purported "debt" or whether the purported "debt" exists at all. Therefore pursuant to the current Homeowner Bill of Rights and associated Civil Code, our client requests irrefutable proof of your servicing authority, including but not thereby limited to, validation of the purported "debt;" proof of your authority to record or cause to be recorded any documents related to this property; any assignments of deeds of trust; substitutions of trustee(s); copies of the purported "deed of trust" and note which is to include any indorsements or alonges thereto and any corporate resolutions and/or power(s) of attorney authorizing any signatories utilized in executing any documents.

You are herewith notified that any further correspondence shall be through this office and in writing.  Our client is not to be directly contacted by telephone or in any other manner.

---

[3]  This request is not merely for you to provide the purported "evidence of the debt" in the form of the "Note;" the ownership of which is disputed, but a complete and un-broken chain of indorsements and accounting.

Dodd-Frank and the Consumer Protection Act have changed the timelines for qualified written request responses that not only requires acknowledgement within 5 days but also a substantive response within 30 days which we look forward to receiving at your earliest possible convenience.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus

Wednesday, June 19, 2013

Anthony Dicus
5950 La Castana Way
Sacramento, Ca 95823

Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, Ca 92028

To Whom It May Concern:

This letter is to inform you that I give permission to Ronald H.

Freshman, Esq. to represent & speak for me with any and all

transactions dealing with INDYMAC BANK (loan #3002357204) in

reference to my home (5950 La Castana Way Sacramento, Ca 95823).

Sincerely,

Anthony Dicus

916-395-2326

# Loan Activity

Loan Number:      3002357204
Property Address: 5950 LA CASTANA WAY
                  SACRAMENTO,  CA  95823-0000
Borrower Name:    ANTHONY P DICUS

| Balances: |
|---|

Principal balance:     $299,425.11
Escrow balance:        $0.00
Unpaid late charges:   $81.46

Disclosure: The transactions displayed within the payment history reflect funds that you have paid and do not necessarily represent funds that are due.

| Applied Date | Due Date | Description | Amount Paid | Escrow Balance | Escrow Advance Balance | Principal Balance |
|---|---|---|---|---|---|---|
| 06/17/2013 | 03/01/2013 | LATE CHARGE ASSESSED | $0.00 | $0.00 | $0.00 | $299,425.11 |
| 05/28/2013 | 03/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $299,425.11 |
| 05/28/2013 | 02/01/2013 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $299,425.11 |
| 04/29/2013 | 02/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $300,054.06 |
| 04/29/2013 | 01/01/2013 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $300,054.06 |
| 04/03/2013 | 01/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $300,680.92 |
| 04/03/2013 | 12/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $300,680.92 |
| 03/04/2013 | 12/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $301,305.70 |
| 03/04/2013 | 11/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $301,305.70 |
| 01/23/2013 | 11/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $301,928.40 |
| 01/23/2013 | 10/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $301,928.40 |
| 12/26/2012 | 10/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $302,549.03 |
| 12/26/2012 | 09/01/2012 | PAYMENT/FUNDS | $1,629.13 | $0.00 | $0.00 | $302,549.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/26/2012 | 09/01/2012 | APPLIED | $1,629.13 | $0.00 | $0.00 | $302,549.05 |
| 12/04/2012 | 09/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $303,167.60 |
| 12/04/2012 | 08/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $303,167.60 |
| 11/01/2012 | 08/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $303,784.12 |
| 11/01/2012 | 07/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $303,784.12 |
| 10/01/2012 | 07/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $304,398.59 |
| 10/01/2012 | 06/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $304,398.59 |

Home | Privacy & Security | Terms & Conditions

©2013 IndyMac Mortgage Services a division of OneWest Bank®. All Rights Reserved.
Copyright © 2000 -2013 . Lender Processing Services, Inc. All Rights Reserved.

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.



## Payment Activity

The terms of the Bill Payments and Transfers Agreement apply to these payments.

Includes online payments for the past 13 months

−Hide search

Search by: | Payee Name ▾ | | Mortgage (...7204) ▾ |

**10 Payment(s)** found for Mortgage (...7204)          ☒ Clear Search Results

| Send On | Deliver By ▾ | Status | Payee | Amount |
|---|---|---|---|---|
| 06/28/2013 | 07/08/2013 | **Sent** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 05/20/2013 | 05/28/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 04/22/2013 | 04/29/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 03/25/2013 | 04/01/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 02/25/2013 | 03/04/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 01/17/2013 | 01/25/2013 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 12/14/2012 | 12/21/2012 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 11/26/2012 | 12/03/2012 | **Paid** | **Mortgage** IndyMac Mortgage Services...7204 | **$1,629.13** |
| 10/23/2012 | 10/30/2012 | **Paid** | **Mortgage** IndyMac Bank Mortgage Services...7204 | **$1,629.13** |
| 09/24/2012 | 10/01/2012 | **Paid** | **Mortgage** IndyMac Bank Mortgage Services...7204 | **$1,629.13** |

**Don't see your payment?** Send us an email.

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

**IndyMac Mortgage Services.**
a division of OneWest Bank, FSB
6900 Beatrice Drive • Kalamazoo MI 49009

December 3, 2009

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA  95823-5621

Account Number: 3002357204

Dear Anthony Dicus,

IndyMac Mortgage Services, a division of OneWest Bank FSB, is currently servicing your loan on behalf of securitization trust LXS 2007-4N, AURORA LOAN SERVICES, LLC, as Trustee/Master Servicer and is sending you this important notice as required by federal law.

As of the date of this letter, you owe a balance of $325,617.93.

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be different from the amount above. Please also note that this is not a payoff statement. A payoff statement might include other charges or additional third party costs that may be necessary. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we may inform you before processing your check. For a more detailed reinstatement figure or for payoff quote information, please call toll free 1.877.908.HELP (4357).

Unless, within thirty days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid. If, within thirty days after your receipt of this notice, you notify us in writing that the debt or any portion thereof is disputed, we will obtain a verification of the debt or, if the debt is founded upon a judgment, a copy of any such judgment, and we will mail to you a copy of such verification or judgment. If you request the name and address of the original creditor, then upon your written request within thirty days after the receipt of this notice we will provide you with the name and address of the original creditor.

If you dispute the debt in writing or if you request proof of the debt or the name and address of the original creditor within the thirty day time period that begins upon receipt of this notice, the law requires us to stop our collection efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

If you wish to dispute the validity of the debt or obtain the name and address of the original creditor you must make such request in writing and send it to:

IndyMac Mortgage Services
Attn: Correspondence Research
P.O. Box 4045
Kalamazoo, MI 49003-4045

If you have questions or need further information, please contact Customer Service toll-free at 1.877.908.HELP (4357), Monday-Friday, 8 a.m. to 9 p.m. (Eastern Time).

Sincerely,

IndyMac Mortgage Services,
A division of OneWest Bank, FSB



IndyMac Mortgage Services, a division of OneWest Bank, FSB™
P.O. Box 4045 • Kalamazoo, MI 49003-4045

rec'd 6/29/13

ADDRESS SERVICE REQUESTED

STATEMENT ENCLOSED

# IndyMac Mortgage Services _a division of OneWest Bank® FSB_

Primary Phone Number:   (916) 395-2326
Secondary Phone Number:   (916) 398-2326

Property Address:   5950 LA CASTANA WAY.
SACRAMENTO, CA 95823

#BWNDXCT
866840275320030618

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5821

## Account Information

| | |
|---|---|
| Account Information as of | 06/19/13 |
| Loan Number | 3002357004 |
| Interest Rate | 4.0004 |
| Principal Balance | $299,428.11 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $515.21 |
| Funds Advanced by IMS (1,2) | $145.00 |
| Principal Paid YTD | $3,123.92 |
| Interest Paid YTD | $9,021.79 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

For statement questions,
please call Customer Service at
1.800.781.7399

## Payment Information

### 07/01/13 Payment Options

| | Minimum(A) | Interest Only(B) | Fully Amortized(C) | 15 Yr Amortized(C) | |
|---|---|---|---|---|---|
| Principal and/or Interest | $1,429.13 | NA. net Avesicated | NA. net Avesicated | NA. net Avesicated | **Your Account is now** |
| Escrow | $ .00 | | | | **4 Payments Past Due.** |
| Optional Products(2) | $ .00 | | | | |
| Other(2) | $ .00 | | | | |

| | |
|---|---|
| **Payment Amount** | $1,429.13 |
| Past Due Payment(s) | $6,514.52 |
| Total Payments Due | $8,145.65 |
| Unpaid Late Charges | $81.44 |
| Returned Payment Fees | $ .00 |
| Other Unpaid Charges(2) | $ .00 |
| Funds Advanced by IMS (1,2) | $145.00 |
| **Total Amount Due** | $8,372.11 |
| After 07/16/13 please pay: (3) | $8,453.57 |

### Additional Information

1. Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to Interest/charges.

2. Itemized detail available upon request.

3. Payment calculation includes Late Charge fee.

### Transactions Since Last Statement

| Date | Transaction | Total | Principal | Deferred | Interest | Interest | Escrow | Fees,Misc. |
|---|---|---|---|---|---|---|---|---|
| 06/17/13 | Fee Assessment | | | | | | | $1.44~ |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY!**
**To find out more, see the back of this statement.**

*(A) Minimum P&I Payment* This is the minimum amount that must be paid. As the interest rate may change monthly, this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.

*(B) Interest Only Payment* Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

*(C) Fully or 15-Year Amortized Payment* The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.

*(D) Principal/Deferred Interest* Positive amounts in this section mean the loan balance has decreased. Negative amounts in this section mean the monthly interest due was not satisfied with the last payment resulting in an increased

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

## Making Your Monthly Payments

Payments can be made via our telephone Speedpay service at 1.800.781.7399. Or you may initiate one time payments on-line at our website, www.indymacmortgageservices.com. There may be a charge for either of these services.

| | |
|---|---|
| Payments by U.S. Mail | IndyMac Mortgage Services |
| | P.O. Box 78826 |
| | Phoenix, AZ 85062-8826 |
| Payments by Overnight Service | IndyMac Mortgage Services |
| | 6900 Beatrice Drive |
| | Kalamazoo, MI 49009 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you find you have difficulty making your payments, please contact us immediately to discuss options available to you.

If mailing or overnighting your payment, please remember the following:

✓ Write your 10-digit loan number on your check
✓ Make your check payable to IndyMac Mortgage Services
✓ Allow at least 5 business days for payment to be received & processed

### Authorization to Convert Your Check to An Electronic Funds Debit

By sending your check to us, you authorize IndyMac Mortgage Services to convert the check into an electronic funds transfer. Please be aware that your bank account may be debited as soon as the same day we receive your payment and that your check will not be returned.

## Contact Information Regarding Your Mortgage Account

| | | | |
|---|---|---|---|
| Send All Written Correspondence or Payoff Information Requests to: | IndyMac Mortgage Services | Telephone | Automated System or Representative | 1.800.781.7399 |
| | P.O. Box 4045 | | TTY (Hearing Impaired Customer Service) | 1.888.858.7961 |
| | Kalamazoo, MI 49003-4045 | | Insurance Center | 1.866.258.8181 |

| | | |
|---|---|---|
| On-Line | www.indymacmortgageservices.com available 24 hours a day | Telephone and Fax Information |
| | | • General loan information is available 24 hours a day, 7 days a week, via automated telephone system. |
| Fax | Tax Related Issues | 1.269.353.2485 |
| | Payoff Department | 1.269.353.2437 |
| | Insurance Center | 1.843.413.7143 |
| | Mortgage Insurance (MI) | 1.269.353.2495 |

• Representatives are available Monday through Friday, from 8:00 a.m. until 9:00 p.m., Eastern Time, to assist you.
• For hazard or flood insurance matters, contact our Insurance Center.

## Customer Focus

# Save a Phone Call!

# Visit us at www.indymacmortgageservices.com

Did you know that by registering your mortgage loan online you can have immediate access to all of your current loan information 24 hours a day?

### To register online just follow these simple instructions:

- Go to www.indymacmortgageservices.com mouse over Log In and click "Home Loans"
- Click on "Register User ID/Password"
- Follow the registration instructions and click "submit"

### By accessing your loan through the Loan Servicing Center you can:

- Request copies of your loan documents
- Order a payoff statement
- View your current billing statement
- Make online payments

### For secure and convenient online billing statements:

- Go to www.indymacmortgageservices.com mouse over Log In and click "Home Loans"
- Click on "Enrollment Options"
- Select the first option to go paperless

### If you would like to be informed on your loan activity before your statement arrives, sign up for Email Notifications!

IndyMac Mortgage Services will let you know when critical transactions occur on your account, such as a payment received and when insurance or taxes are paid from your escrow account. After logging in:

- Select "Personal Preferences"
- Select "Notify Me"
- Check the boxes you would like to receive notices on
- Click "Submit" to start receiving email notifications



Member FDIC   © 2011 IndyMac Mortgage Services, a division of OneWest Bank. Registered trademarks marks are the property of OneWest Bank and/or it's subsidiaries. FDIC Insured.

IndyMac Mortgage Services. a division of OneWest Bank™, FSB

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

| | |
|---|---|
| + Additional Principal: | $ |
| + Additional Escrow: | $ |
| + Late Charges/Fees: | $ |
| + Other: | $ |
| = Total Amount Enclosed: | $ |

**Payment Summary**

ANTHONY P DICUS

Loan Number 3002357204

03/01/13 Payment Information

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
|---|---|---|---|---|
| Total Payments Due: After 07/16/13 | $8,145.85 $8,327.12 | N/A | N/A | N/A |
| Total Amount Due: After 07/16/13 | $8,372.12 $8,972.37 | | | |

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

3002357204    00837211    00845357    0

## Has Your Information Changed? If So, Please Complete This Form.

Visit our website at www.indymacmortgageservices.com to change your information online.

MAILING ADDRESS _____

CITY _____    E-MAIL ADDRESS _____

HOME PHONE (_____)_____    STATE _____    ZIP _____

SS# BORROWER _____    BUSINESS PHONE (_____)_____

SS# CO-BORROWER _____    NAME (PLEASE PRINT) _____

NAME (PLEASE PRINT) _____

☐ Check box if this address change is a permanent residence change.

☐ Check box if this address change is a temporary residence change - please specify: Expiration Date: _____

☐ Check box if this address change is to have statements sent to a Post Office box or another party - please specify:
Expiration Date: _____

BORROWER SIGNATURE _____    LOAN NUMBER _____

CO-BORROWER SIGNATURE _____

IndyMac Mortgage Services
a Division of One West Bank N
PO Box 9042
Temecula, CA 92589-9042

Send Payments to:
IndyMac Mortgage Services
a Division of One West Bank N
PO Box 4045
Kalamazoo, MI 49003-4045

Send Correspondence to:
IndyMac Mortgage Services
a Division of One West Bank N
PO Box 4045
Kalamazoo, MI 49003-4045



71% 900b 929b 7891 9211

PRESORT
First-Class Mail
U. S. Postage and
Fees Paid
WSO

20130626-72

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



KC003

Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

06/26/2013

Sent Via Certified Mail
7196 9006 9296 7893 9211

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

RE:  Loan Number:       3002357204
     Property Address:   5950 LA CASTANA WAY

                         SACRAMENTO, CA 95823

Dear Anthony Dicus,

IndyMac Mortgage Services, a Division of OneWest Bank, FSB services your home loan. Your loan is in serious default because you have not made your required payments. The total amount required to reinstate your loan, as of the date of this letter is as follows:

| | | |
|---|---|---|
| Next Payment Due Date: | | 03/01/2013 |
| Current Monthly Payment: | | $1,629.13 |
| Total Monthly Payments Due: | | $6,516.52 |
| Late Charges: | | $81.46 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $145.00 |
| | Partial Payment Balance: | -$515.21 |
| TOTAL YOU MUST PAY TO CURE DEFAULT: | | $6,227.77 |

You have the right to cure your default.  To cure your default, you must, on or before July 28, 2013, pay IndyMac Mortgage Services, a Division of OneWest Bank, FSB in the amount of $6,227.77 plus any additional monthly payments, late charges and fees which become due.

