| | |
|---|---|
| 1 | JOHN B. SULLIVAN (State Bar No. 96742) |
| | EDWARD R. BUELL, III (State Bar No. 240494) |
| 2 | BERNARD J. KORNBERG (State Bar No. 252006) |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 677-5664 |
| | Email:  bjk@severson.com |
| 6 | |
| | Attorneys for Ocwen Loan Servicing, LLC and |
| 7 | OneWest Bank, FSB |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 09-35241 |
| Anthony P. Dicus and Lilia E. Lopez, | Chapter 7 |
| Debtors. | DCN No. RHF |
| | **CERTIFICATE OF SERVICE** |
| | Date:      April 29, 2014 |
| | Time:     9:32 a.m. |
| | Dept.:     B |
| | Place:    Courtroom 32 |
| |           501 I Street |
| |           Sacramento, CA |
| | Judge:    Thomas C. Holman |

21000.0181/3228267.1

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On April 15, 2014, I served true copies of the following document(s):

**OPPOSITION TO MOTION TO SANCTION RESPONDENTS FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION**

**DECLARATION OF GINA FEEZER**

**EXHIBIT DOCUMENT FOR DECLARATION OF GINA FEEZER**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO SANCTION RESPONDENTS FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION**

**EXHIBIT DOCUMENT FOR REQUEST FOR JUDICIAL NOTICE**

on the interested parties in this action as follows:

**Ronald H. Freshman**
**3040 Skycrest Dr**
**Fallbrook, CA 92028**

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 15, 2014, at San Francisco, California.

          /s/ Bernard J. Kornberg
          Bernard J. Kornberg