If your check is returned to us for insufficient funds or for any reason, "good funds" will not have been received and you will not have cured your default, we reserve the right to accept or reject a partial payment of the total amount due without waiving any of our rights herein or otherwise. If you do not cure your default, we will accelerate your mortgage with the full amount remaining accelerated and becoming due and payable in full, and foreclosure proceedings will be initiated at that time.

Failure to cure your default may result in the foreclosure and sale of your property.  A deficiency judgment may be obtained against you to collect the balance of your loan.



You may, if required by law, have the right to cure your default after the acceleration of your payments and prior to the foreclosure sale, by paying all amounts past due within the time permitted by law. In addition to the past due amounts, you will be required to pay reasonable fees and costs incurred by IndyMac Mortgage Services, a Division of OneWest Bank, FSB. You may have the right to bring a court action to assert the non-existence of a default right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and foreclosure.

Time is of the essence. Should you have any questions concerning this notice, please contact our Loan Resolutions department at 1-877-908-4357.

At this time, you may request a subsequent meeting with an IndyMac Mortgage Services, a Division of OneWest Bank, representative to discuss further options to avoid foreclosure. If requested, the subsequent meeting will occur within fourteen (14) days of your request. Additionally, you may also contact a HUD-approved housing counseling agency toll-free at 1-800-569-4287 or TDD 1-800-877-8339 for the housing counseling agency nearest you. These services are usually free of charge.

Sincerely,

IndyMac Mortgage Services, a Division of OneWest Bank, FSB
Loan Resolution

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.



Primary Phone Number (916) 395-2328
Secondary Phone Number (916) 395-2326

Property Address: 5000 LA CASTANA WAY
SACRAMENTO, CA [illegible]

## Account Information

| | |
|---|---|
| Account Information as of | [illegible] |
| Loan Number | [illegible] |
| Interest Rate | [illegible] |
| Principal Balance | [illegible] |
| Escrow Balance | $ .00 |
| Unapplied Funds | [illegible] |
| Funds Advanced by IMS (1,2) | $[illegible] |
| Principal Paid YTD | [illegible] |
| Interest Paid YTD | [illegible] |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

For statement questions,
please call Customer Service at
1 [illegible]

## Payment Information

| 07/01/13 Payment Options | Minimum (A) | Interest Only (B) | Fully Amortized (C) | 15 Yr Amortized (C) |
|---|---|---|---|---|
| Principal and/or Interest | [illegible] | Not applicable | Not applicable | Not applicable |
| Escrow | $ .00 | | | |
| Optional Products(2) | $ .00 | | | |
| Other(2) | $ .00 | | | |
| **Payment Amount** | [illegible] | | | |
| Past Due Payment(s) | [illegible] | | | |
| Total Payments Due | [illegible] | | | |
| Unpaid Late Charges | [illegible] | | | |
| Returned Payment Fees | $ .00 | | | |
| Other Unpaid Charges(2) | $ .00 | | | |
| Funds Advanced by IMS (1,2) | [illegible] | | | |
| **Total Amount Due** | [illegible] | | | |
| After 07/16/13 please pay (3) | [illegible] | | | |

**Your Account is now 4 Payments Past Due**

### Additional Information

## Transactions Since Last Statement

| Date | Transaction | Total | Principal | Deferred Interest (D) | Interest | Escrow | Fees Misc |
|---|---|---|---|---|---|---|---|
| [illegible] | Fee Assessment | | | | | | [illegible] |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY !**
**To find out more, see the back of this statement.**

(A) **Minimum P/I Payment**: [illegible]

(B) **Interest Only Payment**: [illegible]

(C) **Fully or 15-Year Amortized Payment**: [illegible]

(D) **Principal/Deferred Interest**: [illegible]

## Payment Summary

ANTHONY F DICUS Loan Number [illegible]

[illegible] Payment Information

| Payment Options | Minimum Payment | Interest Only | Fully Amortized | 15 Year Amortized |
|---|---|---|---|---|
| Total Payments Due: | [illegible] | N/A | N/A | N/A |
| After 07/16/13 | [illegible] | | | |
| Total Amount Due: | [illegible] | | | |
| After 07/16/13 | [illegible] | | | |

+ Additional Principal $
+ Additional Escrow $
+ Late Charges/Fees $
+ Other $
= Total Amount Enclosed $

3002357024 00837211 00845357 0

Exhibit "14"

IndyMac Mortgage Services. a division of OneWestBank*, FSB

Home Loan Servicing • 2900 Esperanza Crossing • Austin, TX 78758

July 24, 2013

Law Office of Ronald H. Freshman, Esq.
Attn: Mr. Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028

RE:    OCC Case Number: 02903715
       Mr. Anthony P. Dicus
       Loan Number: 3002357204
       Property Address: 5950 La Castana Way, Sacramento, CA 95823

Dear Mr. Freshman:

I am writing in response to the complaint that Mr. Anthony P. Dicus filed with the Office of the Comptroller
of the Currency (OCC) on July 11, 2013. Included with the complaint is a letter dated July 11, 2013, that
you wrote in response to our previous letter dated July 1, 2013. We received the complaint and the letter
from the OCC on July 18, 2013. I appreciate this opportunity to address Mr. Dicus's concerns.

In your letter and Mr. Dicus's complaint, you assert that the loan is current. Additionally, you mention that
payments were posted on March 4, 2013, April 3, 2013, April 29, 2013, and May 28, 2013. However, the
referenced payments covered past due payments for November 1, 2012, December 1, 2012, January 1,
2013, and February 1, 2013, respectively. In support of your claim that the loan is current, you included a
copy of his Loan Activity report, which contained payments from October 1, 2012, through May 28, 2013.
Please note that this document confirms that the amounts we received were applied to past due
payments.

For your convenience, I have enclosed a full transaction history for Mr. Dicus's loan. According to our
records, his payment for August 1, 2008, was not posted until September 2, 2008, and his account
therefore became one (1) month delinquent. Although we subsequently posted full payments on October
9, 2008, and November 24, 2008, we only received partial payments in December 2008. Consequently,
the loan became further delinquent, and the payment we posted on January 21, 2009, was partially
applied to the payment for November 1, 2008, with the remainder going into a suspense account. We did
not receive any additional payments until after he filed for Chapter 13 bankruptcy on July 22, 2009.
Although we received numerous payments throughout the duration of the bankruptcy, the payments we
received were not sufficient to bring the loan current. If you believe the aforementioned transaction history
is inaccurate, please provide additional information so that I may thoroughly research and address any
issues.

Since the date of Mr. Dicus's bankruptcy filing, we have sent 16 letters inviting him to apply for the Home
Affordable Modification Program (HAMP). However, we have yet to receive an application from him. For
additional information and instructions on applying for a modification, he may visit
www.indymacmortgageservices.com.

In your letter, you state that our correspondence from July 1, 2013, contained incorrect information
relating to the mortgage-backed security (MBS) in which Mr. Dicus's loan is pooled. I apologize for the
miscommunication. The subject loan is pooled in the MBS identified as LXS 2007-4N, for which OneWest
Bank, FSB, is the servicer, and Aurora Loan Services is the trustee.

As of the date of this letter, Mr. Dicus's loan is five (5) months delinquent and due for March 1, 2013. The
loan has a past due balance of $7,793.36, which does not include any foreclosure fees and costs. For the
full amount to reinstate the loan, he may contact our Customer Service Department at 1.877.908.4357,

Monday through Friday from 8:00 a.m. to 5:00 p.m. Eastern Time. He may also contact our Customer Service Department at the number provided if he is interested in pursuing a repayment plan. This option would allow him to spread the delinquent amount over several months so that he can make monthly mortgage payments, plus a portion of the delinquent amount, with no additional late fees.

Based on the information set forth above, we believe that we accurately reported Mr. Dicus's account to the credit reporting agencies in accordance with the Fair Credit Reporting Act.

If you have any questions regarding this letter, please contact me directly via email at james.hougham@owb.com or by phone at 1.866.363.3091 Ext. 6261. I am available Monday through Friday, from 8:00 a.m. to 5:00 p.m. Central Time.

Respectfully,

James Hougham
Default Escalation Specialist
IndyMac Mortgage Services,
a division of OneWest Bank, FSB

Enclosure

CC:    Office of the Comptroller of the Currency

*This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.*

INDYMAC MORTGAGE SERVICES TRANSACTION HISTORY

LOAN NUMBER: 3002307204                MORTGAGOR:    Anthony Dorus

Exhibit "15"



**Office of the Comptroller of the Currency**
U.S. Department of the Treasury

OMB Control No. 1557- 0232
Expiration Date:  11/30/2015

# AMENDED   CUSTOMER COMPLAINT FORM Case #02903715

Please fill in this form completely.  Mail or fax this completed complaint form to:

<div align="center">

**Office of the Comptroller of the Currency**
**Customer Assistance Group**
**1301 McKinney Street, Suite 3450**
**Houston, TX 77010-9050**
**1-713-336-4301 (Fax)**

</div>

Once we receive your completed form, you will receive an acknowledgment letter containing your assigned case number.  Please keep your case number for future contact with our office.

*Helpful Hints:*

**Check to make sure your financial institution is a national bank or federal savings association (thrift).  If you do not know the name of your financial institution, check your account statement. The financial institution's name will be indicated on the statement.**

**Have you tried to resolve your complaint with your financial institution?  The OCC recommends that you attempt to resolve your complaint with your financial institution first. Please contact your financial institution to allow them the opportunity to resolve your issue(s).**

**If your complaint involves more than one financial institution, you will need to submit a separate complaint form for each institution involved.  You will receive separate case numbers for each institution.**

*Please Note:*

> **We cannot act as a court of law or as a lawyer on your behalf**
> **We cannot give you legal advice**
> **We cannot become involved in complaints that are in litigation or have been litigated**

## YOUR INFORMATION

The Account Owner/Holder should complete this section.  **\* - Indicates Required Fields**

| **\*First Name:** | | Middle Name: | |
|---|---|---|---|
| **\*Last Name:** | | | |
| **\*Street Address:** | | | |
| **\*City:** | | **\*State:** | **\*Zip:** |
| **\*Phone:** | | | |
| Email: | | | |
| What is the best way to contact you?  Phone ☐ Mail ☐ Email ☐ | | | |
| What is the best time to contact you?  Morning ☐ Afternoon ☐ Evening ☐ | | | |

## REPRESENTATIVE CONTACT INFORMATION

If you want us to communicate with your attorney or other legal representative directly, please provide the information below.  **Your submission of this portion of the form authorizes our office to release information to your attorney or other legal representative if requested.**  Please check the following to indicate the type of relationship:

Attorney ☐          Legal Representative ☐

Please indicate the type of authorization you have granted to your attorney or other legal representative:

Power of Attorney ☐ Letters Testamentary ☐ Court Appointed Executor or Administrator ☐ Other ☐

If you are not sure of the type of legal authorization granted, please check your legal documents or consult with your attorney or other legal representative.

Name of Representative:

| **\*First Name:** | | Middle Name: | |
|---|---|---|---|
| **\*Last Name:** | | | |
| **\*Street Address:** | | | |
| **\*City:** | | **\*State:** | **\*Zip:** |
| **\*Phone:** | | | |
| Representative Email: | | | |
| What is the best way to contact your representative?  Phone ☐ Mail ☐ Email ☐ | | | |
| What is the best time to contact your representative?  Morning ☐ Afternoon ☐ Evening ☐ | | | |

# FINANCIAL INSTITUTION OR COMPANY INFORMATION THAT IS SUBJECT OF THE COMPLAINT

Helpful Hint:  If you do not know the name of your financial institution, check your account statement. The financial institution's name will be indicated on the account statement.

| | | | |
|---|---|---|---|
| **\*Name of Financial Institution or Company:** | | | |
| Street Address: | | | |
| **\*City:** | | **\*State:** | Zip: |
| Phone: | | | |
| **\*Type of Account(s)** (Check all that apply)**: Deposit Account (Checking, Savings)** ☐ **Credit Card** ☐ | | | |
| **Loan Product (Consumer, Mortgage, Home Equity)** ☐ **Asset Management (Trust Accounts)** ☐ | | | |
| **Consumer Leasing** ☐ **Non-Deposit Account (Investments)** ☐ **Insurance** ☐ **Other** ☐ | | | |
| Have you tried to resolve your complaint with your financial institution or company?  Yes ☐ No ☐ | | | |
| If Yes, when? | How?  Phone ☐ Mail ☐ In Person ☐ Other ☐ | | |
| Contact Name: | Title: | | |
| Has your financial institution responded to you?  Yes ☐ No ☐ | | | |
| If Yes, when? | How?  Phone ☐ Mail ☐ In Person ☐ Other ☐ | | |

## COMPLAINT INFORMATION

Describe events in the order they occurred, including any names, phone numbers, and a full description of the problem with the amount(s) and date(s) of any transaction(s). Be as brief and complete as possible to make the explanation clear.  **Do not include personal or confidential information such as your social security, credit card, or account numbers.**

Please be advised that the issues described in this complaint will be shared with the financial institution or company in question.

## PRIVACY ACT STATEMENT

The solicitation and collection of this information is authorized by 12 U.S.C. 1. The information is solicited to provide the Office of the Comptroller of the Currency (OCC) with data that is necessary and useful in reviewing requests received from individuals for assistance in their interactions with national banks or federal savings associations (thrifts). The provision of requested information is voluntary. However, without such information, the ability to complete a review or to provide requested assistance may be hindered.

It is intended that the information obtained through this solicitation will be used within the OCC and provided to the national bank or federal savings association (thrift) that is the subject of the complaint or inquiry. Additional disclosures of such information may be made to: (1) other third parties when required or authorized by statute or when necessary in order to obtain additional information relating to the complaint or inquiry; (2) other governmental, self-regulatory, or professional organizations having: (a) jurisdiction over the subject matter of the complaint or inquiry; (b) jurisdiction over the entity that is the subject of the complaint or inquiry; or (c) whenever such information is relevant to a known or suspected violation of law or licensing standard for which another organization has jurisdiction; (3) the Department of Justice, a court, an adjudicative body, a party in litigation, or a witness when relevant and necessary to a legal or administrative proceeding; (4) a Congressional office when the information is relevant to an inquiry initiated on behalf of its provider; (5) Other governmental or tribal organizations with which an individual has communicated regarding a complaint or inquiry about an OCC-regulated entity; (6) OCC contractors or agents when access to such information is necessary; and (7) other third parties when required or authorized by statute.

**I certify that the information provided on this form is true and correct to the best of my knowledge.**

I Certify ■          I Do Not Certify ☐

Date: 07/27/13

Signature:

We will mail you a written acknowledgment within five (5) business days of receipt of your completed complaint form containing your assigned case number. Please utilize your case number for future contact with our office. If you have any questions regarding this case, please call 1-800-613-6743.

If a valid OMB Control Number does not appear on this form, you are not required to complete this form.

Exhibit "A"

IndyMac Mortgage Services, a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 10, 2013

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:          $     8227.11

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.





IndyMac Mortgage Services. ━━━━━━━━━━━━━━━━  07-11-2013
P.O. Box 4045 • Kalamazoo, MI 49003-4045

Rec'd 7/15/13

$ 00.40⁶
MAILED FROM ZIP CODE 49512

27    EAG-GHB    98823



CHASE ◐
CHASE ONLINE BILL PAYMENT
PO BOX 15844
WILMINGTON DE 19850-584
(800) 472-6296

Apply to Acct **3002357204**
ANTHONY DICUS
1660 LA CASTANA WAY
SACRAMENTO CA 95823-5821

264118208
25-3/440
06-28-2013

**Pay**  ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                     Dollars

**$1,629.13**

To
the
Order
of

00494 BPC 601 018 13178 - 264118208 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈264118208⑈ ⑆044000037⑆    6585330613⑈

Exhibit "B"

IndyMac Mortgage Services. a division of OneWestBank*, FSB

Home Loan Servicing • 2900 Esperanza Crossing • Austin, TX 78758

July 24, 2013

Law Office of Ronald H. Freshman, Esq.
Attn: Mr. Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028

RE:    OCC Case Number: 02903715
       Mr. Anthony P. Dicus
       Loan Number: 3002357204
       Property Address: 5950 La Castana Way, Sacramento, CA 95823

Dear Mr. Freshman:

I am writing in response to the complaint that Mr. Anthony P. Dicus filed with the Office of the Comptroller
of the Currency (OCC) on July 11, 2013. Included with the complaint is a letter dated July 11, 2013, that
you wrote in response to our previous letter dated July 1, 2013. We received the complaint and the letter
from the OCC on July 18, 2013. I appreciate this opportunity to address Mr. Dicus's concerns.

In your letter and Mr. Dicus's complaint, you assert that the loan is current. Additionally, you mention that
payments were posted on March 4, 2013, April 3, 2013, April 29, 2013, and May 28, 2013. However, the
referenced payments covered past due payment for November 1, 2012, December 1, 2012, January 1,
2013, and February 1, 2013, respectively. In support of your claim that the loan is current, you included a
copy of his Loan Activity report, which contained payments from October 1, 2012, through May 28, 2013.
Please note that this document confirms that the amounts we received were applied to past due
payments.

For your convenience, I have enclosed a full transaction history for Mr. Dicus's loan. According to our
records, his payment for August 1, 2008, was not posted until September 2, 2008, and his account
therefore became one (1) month delinquent. Although we subsequently posted full payments on October
9, 2008, and November 24, 2008, we only received partial payments in December 2008. Consequently,
the loan became further delinquent, and the payment we posted on January 21, 2009, was partially
applied to the payment for November 1, 2008, with the remainder going into a suspense account. We did
not receive any additional payments until after he filed for Chapter 13 bankruptcy on July 22, 2009.
Although we received numerous payments throughout the duration of the bankruptcy, the payments we
received were not sufficient to bring the loan current. If you believe the aforementioned transaction history
is inaccurate, please provide additional information so that I may thoroughly research and address any
issues.

Since the date of Mr. Dicus's bankruptcy filing, we have sent 16 letters inviting him to apply for the Home
Affordable Modification Program (HAMP). However, we have yet to receive an application from him. For
additional information and instructions on applying for a modification, he may visit
www.indymacmortgageservices.com.

In your letter, you state that our correspondence from July 1, 2013, contained incorrect information
relating to the mortgage-backed security (MBS) in which Mr. Dicus's loan is pooled. I apologize for the
miscommunication. The subject loan is pooled in the MBS identified as LXS 2007-4N, for which OneWest
Bank, FSB, is the servicer, and Aurora Loan Services is the trustee.

As of the date of this letter, Mr. Dicus's loan is five (5) months delinquent and due for March 1, 2013. The
loan has a past due balance of $7,793.36, which does not include any foreclosure fees and costs. For the
full amount to reinstate the loan, he may contact our Customer Service Department at 1.877.908.4357,

Monday through Friday from 8:00 a.m. to 5:00 p.m. Eastern Time. He may also contact our Customer Service Department at the number provided if he is interested in pursuing a repayment plan. This option would allow him to spread the delinquent amount over several months so that he can make monthly mortgage payments, plus a portion of the delinquent amount, with no additional late fees.

Based on the information set forth above, we believe that we accurately reported Mr. Dicus's account to the credit reporting agencies in accordance with the Fair Credit Reporting Act.

If you have any questions regarding this letter, please contact me directly via email at james.hougham@owb.com or by phone at 1.866.363.3091 Ext. 6261. I am available Monday through Friday, from 8:00 a.m. to 5:00 p.m. Central Time.

Respectfully,

James Hougham
Default Escalation Specialist
IndyMac Mortgage Services,
a division of OneWest Bank, FSB

Enclosure

CC:    Office of the Comptroller of the Currency

*This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.*

INDYMAC MORTGAGE SERVICES TRANSACTION HISTORY

LOAN NUMBER: 3002307204    MORTGAGOR: Anthony Dmas

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Waiver of Fee | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| BPO Charge | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Service Cost | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Recording Cost | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Title Policy | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Attorney Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| BPO Charge | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Pa | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Inspection Fee | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fee Payment | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Web Print Fee | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fee Payment | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Web Print Fee | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fee Payment | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fee Payment | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Web Print Fee | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fee Payment | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fee Payment | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Web Print Fee | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fee Payment | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fee Payment | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Web Print Fee | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Late Fee Assessed | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Fee Payment | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Web Print Fee | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Exhibit "C"

### Account Information

Account Information as of
Loan Number
Interest Rate
Principal Balance
Escrow Balance
Unapplied Funds
Funds Advanced by IMS (1,2)
Principal Paid YTD
Interest Paid YTD
Property Taxes Paid YTD
Hazard Insurance Paid YTD

**For statement questions,
please call Customer Service at
1.800.781.7399**

### Payment Information

**08/01/13 Payment Options**
 Principal and/or Interest
 Escrow
 Optional Products(2)
 Other(2)
**Payment Amount**
 Past Due Payment(s)
 Total Payments Due
 Unpaid Late Charges
 Returned Payment Fees
 Other Unpaid Charges(2)
 Funds Advanced by IMS (1,2)
**Total Amount Due**
 After 08/16/13 please pay: (3)

### Additional Information

1

2

3

### Transactions Since Last Statement

### Important Messages

**(A) Minimum P&I Payment** *This is the minimum amount that must be paid. As the interest rate may change monthly, this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.*

**(B) Interest Only Payment** *Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.*

**(C) Fully or 15-Year Amortized Payment** *The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.*

**(D) Principal/Deferred Interest** *Positive amounts in this section mean the loan balance has decreased. Negative amounts in the section mean the monthly interest due was not satisfied with the last payment resulting in an increased loan balance.*



Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

- Additional Principal:      $
- Additional Escrow:         $
- Late Charges/Fees:         $
- Other:                     $
- Total Amount Enclosed:     $

### Payment Summary

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
|---|---|---|---|---|
| **Total Payments Due** | $9,774.78 | N/A | N/A | N/A |
| After 08/16/13 | $9,856.24 | | | |
| | | | | |
| **Total Amount Due** | $10,093.70 | | | |
| After 08/16/13 | $10,175.16 | | | |

Exhibit "D"

Law Office
**Ronald H. Freshman, Esq.**

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: July 29, 2013

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: James Hougham
Default Escalation Specialist
2900 Esperanza Crossing
Austin, TX 78758

Via:  U.S. Mail - Certificate of Mailing

Re:    OCC Case Number 02903715
       Anthony P. Dicus
       Purported Loan #3002357204

       Correspondence received; dated July 24, 2013
       Address:    5950 La Castana Way
       Sacramento, CA 95823

<u>**DISPUTE OF DEBT**</u>

Dear Mr. Hougham:

       This letter is in response to the letter we received from you dated July 24, 2013
regarding our client, Mr. Dicus' and his complaint filed with the OCC.

       Your letter contains misstated facts and ignores bankruptcy court orders.

       Contrary to the information provided in your letter, you have misapplied Mr.
Dicus' payments in contravention of the U.S. Bankruptcy Court order and Chapter 13
discharge of Mr. Dicus' debts which include satisfaction of all arrearages you claim
remain delinquent.

1

Pursuant to said order, Mr. Dicus' arrearages and payments were deemed by the Court to be current as of July 20, 2012 (see enclosure).

By your own records, subsequent to said order, you received the following:

1. 08-15-2012 - $1,148.62, claiming a due date of 04-01-2012;

2. 08-15-2012 - $1,629.13, claiming a due date of 05-01-2012;

3. 10-01-2012 - $1,629.13, claiming a due date of 06-01-2012;

4. 11-01-2012 - $1,629.13, claiming a due date of 07-01-2012;

6. 12-04-2012 - $1,629.13, claiming a due date of 08-01-2012;

7. 12-26-2012 - $1,629.13, claiming a due date of 09-01-2012;

8. 01-23-2012 - $1,629.13, claiming a due date of 10-01-2012;

9. 03-04-2013 - $1,629.13, claiming a due date of 11-01-2012;

10. 04-03-2013 - $1,629.13, claiming a due date of 12-01-2012;

11. 04-29-2013 - $1,629.13, claiming a due date of 01-01-2013;

12. 05-28-2013 - $1,629.13, claiming a due date of 02-01-2013; which is the last payment on your schedule (sent), due to OWB's refusal to accept Mr. Dicus' June payment, claiming it was not enough to "BRING YOUR LOAN CURRENT" (See enclosure).

From the July 20, 2012 order, in which the Court ruled Mr. Dicus' payments were current and arrearages paid, through May 1st of your schedule, 10 payments were due to be paid and 11 payments have been paid.  In fact, you have been overpaid based on on your own schedule and the Court order.  OWB has misapplied all Mr. Dicus' payments since.

All your junk fees, late fees and such have been illegally added; the only payment not on your schedule, Mr. Dicus also paid timely but OWB refused to accept it when paid (see enclosure.)

We are attempting to correct your records but you continue to allege Mr. Dicus is delinquent and in "default" when he is not.

Find enclosed the "MOTION TO DEEM CURRENT" and resulting "CIVIL MINUTE ORDER" which discharged and satisfied all payments to OWB as of July 20, 2012.

Please confirm in writing and rectify your accounting mistakes and misapplication of Mr. Dicus' payments; remove any and all late payment and "junk" fees; and correct any erroneous corresponding credit reporting information provided to all three repositories.

Let us know if you are incapable of correcting your records so we can determine if a new lawsuit needs to be filed or the bankruptcy case reopened to address OWB's violation and contempt of the bankruptcy discharge injunction.

Mr. Dicus has incurred and continues to incur, far too many legal fees he should not have to, merely because of OWB's accounting incompetence and refusal to comply with the Court Order.

Please advise your disposition of these issues forthwith as OWB's intimidation and infliction of emotional distress on the Dicus family is appearing to be intentional rather than merely negligent by refusing to accept Mr. Dicus' payment(s) and the constant threats to pursue foreclosing on the Dicus' home.  OWB's accounting irregularities, is in our view, a breach of contract (should one be determined to exist between OWB and Mr. Dicus *et al.*) and tortious.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus


Enclosures
CC: APD; OCC

*This is an attempt to correct your records.  Any information obtained will be used for that purpose.*

1 | **THE LAW OFFICES OF AARON C. KOENIG**
Aaron C. Koenig SBN 255387
2 | 331 J. Street, Ste 200
Sacramento, California  95814
3 | Telephone: 916-443-1009

4 | Attorney For Debtors

5 | UNITED STATES BANKRUPTCY COURT

6 | EASTERN DISTRICT OF CALIFORNIA

7 | SACRAMENTO DIVISION

8 | In re:                              ) Case No.: 2009-35241-B-13J
                                       )
9 |   ANTHONY P. DICUS                  ) MCN: ACK-7
                                       )
10 |   AND LILIA E. LOPEZ,              ) **MOTION TO DEEM CURRENT**
                                       )
11 |                       Debtors      ) DATE: December 4, 2012
                                       TIME: 9:32 a.m.
12 |                                     JUDGE: Hon. Thomas Holman
                                       LOCATION: 501 I Street,
13 |                                     6th Floor, Courtroom 32
                                       Sacramento, CA 95814
14 | _____

15 | MOTION TO DEEM CURRENT

16 |      The Debtors, Anthony P. Dicus and Lilia E. Lopez, by and

17 | through their attorney, Aaron C. Koenig, move this Court to

18 | grant the Motion to Deem Current for post-petition amounts.

19 | This motion is being filed pursuant to FRBP 3002.1

20 |

21 | 1.  The Debtors filed their Chapter 13 bankruptcy case on July

22 | 22, 2009.  The debtor's 1st Amended Plan was confirmed on

     November 13, 2009.  There were no other amended or modified

23 | plans filed or confirmed.

24 |

25 |

1

2. Pursuant to the confirmed plan, the debtor's classified the holder of their first mortgage as a Class 1 Claim.  The monthly contract installment was listed at $1,148.62.  See Exhibit A.

3.  On October 5, 2009 the holder of the 1st mortgage filed a claim listing the monthly contract installment to be $1,148.62. See Exhibit B.

4.  The debtor has made every payment required under the Plan and made his last payment on July 25, 2012.  On August 1, 2012 the trustee issued a notice of completed plan payments stating that the debtor has made every payment required under the plan. See Exhibit C

5.  On September 11, 2012, the trustee filed a Notice of Final Cure Mortgage Payment.  On October 1, 2012, the holder of the 1st mortgage filed a response to the final cure payment and stated that the debtor was not current on his ongoing monthly mortgage statement and owed $8,780.90 in post-petition payments.  On the creditors response the ongoing monthly mortgage payment is listed at $1,629.13.  See Exhibit D

6.  Pursuant to FRBP 3002.1(h), on motion by the debtor or the trustee "the Court shall, after notice and hearing" determine whether the debtor has cured the default and paid all required post petition amounts."

7.  In our case the debtor has satisfied his burden in proving that he has paid all post-petition amounts.  First, the Plan and the 1st filed claim both state that the ongoing monthly mortgage payment is $1,148.62.  Second, the trustee has issued a notice that all payments that have been required have been made.

Third, the holder of the 1st deed of trust has not filed any statement with the court or mailed to the trustee any notice that the mortgage payment has increased.  Pursuant to FRBP 3002.1(b), a creditor is required to file with the court and serve upon the trustee when there has been any change in the payment amount no later than 21 days before the payment is due. In our case, no such document was ever filed with the court and attached as a document to the original filed claim.

8.  Therefore, since the debtor has made all of the required post-petition payments according to the creditors filed claim and no notice was ever given to the trustee or the court regarding a change in the payment amount, the court should deem the debtor current on all post-petition amounts.

    WHEREFORE, the Debtor respectfully requests that the Court enter an order that the debtor has paid all post-petition amounts that were required.

Dated: October 18, 2012

THE LAW OFFICES OF AARON C. KOENIG

BY:  /s/Aaron C. Koenig
Aaron C. Koenig
Attorney for Debtor

3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

---

| | | | |
|---|---|---|---|
| **Case Title :** | Anthony P. Dicus and Lilia E. Lopez | **Case No :** | **09–35241 – B – 13J** |
| | | **Date :** | 12/4/12 |
| | | **Time :** | 09:32 |

**Matter :**     [69] – Motion/Application to Deem Current [ACK–7] Filed by Debtor Anthony P. Dicus, Joint Debtor Lilia E. Lopez (msts)

**Judge :**     Thomas Holman
**Courtroom Deputy :**     Sheryl Arnold
**Reporter :**     Diamond Reporters
**Department :**     B

---

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

---

CIVIL MINUTE ORDER

The matter was unopposed. The court made the following ruling without findings.

IT IS ORDERED that the motion is granted. Pursuant to Fed. R. Bankr. P. 3002.1(h), the court finds that as of July 20, 2012, the date of completion of the confirmed chapter 13 plan, the debtors have cured the pre–petition default owed to and have paid all required ongoing monthly post–petition payments that came due during the term of the confirmed plan to secured creditor OneWest Bank, FSB. Except as so ordered, the motion is denied.

Dated: December 10, 2012

Thomas C. Holman
United States Bankruptcy Judge

IndyMac Mortgage Services. a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 10, 2013

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this payment as the amount submitted does not represent the total amount due to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:        $    8227.11

You may make your payment by money order, certified or cashier's check, or by personal check. Please make your check payable to "Indymac Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for insufficient funds or for any reason, your loan will not be brought current. We reserve the right to accept or reject a partial payment of the Total You Must Pay to Bring Your Loan Current listed above, without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling 1.800.781.7399 today. Customer Service Representatives are available to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments due to your current financial situation, we suggest you contact a HUD-approved housing counselor for counseling services. For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing counseling telephone referral service at 1.800.569.4287. These services are usually free of charge.

Other resources available to help prevent foreclosure: IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number of programs designed to help borrowers who are struggling to make their mortgage payment. We are committed to understanding your situation and working with you in an effort to determine if you are eligible for homeowner preservation options. Information on our programs is available on our website at www.indymacmortgageservices.com. We look forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.





IndyMac Mortgage Services. 07-11-2013

P.O. Box 4045 • Kalamazoo, MI 49003-4045

Rec'd 7/15/13

$ 00.40
02 1M
0008000913   JUL 10 2013
MAILED FROM ZIP CODE 49512

27   EAG-GMB   98823



CHASE
CHASE ONLINE BILL PAYMENT
PO BOX 15844
WILMINGTON DE 19850-594
(800) 472-6296

Apply to Acct 3002357204
ANTHONY DICUS
5990 LA CASTANA WAY
SACRAMENTO CA 95823-5621

264118208
25-3/440
06-28-2013

Pay   ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100

Dollars

$1,629.13

To
the
Order
of

00494 BPC 801 018 13178 - 264118208 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

264118208   044000037   585330813

Exhibit "16"

Law Office
**Ronald H. Freshman, Esq.**

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: July 29, 2013

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: James Hougham
Default Escalation Specialist
2900 Esperanza Crossing
Austin, TX 78758

Via:  U.S. Mail - Certificate of Mailing

Re:   OCC Case Number 02903715
      Anthony P. Dicus
      Purported Loan #3002357204

      Correspondence received; dated July 24, 2013
      Address:    5950 La Castana Way
      Sacramento, CA 95823

<u>**DISPUTE OF DEBT**</u>

Dear Mr. Hougham:

    This letter is in response to the letter we received from you dated July 24, 2013 regarding our client, Mr. Dicus' and his complaint filed with the OCC.

    Your letter contains misstated facts and ignores bankruptcy court orders.

    Contrary to the information provided in your letter, you have misapplied Mr. Dicus' payments in contravention of the U.S. Bankruptcy Court order and Chapter 13 discharge of Mr. Dicus' debts which include satisfaction of all arrearages you claim remain delinquent.

1

Pursuant to said order, Mr. Dicus' arrearages and payments were deemed by the Court to be current as of July 20, 2012 (see enclosure).

By your own records, subsequent to said order, you received the following:

1.    08-15-2012 - $1,148.62, claiming a due date of 04-01-2012;

2.    08-15-2012 - $1,629.13, claiming a due date of 05-01-2012;

3.    10-01-2012 - $1,629.13, claiming a due date of 06-01-2012;

4.    11-01-2012 - $1,629.13, claiming a due date of 07-01-2012;

6.    12-04-2012 - $1,629.13, claiming a due date of 08-01-2012;

7.    12-26-2012 - $1,629.13, claiming a due date of 09-01-2012;

8.    01-23-2012 - $1,629.13, claiming a due date of 10-01-2012;

9.    03-04-2013 - $1,629.13, claiming a due date of 11-01-2012;

10.    04-03-2013 - $1,629.13, claiming a due date of 12-01-2012;

11.    04-29-2013 - $1,629.13, claiming a due date of 01-01-2013;

12.    05-28-2013 - $1,629.13, claiming a due date of 02-01-2013; which is the last payment on your schedule (sent), due to OWB's refusal to accept Mr. Dicus' June payment, claiming it was not enough to "BRING YOUR LOAN CURRENT" (See enclosure).

From the July 20, 2012 order, in which the Court ruled Mr. Dicus' payments were current and arrearages paid, through May 1st of your schedule, 10 payments were due to be paid and 11 payments have been paid.  In fact, you have been overpaid based on on your own schedule and the Court order.  OWB has misapplied all Mr. Dicus' payments since.

All your junk fees, late fees and such have been illegally added; the only payment not on your schedule, Mr. Dicus also paid timely but OWB refused to accept it when paid (see enclosure.)

We are attempting to correct your records but you continue to allege Mr. Dicus is delinquent and in "default" when he is not.

Find enclosed the "MOTION TO DEEM CURRENT" and resulting "CIVIL MINUTE ORDER" which discharged and satisfied all payments to OWB as of July 20, 2012.

Please confirm in writing and rectify your accounting mistakes and misapplication of Mr. Dicus' payments; remove any and all late payment and "junk" fees; and correct any erroneous corresponding credit reporting information provided to all three repositories.

Let us know if you are incapable of correcting your records so we can determine if a new lawsuit needs to be filed or the bankruptcy case reopened to address OWB's violation and contempt of the bankruptcy discharge injunction.

Mr. Dicus has incurred and continues to incur, far too many legal fees he should not have to, merely because of OWB's accounting incompetence and refusal to comply with the Court Order.

Please advise your disposition of these issues forthwith as OWB's intimidation and infliction of emotional distress on the Dicus family is appearing to be intentional rather than merely negligent by refusing to accept Mr. Dicus' payment(s) and the constant threats to pursue foreclosing on the Dicus' home.  OWB's accounting irregularities, is in our view, a breach of contract (should one be determined to exist between OWB and Mr. Dicus *et al.*) and tortious.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus


Enclosures
CC: APD; OCC

*This is an attempt to correct your records.  Any information obtained will be used for that purpose.*

1  **THE LAW OFFICES OF AARON C. KOENIG**
   Aaron C. Koenig SBN 255387
2  331 J. Street, Ste 200
   Sacramento, California  95814
3  Telephone: 916-443-1009

4  Attorney For Debtors

5              UNITED STATES BANKRUPTCY COURT

6              EASTERN DISTRICT OF CALIFORNIA

7                  SACRAMENTO DIVISION

8  In re:                    ) Case No.: 2009-35241-B-13J
                             )
9    ANTHONY P. DICUS        ) MCN: ACK-7
                             )
10   AND LILIA E. LOPEZ,     ) **MOTION TO DEEM CURRENT**
                             )
11             Debtors       ) DATE: December 4, 2012
                             ) TIME: 9:32 a.m.
12                             JUDGE: Hon. Thomas Holman
                               LOCATION: 501 I Street,
13                             6th Floor, Courtroom 32
                               Sacramento, CA 95814
14 _____

15                 MOTION TO DEEM CURRENT

16      The Debtors, Anthony P. Dicus and Lilia E. Lopez, by and

17 through their attorney, Aaron C. Koenig, move this Court to

18 grant the Motion to Deem Current for post-petition amounts.

19 This motion is being filed pursuant to FRBP 3002.1

20

21 1.  The Debtors filed their Chapter 13 bankruptcy case on July

22 22, 2009.  The debtor's 1st Amended Plan was confirmed on

23 November 13, 2009.  There were no other amended or modified

    plans filed or confirmed.

24

25

                             1

2. Pursuant to the confirmed plan, the debtor's classified the holder of their first mortgage as a Class 1 Claim.  The monthly contract installment was listed at $1,148.62.  See Exhibit A.

3.  On October 5, 2009 the holder of the 1st mortgage filed a claim listing the monthly contract installment to be $1,148.62. See Exhibit B.

4.  The debtor has made every payment required under the Plan and made his last payment on July 25, 2012.  On August 1, 2012 the trustee issued a notice of completed plan payments stating that the debtor has made every payment required under the plan. See Exhibit C

5.  On September 11, 2012, the trustee filed a Notice of Final Cure Mortgage Payment.  On October 1, 2012, the holder of the 1st mortgage filed a response to the final cure payment and stated that the debtor was not current on his ongoing monthly mortgage statement and owed $8,780.90 in post-petition payments.  On the creditors response the ongoing monthly mortgage payment is listed at $1,629.13.  See Exhibit D

6.  Pursuant to FRBP 3002.1(h), on motion by the debtor or the trustee "the Court shall, after notice and hearing" determine whether the debtor has cured the default and paid all required post petition amounts."

7.  In our case the debtor has satisfied his burden in proving that he has paid all post-petition amounts.  First, the Plan and the 1st filed claim both state that the ongoing monthly mortgage payment is $1,148.62.  Second, the trustee has issued a notice that all payments that have been required have been made.

Third, the holder of the 1st deed of trust has not filed any statement with the court or mailed to the trustee any notice that the mortgage payment has increased.  Pursuant to FRBP 3002.1(b), a creditor is required to file with the court and serve upon the trustee when there has been any change in the payment amount no later than 21 days before the payment is due. In our case, no such document was ever filed with the court and attached as a document to the original filed claim.

8.  Therefore, since the debtor has made all of the required post-petition payments according to the creditors filed claim and no notice was ever given to the trustee or the court regarding a change in the payment amount, the court should deem the debtor current on all post-petition amounts.

    WHEREFORE, the Debtor respectfully requests that the Court enter an order that the debtor has paid all post-petition amounts that were required.

Dated: October 18, 2012

THE LAW OFFICES OF AARON C. KOENIG

BY:  /s/Aaron C. Koenig
Aaron C. Koenig
Attorney for Debtor

3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

---

| | | | |
|---|---|---|---|
| **Case Title :** | Anthony P. Dicus and Lilia E. Lopez | **Case No :** | **09–35241 – B – 13J** |
| | | **Date :** | 12/4/12 |
| | | **Time :** | 09:32 |

**Matter :**      [69] – Motion/Application to Deem Current [ACK–7] Filed by Debtor Anthony P. Dicus, Joint Debtor Lilia E. Lopez (msts)

**Judge :**      Thomas Holman
**Courtroom Deputy :**      Sheryl Arnold
**Reporter :**      Diamond Reporters
**Department :**      B

---

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

---

CIVIL MINUTE ORDER

The matter was unopposed. The court made the following ruling without findings.

IT IS ORDERED that the motion is granted. Pursuant to Fed. R. Bankr. P. 3002.1(h), the court finds that as of July 20, 2012, the date of completion of the confirmed chapter 13 plan, the debtors have cured the pre–petition default owed to and have paid all required ongoing monthly post–petition payments that came due during the term of the confirmed plan to secured creditor OneWest Bank, FSB. Except as so ordered, the motion is denied.

Dated: December 10, 2012

Thomas C. Holman
United States Bankruptcy Judge

IndyMac Mortgage Services. a division of OneWestBank", FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 10, 2013

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this payment as the amount submitted does not represent the total amount due to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:        $     8227.11

You may make your payment by money order, certified or cashier's check, or by personal check. Please make your check payable to "Indymac Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for insufficient funds or for any reason, your loan will not be brought current. We reserve the right to accept or reject a partial payment of the Total You Must Pay to Bring Your Loan Current listed above, without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling 1.800.781.7399 today. Customer Service Representatives are available to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments due to your current financial situation, we suggest you contact a HUD-approved housing counselor for counseling services. For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing counseling telephone referral service at 1.800.569.4287. These services are usually free of charge.

Other resources available to help prevent foreclosure: IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number of programs designed to help borrowers who are struggling to make their mortgage payment. We are committed to understanding your situation and working with you in an effort to determine if you are eligible for homeowner preservation options. Information on our programs is available on our website at www.indymacmortgageservices.com. We look forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.





IndyMac Mortgage Services, a division of OneWest Bank, FSB   07-11-2013
P.O. Box 4045 • Kalamazoo, MI 49003-4045

rec'd 7/15/13

$ 00.40⁸
MAILED FROM ZIPCODE 49512

27    EAG-GMB    98623



CHASE
CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19860-594
(800) 472-6296

Apply to Acct 3002357204
ANTHONY DICUS
1880 LA CASTANA WAY
SACRAMENTO CA 95823-5621

264118208
25-3/440
06-28-2013

Pay    ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                     Dollars

                                                                            $1,629.13

To          00494 SFC 461 018 13178 : 264118208 24 OF 24
Be          INDYMAC MORTGAGE SERVICES                                       Check Void After 90 Days
Order       PO BOX 78826
of          PHOENIX AZ 85062-8826

                                                                            JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈264118208⑈ ⑆044000037⑈    6585330131⑈

Exhibit "17"



IndyMac Mortgage Services. a division of OneWestBank® FSB
P.O. Box 4045 • Kalamazoo, MI 49003-4045

Rec'd 8/10/13

66        GDD-GMB        966823



CHASE

CHASE ONLINE BILL PAYMENT
PO BOX 15044
WILMINGTON DE 19850-594
(800) 472-6238

Apply to Acct 3002357204
ANTHONY DICUS
5950 LA CASITANA WAY
SACRAMENTO CA 95823-5821

T 8/13F

268744140
25-3/440
07-26-2013

Pay   ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100

Dollars

$1,629.13

To
the
Order
of

00440 BPC 901 519 13207 - 268744140 05-DF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio



**IndyMac Mortgage Services.** a division of OneWestBank® FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

August 05, 2013

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002387204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:        $        3937.70

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

Exhibit "18"

IndyMac Mortgage Services
a Division of One West Bank N
PO Box 9042
Temecula, CA 92589-9042

Send Payments to:
IndyMac Mortgage Services
a Division of One West Bank N
PO Box 4045
Kalamazoo, MI 49003-4045

Send Correspondence to:
IndyMac Mortgage Services
a Division of One West Bank N
PO Box 4045
Kalamazoo, MI 49003-4045



2275431490

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20130808-72

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



recd 8/12/13



XC846

Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

08/07/2013

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

RE:    Loan Number:        3002357204
       Property Address:    5950 LA CASTANA WAY

                            SACRAMENTO, CA 95823

Dear ANTHONY DICUS:

We would like to assess your financial situation and explore potential options that may be available to you to avoid foreclosure. Please contact us as soon as possible for this purpose.

You may contact us by phone toll-free at 1-877-908-4357 during business hours to discuss potential options for avoiding foreclosure. Our representatives will be available to speak to you if you call this toll-free number during business hours.

You may also obtain homeowner counseling by calling 1-800-569-4287 toll-free to receive a list of HUD-certified housing counseling agencies in your area.

Additional resources are available to you at our web site at the following link:

http://www.owb.com/PaymentAssist/

Please contact us to assess your financial situation and explore potential options that may be available to you to avoid foreclosure.

Sincerely,

IndyMac Mortgage Services, a division of OneWest Bank, FSB
Loan Resolution

**This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.**



OneWest Bank

0279+31+90



IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 9042
Temecula, CA 92589-9042

Send Payments to:
IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 4045
Kalamazoo, MI 49003-4045

Send Correspondence to:
IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 4045
Kalamazoo, MI 49003-4045



2275431491

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20130808-72

LILIA E DICUS
6950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

rec'd 8/12/13

She's not on this
loan ... why is she
getting anything anyways?



Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

08/07/2013

LILIA E DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

RE:   Loan Number:        3002357204
      Property Address:    5950 LA CASTANA WAY

                           SACRAMENTO, CA 95823

Dear LILIA E DICUS:

We would like to assess your financial situation and explore potential options that may be available to you to avoid foreclosure. Please contact us as soon as possible for this purpose.

You may contact us by phone toll-free at 1-877-908-4357 during business hours to discuss potential options for avoiding foreclosure. Our representatives will be available to speak to you if you call this toll-free number during business hours.

You may also obtain homeowner counseling by calling 1-800-569-4287 toll-free to receive a list of HUD-certified housing counseling agencies in your area.

Additional resources are available to you at our web site at the following link:

http://www.owb.com/PaymentAssist/

Please contact us to assess your financial situation and explore potential options that may be available to you to avoid foreclosure.

Sincerely,

IndyMac Mortgage Services, a division of OneWest Bank, FSB
Loan Resolution



**This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.**

OneWest Bank

3935a31a91



Exhibit "19"

**IndyMac Mortgage Services**, a division of OneWestBank® FSB

Home Loan Servicing • P.0. Box 4045 • Kalamazoo, MI 49003-4045

September 04, 2013

Rec'd 9/7/13

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:          $     11648.29

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.Indymacmortgageserviced.com. We look
forward to helping you with a solution for your financial situation.


Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

**CHASE** ⬤

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850-5944
(800) 472-6236

Apply to Acct **3002357204**
ANTHONY DICUS
5960 LA CASTANA WAY
SACRAMENTO CA 95829-0621

8/30

**273781521**
25-3/440
**08-26-2013**

Pay    ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                                                Dollars

$1,629.13

To
Item
Order
of

00718-BPC 001 019 10338 - 273781521 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX  AZ 85062-8826

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈273781521⑈  ⑆044000037⑆    658533013⑈



Exhibit "20"

IndyMac Mortgage Services... a division of OneWestBank® FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

September 27, 2013

Anthony F Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:     $     11729.75

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

IndyMac Mortgage Services, a division of OneWestBank*, FSB
P.O. Box 4045 • Kalamazoo, MI 49003-4045

#09-30-2013#

FIRST-CLASS

09/77/2013
US POSTAGE $000.4

ZIP 495
041L12203

Recd 10/2/13

EE    1AC-CMB    95823

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

CHASE ○
CHASE ONLINE BILL PAYMENT
PO BOX 15044
WILMINGTON DE 19850-594
(800) 472-6256

Apply to Acct 3002357204
ANTHONY DICUS
5955 LA CASTANA WAY
SACRAMENTO CA 95823-6621

278219787
25-3/440
09-23-2013

Pay    ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                    Dollars

$1,629.13

To
the
Order
of

00772 BFC 001 918 13286 - 278219787 9 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX  AZ 85062-8826

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈278219787⑈ ⑆044000037⑆ 658533013⑈

Case 14-02127    Filed 03/01/14    Doc 1



Exhibit "21"

**IndyMac Mortgage Services.** a division of OneWestBank* FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

September 04, 2013

Rec'd 9/7/13

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:          $    11648.29

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

**CHASE** ○

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850-594
(800) 472-6238

Apply to Acct **3002357204**
ANTHONY DICUB
1960 LA CASTANA WAY
SACRAMENTO CA 95829-0821

~8/30

273781521
25-3/440
08-26-2013

Pay   ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100

Dollars

$1,629.13

00718-BPC 001 018 10228 - 273781521 24 CP 2A
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

To
the
Order
of

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈273781521⑈ ⑈044000037⑈   658533013⑈



Exhibit "22"

**IndyMac Mortgage Services,**
a division of OneWest Bank®, FSB
#900 Beatrice Drive • Kalamazoo MI 49009

October 17, 2013

#EWNDXCT
#66340275320031034

|ɪ·˸·ɪlɪɪ·ɪlllׁٰlׁٰrׁٰllׁٰ·ɪlٰ·ɪˈ·ɪˈ·ɪllٰˈlׁٰlٰllˈᴵׁllٰˈʰlׁٰlٰlٰˈׁlׁٰllˈᴵ
ANTHONY P DICUS
5850 LA CASTANA WAY
SACRAMENTO CA 95223-5821

MORTGAGE LOAN NUMBER 3002357204
PROPERTY ADDRESS 5950 La Castana Way
Sacramento CA 95823

Your Adjustable Rate Mortgage is scheduled for an interest rate and payment change.

Your new minimum payment will be effective on December 01, 2013.

As per the terms of your note, your interest rate may have changed each month. Below is a history of interest rate changes that have occurred since the last payment change.

## Interest and Index History

| Payment Effective Date | Interest Rate | Index | Margin | Minimum Monthly Payment |
|---|---|---|---|---|
| 12/13 | 4.00000% | 0.14400% | 3.80000% | $1,629.13** |
| 11/13 | 4.00000% | 0.14900% | 3.80000% | |
| 10/13 | 4.00000% | 0.15300% | 3.80000% | |
| 09/13 | 4.00000% | 0.15900% | 3.80000% | |
| 08/13 | 4.00000% | 0.16300% | 3.80000% | |
| 07/13 | 4.00000% | 0.16900% | 3.80000% | |
| 06/13 | 4.00000% | 0.17400% | 3.80000% | |
| 05/13 | 4.00000% | 0.17800% | 3.80000% | |
| 04/13 | 4.00000% | 0.17800% | 3.80000% | |
| 03/13 | 4.00000% | 0.17500% | 3.80000% | |
| 02/13 | 4.00000% | 0.17200% | 3.80000% | |
| 01/13 | 4.00000% | 0.16600% | 3.80000% | |
| 12/12 | 4.00000% | 0.16000% | 3.80000% | $1,629.13 |

** New principal and interest payment calculated using a projected principal balance of $293,669.38

## Minimum Payment Option

This payment is considered the minimum principal and interest payment you are required to pay under the terms of your note. Effective with your **December 01, 2013** billing statement, your minimum monthly payment will be as follows:

| | |
|---|---|
| Principal and interest payment | $1,629.13 |
| Escrow payment | $0.00 |
| Total monthly payment | $1,629.13 |

Your December 01, 2013 payment is a fully amortized payment. As your loan's interest rate may vary from month to month, this fully amortized payment amount may become insufficient to payoff this loan at its maturity. If this occurs, any unpaid interest that is the result of the payment not sufficiently covering the interest due will be added to your balance.

The terms of your loan require that your principal and interest payment not increase or decrease by more than 7.50% from your previous principal and interest payment due to payment caps.

## Amortized Principal and Interest Payment Option

For the month of December 2013, the above minimum payment amount is the same as the fully amortized principal and interest payment amount. To pay off your loan at maturity requires payment of the amortized principal and interest payment of $1,629.13 with the total amount broken down as follows:

| | |
|---|---|
| Principal and interest payment | $1,629.13 |
| Escrow payment | $0.00 |
| Total monthly payment | $1,629.13 |

This fully amortized payment is only effective for the December 01, 2013 payment. Each future monthly interest rate change will also affect your fully amortized payment and these changes will be reflected in each billing statement.

Please note that this payment option is only available if the amortized payment amount due is at least as much as the minimum payment amount due.

## Interest Only Payment Option

In addition to the Minimum Payment and Amortized Principal and Interest Payment options, you may be presented with the option to make an Interest Only Payment. Please note that this payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

If you have questions, please contact our Customer Service Department at 800.781.7399. Representatives are available Monday through Friday, from 8:00 a.m. until 9:00 p.m. (Eastern Time).

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for information purposes.



Exhibit "23"

Anthony Dicus 5950 La Castana Way Sacramento, Ca 95823 916-395-2326

November 6, 2013

Ocwen Loan Servicing, LLC
Attn: Customer Service Department
PO Box 24738
West Palm Beach, FL 33416-4738

Re:    Ocwen Loan Number:   7191037055
       Previous Loan Number: 3002357204
       Property Address:       5950 La Castana Way
                               Sacramento, CA 95823

Dear Sirs:

Pursuant to your Notice of Servicing Transfer, find enclosed my first payment inclusive of:

1. The payment purportedly due on November 1, 2013 in the amount of $1,629.13;
2. Past payments improperly rejected by OneWest Bank, FSB d/b/a IndyMac Mortgage Services, a division of OneWest Bank®, FSB ("OWB") for the payments purportedly due on 07/01/2013, 08/01/2013, 09/01/2013, 10/01/2013 in the amount of $1,629.13 each.

The total amount therefore enclosed is $8145.65. This payment thus brings the purported account current.

I have also received a "Notice of Default and Election to Sell Under Deed of Trust" ("NOD") which is improper as I was not then and am not now "in default." All my payments have been paid on time since the Order during my Bankruptcy and Order on my Motion to Deem Current as ruled on 12/10/2012. This means, OWB has been in violation of the discharge injunction while continuing to collect payments OWB claims were owed during the Bankruptcy and ruled current by the Court. OWB has wrongfully added all sorts of fees for its own accounting mistakes that must be removed.

I request that you facilitate filing a rescission of the NOD in order to alleviate further legal costs that will be incurred if you refuse to wrongfully reject my payments as OWB has done.

## Notice of Legal Representation

You are further notified that I am represented by legal counsel. You have my express permission to discuss in my stead, any issues related to this purported account with my attorney Ronald H. Freshman who will also be sending you a Qualified Written Request on these issues with an accounting of the servicing mistakes made by OWB.

**This is an Attempt to Settle This Account**                                    1

Anthony Dicus 5950 La Castana Way Sacramento, Ca 95823 916-395-2326

November 6, 2013

### This is an Attempt to Settle This Account

I am providing this letter and payment(s) as part of settlement negotiations. Nothing contained herein may be used against me in any prejudicial way in any litigation or constitutes any admission on my part that 1) I am in default (I am not); 2) that you or anyone else is the actual "lender" or "holder" of the purported note or deed of trust allegedly executed at the time of financing the purported "loan" transaction; or that 3) you, OWB, Deutsche Bank National Trust Company as Trustee of the IndyMac INDX Mortgage Trust 2007-AR11, Mortgage Pass-Through Certificates, Series 2007-AR11 Under the Pooling and Servicing Agreement Dated April 1, 2007, have any right(s) authority(ies) or remedy(ies) under such purported note or deed of trust. I expressly reserve all rights to argue these points and others in any action against you or these other entities.

Time is of the essence in this matter.

Sincerely,

Anthony P. Dicus

Enclosures

This is an Attempt to Settle This Account    2



nthony Dicus
950 La Castana Way
acramento, Ca 95823

Ocwen Loan Servicing, LLC
Attn: Customer Service Department
PO Box 24738
West Palm Beach, FL 33416-4738

 **OCWEN** OCWEN Loan Servicing, LLC
P.O. Box 785063
Orlando, FL 32878-5063
(Do not send any correspondence or payment to the above address)

WWW.OCWEN.COM

December 11, 2013

_Rec'd_
_12/18/13_

Anthony P. Dicus

5950 La Castana Way
Sacramento, CA 95823

RE: Loan Number:    7191037055
Property Address:    5950 La Castana Way
                     Sacramento, CA 95823

Dear Anthony P. Dicus :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1** You stated that you have sent us payments in the amount of $1,629.13 and $8,145.65 for the month of November 2013 to make your account current and requested us to review and ensure the application of these payments to the loan.

**Response** We acquired the servicing rights of the loan on November 4, 2013, from IndyMac Mortgage Servicers, with the loan due for the March 1, 2013 payment.

As per prior servicer data you had filed for Bankruptcy Chapter 13 on July 24, 2009, which was discharged on June 12, 2013.

Please note that, as per the review the response to the notice of final cure was filed on September 11, 2012 and response for the same was filed on October 1, 2012 stating the post petition due was in the amount of $8780.90 and the due date reflecting on the loan is valid and correct.

A review of our records indicates that the funds received on November 5, 2013 and November 14, 2013, in the amount of $1,629.13 and $8,145.65 have been rejected and returned back to you.

Please be advised that if the loan is delinquent, we do not accept partial payments and the funds remitted towards the loan should be in the reinstatement amount, unless the loan is approved for an alternative payment option. In the event you remit a partial or uncertified payment, the same would be returned to the remitter. Accordingly the aforementioned payments were returned to the remitter.

We have submitted a request for a reinstatement quote with a good through date of December 20, 2013, to be sent to your attention. This will provide you with an itemized breakdown of the amount required to reinstate the loan. Please be advised there may be fees and expenses that are incurred, which will be assessed to the loan on a later date.

Please note that we have already updated our records to reflect Ronald H. Freshman, as authorized to receive information pertaining to the above loan.

For any further questions or concerns regarding the loan, you may contact our Customer Care Center at (800) 746-2936.

BBCMADSCTRM.03    1

_This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt._

Loan Number:7191037055

NMLS # 1852



OCWEN Loan Servicing, LLC
P.O. Box 785063
Orlando, FL 32878-5063
(Do not send any correspondence or payment to the above address)

WWW.OCWEN.COM

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,

Ahmad, Emad
Research Department
Ocwen Loan Servicing, LLC

BRCMAINLTRM.15    2

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

Loan Number:7191037055

NMLS # 1852



P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

PRESORTED
FIRST CLASS MAIL
US POSTAGE
PAID
WEST PALM BCH FL
PERMIT NO 1946

rec'd 12/18/13

**FIRST CLASS MAIL**

research response

53  KXGPNP1  96823

Exhibit "24"



WWW.OCWEN.COM

November 12, 2013

**PAST DUE CONTACT NOTICE**

*reid 11/18/13*

ANTHONY P. DICUS
5950 La Castana Way
SACRAMENTO CA 95823-5621



Loan Number: 7191037055
Property Address: 5950 La Castana Way, Sacramento, CA 95823-0000

Dear Borrower(s):

### AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA

Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

At Ocwen, we strive to provide service that will exceed your expectations. Having complete and accurate information is the first step in ensuring you receive this service. We are here to build a mutually beneficial relationship, rectify any problems, resolve any issues, and assist you with your needs. Therefore, we are sending you this letter to inform you that our records indicate that your mortgage loan payment due on **03/01/2013** has not yet been received, and, unfortunately, your payment is now past due.

A late charge has been assessed on your account, which will reflect in the **CURRENT AMOUNT DUE** as of **11/12/13**. You are required to pay this late charge, unless you can document that the payment was made in full and on time.

**ITEMIZATION OF CURRENT AMOUNT DUE**

| Principal and Interest Payment | $14,662.17 |
| --- | --- |
| Escrow Payment | $0.00 |
| Escrow Advances | $0.00 |
| Current Late Charges | $407.30 |
| **CURRENT AMOUNT DUE** | **$15,069.47** |

It is very important that you pay the **CURRENT AMOUNT DUE** immediately as this delinquency may result in adverse credit reporting and/or a formal demand notice for all amounts due on your loan. Payments must be made by Money Gram, Check or Money Order and made payable to Ocwen Loan Servicing, LLC. Please send all payments through one of the methods below:



LATE00

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS #: 1852



## PAYMENT REMITTANCE INFORMATION (always include Loan # 7191037055 with your payment)

**Money Gram**
Receive Code: 2355
City: Orlando
St: FL
Loan #: 7191037055

**Overnight Address**
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Attention: Cashiering Department

**VIA Regular Mail**
Ocwen Loan Servicing, LLC
P.O. Box 6440
Carol Stream, IL 60197-6440

### Important Notice for Customers in Colorado

Ocwen Loan Servicing, LLC maintains an office in Denver, Colorado that accepts in-person payments. For other account inquiries, please call us at (800) 746-2936 or visit our website: www.ocwen.com.

**Address:**    1776 S. Jackson Street, #900
                Denver, CO 80210
**Telephone:**  (303) 327-8955

Failure to bring your account current may result in our election to exercise our right to foreclose on your property.  Upon acceleration, your total obligation will be immediately due and payable without further demand.

If you are unable to make your payments, please contact our Customer Care Center immediately at 1-800-746-2936 to request a meeting with an associate to discuss mortgage assistance options and explore options to avoid foreclosure. We have enclosed a list of documentation you may want to have available before you call.  Associates are available to assist you Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

### Important Notice for Customers in Washington

You may contact the Department of Financial Institutions, the Washington State Bar Association, or the statewide civil legal aid hotline for possible assistance or referrals. Contact information for these resources is included in the Notice of Pre-Foreclosure Options enclosed with this letter.

Additionally, a HUD counseling agency may be able to provide you with assistance. To locate the HUD approved counseling agency in your area, call the HUD Housing Counseling Service at (800)569-4287 or consult HUD's website at www.HUD.gov.

Ocwen will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers.  However, we will only release information once your written authorization has been obtained, as required by law.

If you have the desire to remedy this situation, we want to assist you in trying to reach that goal.  OCWEN would like to present you with some of the alternatives that might be available regarding your delinquent mortgage loan.  While our primary objective is the collection of past due amounts on your loan, we want to work with you to find the best available alternative for you to bring your mortgage loan obligation current.

Please visit our website at www.Ocwen.com where you can review your account and enter your financial information at your convenience.

Sincerely,

Ocwen Loan Servicing, LLC



LAT1806

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS #: 1852



P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

rec'd 11/18/13

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
APS
46206

ACPVVP1  95823

Exhibit "25"



OCWEN Loan Servicing, LLC
PO Box 24726
West Palm Beach, FL 33416-4726

Website: WWW.OCWEN.COM

recd 11/16/13

November 12, 2013

Anthony P Dicus
5950 La Castana Way
Sacramento, CA 95823

Re: INSUFFICIENT TO CURE DEFAULT
    Loan Number: 7191037055

Dear Mortgagor(s):

Ocwen recently received funds for your loan in the amount of $ 1,629.13. These funds are being returned in the same form (check, Western Union, MoneyGram, etc.) in which they were received.

These funds are being returned, as they are not sufficient to satisfy the defaulted amount of your loan and no alternative payment arrangements have been agreed to. As indicated in the Notice of Default that was previously sent to you, payments that are less than the amount required to reinstate the mortgage loan will be returned and **will not stop any foreclosure proceedings that have begun.**

To cure the default you must pay the full amount due. To determine the amount due or to discuss other possible alternatives that may be available to avoid a foreclosure sale, you should **contact your Home Retention Consultant immediately at (877)596-8580**.

Sincerely,

Ocwen Loan Servicing, LLC

This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt.

NMLS#1852

CHASE
CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850-5944
(800) 472-0256

Apply to Acct  3002331204
ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95829-9821

NOV 05 2013

2842391123
25-3/440
10-28-2013

Pay   ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                                    Dollars

$1,629.13

To
the
Order
of

00284 BPC 001 019 13001 - 2842391123 16 OF 18
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

Check Void After 90 Days

*JPMorgan Chase Bank, N.A. Columbus, Ohio*

⑆2842391123⑆ ⑈044000037⑈      658533013⑆

⑆





Exhibit "26"



**Ocwen Loan Servicing, LLC**
www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3565
☎ CUSTOMER CARE CENTER 1-800-746-2936
Your call may be recorded for the coaching and development of our associates

| **Account Statement** | |
|---|---|
| Account Number: | 7191037055 |
| Account Statement Date: | 11/18/2013 |
| Property Address: | |
| 5950 La Castana Way | |
| Sacramento CA 95823 | |

OPTARM                                                      Page 1

**Special Notices**

 rec'd 11/25/13

1AT        00603453896/0075/12 1556  2 ACQY06

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

## Account Information

| | |
|---|---|
| * Current Principal Balance: | 286,425.11 |
| Interest Rate: | 4.30000% |
| Next Payment Due Date: | 03/01/2013 |
| Current Suspense Balance: | 515.21 |
| Interest Paid Year-To-Date: | .00 |
| Taxes Paid Year-To-Date: | .00 |

*This is the principal balance only, not the amount required to pay your account in full.

## Details of Amount Due

Payment Options
Option** Description
1  Minimum Payment Due:                                1,113.92
   Includes principal payment of                         650.23
2  Interest Only Payment:                                   N/A
3  Fully Amortized Payment:                            1,113.92
   Includes principal payment of                         650.23
4  15 Year Amortized Payment:                          3,064.41
   Includes principal payment of                       2,800.72
** For additional information on each Payment
Please see the Important Messages section below.
Each Payment Option may include a Monthly Escrow
Payment, Outstanding Advances, Late Charge(s), and
Other Fees, if applicable.

Current Amount Due (Minimum):
Principal                                                 650.23
Interest                                                  978.90
Less Partial Payment Amount:                             515.21-
   Current Amount Due by 12/01/13:                      1,113.92
Past Due Amount (Minimum):
Principal                                               3,756.71
Interest                                                8,905.44
   Past Due Amounts DUE IMMEDIATELY:                   14,662.17
Assessed Fees/Expense Outstanding:
Late Charges:                                             407.30
Prior Price Service Fees:                                500.00
Total Fees/Expense Outstanding                           907.30
   Total Amount Due:                                   16,683.39

## Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 11/12/13 | Interest Arrearage Adjustment | | | | | | | | 12,059.06 |
| 11/12/13 | Interest Arrearage | | | | | | 12,059.06 | | |

## Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

continued...

Exhibit "27"

 Ocwen Loan Servicing, LLC
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

WWW.OCWEN.COM

11/21/13

recd 11/29/13

REINSTATEMENT QUOTE

Anthony P. Dicus
5950 La Castana Way
Sacramento CA 95823

Requestor Fax Number:
Requestor Email Address:

> If your loan is past due or has recently been past due, additional fees and costs may have been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen. Furthermore, if your account is past due, additional collection expenses and legal fees may be accruing.

Loan Number: 7191037055
Customer Name(s): Anthony Dicus
Property Address: 5950 La Castana Way, Sacramento, CA 95823

As Of : 12/20/13 Next Due: 01/01/14

| Description | Amount |
|---|---|
| Principal Payment | 6,405.96 |
| Interest Due | 9,885.34 |
| Suspense Balance | 515.21- |
| Total Amount Due to Reinstate | $15,776.09 |

If you are unable to pay the Total Amount Due to reinstate your loan, please contact our office at (877) 596-8580

| Description | Amount |
|---|---|
| Late Charge Due | 488.76 |
| Attorney Fees | 300.00 |
| BPO | 145.00 |
| Property Inspection | 55.00 |
| Total Other Amounts Outstanding and Due | $988.76 |

*Please make note of the other amounts due on your loan. Repayment of these amounts is not necessary to reinstate your loan at this time; however, it is required to fulfill your debt obligation under the note and the mortgage. We strongly encourage you to contact us to make payment arrangements to repay the Other Amounts Outstanding and Due by calling (800) 746-2936.*

Levin Serrao has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

NMLS # 1852



Ocwen Loan Servicing, LLC
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

WWW.OCWEN.COM

1.  If your loan is past due or has recently been past due, additional fees and costs may have already been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen.

2.  If your account is past due, additional collection expenses and legal fees may be accruing.

3.  All checks must be made payable to Ocwen.

4.  If your loan is in foreclosure, all funds must be in one of the following forms: Cashier's Check, Bank Certified Check, Title Company Check or Attorney's Escrow Check or via Wire Transfer. All other forms of payment will be returned and the reinstatement will not be processed.

5.  Payment remittance information (always include Ocwen loan number with payment):

| BY OVERNIGHT COURIER | BY WIRE TRANSFER |
|---|---|
| Ocwen | Wells Fargo Bank, NA |
| 1661 Worthington Road, Suite 100 | San Francisco, California |
| West Palm Beach, FL 33409 | ABA: 121000248 |
| Reference: Ocwen Loan # 7190037055 | Account Name: Ocwen Loan Servicing, LLC |
| Attention: Cashiering/HBC Payment Department | Account Number: 4124823352 |
| | Reference: Ocwen Loan # (Loan followed by loan #) |

If you have questions regarding this reinstatement quote, please contact our **Home Retention Department** at

## (800) 746-2936

If after speaking with our Home Retention department, you still have questions or concerns, please feel free to contact the Ocwen consumer advocate at the address above, by email at Ombudsman@ocwen.com or by phone at (800) 390-4656.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS # 1852



**FIRST CLASS MAIL**

Exhibit "28"

NBS Default Services
PO Box 9098
Temecula, CA 92589-9098



2278746118

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9434-2072
20131125-175

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802



9434-2072
2278746118

CA - 30 Day HOBOR Default Letter 2013

2270944118

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823



## NBS Default Services, LLC

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Dear ANTHONY P DICUS,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

| 你的 | DEED OF TRUST | 于 | 10/26/2006 | 已经逾期违约。 |
| | (产权契约或抵押贷款) | | (日期) | |

除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，三该联系一名律师。

| 귀하는 | DEED OF TRUST | 현재 날짜로 | 10/26/2006 | |

(신탁 증서 또는 저당권)

하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA _____ 01/26/2006 _____ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHẠM QUI ĐỊNH THEO

DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY _____ 10/26/2006 _____ TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ. CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ. QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB





rec'd
11/21/13
①

INP-VP2 95823

NBS Default Services
PO Box 9099
Temecula, CA 92589-9099



2278946119

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

8434-2072
20131125-173

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802



8434-2072

2278946119

CA - 30 Day HOBOR Default Letter 2013

2278946119

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



## NBS Default Services, LLC

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Dear ANTHONY P DICUS,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006, UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

你的_____ DEED OF TRUST _____ 于___10/26/2006___ 已经逾期违约。

(产权契约或抵押贷款)　　　　　　　　　（日期）

除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，你应取看一名律师。

귀하는 _ DEED OF TRUST  원래 날짜로 _____ 10/26/2006 _____

(신탁 증서 또는 저당권)

하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA 10/26/2006, SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

### DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA _____ 10/26/2006 _____ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHAM QUI ĐỊNH THEO

### DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY _____ 10/26/2006 _____, TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ. CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB





rec'd 11/27/13

②

INP-VP2 95823

NBS Default Services
PO Box 9099
Temecula, CA 92589-9099



2278946120

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9434-2072
20131126-173

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

rec'd   11/27/13
③



9434-2072
2278946120

CA - 30 Day HOBOR Default Letter 2013

2278446120

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823



## NBS Default Services, LLC

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Dear LILIA E. DICUS,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

你的 _____ DEED OF TRUST _____ 于 ___10/26/2006___ 已经逾期违约。
　　　　　　　（产权契约或抵押贷款）　　　　　　　（日期）

除非你采取行动保护你的房产，否则该房产将被公开出售，如果你需要了解对你的诉讼程序
的性质，应该联系一名律师。

귀하는 _ DEED OF TRUST 현재 날짜로 _____ 10/26/2006 _____
　　　　　　　　　　　　　　　　　　（신탁 증서 또는 저당권）

하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 어려한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

### DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA ___10/26/2006___ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VI VI PHAM QUI ĐỊNH THEO

### DEED OF TRUST

(kê ước úy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY ___10/26/2006___ TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ. CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB





recd
11/27/13
③

INP-VP2 95823

NBS Default Services
PO Box 9099
Temecula, CA 92589-9099

2278946121

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WJO

recd
11/27/13
4

9434-2072
20131125-173

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802



9434-2072
2278944LF1

CA - 30 Day HOBOR Default Letter 2013

2279846121

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



## NBS Default Services, LLC

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Dear LILIA E. DICUS,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

| 你的 | DEED OF TRUST | 于 | 10/26/2006 | 已经逾期违约。 |
| | （产权契约或抵押贷款） | | （日期） | |

除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，应该联系一名律师。

규하는 __ DEED OF TRUST 현재 날짜로 _____ 10/26/2006 _____
                                    (신탁 증서 또는 저당권)
하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

### DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA _____10/26/2006_____ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHẠM QUI ĐỊNH THEO

### DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY _____10/26/2006_____ TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ, CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB





rec'd
11/27/13
(H)

INP-VP2  95823

NBS Default Services
PO Box 9099
Temecula, CA 92589-9099



2278946122

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9434-2072
20131125-172

Send Correspondence to
NBS Default Services
301 E. Ocean Blvd , Suite 1720
Long Beach, CA 90802

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

recd 11/27/13
(5)



9434-2072
2278946122

CA - 30 Day HOBOR Default Letter 2013

2279946122

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823



## *NBS Default Services, LLC*

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Dear LILIA E LOPEZ,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

| 你的 | DEED OF TRUST | | 于 | 10/26/2006 | 已经逾期违约。 |
|---|---|---|---|---|---|
| | （产权契约或抵押贷款） | | | （日期） | |

除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，应该联系一名律师。

귀하는 _ DEED OF TRUST 현재 날짜로ー_____ 10/26/2006 _____
(신탁 증서 또는 저당권)
하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

## DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA _____ 10/26/2006 _____ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHẠM QUI ĐỊNH THEO

## DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY _____ 10/26/2006 _____, TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ. CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB





rec'd
11/27/13

INP-UP2 95823

NBS Default Services
PO Box 9098
Temecula, CA 92589-9098



2278946123

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9434-2072
20131125-173

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

(recd
11/27/13
G



9434-2072
2278941523

CA - 30 Day HOBOR Default Letter 2013

2278946223

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



## NBS Default Services, LLC

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Dear LILIA E LOPEZ,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

你的_____ DEED OF TRUST _____ 于 __10/26/2006__ 已经逾期违约。
　　　　　（产权契约或抵押贷款）　　　　　（日期）

除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，需去联系一名律师。

귀하는 _ DEED OF TRUST  현재 날짜로 _____ 10/26/2006 _____
　　　　　　　　　　　　　（신탁 증서 또는 저당권）
하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006.  SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

## DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA _____ 10/26/2006 _____ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA.  KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.


QUÝ VỊ VI PHẠM QUI ĐỊNH THEO

## DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY _____ 10/26/2006 _____, TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ, CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI.  NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.


Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB





Recd
11/27/13

INP-UP2 95823

Exhibit "29"



OCWEN Loan Servicing, LLC
PO Box 24726
West Palm Beach, FL 33416-4726

Website: WWW.OCWEN.COM

recd 11/29/13

November 25, 2013

Anthony P Dicus
5950 La Castana Way
Sacramento, CA 95823

Re: INSUFFICIENT TO CURE DEFAULT
    Loan Number: 7191037055

Dear Mortgagor(s):

Ocwen recently received funds for your loan in the amount of $  8,145.65.  These funds are being returned in the same form (check, Western Union, MoneyGram, etc.) in which they were received.

These funds are being returned, as they are not sufficient to satisfy the defaulted amount of your loan and no alternative payment arrangements have been agreed to. As indicated in the Notice of Default that was previously sent to you, payments that are less than the amount required to reinstate the mortgage loan will be returned and **will not stop any foreclosure proceedings that have begun.**

To cure the default you must pay the full amount due.  To determine the amount due or to discuss other possible alternatives that may be available to avoid a foreclosure sale, you should **contact your Home Retention Consultant immediately at** (877)596-8580.

Sincerely,

Ocwen Loan Servicing, LLC

This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt.

NMLS#1852



P.O. Box 24648
West Palm Beach, FL 33416-4648

O C W E N

rec'd 11/22/13

US POSTAGE & HASLER

$ 000.46

Exhibit "30"

 **OCWEN** OCWEN Loan Servicing, LLC
P.O. Box 785063
Orlando, FL 32878-5063
*(Do not send any correspondence or payment to the above address)*

WWW.OCWEN.COM

December 11, 2013

Recd
12/18/13

Anthony P. Dicus

5950 La Castana Way
Sacramento, CA 95823

RE: Loan Number:      7191037055
Property Address:     5950 La Castana Way
                      Sacramento, CA  95823

Dear Anthony P. Dicus :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1** You stated that you have sent us payments in the amount of $1,629.13 and $8,145.65 for the month of November 2013 to make your account current and requested us to review and ensure the application of these payments to the loan.

**Response**   We acquired the servicing rights of the loan on November 4, 2013, from IndyMac Mortgage Servicers, with the loan due for the March 1, 2013 payment.

As per prior servicer data you had filed for Bankruptcy Chapter 13 on July 24, 2009, which was discharged on June 12, 2013.

Please note that, as per the review the response to the notice of final cure was filed on September 11, 2012 and response for the same was filed on October 1, 2012 stating the post petition due was in the amount of $8780.90 and the due date reflecting on the loan is valid and correct.

A review of our records indicates that the funds received on November 5, 2013 and November 14, 2013, in the amount of $1,629.13 and $8,145.65 have been rejected and returned back to you.

Please be advised that if the loan is delinquent, we do not accept partial payments and the funds remitted towards the loan should be in the reinstatement amount, unless the loan is approved for an alternative payment option. In the event you remit a partial or uncertified payment, the same would be returned to the remitter. Accordingly the aforementioned payments were returned to the remitter.

We have submitted a request for a reinstatement quote with a good through date of December 20, 2013, to be sent to your attention. This will provide you with an itemized breakdown of the amount required to reinstate the loan. Please be advised there may be fees and expenses that are incurred, which will be assessed to the loan on a later date.

Please note that we have already updated our records to reflect Ronald H. Freshman, as authorized to receive information pertaining to the above loan.

For any further questions or concerns regarding the loan, you may contact our Customer Care Center at (800) 746-2936.

BROMADELTROLLS    1

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number:7191037055

NMLS # 1852



*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*                    WWW.OCWEN.COM

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,

Ahmed, Emad
Research Department
Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number:7191037055                                                                    NMLS # 1852



P.O. Box 24046
West Palm Beach, FL 33416-4046

OCWEN

rec'd 12/18/13

PRESORTED
FIRST CLASS MAIL
US POSTAGE
PAID
WEST PALM BCH FL
PERMIT NO 1946

**FIRST CLASS MAIL**

research response

53 KXGPNP1 95823

Exhibit "31"

12/13/2013

OCWEN
P.O. Box 6440
Carl Stream, IL 60197-6440

Re: Payment Loan# 7191037055

Anthony Dicus
5950 La Castana Way
Sacramento, CA 95823-5621

Dear Sirs:

Find enclosed the accumulated payments you and your predecessor
have previously and wrongfully rejected.  I am not in default and I
dispute this purported "debt" based on your previous and enclosed
copy of the last statement I received.

Please accept the enclosed payment of $9774.78, which is adequate to
bring this account current despite your continued attempts to
wrongfully collect a debt you are not owed.

Regards,

Anthony Dicus
Dicus30@aol.com

012722992720 00000000000000000000000081460 000007191037055 50 011796007



| | Option 1 - Minimum | 1,113.92 |
| OCWEN | Option 2 - Interest Only | N/A |
| | Option 3 - Fully Amortized | 1,113.92 |
| | Option 4 - 15 Year Amortized | 1,088.39 |

**Payment Coupon**
Account Number: Anthony F Dicus
7191037055

AMOUNT DUE $ 11,796.00

If Received after 01/17/2014 add Late Charge of $ 81.46

Total Amount Due with Late Charge: $ 11,877.46

Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

Additional Principal $
Additional Escrow $
Late Charges: $
Other: (Please Specify) $

Total Enclosed $ **9774.78**

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440

☐ Check for change of information and see reverse side of coupon.



LILIA LOPEZ
ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

19190                148

DATE 12/12/13

PAY TO THE Ocwen                    $ 9774.78

Nine thousand seven hundred seventy four 78/100 ————

CHASE O 6 months 1628.13
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Loan # 7191037055

⑆322271627⑈    ⑇4135484954•0148

Exhibit "32"



OCWEN Loan Servicing, LLC
PO Box 24726
West Palm Beach, FL 33416-4726

Website: WWW.OCWEN.COM

Cecd 1/13/14

January 9, 2014

Anthony P Dicus
5950 La Castana Way
Sacramento, CA 95823

Re: INSUFFICIENT TO CURE DEFAULT
    Loan Number: 7191037055

Dear Mortgagor(s):

Ocwen recently received funds for your loan in the amount of $  9,774.78.  These funds are being returned in the same form (check, Western Union, MoneyGram, etc.) in which they were received.

These funds are being returned, as they are not sufficient to satisfy the defaulted amount of your loan and no alternative payment arrangements have been agreed to. As indicated in the Notice of Default that was previously sent to you, payments that are less than the amount required to reinstate the mortgage loan will be returned and **will not stop any foreclosure proceedings that have begun.**

To cure the default you must pay the full amount due. To determine the amount due or to discuss other possible alternatives that may be available to avoid a foreclosure sale, you should **contact your Home Retention Consultant immediately at (877)596-8580.**

Sincerely,

Ocwen Loan Servicing, LLC

This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt.

NMLS#1852





Exhibit "33"

 Ocwen Loan Servicing, LLC
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

WWW.OCWEN.COM

1/11/14

REINSTATEMENT QUOTE



anthony p. dicus
5950 La Cantana Way
Sacramento CA 95823

Requestor Fax Number:
Requestor Email Address:

> If your loan is past due or has recently been past due, additional fees and costs may have been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen. Furthermore, if your account is past due, additional collection expenses and legal fees may be accruing.

Loan Number: 7191037855
Customer Name(s): Anthony Dicus
Property Address: 5950 La Cantana Way, Sacramento, CA 95823

As Of : 02/10/14 Next Due: 03/01/14

| Description | Amount |
|---|---|
| Principal Payment | 5,206.55 |
| Interest Due | 7,826.49 |
| Suspense Balance | 515.21- |
| Total Amount Due to Reinstate | $12,517.83 |

If you are unable to pay the Total Amount Due to reinstate your loan, please contact our office at (877) 596-8580

| Description | Amount |
|---|---|
| Late Charge Due | 488.76 |
| Attorney Fees | 300.00 |
| BPO | 145.00 |
| Property Inspection | 55.00 |
| Total Other Amounts Outstanding and Due | $988.76 |

*Please make note of the other amounts due on your loan. Repayment of these amounts is not necessary to reinstate your loan at this time; however, it is required to fulfill your debt obligation under the note and the mortgage. We strongly encourage you to contact us to make payment arrangements to repay the Other Amounts Outstanding and Due by calling (800) 746-2936.*

Prabha Michael has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS # 1852



Ocwen Loan Servicing, LLC
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

WWW.OCWEN.COM

1.  If your loan is past due or has recently been past due, additional fees and costs may have already been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen.

2.  If your account is past due, additional collection expenses and legal fees may be accruing.

3.  All checks must be made payable to Ocwen.

4.  If your loan is in foreclosure, all funds must be in one of the following forms: Cashier's Check, Bank Certified Check, Title Company Check or Attorney's Escrow Check or via Wire Transfer. All other forms of payment will be returned and the reinstatement will not be processed.

5.  Payment remittance information (always include Ocwen loan number with payment):

**BY OVERNIGHT COURIER**
Ocwen
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Reference: Ocwen Loan # 7191657955
Attention: Cashiering/HRC Payment Department

**BY WIRE TRANSFER**
Wells Fargo Bank, NA
San Francisco, California
ABA: 121000248
Account Name: Ocwen Loan Servicing, LLC
Account Number: 4124823352
Reference: Ocwen Loan # (Loan followed by loan #)

If you have questions regarding this reinstatement quote, please contact our **Home Retention Department** at

## (800) 746-2936

If after speaking with our Home Retention department, you still have questions or concerns, please feel free to contact the Ocwen consumer advocate at the address above, by email at Ombudsman@ocwen.com or by phone at (800) 390-4656

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS # 1852



Exhibit "34"

 OCWEN Loan Servicing, LLC
P.O. Box 785063
Orlando, FL 32878-5063
(Do not send any correspondence or payment to the above address)

WWW.OCWEN.COM

January 14, 2014

rec'd 1/28/14

Anthony P. Dicus

5950 La Castana Way
Sacramento, CA 95823

RE: Loan Number:        7191037055
Property Address:       5950 La Castana Way
                        Sacramento, CA 95823

Dear Anthony P. Dicus :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1** You expressed concern regarding the payments returned on the loan, as you believe the loan is not in default.

**Response**  Our records indicate that on November 4, 2013, foreclosure proceedings were initiated on your loan, as it was past due for the July 1, 2013 payment. Please note that during active foreclosure, we do not accept uncertified funds and the funds remitted towards the loan should be a full reinstatement amount. In the event you remit partial and uncertified funds, the same would be returned to the remitter.

Our records indicate that the funds received on November 14, 2013 and January 1, 2014, in the amount of $8,145.65 and $9,774.78 was returned to the remitter on November 26, 2013 and January 9, 2014, as the funds were insufficient to cure default on the loan.

Please note that we have submitted a request for the reinstatement quote good through February 10, 2013 to be sent to your attention. This will provide you with the breakdown of the total amount outstanding on the loan.

As of the date of this letter, the loan is due for the July 1 2013 payment . . For any further questions or concerns regarding the loan, you may contact our Customer Care Center at (800) 746-2936.

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

RRCMADSC7890.17     1

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number:7191037055                                              NMLS # 1852

 OCWEN Loan Servicing, LLC
P.O. Box 785063
Orlando, FL 32878-5063
(Do not send any correspondence or payment to the above address)

WWW.OCWEN.COM

Sincerely,

Shruti Shah
Research Department
Ocwen Loan Servicing, LLC

BRCMASSLTRM.1.1    2

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

Loan Number: 7191037055    NMLS # 1852



Exhibit "35"



Ocwen Loan Servicing, LLC
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

WWW.OCWEN.COM

1/11/14

REINSTATEMENT QUOTE



anthony p. dicus
5950 La Castana Way
Sacramento CA 95823

Requestor Fax Number:
Requestor Email Address:

If your loan is past due or has recently been past due, additional fees and costs may have been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen. Furthermore, if your account is past due, additional collection expenses and legal fees may be accruing.

Loan Number: 7191037655
Customer Name(s): Anthony Dicus
Property Address: 5950 La Castana Way, Sacramento, CA 95823

As Of : 02/10/14 Next Due: 03/01/14

| Description | Amount |
|---|---|
| Principal Payment | 5,206.55 |
| Interest Due | 7,826.49 |
| Suspense Balance | 515.21- |
| Total Amount Due to Reinstate | $12,517.83 |

If you are unable to pay the Total Amount Due to reinstate your loan, please contact our office at (877) 596-8580

| Description | Amount |
|---|---|
| Late Charge Due | 488.76 |
| Attorney Fees | 300.00 |
| BPO | 145.00 |
| Property Inspection | 55.00 |
| Total Other Amounts Outstanding and Due | $988.76 |

*Please make note of the other amounts due on your loan. Repayment of these amounts is not necessary to reinstate your loan at this time; however, it is required to fulfill your debt obligation under the note and the mortgage. We strongly encourage you to contact us to make payment arrangements to repay the Other Amounts Outstanding and Due by calling (800) 746-2936.*

Prabhu Michael has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS # 1852

 Ocwen Loan Servicing, LLC
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

WWW.OCWEN.COM

1.  If your loan is past due or has recently been past due, additional fees and costs may have already been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen.

2.  If your account is past due, additional collection expenses and legal fees may be accruing.

3.  All checks must be made payable to Ocwen.

4.  If your loan is in foreclosure, all funds must be in one of the following forms: Cashier's Check, Bank Certified Check, Title Company Check or Attorney's Escrow Check or via Wire Transfer. All other forms of payment will be returned and the reinstatement will not be processed.

5.  Payment remittance information (always include Ocwen loan number with payment):

**BY OVERNIGHT COURIER**
Ocwen
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Reference: Ocwen Loan # 7191857955
Attention: Cashiering/HRC Payment Department

**BY WIRE TRANSFER**
Wells Fargo Bank, NA
San Francisco, California
ABA: 121000248
Account Name: Ocwen Loan Servicing, LLC
Account Number: 4124823352
Reference: Ocwen Loan # (Loan followed by loan #)

If you have questions regarding this reinstatement quote, please contact our **Home Retention Department** at

**(800) 746-2936**

If after speaking with our Home Retention department, you still have questions or concerns, please feel free to contact the Ocwen consumer advocate at the address above, by email at Ombudsman@ocwen.com or by phone at (800) 390-4656

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

NMLS # 1852



Exhibit "36"

01/15/2014

OCWEN
P.O. Box 6440
Carl Stream, IL 60197-6440

Re: Payment Loan# 7191037055

Anthony Dicus
5950 La Castana Way
Sacramento, CA 95823-5621

Dear Sirs:

Find enclosed the accumulated payments you and your predecessor
have previously and wrongfully rejected. I am not in default and I
dispute this purported "debt" based on your previous and enclosed
copy of the last statement I received.

Please accept the enclosed payment of $11403.91, which is adequate
to bring this account current despite your continued attempts to
wrongfully collect a debt you are not owed.

Regards,

Anthony Dicus
Dicus30@aol.com



Anthony Dicus
9950 La Canana Way
Sacramento CA 95823

OCWEN
P.O. Box 6440
Carl Stream, IL 60197-6440



Log Out

Ocwen Loan Servicing®
Mortgage Customers



**Loan Number : 7191037055**

5950 La Castana Way
Sacramento, CA 95823

# Payments and Amounts Due

Main Menu



Next due date:
**October 1, 2013**

Amount due:
**$192.05**

**Make Payment**



You have:
**No New Items**

Upload Documents

**PAYMENT INFORMATION**

| | |
|---|---|
| **Next Payment Due Date:** | 10/01/2013 |
| **Next Payment Amount:** | $192.05 |
| **Escrow Portion:** | $0.00 |
| **Last Payment Received:** | 01/27/2014 |
| **Amount of Last Payment Received:** | $11,403.91 |

**LOAN INFORMATION**

| | |
|---|---|
| **Unpaid Principal Balance:** | $289,431.78 |
| **Original Principal Balance:** | $288,000.00 |
| **Length of the Loan (Months):** | 360 |
| **Origination Date:** | 10/26/2006 |
| **Maturity Date:** | 11/01/2036 |
| **Interest Rate (%):** | 4 |

Payment History

Payment Confirmation Letter

Fee Schedule

Recent or Upcoming Payment Changes

Notify Ocwen that I made a Payment

Reinstatement Quote

Payment Remittance Coupon

Ways to Make Payments

Account Statements

Go Green

Automatic Payments

Payoff Quote



ration. All Rights Reserved.

**Chase Online**

TOTAL CHECKING (...8954)

**Check Number:** 150      **Post Date:** 02/05/2014      **Amount of Check:** $11,403.91



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2014 JPMorgan Chase & Co.

1  Ronald H. Freshman, Esq., SBN #225136
2  Law Office of Ronald H. Freshman
   3040 Skycrest Drive
3  Fallbrook, CA 92028
   Telephone:  858-756-8288
4  Facsimile:  206-424-0744
5
6  Attorney for Anthony P. Dicus and Lilia E. Dicus
7
8              UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF CALIFORNIA
9

| 10 | In re: | Case No:    09-35241-B-13 J |
| 11 | ANTHONY P. DICUS and LILIA E. LOPEZ, | Chapter:    13<br>DCN:    RHF |
| 12 | Debtors, | Case Filed: 10/17/2009 |
| 13 | v. | INDEX OF EXHIBITS TO DEBTORS' MOTION TO |
| 14 | DEUTSCHE BANK NATIONAL TRUST COMPANY, | SANCTION RESPONDENTS FOR CONTEMPT FOR |
| 15 | AS TRUSTEE OF THE INDYMAC INDX<br>MORTGAGE TRUST 2007-AR11, MORTGAGE | VIOLATION OF THE DISCHARGE INJUNCTION |
| 16 | PASS-THROUGH CERTIFICATES, SERIES 2007-<br>AR11 UNDER THE POOLING AND SERVICING | [NOTICE OF HEARING, MOTION, AND DECLARATION<br>OF ANTHONY P. DICUS AND LILIA E. LOPEZ FILED |
| 17 | AGREEMENT DATED APRIL 1, 2007; | CONTEMPORANEOUSLY HEREWITH] |
| 18 | ONEWEST BANK, FSB d/b/a/ INDYMAC<br>MORTGAGE SERVICES, A DIVISION OF | [Local Bankr. R., Rule 9014-1 *et seq*.] |
| 19 | ONEWESTBANK, FSB, f/k/a INDYMAC FEDERAL | |
| 20 | BANK, F.S.B., f/k/a INDYMAC BANK, F.S.B.; and | Date:    April 8, 2014 |
| 21 | OCWEN LOAN SERVICING, LLC, | Time:    9:32 a.m.<br>Judge:    Hon. Thomas C. Holman |
| 22 | Respondents. | Dept:    B |

23  **INDEX OF EXHIBITS 1-36 TO DEBTORS' MOTION TO SANCTION RESPONDENTS FOR CONTEMPT FOR**
24  **VIOLATION OF THE DISCHARGE INJUNCTION**

25  EXHIBIT "1" - 11/13/2009 Confirmation of Plan.......................................................DICUS – RHF - 0002

26  EXHIBIT "2" - 08/28/2012 - A NOTICE OF FINAL CURE PAYMENT............................DICUS – RHF - 0005

27  EXHIBIT "3" - 09/11/2012 - RESPONSE TO NOTICE OF FINAL CURE PAYMENT........DICUS – RHF – 0008

28  EXHIBIT "4" - 10/19/2012 - MOTION TO DEEM CURRENT.......................................DICUS – RHF - 0012

*INDEX OF EXHIBITS 1-36 TO MOTION TO SANCTION RESPONDENTS FOR VIOLATION OF THE DISCHARGE INJUNCTION*

EXHIBIT "5" - 11/14/2012 - Ch. 13 Trustee filed Final Report...................................DICUS – RHF - 0017

EXHIBIT "6" - 12/10/2012 - Minute Order..............................................................DICUS – RHF - 0021

EXHIBIT "7" - 01/14/2013 - Debtors Discharge.......................................................DICUS – RHF - 0023

EXHIBIT "8" - 01/28/2013 – Final Decree...............................................................DICUS – RHF - 0026

EXHIBIT "9" - 06/20/2013 - Qualified Written Request ("QWR") and Debt Validation

    Letter................................................................................................DICUS – RHF - 0028

EXHIBIT "10" - 07/01/2013 – OWB Letter to Debtor................................................DICUS – RHF - 0035

EXHIBIT "11" - 07/10/2013 – OWB Letter to Debtor................................................DICUS – RHF - 0058

EXHIBIT "12" - 07/11/2013 - QWR and Dispute of Debt Letter to OWB..................DICUS – RHF - 0062

EXHIBIT "13" - 07/11/2013 –Complaint with the OCC............................................DICUS – RHF - 0094

EXHIBIT "14" - 07/24/2013 – OWB Response to Debtor's Complaint to the OCC....DICUS – RHF - 0131

EXHIBIT "15" - 07/27/2013 – Amended OCC Complaint..........................................DICUS – RHF - 0138

EXHIBIT "16" - 07/29/2013 – Dispute of Debt letter to OWB..................................DICUS – RHF – 0168

EXHIBIT "17" - 08/05/2013 – OWB Rejection and Return of Debtor's Payment......DICUS – RHF - 0179

EXHIBIT "18" - 08/07/2013 – Letters from OWB Re Debtors' financial Situation.....DICUS – RHF - 0183

EXHIBIT "19" - 09/04/2013 – Letter from OWB Returning Debtors' Payment.........DICUS – RHF - 0190

EXHIBIT "20" - 09/27/2013 - letter from OWB Returning Debtors' Payment...........DICUS – RHF - 0194

EXHIBIT "21" - 10/16/2013 – Letter of Transfer to OCWEN....................................DICUS – RHF - 0198

EXHIBIT "22" - 10/17/2013 – Letter from OWB Re Interest and Payment Change...DICUS – RHF - 0202

EXHIBIT "23" - 11/06/2013 – QWR sent to OCWEN.................................................DICUS – RHF - 0206

EXHIBIT "24" - 11/12/2013 – Letter from OCWEN Claiming the amount due was

    $15,069.47.........................................................................................DICUS – RHF - 0213

EXHIBIT "25" - 11/12/2013 – Letter from OCWEN Returned Debtors' Payment......DICUS – RHF - 0217

EXHIBIT "26" - 11/18/2013 – Statement from OCWEN claiming amount due was

    $16,683.39.........................................................................................DICUS – RHF - 0221

EXHIBIT "27" - 11/21/2013 –REINSTATEMENT QUOTE Letter from OCWEN............DICUS – RHF - 0223

EXHIBIT "28" - 11/22/2013 – Notices of Default.....................................................DICUS – RHF - 0227

EXHIBIT "29" - 11/25/2013 – Letter from OCWEN and Returned Payment.............DICUS – RHF – 0258

*INDEX OF EXHIBITS 1-36 TO MOTION TO SANCTION RESPONDENTS FOR VIOLATION OF THE DISCHARGE INJUNCTION*

EXHIBIT "30" - 12/11/2013 – Debt collection letter from OCWEN...........................DICUS – RHF - 0262

EXHIBIT "31" - 12/13/2013 – Letter to OCWEN Attempting to Bring the Account

    Current....................................................................................................DICUS – RHF - 0266

EXHIBIT "32" – 01/09/2014 – Letter from Ocwen Rejecting $9,774.78 Payment.....DICUS – RHF - 0269

EXHIBIT "33" - 01/11/2014 – Letter from OCWEN Claiming Amount due was

    $12,517.83............................................................................................DICUS – RHF - 0273

EXHIBIT "34" - 01/14/2014 – Letter from OCWEN Re Returned Payments..............DICUS – RHF - 0277

EXHIBIT "35" - 01/17/2014 – Statement Claiming $12,311.21 was Past due...........DICUS – RHF - 0281

EXHIBIT "36" – 02/05/2014 – Evidence of Plaintiff's Payment of $11,403.91 and

    Letter...................................................................................................DICUS – RHF - 0285

*INDEX OF EXHIBITS 1-36 TO MOTION TO SANCTION RESPONDENTS FOR VIOLATION OF THE DISCHARGE INJUNCTION*

1  Ronald H. Freshman, Esq., SBN #225136
   Law Office of Ronald H. Freshman
2  3040 Skycrest Drive
3  Fallbrook, CA 92028
   Telephone:  858-756-8288
4  Facsimile:  206-424-0744
5
6  Attorney for Anthony P. Dicus and Lilia E. Dicus
7
8              UNITED STATES BANKRUPTCY COURT
9              EASTERN DISTRICT OF CALIFORNIA
10 In re:                              Case No:    09-35241-B-13 J
                                       Chapter:    13
11 ANTHONY P. DICUS and LILIA E. LOPEZ,  DCN:        RHF
12        Debtors,                      Case Filed: 10/17/2009
13        v.
14 DEUTSCHE BANK NATIONAL TRUST COMPANY,     CERTIFICATE OF SERVICE
   AS TRUSTEE OF THE INDYMAC INDX
15 MORTGAGE TRUST 2007-AR11, MORTGAGE
   PASS-THROUGH CERTIFICATES, SERIES 2007-
16 AR11 UNDER THE POOLING AND SERVICING
17 AGREEMENT DATED APRIL 1, 2007;
18 ONEWEST BANK, FSB d/b/a/ INDYMAC
   MORTGAGE SERVICES, A DIVISION OF
19 ONEWESTBANK, FSB, f/k/a INDYMAC FEDERAL
20 BANK, F.S.B., f/k/a INDYMAC BANK, F.S.B.; and    Date:    April 8, 2014
                                                    Time:    9:32 a.m.
21 OCWEN LOAN SERVICING, LLC,                       Judge:   Hon. Thomas C. Holman
22        Respondents.                              Dept     B
23                     CERTIFICATE OF SERVICE
24        I, RONALD H. FRESHMAN, certify that I am over the age of 18 and not a party to this
25 bankruptcy case or adversary proceeding.  My business address is: 3040 Skycrest Drive, Fallbrook,
26 CA 92028.  A true and correct copy of the documents entitled: DEBTOR'S NOTICE OF HEARING;
27 MOTION TO SANCTION RESPONDENTS FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE
28

                                        1

INJUNCTION; EXHIBITS 1-36 AND DECLARATION OF ANTHONY P. DICUS AND LILIA E. LOPEZ IN

SUPPORT THEREOF were served on the date and in the form and manner stated below:

    1.    **By regular, first class United States Mail, postage fully pre-paid, addressed to an officer,**

**managing or general agent or to any other agent authorized by appointment or by law to receive**

**service of process and also by mailing a copy to the Respondent:**

OCWEN LOAN SERVICING, LLC
C/O Corporation Service Company d/b/a CSC – Lawyers
Incorporating Service
Attn: Officer, Managing, General or any other Agent
2711 Centerville Rd.
Wilmington, DE 19808

OCWEN LOAN SERVICING, LLC
C/O Corporation Service Company d/b/a CSC – Lawyers
Incorporating Service C/O The Prentice-Hall Corporation
System, Inc.
Attn: Officer, Managing, General or any other Agent
2710 Gateway Oaks Dr. Ste 150N
Sacramento, CA 95833

OCWEN LOAN SERVICING, LLC
Attn: Officer, Managing, General or any other Agent
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL 22409

NBS DEFAULT SERVICES, LLC
Attn: Officer, Managing, General or any other Agent
9441 LBJ FWY STE 250
DALLAS, TX 75243

    2.    **By Certified Mail addressed to an officer of the institution:**

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-
AR11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2007-AR11 UNDER THE POOLING AND SERVICING
AGREEMENT DATED APRIL 1, 2007
Attn: Officer of the Institution
300 South Grand Ave.
41st Floor
Los Angeles, CA 90071

*CERTIFICATE OF SERVICE FOR NOTICE OF HEARING ON MOTION AND MOTION TO SANCTION RESPONDENTS FOR VIOLATION OF*
*THE DISCHARGE INJUNCTION*

1    ONEWEST BANK, FSB d/b/a/ INDYMAC MORTGAGE
     SERVICES, A DIVISION OF ONEWESTBANK, FSB, f/k/a
2    INDYMAC FEDERAL BANK, F.S.B., f/k/a INDYMAC BANK,
     F.S.B.
3    Attn: Officer of the Institution
     9441 LBJ Freeway Suite 250,
4    Dallas, TX 75243

5

6        3.    **By regular, first class United States Mail, postage fully pre-paid, by mailing a copy to the**

7    **Chapter 13 Trustee:**

8        Chapter 13 Trustee
     Jan P. Johnson
9    PO Box 1708
     Sacramento, CA 95812
10

11       4.    **By Notice of Electronic Filing (NEF):**  Pursuant to controlling General Orders and LBR, the

12   foregoing documents will be served by the court via NEF and hyperlink to the document.  Upon

13   service, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and

14   determined that the following persons are on the Electronic Mail Notice List to receive NEF

15   transmission at the email addresses stated below:

16       I declare under penalty of perjury and the laws of the United States that the foregoing is true

17   and correct.

18

19       Date: March 1, 2014

20

21                                   _____

22                                     Ronald H. Freshman
                                       Attorney for Anthony P. Dicus and
23                                     Lilia E. Lopez

24

25

26

27

28

*CERTIFICATE OF SERVICE FOR NOTICE OF HEARING ON MOTION AND MOTION TO SANCTION RESPONDENTS FOR VIOLATION OF THE DISCHARGE INJUNCTION*