Exhibit "33"

**IndyMac Mortgage Services**, a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 10, 2013

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this payment as the amount submitted does not represent the total amount due to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:          $     8227.11

You may make your payment by money order, certified or cashier's check, or by personal check. Please make your check payable to "Indymac Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for insufficient funds or for any reason, your loan will not be brought current. We reserve the right to accept or reject a partial payment of the Total You Must Pay to Bring Your Loan Current listed above, without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling 1.800.781.7399 today. Customer Service Representatives are available to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments due to your current financial situation, we suggest you contact a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing counseling telephone referral service at 1.800.569.4287. These services are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number of programs designed to help borrowers who are struggling to make their mortgage payment. We are committed to understanding your situation and working with you in an effort to determine if you are eligible for homeowner preservation options. Information on our programs is available on our website at www.indymacmortgageservices.com. We look forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

**ENDORSE HERE**

X _____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

**\*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC**

*Listed below are the security features provided on this document which meets and/or exceeds industry guidelines.*

| Security Features: | Description / Fraud Indicator: |
| --- | --- |
| Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

IndyMac Mortgage Services, a division of OneWest Bank, FSB   *FRIDAY   462   *   07-11-2013

P.O. Box 4045 • Kalamazoo, MI 49003-4045

rec'd 7/15/13



PRESORTED
FIRST CLASS

02  1M
0008000813
$ 00.40⁵
PITNEY BOWES
JUL 10  2013
MAILED FROM ZIP CODE 49512

27    EAG-GMB    95823

---

**CHASE** 🔲

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850--594
(800) 472-6236

Apply to Acct **3002357204**
ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO  CA 95823-5621

**264118208**
25-3/440
**06-28-2013**

1795290010001004 9424

**Pay**   ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                                      Dollars

$1,629.13

To
the
Order
of

00494 BPC 001 019 13179 - 264118208 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX  AZ 85062-8826

SECURITY FEATURES
INCLUDED
SEE DETAILS ON BACK

Check Void After 90 Days



JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈264118208⑈ ⑆044000037⑆       658533013⑈

Exhibit "34"

Law Office
**Ronald H. Freshman, Esq.**

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: July 11, 2013

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: Research Department
6900 Beatrice Drive
Kalamazoo, MI 49009

Via:        U.S. Mail - Certificate of Mailing

Re:         Anthony P. Dicus
            Purported Loan #3002357204

            Correspondence received; dated July 1, 2013

            Address:    5950 La Castana Way
                        Sacramento, CA 95823

### RE: QUALIFIED WRITTEN REQUEST; DEBT VALIDATION AND DISPUTE OF DEBT

To Whom It May Concern:

      This letter is in response to the letter we received from you dated July 1, 2013 claiming our Qualified Written Request did not "constitute a QWR subject to the provisions of the Real Estate Settlement Procedures Act (RESPA)."  Nothing, along with much of what you provided, could be further from the truth.

      More than sufficient details were provided for you to investigate the errors identified, such that you provided your own payment history.  Ironically your own payment history repudiated your typical standard, non-compliant form letter which contained false statements regarding Mr. Dicus' purported account, claiming he is in default when he is not.

1

Your letter claims to have provided "[a] 24-month transaction history and bankruptcy payment reconciliation" which was further alleged to "accurately report the application of all payments we received during that period."

We are specifically addressing the false and conflicting statements in your letter needing your immediate attention, to wit:

p.1 ¶ 6 alleges "Mr. Dicus has been in default under the loan documents with respect to the installment of principal and interest that became due on March 1, 2013 together with the subsequent installments and late charges and other amount due under the note and deed of trust."  Your own CUSTOMER ACCOUNT ACTIVITY STATEMENT ("CAS") Dated 07/01/13 shows the March, April, May and June payments being entered on 03-04-13; 04-03; 04-29-13 and 05-28-13 respectively, each payment in the amount of $1,629.13.  Your Bankruptcy Payment Reconciliation sheet (p.3) also confirms payments being made on 3/4/2013 and 4/3/2013 and shows a $0.00 balance. Mr. Dicus also pulled his own online "Loan Activity" report which also confirms payments were paid and the account is current[1].

The last paragraph on p.1 of your letter states "Nation Star Mortgage is the master servicer for the mortgage backed security (MBS) for which [our] client's [purported] mortgage was pooled." You further proffer that the MBS is identified as "LXS 2007-6 4/30/07".  The forensic investigator Mr. Dicus hired and our own in-house investigation, as well as information from Mortgage Electronic Registration Systems, Inc. ("MERS"), provides information contrary to what you claim.  There is no "pool" you identify that exists either on the Security and Exchange Commission or Edgar websites. MERS claims the "investor" is U.S. Bank as Trustee and our the forensic examiner has identified the trust to purportedly be Lehman XS Trust, Series 2007-4N with Aurora Loan Services, LLC as the Master Servicer (not Nation Star Mortgage.)  Your very own previous letter dated December 3, 2009 confirms this[2].

You further state that "[t]he servicing agreement between OneWest Bank, FSB and Nation Star Mortgage identifies IndyMac Mortgage Services, a division of OneWest

---

[1] Enclosed.

Bank, FSB as the servicer for all loans within the pool and, further, identifies our responsibilities as including, but not limited to, (a) the collection of the payments from each of the mortgages within the pool; (b) initiating the foreclosure process for loans that are in default; (c) processing loan modification requests; and (d) responding to borrowers' inquires."[3]  From your own correspondence then, it appears you are not authorized to do any of these things with regard to Mr. Dicus' purported "loan".

Mr. Dicus is NOT IN DEFAULT; payments were paid on time and the purported "investor" is not as you claim.  Please clarify your conflicting statements and correct these errors.

Also, please rectify your accounting; remove any late payment fees; confirm in writing the mistakes you have made; and correct any corresponding credit reporting information provided to all three repositories or we shall be forced to file suit to have the court clear up these issues.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus

Enclosures
CC: OCC

---

[2] Enclosed.
[3] Your letter p.2 first paragraph.

July 1, 2013

Law Office of Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028

RE:    Mr. Anthony Dicus
       Loan Number 3002357204

Dear Mr. Freshman:

This letter is in response to correspondence dated June 20, 2013, regarding the above
referenced home loan. Although your correspondence is presented as a qualified written request
(QWR) it does not constitute a QWR subject to the provisions of the Real Estate Settlement
Procedures Act (RESPA).

Please understand this correspondence is being sent to you as you are representing our
customer. Going forward no phone calls will be made to our customer unless a written request is
received advising us to remove the cease and desist.

A QWR is written correspondence to the loan servicer stating specific a customer believes the
servicing of his/her account is in error. It must also include sufficient detail to allow the servicer
the opportunity to fully investigate the matter to determine if errors were made in connection with
the servicing of the account. Your correspondence fails to state that you believe there are
specific errors in the servicing of the account sufficient to allow IndyMac Mortgage Services, a
division of OneWest Bank, FSB the ability to investigate further. If you have a specific loan
servicing issue, such as a payment application or disbursement issue, please send all inquiries to
the address below with a detailed explanation as to why you believe the account is in error.

 IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: Research Department
6900 Beatrice Drive
Kalamazoo, MI 49009

A QWR is not a vehicle for obtaining information regarding the lender's general business
practices, including but not limited to its operations, systems of record, servicing by a prior
servicing company or business relationships. With respect to those of your inquiries which go
beyond the scope of a legitimate QWR, IndyMac Mortgage Services respectfully declines to
provide the information requested.

In compliance with the Fair Debt Collection Practices Act (FDCPA), enclosed is a copy of the
promissory note. A 24-month transaction history and bankruptcy payment reconciliation are
included that accurately report the application of all payments we received during that period. If
you dispute the pay history, please provide us details in support of any dispute, including but not
limited to the dates of any transaction in dispute, amounts in dispute, copies of cancelled checks,
receipts, bank statements, etc. You may request a life of loan payment history by completing the
attached form and submitting it and the required fee to the address shown on the form.

As reflected in the transaction history enclosed Mr. Dicus has been in default under the loan
documents with respect to the installment of principal and interest that became due on March 1,
2013, together with the subsequent installments and late charges and other amount due under
the note and deed of trust.

Nation Star Mortgage is the master servicer for the mortgage backed security (MBS) for which
your client's mortgage was pooled. Their phone number is 1.303.515.8131 and their address is

10350 Park Meadows Dr. Fl 3 Littleton, CO 80124. Your loan is pooled in the mortgage backed security identified as LXS 2007-6 4/30/07.

The servicing agreement between OneWest Bank, FSB and Nation Star Mortgage identifies IndyMac Mortgage Services, a division of OneWest Bank, FSB as the servicer for all loans within the pool and, further, identifies our responsibilities as including, but not limited to, (a) the collection of the payments from each of the mortgages within the pool; (b) initiating the foreclosure process for loans that are in default; (c) processing loan modification requests; and (d) responding to borrowers' inquiries. Please direct all of your correspondence to IndyMac Mortgage Services.

Your letter included a request for copies of certain documents that pertain to this loan. The copies you requested can be costly, so as a courtesy we are writing to encourage you to check your client's records to determine if your client has retained the documents provided when the loan closed. Limiting the number of document copies you actually need from IndyMac Mortgage Services will be less expensive and may save time.

Please research your client's records and complete the enclosed order form once you have identified the document copies you still require from IndyMac Mortgage Services. Once your form is complete, please submit a check in the total amount due along with the request form to IndyMac Mortgage Services, a division of OneWest Bank, FSB, Attention: RESPA Department, 6900 Beatrice Drive Kalamazoo, MI 49009. Upon receiving your request and payment, we will provide the desired documents to you within 30 business days of our receipt of the order form. If we do not receive the order form and payment within 30 business days, we will close this request.

We have conducted an investigation of the account and have determined:

1.     No corrections have been made to the account as we are of the opinion the account has been serviced in compliance with the terms of the documents signed at closing.

2.     Should you require any further assistance regarding the account, you may contact our Customer Service Department at 1.800.781.7399 or in writing at the following address 6900 Beatrice Drive Kalamazoo, MI 49009.

3.     To the extent we are obligated either contractually or under any applicable statute or regulation to furnish the requested information to you, such information has been provided. We respectfully decline to provide any other information you may have requested, as such information may be privileged, confidential or otherwise not subject to disclosure.

If you have questions regarding our workout programs, please call IndyMac Mortgage Services at 1.800.781.7399 or you may access our website at www.indymacmortgageservices.com.

Please be assured all options were considered in every effort to assist you with this matter. In the event you require further assistance please call 1.800.781.7399 Monday through Friday, from 8:00 a.m. until 9:00 p.m. Eastern Time.

Respectfully,

IndyMac Mortgage Services
a division of OneWest Bank, FSB

*This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.*

```
                           ONE WEST BANK, FSB
                         HOME LOAN SERVICING
                            P.O. BOX 4045
                      KALAMAZOO, MICHIGAN 49003-4045
                            1-800-781-7399

                  CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 07/01/13
REQ BY 63I                                                      PAGE   1

ANTHONY P DICUS                    THE FOLLOWING IS THE PAYMENT HISTORY YOU
5950 LA CASTANA WAY                REQUESTED.  SHOULD YOU HAVE ANY QUESTIONS
SACRAMENTO            CA 95823     REGARDING THIS HISTORY, PLEASE CALL THE
                                   CUSTOMER SERVICE DEPARTMENT AT THE ABOVE
                                   REFERENCED TELEPHONE NUMBER.  THANK YOU.

LOAN NUMBER: 3002357204
********************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION -------------------------
   DATE        TOTAL      PRINCIPAL       LOAN        CURRENT
 PAYMENT      PAYMENT     & INTEREST    INTEREST     PRINCIPAL           ESCROW
   DUE        AMOUNT       PAYMENT        RATE        BALANCE            BALANCE
03-01-13     1,629.13     1,629.13     4.00000     299,425.11             0.00
  2ND MORTGAGE:                        0.00   0.00000          0.00
********************************************************************************

                   ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS     DUE     TRANSACTION            TRANSACTION                EFFECTIVE DATE
 DATE       DATE    CODE                   DESCRIPTION                OF TRANSACTION
------------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/         ESCROW PAID/ ------------OTHER-------------
   AMOUNT        BALANCE    INTEREST   BALANCE  AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------
06-17-13  03-13  152  LATE CHARGE ASSESSMENT
       0.00         0.00       0.00       0.00      81.46-1 LATE CHARGE
06-11-13  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00         0.00       0.00       0.00
05-28-13  03-13  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
05-28-13  02-13  173  PAYMENT                                             05-24-13
    1,629.13      628.95   1,000.18       0.00
               299,425.11                        NEW PRINCIPAL/ESCROW BALANCES
05-23-13  00-00  710  ATTORNEY ADVANCE REPAYMENT
       0.00         0.00       0.00       0.00     150.00-
      11.00         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     150.00         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     741.84         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     625.00         0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     585.00         0.00       0.00       0.00
```

```
                    ONE WEST BANK, FSB
                   HOME LOAN SERVICING
                      P.O. BOX 4045
             KALAMAZOO, MICHIGAN 49003-4045
                     1-800-781-7399

           CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 07/01/13
REQ BY 63I                                                PAGE   2


ANTHONY P DICUS
LOAN NUMBER: 3002357204

                    ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE     TRANSACTION            TRANSACTION              EFFECTIVE DATE
DATE       DATE    CODE                   DESCRIPTION              OF TRANSACTION
--------------------------------------------------------------------------------
   TRANSACTION  PRIN. PAID/          ESCROW PAID/ ------------OTHER-------------
    AMOUNT      BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   1,070.00        0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00        0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      44.00        0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      11.00-       0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     150.00-       0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     741.84-       0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00-       0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     625.00-       0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     585.00-       0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   1,070.00-       0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00-       0.00      0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      44.00-       0.00      0.00       0.00
05-06-13  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00        0.00      0.00       0.00
04-29-13  02-13  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000      NEW PRIN & INT PAYMENT:    1,629.13
04-29-13  01-13  173  PAYMENT                                           04-26-13
   1,629.13      626.86   1,002.27    0.00
                 300,054.06                    NEW PRINCIPAL/ESCROW BALANCES
04-03-13  01-13  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000      NEW PRIN & INT PAYMENT:    1,629.13
04-03-13  12-12  173  PAYMENT                                           03-30-13
   1,629.13      624.78   1,004.35    0.00
                 300,680.92                    NEW PRINCIPAL/ESCROW BALANCES
```

ONE WEST BANK, FSB
HOME LOAN SERVICING
P.O. BOX 4045
KALAMAZOO, MICHIGAN 49003-4045
1-800-781-7399

CUSTOMER ACCOUNT ACTIVITY STATEMENT                    DATE 07/01/13
REQ BY 63I                                                              PAGE    3

ANTHONY P DICUS
LOAN NUMBER: 3002357204

```
                       ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS      DUE     TRANSACTION              TRANSACTION                  EFFECTIVE DATE
 DATE        DATE    CODE                     DESCRIPTION                  OF TRANSACTION
--------------------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/         ESCROW PAID/ ------------OTHER-------------
    AMOUNT      BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------------
04-02-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00       0.00        0.00
03-07-13  00-00  633  MISC. F/C AND B/R EXPENSES
   145.00       0.00       0.00        0.00
03-04-13  12-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:   1,629.13
03-04-13  11-12  173  PAYMENT                                             02-28-13
 1,629.13     622.70   1,006.43        0.00
              301,305.70                         NEW PRINCIPAL/ESCROW BALANCES
03-04-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00       0.00        0.00
02-19-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00       0.00        0.00
01-23-13  11-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:   1,629.13
01-23-13  10-12  173  PAYMENT                                             01-22-13
 1,629.13     620.63   1,008.50        0.00
              301,928.40                         NEW PRINCIPAL/ESCROW BALANCES
01-03-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00       0.00        0.00
12-26-12  10-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:   1,629.13
12-26-12  09-12  173  PAYMENT                                             12-21-12
 1,629.13     618.57   1,010.56        0.00
              302,549.03                         NEW PRINCIPAL/ESCROW BALANCES
12-04-12  09-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:   1,629.13
12-04-12  08-12  173  PAYMENT                                             11-30-12
 1,629.13     616.52   1,012.61        0.00
              303,167.60                         NEW PRINCIPAL/ESCROW BALANCES
12-03-12  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00       0.00       0.00        0.00
11-19-12  00-00  630  ATTORNEY ADVANCES
   250.00       0.00       0.00        0.00
11-01-12  08-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:   1,629.13
```

LOAN NUMBER:          BANKRUPTCY PAYMENT RECONCILIATION          PAGE: 3

| Date | Mo | Mo | Type | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/10/2011 | | | Trustee | $199.70 | | | $0.00 | $310,056.77 | $0.00 | $199.70 | $1,514.22 | | $199.70 | | | | |
| 8/10/2011 | | | Trustee | $150.00 | | | $0.00 | $310,056.77 | $0.00 | $150.00 | $1,664.22 | | $150.00 | | | | |
| 9/13/2011 | Jul-11 | Jul-11 | Debtor | $1,148.62 | $261.54 | $1,065.82 | $1,327.36 | $309,795.23 | $1,327.36 | -$178.74 | $1,485.48 | | -$178.74 | | | | |
| 10/12/2011 | Aug-11 | Aug-11 | Debtor | $1,148.62 | $262.44 | $1,064.92 | $1,327.36 | $309,532.79 | $1,327.36 | -$178.74 | $1,306.74 | | -$178.74 | | | | |
| 11/10/2011 | Sep-11 | Sep-11 | Debtor | $1,148.62 | $295.56 | $1,031.78 | $1,327.36 | $309,237.21 | $1,327.36 | -$178.74 | $1,128.00 | -$178.74 | | | | | |
| 12/9/2011 | Oct-11 | Oct-11 | Debtor | $1,148.62 | $296.57 | $1,030.79 | $1,327.36 | $308,940.64 | $1,327.36 | -$178.74 | $949.26 | -$178.74 | | | | | |
| 1/11/2012 | Nov-11 | Nov-11 | Debtor | $1,148.62 | $297.56 | $1,029.80 | $1,327.36 | $308,643.08 | $1,327.36 | -$178.74 | $770.52 | -$178.74 | | | | | |
| 2/13/2012 | | | Debtor | $1,148.62 | | | $0.00 | $308,643.08 | $0.00 | $1,148.62 | $1,919.14 | $1,148.62 | | | | | |
| 3/13/2012 | Dec-11 | Dec-11 | Debtor | $1,148.62 | $600.32 | $1,028.81 | $1,629.13 | $308,042.76 | $1,629.13 | -$480.51 | $1,438.63 | -$480.51 | | | | | |
| 4/11/2012 | Jan-12 | Jan-12 | Debtor | $1,148.62 | $602.32 | $1,026.81 | $1,629.13 | $307,440.44 | $1,629.13 | -$480.51 | $958.12 | -$480.51 | | | | | |
| 5/17/2012 | Feb-12 | Feb-12 | Debtor | $1,148.62 | $604.33 | $1,024.80 | $1,629.13 | $306,836.11 | $1,629.13 | -$480.51 | $477.61 | -$480.51 | | | | | |
| 6/22/2012 | | | Debtor | $1,148.62 | | | $0.00 | $306,836.11 | $0.00 | $1,148.62 | $1,626.23 | $1,148.62 | | | | | |
| 7/13/2012 | Mar-12 | Mar-12 | Debtor | $1,148.62 | $606.34 | $1,022.79 | $1,629.13 | $306,229.77 | $1,629.13 | -$480.51 | $1,145.72 | -$480.51 | | | | | |
| 8/15/2012 | Apr-12 | Apr-12 | Debtor | $1,148.62 | $608.36 | $1,020.77 | $1,629.13 | $305,621.41 | $1,629.13 | -$480.51 | $665.21 | -$480.51 | | | | | |
| 8/15/2012 | | | Debtor | $1,629.13 | | | $0.00 | $305,621.41 | $0.00 | $1,629.13 | $2,294.34 | $1,629.13 | | | | | |
| 8/16/2012 | May-12 | May-12 | Debtor | | $610.39 | $1,018.74 | $1,629.13 | $305,011.02 | $1,629.13 | -$1,629.13 | $665.21 | -$1,629.13 | | | | | |
| 10/1/2012 | Jun-12 | Jun-12 | Debtor | $1,629.13 | $612.43 | $1,016.70 | $1,629.13 | $304,398.59 | $1,629.13 | | $665.21 | | | | | | |
| 11/1/2012 | Jul-12 | Jul-12 | Debtor | $1,629.13 | $614.47 | $1,014.66 | $1,629.13 | $303,784.12 | $1,629.13 | | $665.21 | | | | | | |
| 12/4/2012 | Aug-12 | Aug-12 | Debtor | $1,629.13 | $616.52 | $1,012.61 | $1,629.13 | $303,167.60 | $1,629.13 | | $665.21 | | | | | | |
| 12/26/2012 | Sep-12 | Sep-12 | Debtor | $1,629.13 | $618.57 | $1,010.56 | $1,629.13 | $302,549.03 | $1,629.13 | | $665.21 | | | | | | |
| 1/23/2013 | Oct-12 | Oct-12 | Debtor | $1,629.13 | $620.63 | $1,008.50 | $1,629.13 | $301,928.40 | $1,629.13 | | $665.21 | | | | | | |
| 3/4/2013 | Nov-12 | Nov-12 | Debtor | $1,629.13 | $622.70 | $1,006.43 | $1,629.13 | $301,305.70 | $1,629.13 | | $665.21 | | | | | | |
| 4/3/2013 | Dec-12 | Dec-12 | Debtor | $1,629.13 | $624.78 | $1,004.35 | $1,629.13 | $300,680.92 | $1,629.13 | | $665.21 | | | | | | |
| ENDING BALANCE | | | | | | | $0.00 | $300,680.92 | $0.00 | | $665.21 | $434.74 | $230.47 | $0.00 | $0.00 | $0.00 | |

Law Office
**Ronald H. Freshman, Esq.**

_____

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax     206-424-0744
ronfreshman@gmail.com

Date: June 20, 2013

IndyMac Mortgage Services
PO Box 78826
Phoenix, AZ 85062-8826

Via:        Certified U.S. Mail #7011 2970 0003 7964 5153
            Return Receipt Requested

Re:        Anthony P. Dicus
            Purported Loan #3002357204

           Address:    5950 La Castana Way
                       Sacramento, CA 95823

<u>**QUALIFIED WRITTEN REQUEST; DEBT VALIDATION
AND DISPUTE OF DEBT**</u>

To whom it may concern:

　　　We have been retained to represent the above-referenced client, Anthony P. Dicus
regarding the status of the purported account/loan number also referenced above.

　　　Attached is our client's authorization to release financial information.

<u>**INTRODUCTION; BRIEF STATEMENT OF FACTS**</u>

　　　Our client received a call from you stating his property was going into
"foreclosure" due to your claim that he is allegedly four months behind.  Mr. Dicus states
he has had no notice in writing of any such thing.

　　　Upon a return call to (800) 781-7399, Mr. Dicus spoke with an Operator #014
claiming to be named "Melissa;" who told him $6,227.77 was allegedly owed on the
purported account.  Melissa further stated "Once your loan came out of bankruptcy it
went into the previous status as before - as delinquent and foreclosure status."  She then

1

attempted to induce our client into considering a loan modification, which appears to have been solicited under false pretenses.

Upon Mr. Dicus telling Melissa that he was current in his payments and he had never been late, Melissa told Mr. Dicus he could contact your "foreclosure attorney's office" at (619) 243-8415 referencing vendor #3002357204.  This was not only intimidating but infuriating.

Our client then contacted us to deal with this situation.

<u>QUALIFIED WRITTEN REQUEST</u>

This letter shall be deemed a 12 U.S.C. § 2601, *et seq*., as amended ("RESPA") qualified written request to which provisions of the Dodd-Frank Act § 1463 also applies.

This request is directly related to the servicing of the purported loan; includes the name and account number, as well as a statement for the reasons Mr. Dicus believes the alleged account is in error.  Sufficient detail regarding the other information sought[1] by Mr. Dicus is contained in this request.

To independently validate our client's concerns, please provide the following.

1.    Fully identify the purported owner the Dicus' loan by name, address and phone number which is defined as the person or entity that purports to be lawfully entitled to the payments due under any promissory note that he allegedly signed when the loan was originated.  If the "owner" is a so-called "securitized trust", please identify:

(a)    the name of the specific trust in which my loan is supposedly "pooled" (and not simply the name of the Trustee);

(b)    the CUSIP number for the purported trust; and

(c)    the specific date the purported loan, including the indorsement of the note and assignment of the Deed of Trust, were allegedly sold into said trust along with evidence of the consideration paid therefore.

2.    Please provide a certified copy of the purported "Note" <u>in its current condition</u> format and size, front and back, showing <u>all</u> indorsements and/or allonges thereto; as of the date of this letter;

---

[1] 12 U.S.C. § 2605(e)(1)(B)(ii).

3.      Please fully identify the current holder of the Dicus' Deed of trust by name, address and phone number.

4.      Please identify the principal for whom Mortgage Electronic Registration Systems, Inc., ("MERS") purports to act and provide written proof of the authorization of MERS to act for the original or any other "lender" with respect to the purported Deed of Trust.[2]

5.      Please provide the MERS Milestone/Summary Report showing all transfers of servicing and beneficial interest rights.[2]

6.      Please confirm or deny whether the Dicus' purported Note was sold separately from the Deed of Trust or vice-versa and identify:

(a)     each and every party that purchased the purported Note or any interest therein;

(b)     the date upon which any such purchase(s) took place;

(c)     the amount of consideration paid for the purported Note along with evidence of payment including any legers, books, cancelled checks or other similar "paper trail" for the actual consideration both paid and received for each and every alleged "transfer;" "indorsement;" or "assignment."

9)      Please provide a "life of loan" history and a full accounting of each and every payment paid, received and accounted for related to this purported account that includes any and all claimed arrears, delinquencies or additional charges, including but not thereby limited to, escrow charges, fees, rebates, refunds, kickbacks, profits, gains or any other additions or subtractions to the purported account for any reason.

10)     Please also provide an explanation of how any amount allegedly due was calculated including any dates for adjustments and why so adjusted.

11)     Please provide any applicable pool, pooling, pooling and servicing, assignment and assumption, deposit, custodial, master purchasing,

---

[2]  We know "Indymac Mortgage Services a division of OneWest Bank®" is a service mark of OneWest Bank and OneWest Bank is a MERS member with full access to all the MERS and other documentation requested.

servicing, sub-servicing and/or master-servicing, trust or other agreements related in any way to this purported account or the alleged securitization thereof.

## DEBT VALIDATION DEMAND AND DISPUTE OF DEBT

Mr. Dicus herewith disputes the purported "debt" and demands validation of same.  Based on the aforementioned irregularities; manner in which he has been treated; and recent events surrounding the foreclosure crisis and allegations of fraudulent foreclosure activity, Mr. Dicus now questions whether you are or have ever been a legitimate "servicer" of his purported "loan" or account, which at this point he is not sure he owes to anyone, let alone Indymac Mortgage Services which from our research is not a separate entity from OneWest Bank but merely a service mark thereof.  Accordingly, due to the lack of sufficient evidence supporting your claim of servicing rights, Mr. Dicus requests validation of the purported "debt[3]" which shall remain disputed absent your providing concrete evidence of both the ownership and any duly authorized and/or properly and legally assigned and adequately documented servicing rights thereto as well as an existing and legal security instrument thereto.

A cursory review of the recorded documents casts doubt on the legitimacy of your servicing or any other authority regarding this purported "debt" or whether the purported "debt" exists at all. Therefore pursuant to the current Homeowner Bill of Rights and associated Civil Code, our client requests irrefutable proof of your servicing authority, including but not thereby limited to, validation of the purported "debt;" proof of your authority to record or cause to be recorded any documents related to this property; any assignments of deeds of trust; substitutions of trustee(s); copies of the purported "deed of trust" and note which is to include any indorsements or allonges thereto and any corporate resolutions and/or power(s) of attorney authorizing any signatories utilized in executing any documents.

You are herewith notified that any further correspondence shall be through this office and in writing.  Our client is not to be directly contacted by telephone or in any other manner.

---

[3]  This request is not merely for you to provide the purported "evidence of the debt" in the form of the "Note;" the ownership of which is disputed, but a complete and un-broken chain of indorsements and accounting.

Dodd-Frank and the Consumer Protection Act have changed the timelines for qualified written request responses that not only requires acknowledgement within 5 days but also a substantive response within 30 days which we look forward to receiving at your earliest possible convenience.

Time is of the essence in this matter.


Sincerely,


Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus

Wednesday, June 19, 2013

Anthony Dicus
5950 La Castana Way
Sacramento, Ca 95823

Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, Ca 92028

To Whom It May Concern:

This letter is to inform you that I give permission to Ronald H.

Freshman, Esq. to represent & speak for me with any and all

transactions dealing with INDYMAC BANK (loan #3002357204) in

reference to my home (5950 La Castana Way Sacramento, Ca 95823).

Sincerely,

Anthony Dicus

916-395-2326

# Loan Activity

Loan Number:        3002357204
Property Address: 5950 LA CASTANA WAY
                  SACRAMENTO,  CA  95823-0000
Borrower Name:    ANTHONY P DICUS

| Balances: |
|---|

Principal balance:      $299,425.11
Escrow balance:        $0.00
Unpaid late charges:   $81.46

Disclosure: The transactions displayed within the payment history reflect funds that you have paid and do not necessarily represent funds that are due.

| Applied Date | Due Date | Description | Amount Paid | Escrow Balance | Escrow Advance Balance | Principal Balance |
|---|---|---|---|---|---|---|
| 06/17/2013 | 03/01/2013 | LATE CHARGE ASSESSED | $0.00 | $0.00 | $0.00 | $299,425.11 |
| 05/28/2013 | 03/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $299,425.11 |
| 05/28/2013 | 02/01/2013 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $299,425.11 |
| 04/29/2013 | 02/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $300,054.06 |
| 04/29/2013 | 01/01/2013 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $300,054.06 |
| 04/03/2013 | 01/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $300,680.92 |
| 04/03/2013 | 12/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $300,680.92 |
| 03/04/2013 | 12/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $301,305.70 |
| 03/04/2013 | 11/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $301,305.70 |
| 01/23/2013 | 11/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $301,928.40 |
| 01/23/2013 | 10/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $301,928.40 |
| 12/26/2012 | 10/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $302,549.03 |
| 12/26/2012 | 09/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $302,549.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/26/2012 | 09/01/2012 | APPLIED | $127.02 | | $0.00 | $302,549.03 |
| 12/04/2012 | 09/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $303,167.60 |
| 12/04/2012 | 08/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $303,167.60 |
| 11/01/2012 | 08/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $303,784.12 |
| 11/01/2012 | 07/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $303,784.12 |
| 10/01/2012 | 07/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $304,398.59 |
| 10/01/2012 | 06/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $304,398.59 |

[Home](#) | [Privacy & Security](#) | [Terms & Conditions](#)

©2013 IndyMac Mortgage Services a division of OneWest Bank®. All Rights Reserved.
Copyright © 2000 -2013 . Lender Processing Services, Inc. All Rights Reserved.

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.



## Payment Activity

The terms of the Bill Payments and Transfers Agreement apply to these payments.

Includes online payments for the past 14 months.

Hide search

Search by: [Payee Name ▼]      [Mortgage (...7204) ▼]

**10 Payment(s)** found for Mortgage (...7204)          ☒ Clear Search Results

| Send On | Deliver By | Status | Payee | Amount |
|---------|-----------|--------|-------|--------|
| 06/28/2013 | 07/03/2013 | Sent | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 05/20/2013 | 05/23/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 04/22/2013 | 04/25/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 03/25/2013 | 04/01/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 02/25/2013 | 03/01/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 01/17/2013 | 01/23/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 12/14/2012 | 12/21/2012 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 11/26/2012 | 12/03/2012 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 10/23/2012 | 10/30/2012 | Paid | **Mortgage** IndyMac Bank Home Loan Services...7204 | $1,629.13 |
| 09/24/2012 | 10/01/2012 | Paid | **Mortgage** IndyMac Bank Home Loan Services...7204 | $1,629.13 |

**Don't see your payment?** Send us an email.

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

Case 14-02127    Filed 05/19/14    Doc 15

**IndyMac Mortgage Services,**
a division of OneWest Bank, FSB
6900 Beatrice Drive • Kalamazoo, MI 49009

December 3, 2009

027:62

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA  95823-5621

Account Number: 3002357204

Dear Anthony Dicus,

IndyMac Mortgage Services, a division of OneWest Bank FSB, is currently servicing your loan on behalf of securitization trust LXS 2007-4N, AURORA LOAN SERVICES, LLC, as Trustee/Master Servicer and is sending you this important notice as required by federal law.

As of the date of this letter, you owe a balance of $325,617.93.

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be different from the amount above.  Please also note that this is not a payoff statement.  A payoff statement might include other charges or additional third party costs that may be necessary.  Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we may inform you before processing your check.  For a more detailed reinstatement figure or for payoff quote information, please call toll free 1.877.908.HELP (4357).

Unless, within thirty days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid.  If, within thirty days after your receipt of this notice, you notify us in writing that the debt or any portion thereof is disputed, we will obtain a verification of the debt or, if the debt is founded upon a judgment, a copy of any such judgment, and we will mail to you a copy of such verification or judgment.  If you request the name and address of the original creditor, then upon your written request within thirty days after the receipt of this notice we will provide you with the name and address of the original creditor.

If you dispute the debt in writing or if you request proof of the debt or the name and address of the original creditor within the thirty day time period that begins upon receipt of this notice, the law requires us to stop our collection efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

If you wish to dispute the validity of the debt or obtain the name and address of the original creditor you must make such request in writing and send it to:

IndyMac Mortgage Services
Attn: Correspondence Research
P.O. Box 4045
Kalamazoo, MI  49003-4045

If you have questions or need further information, please contact Customer Service toll-free at 1.877.908.HELP (4357), Monday-Friday, 8 a.m. to 9 p.m. (Eastern Time).

Sincerely,

IndyMac Mortgage Services,
A division of OneWest Bank, FSB

**IndyMac Mortgage Services,** a division of OneWest Bank, FSB℠
P.O. Box 4045 • Kalamazoo, MI 49003-4045

rec'd 6/29/13

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE AND FEES
PAID
MAILED FROM
ZIP CODE 37229
PERMIT #3918

ADDRESS SERVICE REQUESTED

STATEMENT ENCLOSED

# IndyMac Mortgage Services, a division of OneWest Bank®, FSB

| Account Information | |
|---|---|
| Account Information as of | 06/19/13 |
| Loan Number | 3002357204 |
| Interest Rate | 4.000% |
| Principal Balance | $299,425.11 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $515.21 |
| Funds Advanced by IMS (1,2) | $145.00 |
| Principal Paid YTD | $3,123.92 |
| Interest Paid YTD | $5,021.73 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

Primary Phone Number: (916) 395-2326
Secondary Phone Number: (916) 395-2326

**Property Address:** 5950 LA CASTANA WAY,
SACRAMENTO, CA 95823

#BWNDXCT
#6684027532003061#

॥ᵖ॥॥|ᵈ॥ᵤᵤᵖ|ᵈᵇᵖ॥ᵤᵤᵖ|ᵖᵈ॥ᵖᵖᵈ॥ᵖ|ᵖᵈ|ᵖᵈᵤᵖ|ᵈᵤᵤ
           027697   RE        2

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

**For statement questions,
please call Customer Service at
1.800.781.7399**

## Payment Information

| 07/01/13 Payment Options | Minimum(A) | Interest Only(B) | Fully Amortized(C) | 15 Yr Amortized(C) |
|---|---|---|---|---|
| Principal and/or Interest | $1,629.13 | Not applicable | Not applicable | Not applicable |
| Escrow | $ .00 | | | |
| Optional Products(2) | $ .00 | | | |
| Other(2) | $ .00 | | | |
| **Payment Amount** | $1,629.13 | | | |
| Past Due Payment(s) | $6,516.52 | | | |
| Total Payments Due | $8,145.65 | | | |
| Unpaid Late Charges | $81.46 | | | |
| Returned Payment Fees | $ .00 | | | |
| Other Unpaid Charges(2) | $ .00 | | | |
| Funds Advanced by IMS (1,2) | $145.00 | | | |
| **Total Amount Due** | $8,372.11 | | | |
| After 07/16/13 please pay: (3) | $8,453.57 | | | |

**Your Account is now
4 Payments Past Due.**

### Additional Information

1. Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to fees/charges

2. Itemized detail available upon request.

3. Payment calculation includes Late Charge fee.

### Transactions Since Last Statement

| Date | Transaction | Total | Principal/Deferred Interest(D) | Interest | Escrow | Fees/Misc. |
|---|---|---|---|---|---|---|
| 06/17/13 | Fee Assessment | | | | | 81.46- |

### Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY!
To find out more, see the back of this statement.**

*(A) Minimum P&I Payment* This is the minimum amount that must be paid. As the interest rate may change monthly, this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.

*(B) Interest Only Payment* Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

*(C) Fully or 15-Year Amortized Payment* The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.

*(D) Principal/Deferred Interest* Positive amounts in this section mean the loan balance has decreased. Negative amounts in this section mean the monthly interest due was not satisfied with the last payment resulting in an increased

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

## Making Your Monthly Payments

Payments can be made via our telephone Speedpay service at 1.800.781.7399. Or you may initiate one time payments on-line at our website, www.indymacmortgageservices.com. There may be a charge for either of these services.

| Payments by U.S. Mail | IndyMac Mortgage Services |
| | P.O. Box 78826 |
| | Phoenix, AZ 85062-8826 |
| Payments by Overnight Service | IndyMac Mortgage Services |
| | 6900 Beatrice Drive |
| | Kalamazoo, MI 49009 |

If mailing or overnighting your payment, please remember the following:

✓ Write your 10-digit loan number on your check
✓ Make your check payable to IndyMac Mortgage Services
✓ Allow at least 5 business days for payment to be received & processed

### Authorization to Convert Your Check to An Electronic Funds Debit

By sending your check to us, you authorize IndyMac Mortgage Services to convert the check into an electronic funds transfer. Please be aware that your bank account may be debited as soon as the same day we receive your payment and that your check will not be returned.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you find you have difficulty making your payments, please contact us immediately to discuss options available to you.

## Contact Information Regarding Your Mortgage Account

| Send All Written Correspondence or Payoff Information Requests to: | IndyMac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003-4045 | Telephone | Automated System or Representative | 1.800.781.7399 |
| | | | TTY (Hearing Impaired Customer Service) | 1.888.858.7961 |
| | | | Insurance Center | 1.866.258.8181 |

| On-Line | www.indymacmortgageservices.com available 24 hours a day | |
| Fax | Tax Related Issues | 1.269.353.2485 |
| | Payoff Department | 1.269.353.2437 |
| | Insurance Center | 1.843.413.7143 |
| | Mortgage Insurance (MI) | 1.269.353.2495 |

**Telephone and Fax Information**
- General loan information is available 24 hours a day, 7 days a week, via automated telephone system.
- Representatives are available Monday through Friday, from 8:00 a.m. until 9:00 p.m., Eastern Time, to assist you.
- For hazard or flood insurance matters, contact our Insurance Center.

## Customer Focus

# Save a Phone Call!
# Visit us at www.indymacmortgageservices.com

Did you know that by registering your mortgage loan online you can have immediate access to all of your current loan information 24 hours a day?

**To register online just follow these simple instructions:**
- Go to www.indymacmortgageservices.com mouse over Log In and click "Home Loans"
- Click on "Register User ID/Password"
- Follow the registration instructions and click "submit"

**By accessing your loan through the Loan Servicing Center you can:**
- Request copies of your loan documents
- Order a payoff statement
- View your current billing statement
- Make online payments

**For secure and convenient online billing statements:**
- Go to www.indymacmortgageservices.com mouse over Log In and click "Home Loans"
- Click on "Enrollment Options"
- Select the first option to go paperless

**If you would like to be informed on your loan activity before your statement arrives, sign up for Email Notifications!**
IndyMac Mortgage Services will let you know when critical transactions occur on your account, such as a payment received and when insurance or taxes are paid from your escrow account. After logging in:
- Select "Personal Preferences"
- Select "Notify Me"
- Check the boxes you would like to receive notices on
- Click "Submit" to start receiving email notifications

 Member **FDIC** © 2011 IndyMac Mortgage Services, a division of OneWest Bank®. Registered trade/service marks are the property of OneWest Bank® and/or it's subsidiaries. FDIC Insured.

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

**IndyMac Mortgage Services**, a division of OneWest Bank®, FSB

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

| | |
|---|---|
| + Additional Principal: | $ |
| + Additional Escrow: | $ |
| + Late Charges/Fees: | $ |
| + Other: | $ |
| = Total Amount Enclosed: | $ |

## Payment Summary

ANTHONY P DICUS

Loan Number 3002357204

03/01/13 Payment Information

Check this box if name, mailing address, or telephone number have recently changed. Please complete form on the reverse side.

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
|---|---|---|---|---|
| Total Payments Due: After 07/16/13 | $8,145.65 $8,227.11 | N/A | N/A | N/A |
| Total Amount Due: After 07/16/13 | $8,372.11 $8,453.57 | | | |

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ   85062-8826

3002357204    00837211    00845357    0

## Has Your Information Changed? If So, Please Complete This Form.

Visit our website at www.indymacmortgageservices.com to change your information online.

MAILING ADDRESS _____

CITY _____ E-MAIL ADDRESS _____

HOME PHONE (_____) _____ STATE _____ ZIP _____

SS# BORROWER _____ BUSINESS PHONE (_____) _____

SS# CO-BORROWER _____ NAME (PLEASE PRINT) _____

NAME (PLEASE PRINT) _____

☐ Check box if this address change is a permanent residence change.

☐ Check box if this address change is a temporary residence change - please specify: Expiration Date: _____

☐ Check box if this address change is to have statements sent to a Post Office box or another party - please specify:
Expiration Date: _____

BORROWER SIGNATURE _____ LOAN NUMBER _____

CO-BORROWER SIGNATURE _____

IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 9042
Temecula, CA 92589-9042



7196 9006 9296 7891 9211

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 4045
Kalamazoo, MI  49003-4045

20130626-72

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Send Correspondence to:
IndyMac Mortgage Services
a Division of One West Bank ⑤
PO Box 4045
Kalamazoo, MI  49003-4045



XC003

Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

06/26/2013

Sent Via Certified Mail
7196 9006 9296 7891 9211

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

RE:    Loan Number:        3002357204
       Property Address:   5950 LA CASTANA WAY

                           SACRAMENTO, CA 95823

Dear Anthony Dicus,

IndyMac Mortgage Services, a Division of OneWest Bank, FSB services your home loan.  Your loan is in serious default because you have not made your required payments. The total amount required to reinstate your loan, as of the date of this letter is as follows:

| | | |
|---|---|---|
| Next Payment Due Date: | | 03/01/2013 |
| Current Monthly Payment: | | $1,629.13 |
| Total Monthly Payments Due: | | $6,516.52 |
| Late Charges: | | $81.46 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $145.00 |
| | Partial Payment Balance: | -$515.21 |
| TOTAL YOU MUST PAY TO CURE DEFAULT: | | $6,227.77 |

You have the right to cure your default.  To cure your default, you must, on or before July 28, 2013, pay IndyMac Mortgage Services, a Division of OneWest Bank, FSB in the amount of $6,227.77 plus any additional monthly payments, late charges and fees which become due.

If your check is returned to us for insufficient funds or for any reason, "good funds" will not have been received and you will not have cured your default, we reserve the right to accept or reject a partial payment of the total amount due without waiving any of our rights herein or otherwise. If you do not cure your default, we will accelerate your mortgage with the full amount remaining accelerated and becoming due and payable in full, and foreclosure proceedings will be initiated at that time.

Failure to cure your default may result in the foreclosure and sale of your property.  A deficiency judgment may be obtained against you to collect the balance of your loan.



OneWest Bank

7196 9006 9296 7891 9211

You may, if required by law, have the right to cure your default after the acceleration of your payments and prior to the foreclosure sale, by paying all amounts past due within the time permitted by law. In addition to the past due amounts, you will be required to pay reasonable fees and costs incurred by IndyMac Mortgage Services, a Division of OneWest Bank, FSB. You may have the right to bring a court action to assert the non-existence of a default right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and foreclosure.

Time is of the essence. Should you have any questions concerning this notice, please contact our Loan Resolutions department at 1-877-908-4357.

At this time, you may request a subsequent meeting with an IndyMac Mortgage Services, a Division of OneWest Bank, representative to discuss further options to avoid foreclosure. If requested, the subsequent meeting will occur within fourteen (14) days of your request. Additionally, you may also contact a HUD-approved housing counseling agency toll-free at 1-800-569-4287 or TDD 1-800-877-8339 for the housing counseling agency nearest you. These services are usually free of charge.

Sincerely,

IndyMac Mortgage Services, a Division of OneWest Bank, FSB
Loan Resolution

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

ENR1-SP1  95823

NOTIFIED
Mr 6/29/13

Primary Phone Number:    (916)  395-2326
Secondary Phone Number: (916)  395-2326

**Property Address:** 5950  LA CASTANA WAY,
SACRAMENTO, CA 95823

#BWNDXCT
#6684027532003061#

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO   CA 95823

| Account Information | |
|---|---|
| Account Information as of | 06/12/13 |
| Loan Number | 3002357204 |
| Interest Rate | 4.000% |
| Principal Balance | $299,425.11 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $515.21 |
| Funds Advanced by IMS (1,2) | $145.00 |
| Principal Paid YTD | $3,123.92 |
| Interest Paid YTD | $5,021.73 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

**For statement questions,**
**please call Customer Service at**
**1.800.781.7399**

## Payment Information

| 07/01/13 Payment Options | Minimum(A) | Interest Only(B) | Fully Amortized(C) | 15 Yr Amortized(C) |
|---|---|---|---|---|
| Principal and/or Interest | $1,629.13 | Not applicable | Not applicable | Not applicable |
| Escrow | $ .00 | | | |
| Optional Products(2) | $ .00 | | | |
| Other(2) | $ .00 | | | |
| **Payment Amount** | $1,629.13 | | | |
| Past Due Payment(s) | $6,516.52 | | | |
| Total Payments Due | $8,145.65 | | | |
| Unpaid Late Charges | $ .00 | | | |
| Returned Payment Fees | $ .00 | | | |
| Other Unpaid Charges(2) | $ .00 | | | |
| Funds Advanced by IMS (1,2) | $145.00 | | | |
| **Total Amount Due** | $8,290.65 | | | |
| After 07/16/13 please pay: (3) | $8,372.11 | | | |

**Your Account is now**
**4 Payments Past Due.**

### Additional Information

1  Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to fees/charges.

2  Itemized detail available upon request.

3  Payment calculation includes Late Charge fee.

## Transactions Since Last Statement

| Date | Transaction | Total | Principal/Deferred Interest(D) | Interest | Escrow | Fees/Misc. |
|---|---|---|---|---|---|---|
| 05/28/13 | Funds Applied | 1,629.13 | 628.95 | 1,000.18 | | |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY !**
**To find out more, see the back of this statement.**

*[handwritten]* Their are loan online.

(A) *Minimum P&I Payment* This is the minimum amount that must be paid. As the interest rate may change monthly, this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.

(B) *Interest Only Payment* Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

(C) *Fully or 15-Year Amortized Payment* The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.

(D) *Principal/Deferred Interest* Positive amounts in this section mean the loan balance has decreased. Negative amounts in this section mean the monthly interest due was not satisfied with the last payment resulting in an increased loan balance.

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

| Payment Summary | |
|---|---|
| ANTHONY P DICUS | Loan Number 3002357204 |

03/01/13 Payment Information

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
|---|---|---|---|---|
| Total Payments Due: After 07/16/13 | $8,145.65 $8,227.11 | N/A | N/A | N/A |
| Total Amount Due: After 07/16/13 | $8,290.65 $8,372.11 | | | |

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

| | |
|---|---|
| + Additional Principal: | $ |
| + Additional Escrow: | $ |
| + Late Charges/Fees: | $ |
| + Other: | $ |
| = Total Amount Enclosed: | $ |

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ  85062-8826

3002357204   00829065   00837211   5

## Account Information

| | |
|---|---|
| Account Information as of | 06/19/13 |
| Loan Number | 3002357204 |
| Interest Rate | 4.000% |
| Principal Balance | $299,425.11 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $515.21 |
| Funds Advanced by IMS (1,2) | $145.00 |
| Principal Paid YTD | $3,123.92 |
| Interest Paid YTD | $5,021.73 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

Primary Phone Number: (916) 395-2326
Secondary Phone Number: (916) 395-2326

**Property Address:** 5950 LA CASTANA WAY,
SACRAMENTO, CA 95823

#BWNDXCT
#6684027532003061#

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO   CA  95823

For statement questions,
please call Customer Service at
1.800.781.7399

## Payment Information

### 07/01/13 Payment Options

| | Minimum(A) | Interest Only(B) | Fully Amortized(C) | 15 Yr. Amortized(C) |
|---|---|---|---|---|
| Principal and/or Interest | $1,629.13 | Not applicable | Not applicable | Not applicable |
| Escrow | $ .00 | | | |
| Optional Products(2) | $ .00 | | | |
| Other(2) | $ .00 | | | |
| **Payment Amount** | $1,629.13 | | | |
| Past Due Payment(s) | $6,516.52 | | | |
| Total Payments Due | $8,145.65 | | | |
| Unpaid Late Charges | $81.46 | | | |
| Returned Payment Fees | $ .00 | | | |
| Other Unpaid Charges(2) | $ .00 | | | |
| Funds Advanced by IMS (1,2) | $145.00 | | | |
| **Total Amount Due** | $8,372.11 | | | |
| After 07/16/13 please pay: (3) | $8,453.57 | | | |

**Your Account is now
4 Payments Past Due**

### Additional Information

1 Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to fees/charges

2 Itemized detail available upon request.

3 Payment calculation includes Late Charge fee.

## Transactions Since Last Statement

| Date | Transaction | Total | Principal/Deferred Interest(D) | Interest | Escrow | Fees/Misc. |
|---|---|---|---|---|---|---|
| 06/17/13 | Fee Assessment | | | | | 81.46- |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY !**
To find out more, see the back of this statement.

(A) Minimum P&I Payment This is the minimum amount that must be paid. As the interest rate may change monthly, this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.

(B) Interest Only Payment Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

(C) Fully or 15-Year Amortized Payment The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.

(D) Principal/Deferred Interest Positive amounts in this section mean the loan balance has decreased. Negative amounts in this section mean the monthly interest due was not satisfied with the last payment resulting in an increased loan balance.

---

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

## Payment Summary

ANTHONY P DICUS            Loan Number 3002357204

03/01/13  Payment Information

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
|---|---|---|---|---|
| Total Payments Due: After 07/16/13 | $8,145.65 $8,227.11 | N/A | N/A | N/A |
| Total Amount Due: After 07/16/13 | $8,372.11 $8,453.57 | | | |

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

| + Additional Principal: | $ |
|---|---|
| + Additional Escrow: | $ |
| + Late Charges/Fees: | $ |
| + Other: | $ |
| = Total Amount Enclosed: | $ |

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ  85062-8826

3002357204   00837211   00845357   0

Exhibit "35"


**Office of the
Comptroller of the Currency**
U.S. Department of the Treasury

OMB Control No. 1557- 0232
Expiration Date:  11/30/2015

# CUSTOMER COMPLAINT FORM

Please fill in this form completely.  Mail or fax this completed complaint form to:

**Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050
1-713-336-4301 (Fax)**

Once we receive your completed form, you will receive an acknowledgment letter containing your assigned case number.  Please keep your case number for future contact with our office.

*Helpful Hints:*

**Check to make sure your financial institution is a national bank or federal savings association (thrift).  If you do not know the name of your financial institution, check your account statement. The financial institution's name will be indicated on the statement.**

**Have you tried to resolve your complaint with your financial institution?  The OCC recommends that you attempt to resolve your complaint with your financial institution first. Please contact your financial institution to allow them the opportunity to resolve your issue(s).**

**If your complaint involves more than one financial institution, you will need to submit a separate complaint form for each institution involved.  You will receive separate case numbers for each institution.**

*Please Note:*

> **We cannot act as a court of law or as a lawyer on your behalf**
> **We cannot give you legal advice**
> **We cannot become involved in complaints that are in litigation or have been litigated**

## YOUR INFORMATION

The Account Owner/Holder should complete this section.  **\* - Indicates Required Fields**

| | |
|---|---|
| **\*First Name:** Anthony | Middle Name: Paul |
| **\*Last Name:** Dicus | |
| **\*Street Address:** 5950 La Castana Way | |
| **\*City:** Sacramento | **\*State:** CA  **\*Zip:** 95823 |
| **\*Phone:** 916-395-2326 | |
| Email: dicus30@aol.com | |
| What is the best way to contact you?  Phone ☐  Mail ■  Email ■ | |
| What is the best time to contact you?  Morning ■  Afternoon ■  Evening ■ | |

## REPRESENTATIVE CONTACT INFORMATION

If you want us to communicate with your attorney or other legal representative directly, please provide the information below.  **Your submission of this portion of the form authorizes our office to release information to your attorney or other legal representative if requested.**  Please check the following to indicate the type of relationship:

Attorney ■          Legal Representative ☐

Please indicate the type of authorization you have granted to your attorney or other legal representative:

Power of Attorney ☐ Letters Testamentary ☐ Court Appointed Executor or Administrator ■ Other ■

If you are not sure of the type of legal authorization granted, please check your legal documents or consult with your attorney or other legal representative.

Name of Representative:

| | |
|---|---|
| **\*First Name:** Ronald | Middle Name: H. |
| **\*Last Name:** Freshman | |
| **\*Street Address:** 3040 Skycrest Drive | |
| **\*City:** Fallbrook | **\*State:** CA  **\*Zip:** 92028 |
| **\*Phone:** 858-756-8288 | |
| Representative Email: ronfreshman@gmail.com | |
| What is the best way to contact your representative?  Phone ■  Mail ■  Email ■ | |
| What is the best time to contact your representative?  Morning ■  Afternoon ■  Evening ■ | |

# FINANCIAL INSTITUTION OR COMPANY INFORMATION THAT IS SUBJECT OF THE COMPLAINT

Helpful Hint:  If you do not know the name of your financial institution, check your account statement. The financial institution's name will be indicated on the account statement.

| | |
|---|---|
| **\*Name of Financial Institution or Company:** IndyMac Mortgage Services, a division of OneWestBank, FSB | |
| Street Address: 6900 Beatrice Drive | |

| | | |
|---|---|---|
| **\*City:** Kalamazoo | **\*State:** MI | Zip: 49009 |

Phone: 800-781-7399

**\*Type of Account(s)** (Check all that apply): **Deposit Account (Checking, Savings)** ☐ **Credit Card** ☐

**Loan Product (Consumer, Mortgage, Home Equity)** ☑ **Asset Management (Trust Accounts)** ☐

**Consumer Leasing** ☐ **Non-Deposit Account (Investments)** ☐ **Insurance** ☐ **Other** ☐

Have you tried to resolve your complaint with your financial institution or company?  Yes ☑ No ☐

| | |
|---|---|
| If Yes, when? See enclosures | How?  Phone ☐ Mail ☑ In Person ☐ Other ☑ |
| Contact Name: See enclosures | Title: |

Has your financial institution responded to you?  Yes ☑ No ☐

| | |
|---|---|
| If Yes, when? See enclosures | How?  Phone ☐ Mail ☑ In Person ☐ Other ☐ |

## COMPLAINT INFORMATION

Describe events in the order they occurred, including any names, phone numbers, and a full description of the problem with the amount(s) and date(s) of any transaction(s). Be as brief and complete as possible to make the explanation clear.  **Do not include personal or confidential information such as your social security, credit card, or account numbers.**

IndyMac Mortgage Services, a division of OneWestBank, claims to be the servicer of my purported mortgage loan and is threatening to foreclose on me even though my payments are current.  I have attempted to contact them to correct their records but they continue with their threats; claim I am in default even when they themselves provide statements showing my payments are current.

Chain of letters and contact related to this issue is enclosed.

Please be advised that the issues described in this complaint will be shared with the financial institution or company in question.

# PRIVACY ACT STATEMENT

The solicitation and collection of this information is authorized by 12 U.S.C. 1. The information is solicited to provide the Office of the Comptroller of the Currency (OCC) with data that is necessary and useful in reviewing requests received from individuals for assistance in their interactions with national banks or federal savings associations (thrifts). The provision of requested information is voluntary. However, without such information, the ability to complete a review or to provide requested assistance may be hindered.

It is intended that the information obtained through this solicitation will be used within the OCC and provided to the national bank or federal savings association (thrift) that is the subject of the complaint or inquiry. Additional disclosures of such information may be made to: (1) other third parties when required or authorized by statute or when necessary in order to obtain additional information relating to the complaint or inquiry; (2) other governmental, self-regulatory, or professional organizations having: (a) jurisdiction over the subject matter of the complaint or inquiry; (b) jurisdiction over the entity that is the subject of the complaint or inquiry; or (c) whenever such information is relevant to a known or suspected violation of law or licensing standard for which another organization has jurisdiction; (3) the Department of Justice, a court, an adjudicative body, a party in litigation, or a witness when relevant and necessary to a legal or administrative proceeding; (4) a Congressional office when the information is relevant to an inquiry initiated on behalf of its provider; (5) Other governmental or tribal organizations with which an individual has communicated regarding a complaint or inquiry about an OCC-regulated entity; (6) OCC contractors or agents when access to such information is necessary; and (7) other third parties when required or authorized by statute.

**I certify that the information provided on this form is true and correct to the best of my knowledge.**

I Certify ■            I Do Not Certify ☐

Date: 07/11/13

Signature:

We will mail you a written acknowledgment within five (5) business days of receipt of your completed complaint form containing your assigned case number. Please utilize your case number for future contact with our office. If you have any questions regarding this case, please call 1-800-613-6743.

If a valid OMB Control Number does not appear on this form, you are not required to complete this form.

Law Office
**Ronald H. Freshman, Esq.**

_____

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: July 11, 2013

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: Research Department
6900 Beatrice Drive
Kalamazoo, MI 49009

Via:        U.S. Mail - Certificate of Mailing

Re:        Anthony P. Dicus
            Purported Loan #3002357204

            Correspondence received; dated July 1, 2013

            Address:    5950 La Castana Way
                        Sacramento, CA 95823

**RE: QUALIFIED WRITTEN REQUEST; DEBT VALIDATION AND DISPUTE OF DEBT**

To Whom It May Concern:

        This letter is in response to the letter we received from you dated July 1, 2013
claiming our Qualified Written Request did not "constitute a QWR subject to the
provisions of the Real Estate Settlement Procedures Act (RESPA)."  Nothing, along with
much of what you provided, could be further from the truth.

        More than sufficient details were provided for you to investigate the errors
identified, such that you provided your own payment history.  Ironically your own
payment history repudiated your typical standard, non-compliant form letter which
contained false statements regarding Mr. Dicus' purported account, claiming he is in
default when he is not.

1

Your letter claims to have provided "[a] 24-month transaction history and bankruptcy payment reconciliation" which was further alleged to "accurately report the application of all payments we received during that period."

We are specifically addressing the false and conflicting statements in your letter needing your immediate attention, to wit:

p.1 ¶ 6 alleges "Mr. Dicus has been in default under the loan documents with respect to the installment of principal and interest that became due on March 1, 2013 together with the subsequent installments and late charges and other amount due under the note and deed of trust." Your own CUSTOMER ACCOUNT ACTIVITY STATEMENT ("CAS") Dated 07/01/13 shows the March, April, May and June payments being entered on 03-04-13; 04-03; 04-29-13 and 05-28-13 respectively, each payment in the amount of $1,629.13. Your Bankruptcy Payment Reconciliation sheet (p.3) also confirms payments being made on 3/4/2013 and 4/3/2013 and shows a $0.00 balance. Mr. Dicus also pulled his own online "Loan Activity" report which also confirms payments were paid and the account is current[1].

The last paragraph on p.1 of your letter states "Nation Star Mortgage is the master servicer for the mortgage backed security (MBS) for which [our] client's [purported] mortgage was pooled." You further proffer that the MBS is identified as "LXS 2007-6 4/30/07". The forensic investigator Mr. Dicus hired and our own in-house investigation, as well as information from Mortgage Electronic Registration Systems, Inc. ("MERS"), provides information contrary to what you claim. There is no "pool" you identify that exists either on the Security and Exchange Commission or Edgar websites. MERS claims the "investor" is U.S. Bank as Trustee and our the forensic examiner has identified the trust to purportedly be Lehman XS Trust, Series 2007-4N with Aurora Loan Services, LLC as the Master Servicer (not Nation Star Mortgage.) Your very own previous letter dated December 3, 2009 confirms this[2].

You further state that "[t]he servicing agreement between OneWest Bank, FSB and Nation Star Mortgage identifies IndyMac Mortgage Services, a division of OneWest

---

[1] Enclosed.

Bank, FSB as the servicer for all loans within the pool and, further, identifies our responsibilities as including, but not limited to, (a) the collection of the payments from each of the mortgages within the pool; (b) initiating the foreclosure process for loans that are in default; (c) processing loan modification requests; and (d) responding to borrowers' inquires."[3]  From your own correspondence then, it appears you are not authorized to do any of these things with regard to Mr. Dicus' purported "loan".

Mr. Dicus is NOT IN DEFAULT; payments were paid on time and the purported "investor" is not as you claim.  Please clarify your conflicting statements and correct these errors.

Also, please rectify your accounting; remove any late payment fees; confirm in writing the mistakes you have made; and correct any corresponding credit reporting information provided to all three repositories or we shall be forced to file suit to have the court clear up these issues.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus

Enclosures
CC: OCC

---

[2] Enclosed.
[3] Your letter p.2 first paragraph.

July 1, 2013

Law Office of Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028

RE:    Mr. Anthony Dicus
       Loan Number 3002357204

Dear Mr. Freshman:

This letter is in response to correspondence dated June 20, 2013, regarding the above
referenced home loan. Although your correspondence is presented as a qualified written request
(QWR) it does not constitute a QWR subject to the provisions of the Real Estate Settlement
Procedures Act (RESPA).

Please understand this correspondence is being sent to you as you are representing our
customer. Going forward no phone calls will be made to our customer unless a written request is
received advising us to remove the cease and desist.

A QWR is written correspondence to the loan servicer stating specific a customer believes the
servicing of his/her account is in error. It must also include sufficient detail to allow the servicer
the opportunity to fully investigate the matter to determine if errors were made in connection with
the servicing of the account. Your correspondence fails to state that you believe there are
specific errors in the servicing of the account sufficient to allow IndyMac Mortgage Services, a
division of OneWest Bank, FSB the ability to investigate further. If you have a specific loan
servicing issue, such as a payment application or disbursement issue, please send all inquiries to
the address below with a detailed explanation as to why you believe the account is in error.

 IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: Research Department
6900 Beatrice Drive
Kalamazoo, MI 49009

A QWR is not a vehicle for obtaining information regarding the lender's general business
practices, including but not limited to its operations, systems of record, servicing by a prior
servicing company or business relationships. With respect to those of your inquiries which go
beyond the scope of a legitimate QWR, IndyMac Mortgage Services respectfully declines to
provide the information requested.

In compliance with the Fair Debt Collection Practices Act (FDCPA), enclosed is a copy of the
promissory note. A 24-month transaction history and bankruptcy payment reconciliation are
included that accurately report the application of all payments we received during that period. If
you dispute the pay history, please provide us details in support of any dispute, including but not
limited to the dates of any transaction in dispute, amounts in dispute, copies of cancelled checks,
receipts, bank statements, etc. You may request a life of loan payment history by completing the
attached form and submitting it and the required fee to the address shown on the form.

As reflected in the transaction history enclosed Mr. Dicus has been in default under the loan
documents with respect to the installment of principal and interest that became due on March 1,
2013, together with the subsequent installments and late charges and other amount due under
the note and deed of trust.

Nation Star Mortgage is the master servicer for the mortgage backed security (MBS) for which
your client's mortgage was pooled. Their phone number is 1.303.515.8131 and their address is

10350 Park Meadows Dr. Fl 3 Littleton, CO 80124. Your loan is pooled in the mortgage backed security identified as LXS 2007-6 4/30/07.

The servicing agreement between OneWest Bank, FSB and Nation Star Mortgage identifies IndyMac Mortgage Services, a division of OneWest Bank, FSB as the servicer for all loans within the pool and, further, identifies our responsibilities as including, but not limited to, (a) the collection of the payments from each of the mortgages within the pool; (b) initiating the foreclosure process for loans that are in default; (c) processing loan modification requests; and (d) responding to borrowers' inquiries. Please direct all of your correspondence to IndyMac Mortgage Services.

Your letter included a request for copies of certain documents that pertain to this loan. The copies you requested can be costly, so as a courtesy we are writing to encourage you to check your client's records to determine if your client has retained the documents provided when the loan closed. Limiting the number of document copies you actually need from IndyMac Mortgage Services will be less expensive and may save time.

Please research your client's records and complete the enclosed order form once you have identified the document copies you still require from IndyMac Mortgage Services. Once your form is complete, please submit a check in the total amount due along with the request form to IndyMac Mortgage Services, a division of OneWest Bank, FSB, Attention: RESPA Department, 6900 Beatrice Drive Kalamazoo, MI 49009. Upon receiving your request and payment, we will provide the desired documents to you within 30 business days of our receipt of the order form. If we do not receive the order form and payment within 30 business days, we will close this request.

We have conducted an investigation of the account and have determined:

1.     No corrections have been made to the account as we are of the opinion the account has been serviced in compliance with the terms of the documents signed at closing.

2.     Should you require any further assistance regarding the account, you may contact our Customer Service Department at 1.800.781.7399 or in writing at the following address 6900 Beatrice Drive Kalamazoo, MI 49009.

3.     To the extent we are obligated either contractually or under any applicable statute or regulation to furnish the requested information to you, such information has been provided. We respectfully decline to provide any other information you may have requested, as such information may be privileged, confidential or otherwise not subject to disclosure.

If you have questions regarding our workout programs, please call IndyMac Mortgage Services at 1.800.781.7399 or you may access our website at www.indymacmortgageservices.com.

Please be assured all options were considered in every effort to assist you with this matter. In the event you require further assistance please call 1.800.781.7399 Monday through Friday, from 8:00 a.m. until 9:00 p.m. Eastern Time.

Respectfully,

IndyMac Mortgage Services
a division of OneWest Bank, FSB

*This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.*

```
                        ONE WEST BANK, FSB
                       HOME LOAN SERVICING
                          P.O. BOX 4045
                    KALAMAZOO, MICHIGAN 49003-4045
                         1-800-781-7399

              CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 07/01/13
REQ BY 63I                                                 PAGE   1


ANTHONY P DICUS                  THE FOLLOWING IS THE PAYMENT HISTORY YOU
5950 LA CASTANA WAY              REQUESTED.  SHOULD YOU HAVE ANY QUESTIONS
SACRAMENTO          CA 95823     REGARDING THIS HISTORY, PLEASE CALL THE
                                 CUSTOMER SERVICE DEPARTMENT AT THE ABOVE
                                 REFERENCED TELEPHONE NUMBER.  THANK YOU.

LOAN NUMBER: 3002357204
***************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION -------------------
  DATE         TOTAL      PRINCIPAL       LOAN        CURRENT
 PAYMENT      PAYMENT     & INTEREST    INTEREST     PRINCIPAL        ESCROW
  DUE         AMOUNT       PAYMENT        RATE        BALANCE        BALANCE
03-01-13     1,629.13     1,629.13     4.00000     299,425.11         0.00
  2ND MORTGAGE:                        0.00   0.00000          0.00
***************************************************************************

               ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE    TRANSACTION           TRANSACTION            EFFECTIVE DATE
 DATE      DATE   CODE                  DESCRIPTION            OF TRANSACTION
--------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/          ESCROW PAID/ ------------OTHER-------------
   AMOUNT        BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------
06-17-13  03-13  152  LATE CHARGE ASSESSMENT
      0.00          0.00       0.00       0.00    81.46-1 LATE CHARGE
06-11-13  00-00  633  MISC. F/C AND B/R EXPENSES
     11.00          0.00       0.00       0.00
05-28-13  03-13  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.04000         NEW PRIN & INT PAYMENT:    1,629.13
05-28-13  02-13  173  PAYMENT                                        05-24-13
   1,629.13       628.95   1,000.18       0.00
                299,425.11                     NEW PRINCIPAL/ESCROW BALANCES
05-23-13  00-00  710  ATTORNEY ADVANCE REPAYMENT
      0.00          0.00       0.00       0.00   150.00-
     11.00          0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    150.00          0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    741.84          0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     66.00          0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    625.00          0.00       0.00       0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
    585.00          0.00       0.00       0.00
```

```
                        ONE WEST BANK, FSB
                       HOME LOAN SERVICING
                          P.O. BOX 4045
                   KALAMAZOO, MICHIGAN 49003-4045
                          1-800-781-7399

              CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 07/01/13
REQ BY 63I                                                   PAGE   2


ANTHONY P DICUS
LOAN NUMBER: 3002357204

                      ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS     DUE    TRANSACTION              TRANSACTION              EFFECTIVE DATE
DATE        DATE   CODE                     DESCRIPTION              OF TRANSACTION
----------------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/            ESCROW PAID/ ------------OTHER-------------
    AMOUNT     BALANCE      INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
----------------------------------------------------------------------------------
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   1,070.00        0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00        0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      44.00        0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      11.00-       0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     150.00-       0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     741.84-       0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00-       0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     625.00-       0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
     585.00-       0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
   1,070.00-       0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      66.00-       0.00       0.00        0.00
05-23-13  00-00  745  CORP. ADVANCE ADJUSTMENT
      44.00-       0.00       0.00        0.00
05-06-13  00-00  633  MISC. F/C AND B/R EXPENSES
      11.00        0.00       0.00        0.00
04-29-13  02-13  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
04-29-13  01-13  173  PAYMENT                                           04-26-13
   1,629.13      626.86   1,002.27        0.00
               300,054.06                          NEW PRINCIPAL/ESCROW BALANCES
04-03-13  01-13  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.04000        NEW PRIN & INT PAYMENT:    1,629.13
04-03-13  12-12  173  PAYMENT                                           03-30-13
   1,629.13      624.78   1,004.35        0.00
               300,680.92                          NEW PRINCIPAL/ESCROW BALANCES
```

```
                    ONE WEST BANK, FSB
                   HOME LOAN SERVICING
                     P.O. BOX 4045
               KALAMAZOO, MICHIGAN 49003-4045
                     1-800-781-7399

           CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 07/01/13
REQ BY 63I                                                PAGE   3


ANTHONY P DICUS
LOAN NUMBER: 3002357204

                ACTIVITY FOR PERIOD 01/01/11 - 06/29/13
PROCESS    DUE    TRANSACTION            TRANSACTION            EFFECTIVE DATE
DATE       DATE   CODE                   DESCRIPTION            OF TRANSACTION
---------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/       ESCROW PAID/ -----------OTHER-------------
    AMOUNT      BALANCE   INTEREST  BALANCE  AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------
04-02-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00        0.00      0.00      0.00
03-07-13  00-00  633  MISC. F/C AND B/R EXPENSES
   145.00        0.00      0.00      0.00
03-04-13  12-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE: 0.04000      NEW PRIN & INT PAYMENT:   1,629.13
03-04-13  11-12  173  PAYMENT                                   02-28-13
  1,629.13      622.70  1,006.43    0.00
               301,305.70                    NEW PRINCIPAL/ESCROW BALANCES
03-04-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00        0.00      0.00      0.00
02-19-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00        0.00      0.00      0.00
01-23-13  11-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE: 0.04000      NEW PRIN & INT PAYMENT:   1,629.13
01-23-13  10-12  173  PAYMENT                                   01-22-13
  1,629.13      620.63  1,008.50    0.00
               301,928.40                    NEW PRINCIPAL/ESCROW BALANCES
01-03-13  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00        0.00      0.00      0.00
12-26-12  10-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE: 0.04000      NEW PRIN & INT PAYMENT:   1,629.13
12-26-12  09-12  173  PAYMENT                                   12-21-12
  1,629.13      618.57  1,010.56    0.00
               302,549.03                    NEW PRINCIPAL/ESCROW BALANCES
12-04-12  09-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE: 0.04000      NEW PRIN & INT PAYMENT:   1,629.13
12-04-12  08-12  173  PAYMENT                                   11-30-12
  1,629.13      616.52  1,012.61    0.00
               303,167.60                    NEW PRINCIPAL/ESCROW BALANCES
12-03-12  00-00  633  MISC. F/C AND B/R EXPENSES
    11.00        0.00      0.00      0.00
11-19-12  00-00  630  ATTORNEY ADVANCES
   250.00        0.00      0.00      0.00
11-01-12  08-12  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE: 0.04000      NEW PRIN & INT PAYMENT:   1,629.13
```

LOAN NUMBER:   BANKRUPTCY PAYMENT RECONCILIATION   PAGE: 3

| Date | Mo | Mo | Type | Amt | Amt | Amt | Amt | Balance | | Amt | Amt | Amt | Amt | Amt | Amt | Amt | Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/10/2011 | | | Trustee | $199.70 | | | $0.00 | $310,056.77 | | $0.00 | $199.70 | $1,514.22 | | $199.70 | | | |
| 8/10/2011 | | | Trustee | $150.00 | | | $0.00 | $310,056.77 | | $0.00 | $150.00 | $1,664.22 | | $150.00 | | | |
| 9/13/2011 | Jul-11 | Jul-11 | Debtor | $1,148.62 | $261.54 | $1,065.82 | $1,327.36 | $309,795.23 | | $1,327.36 | -$178.74 | $1,485.48 | | -$178.74 | | | |
| 10/12/2011 | Aug-11 | Aug-11 | Debtor | $1,148.62 | $262.44 | $1,064.92 | $1,327.36 | $309,532.79 | | $1,327.36 | -$178.74 | $1,306.74 | | -$178.74 | | | |
| 11/10/2011 | Sep-11 | Sep-11 | Debtor | $1,148.62 | $295.58 | $1,031.78 | $1,327.36 | $309,237.21 | | $1,327.36 | -$178.74 | $1,128.00 | -$178.74 | | | | |
| 12/9/2011 | Oct-11 | Oct-11 | Debtor | $1,148.62 | $296.57 | $1,030.79 | $1,327.36 | $308,940.64 | | $1,327.36 | -$178.74 | $949.26 | -$178.74 | | | | |
| 1/11/2012 | Nov-11 | Nov-11 | Debtor | $1,148.62 | $297.56 | $1,029.80 | $1,327.36 | $308,643.08 | | $1,327.36 | -$178.74 | $770.52 | -$178.74 | | | | |
| 2/13/2012 | | | Debtor | $1,148.62 | | | $0.00 | $308,643.08 | | $0.00 | $1,148.62 | $1,919.14 | $1,148.62 | | | | |
| 3/13/2012 | Dec-11 | Dec-11 | Debtor | $1,148.62 | $600.32 | $1,028.81 | $1,629.13 | $308,042.76 | | $1,629.13 | -$480.51 | $1,438.63 | -$480.51 | | | | |
| 4/11/2012 | Jan-12 | Jan-12 | Debtor | $1,148.62 | $602.32 | $1,026.81 | $1,629.13 | $307,440.44 | | $1,629.13 | -$480.51 | $958.12 | -$480.51 | | | | |
| 5/17/2012 | Feb-12 | Feb-12 | Debtor | $1,148.62 | $604.33 | $1,024.80 | $1,629.13 | $306,836.11 | | $1,629.13 | -$480.51 | $477.61 | -$480.51 | | | | |
| 6/22/2012 | | | Debtor | $1,148.62 | | | $0.00 | $306,836.11 | | $0.00 | $1,148.62 | $1,626.23 | $1,148.62 | | | | |
| 7/13/2012 | Mar-12 | Mar-12 | Debtor | $1,148.62 | $606.34 | $1,022.79 | $1,629.13 | $306,229.77 | | $1,629.13 | -$480.51 | $1,145.72 | -$480.51 | | | | |
| 8/15/2012 | Apr-12 | Apr-12 | Debtor | $1,148.62 | $608.36 | $1,020.77 | $1,629.13 | $305,621.41 | | $1,629.13 | -$480.51 | $665.21 | -$480.51 | | | | |
| 8/15/2012 | | | Debtor | $1,629.13 | | | $0.00 | $305,621.41 | | $0.00 | $1,629.13 | $2,294.34 | $1,629.13 | | | | |
| 8/16/2012 | May-12 | May-12 | Debtor | | $610.39 | $1,018.74 | $1,629.13 | $305,011.02 | | $1,629.13 | -$1,629.13 | $665.21 | -$1,629.13 | | | | |
| 10/1/2012 | Jun-12 | Jun-12 | Debtor | $1,629.13 | $612.43 | $1,016.70 | $1,629.13 | $304,398.59 | | $1,629.13 | | $665.21 | | | | | |
| 11/1/2012 | Jul-12 | Jul-12 | Debtor | $1,629.13 | $614.47 | $1,014.66 | $1,629.13 | $303,784.12 | | $1,629.13 | | $665.21 | | | | | |
| 12/4/2012 | Aug-12 | Aug-12 | Debtor | $1,629.13 | $616.52 | $1,012.61 | $1,629.13 | $303,167.60 | | $1,629.13 | | $665.21 | | | | | |
| 12/26/2012 | Sep-12 | Sep-12 | Debtor | $1,629.13 | $618.57 | $1,010.56 | $1,629.13 | $302,549.03 | | $1,629.13 | | $665.21 | | | | | |
| 1/23/2013 | Oct-12 | Oct-12 | Debtor | $1,629.13 | $620.63 | $1,008.50 | $1,629.13 | $301,928.40 | | $1,629.13 | | $665.21 | | | | | |
| 3/4/2013 | Nov-12 | Nov-12 | Debtor | $1,629.13 | $622.70 | $1,006.43 | $1,629.13 | $301,305.70 | | $1,629.13 | | $665.21 | | | | | |
| 4/3/2013 | Dec-12 | Dec-12 | Debtor | $1,629.13 | $624.78 | $1,004.35 | $1,629.13 | $300,680.92 | | $1,629.13 | | $665.21 | | | | | |
| ENDING BALANCE | | | | | | | $0.00 | $300,680.92 | | $0.00 | | $665.21 | $434.74 | $230.47 | $0.00 | $0.00 | $0.00 |

Law Office
**Ronald H. Freshman, Esq.**

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax     206-424-0744
ronfreshman@gmail.com

Date: June 20, 2013

IndyMac Mortgage Services
PO Box 78826
Phoenix, AZ 85062-8826

Via:        Certified U.S. Mail #7011 2970 0003 7964 5153
            Return Receipt Requested

Re:        Anthony P. Dicus
            Purported Loan #3002357204

            Address:    5950 La Castana Way
                        Sacramento, CA 95823

<u>**QUALIFIED WRITTEN REQUEST; DEBT VALIDATION
AND DISPUTE OF DEBT**</u>

To whom it may concern:

    We have been retained to represent the above-referenced client, Anthony P. Dicus regarding the status of the purported account/loan number also referenced above.

    Attached is our client's authorization to release financial information.

<u>**INTRODUCTION; BRIEF STATEMENT OF FACTS**</u>

    Our client received a call from you stating his property was going into "foreclosure" due to your claim that he is allegedly four months behind.  Mr. Dicus states he has had no notice in writing of any such thing.

    Upon a return call to (800) 781-7399, Mr. Dicus spoke with an Operator #014 claiming to be named "Melissa;" who told him $6,227.77 was allegedly owed on the purported account.  Melissa further stated "Once your loan came out of bankruptcy it went into the previous status as before - as delinquent and foreclosure status."  She then

attempted to induce our client into considering a loan modification, which appears to have been solicited under false pretenses.

Upon Mr. Dicus telling Melissa that he was current in his payments and he had never been late, Melissa told Mr. Dicus he could contact your "foreclosure attorney's office" at (619) 243-8415 referencing vendor #3002357204.  This was not only intimidating but infuriating.

Our client then contacted us to deal with this situation.

**<u>QUALIFIED WRITTEN REQUEST</u>**

This letter shall be deemed a 12 U.S.C. § 2601, *et seq*., as amended ("RESPA") qualified written request to which provisions of the Dodd-Frank Act § 1463 also applies.

This request is directly related to the servicing of the purported loan; includes the name and account number, as well as a statement for the reasons Mr. Dicus believes the alleged account is in error.  Sufficient detail regarding the other information sought[1] by Mr. Dicus is contained in this request.

To independently validate our client's concerns, please provide the following.

1.    Fully identify the purported owner the Dicus' loan by name, address and phone number which is defined as the person or entity that purports to be lawfully entitled to the payments due under any promissory note that he allegedly signed when the loan was originated.  If the "owner" is a so-called "securitized trust", please identify:

    (a)    the name of the specific trust in which my loan is supposedly "pooled" (and not simply the name of the Trustee);

    (b)    the CUSIP number for the purported trust; and

    (c)    the specific date the purported loan, including the indorsement of the note and assignment of the Deed of Trust, were allegedly sold into said trust along with evidence of the consideration paid therefore.

2.    Please provide a certified copy of the purported "Note" <u>in its current condition</u> format and size, front and back, showing <u>all</u> indorsements and/or alonges thereto; as of the date of this letter;

---

[1] 12 U.S.C. § 2605(e)(1)(B)(ii).

3.      Please fully identify the current holder of the Dicus' Deed of trust by name, address and phone number.

4.      Please identify the principal for whom Mortgage Electronic Registration Systems, Inc., ("MERS") purports to act and provide written proof of the authorization of MERS to act for the original or any other "lender" with respect to the purported Deed of Trust.[2]

5.      Please provide the MERS Milestone/Summary Report showing all transfers of servicing and beneficial interest rights.[2]

6.      Please confirm or deny whether the Dicus' purported Note was sold separately from the Deed of Trust or vice-versa and identify:

(a)      each and every party that purchased the purported Note or any interest therein;

(b)      the date upon which any such purchase(s) took place;

(c)      the amount of consideration paid for the purported Note along with evidence of payment including any legers, books, cancelled checks or other similar "paper trail" for the actual consideration both paid and received for each and every alleged "transfer;" "indorsement;" or "assignment."

9)      Please provide a "life of loan" history and a full accounting of each and every payment paid, received and accounted for related to this purported account that includes any and all claimed arrears, delinquencies or additional charges, including but not thereby limited to, escrow charges, fees, rebates, refunds, kickbacks, profits, gains or any other additions or subtractions to the purported account for any reason.

10)      Please also provide an explanation of how any amount allegedly due was calculated including any dates for adjustments and why so adjusted.

11)      Please provide any applicable pool, pooling, pooling and servicing, assignment and assumption, deposit, custodial, master purchasing,

---

[2]  We know "Indymac Mortgage Services a division of OneWest Bank®" is a service mark of OneWest Bank and OneWest Bank is a MERS member with full access to all the MERS and other documentation requested.

servicing, sub-servicing and/or master-servicing, trust or other agreements related in any way to this purported account or the alleged securitization thereof.

## <u>DEBT VALIDATION DEMAND AND DISPUTE OF DEBT</u>

Mr. Dicus herewith disputes the purported "debt" and demands validation of same.  Based on the aforementioned irregularities; manner in which he has been treated; and recent events surrounding the foreclosure crisis and allegations of fraudulent foreclosure activity, Mr. Dicus now questions whether you are or have ever been a legitimate "servicer" of his purported "loan" or account, which at this point he is not sure he owes to anyone, let alone Indymac Mortgage Services which from our research is not a separate entity from OneWest Bank but merely a service mark thereof.  Accordingly, due to the lack of sufficient evidence supporting your claim of servicing rights, Mr. Dicus requests validation of the purported "debt[3]" which shall remain disputed absent your providing concrete evidence of both the ownership and any duly authorized and/or properly and legally assigned and adequately documented servicing rights thereto as well as an existing and legal security instrument thereto.

A cursory review of the recorded documents casts doubt on the legitimacy of your servicing or any other authority regarding this purported "debt" or whether the purported "debt" exists at all. Therefore pursuant to the current Homeowner Bill of Rights and associated Civil Code, our client requests irrefutable proof of your servicing authority, including but not thereby limited to, validation of the purported "debt;" proof of your authority to record or cause to be recorded any documents related to this property; any assignments of deeds of trust; substitutions of trustee(s); copies of the purported "deed of trust" and note which is to include any indorsements or allonges thereto and any corporate resolutions and/or power(s) of attorney authorizing any signatories utilized in executing any documents.

You are herewith notified that any further correspondence shall be through this office and in writing.  Our client is not to be directly contacted by telephone or in any other manner.

---

[3] This request is not merely for you to provide the purported "evidence of the debt" in the form of the "Note;" the ownership of which is disputed, but a complete and un-broken chain of indorsements and accounting.

Dodd-Frank and the Consumer Protection Act have changed the timelines for qualified written request responses that not only requires acknowledgement within 5 days but also a substantive response within 30 days which we look forward to receiving at your earliest possible convenience.

Time is of the essence in this matter.


Sincerely,


Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus

Wednesday, June 19, 2013

Anthony Dicus
5950 La Castana Way
Sacramento, Ca 95823

Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, Ca 92028


To Whom It May Concern:

This letter is to inform you that I give permission to Ronald H.

Freshman, Esq. to represent & speak for me with any and all

transactions dealing with INDYMAC BANK (loan #3002357204) in

reference to my home (5950 La Castana Way Sacramento, Ca 95823).


Sincerely,

Anthony Dicus

916-395-2326

# Loan Activity

Loan Number:     3002357204
Property Address: 5950 LA CASTANA WAY
                  SACRAMENTO,  CA  95823-0000
Borrower Name:    ANTHONY P DICUS

| Balances: |
|---|

Principal balance:     $299,425.11
Escrow balance:        $0.00
Unpaid late charges:   $81.46

Disclosure: The transactions displayed within the payment history reflect funds that you have paid and do not necessarily represent funds that are due.

| Applied Date | Due Date | Description | Amount Paid | Escrow Balance | Escrow Advance Balance | Principal Balance |
|---|---|---|---|---|---|---|
| 06/17/2013 | 03/01/2013 | LATE CHARGE ASSESSED | $0.00 | $0.00 | $0.00 | $299,425.11 |
| 05/28/2013 | 03/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $299,425.11 |
| 05/28/2013 | 02/01/2013 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $299,425.11 |
| 04/29/2013 | 02/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $300,054.06 |
| 04/29/2013 | 01/01/2013 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $300,054.06 |
| 04/03/2013 | 01/01/2013 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $300,680.92 |
| 04/03/2013 | 12/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $300,680.92 |
| 03/04/2013 | 12/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $301,305.70 |
| 03/04/2013 | 11/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $301,305.70 |
| 01/23/2013 | 11/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $301,928.40 |
| 01/23/2013 | 10/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $301,928.40 |
| 12/26/2012 | 10/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $302,549.03 |
| 12/26/2012 | 09/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $302,549.03 |

| 12/26/2012 | 09/01/2012 | APPLIED | | $0.00 | $302,549.03 |
|---|---|---|---|---|---|
| 12/04/2012 | 09/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $303,167.60 |
| 12/04/2012 | 08/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $303,167.60 |
| 11/01/2012 | 08/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $303,784.12 |
| 11/01/2012 | 07/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $303,784.12 |
| 10/01/2012 | 07/01/2012 | ARM LOAN IR RATE ADJUSTMENT | $0.00 | $0.00 | $0.00 | $304,398.59 |
| 10/01/2012 | 06/01/2012 | PAYMENT/FUNDS APPLIED | $1,629.13 | $0.00 | $0.00 | $304,398.59 |

[Home](#) | [Privacy & Security](#) | [Terms & Conditions](#)

©2013 IndyMac Mortgage Services a division of OneWest Bank®. All Rights Reserved.
Copyright © 2000 -2013 . Lender Processing Services, Inc. All Rights Reserved.

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.



## Payment Activity

The terms of the Bill Payments and Transfers Agreement apply to these payments.

Includes online payments for the past 18 months.

☐ Hide search

Search by: [Payee Name ⇕]    [Mortgage (...7204) ⇕]

10 Payment(s) found for Mortgage (...7204)    ☒ Clear Search Results

| Send On | Deliver By ☑ | Status | Payee | Amount |
|---------|--------------|--------|-------|--------|
| 06/28/2013 | 07/08/2013 | Sent | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 05/20/2013 | 09/19/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 04/22/2013 | 04/29/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 03/25/2013 | 04/01/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 02/25/2013 | 03/04/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 01/17/2013 | 01/25/2013 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 12/14/2012 | 12/21/2012 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 11/26/2012 | 12/03/2012 | Paid | **Mortgage** IndyMac Mortgage Services...7204 | $1,629.13 |
| 10/23/2012 | 10/30/2012 | Paid | **Mortgage** IndyMac Bank, Home Loan Services...7204 | $1,629.13 |
| 09/24/2012 | 10/01/2012 | Paid | **Mortgage** IndyMac Bank, Home Loan Services...7204 | $1,629.13 |

**Don't see your payment?** Send us an email.

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

**IndyMac Mortgage Services,**
a division of OneWest Bank, FSB
6900 Beatrice Drive • Kalamazoo, MI 49009

December 3, 2009

```
                          027:62
ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA  95823-5621
```

Account Number: 3002357204

Dear Anthony Dicus,

IndyMac Mortgage Services, a division of OneWest Bank FSB, is currently servicing your loan on behalf of securitization trust LXS 2007-4N, AURORA LOAN SERVICES, LLC, as Trustee/Master Servicer and is sending you this important notice as required by federal law.

As of the date of this letter, you owe a balance of $325,617.93.

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be different from the amount above. Please also note that this is not a payoff statement. A payoff statement might include other charges or additional third party costs that may be necessary. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we may inform you before processing your check. For a more detailed reinstatement figure or for payoff quote information, please call toll free 1.877.908.HELP (4357).

Unless, within thirty days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid. If, within thirty days after your receipt of this notice, you notify us in writing that the debt or any portion thereof is disputed, we will obtain a verification of the debt or, if the debt is founded upon a judgment, a copy of any such judgment, and we will mail to you a copy of such verification or judgment. If you request the name and address of the original creditor, then upon your written request within thirty days after the receipt of this notice we will provide you with the name and address of the original creditor.

If you dispute the debt in writing or if you request proof of the debt or the name and address of the original creditor within the thirty day time period that begins upon receipt of this notice, the law requires us to stop our collection efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

If you wish to dispute the validity of the debt or obtain the name and address of the original creditor you must make such request in writing and send it to:

IndyMac Mortgage Services
Attn: Correspondence Research
P.O. Box 4045
Kalamazoo, MI 49003-4045

If you have questions or need further information, please contact Customer Service toll-free at 1.877.908.HELP (4357), Monday-Friday, 8 a.m. to 9 p.m. (Eastern Time).

Sincerely,

IndyMac Mortgage Services,
A division of OneWest Bank, FSB

**IndyMac Mortgage Services,** a division of OneWest Bank, FSB™
P.O. Box 4045 • Kalamazoo, MI 49003-4045

rec'd 6/29/13

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE AND FEES
PAID
MAILED FROM
ZIP CODE 37229
PERMIT #3918

ADDRESS SERVICE REQUESTED

STATEMENT ENCLOSED

# IndyMac Mortgage Services, a division of OneWest Bank®, FSB

| Account Information | |
|---|---|
| Account Information as of | 06/19/13 |
| Loan Number | 3002357204 |
| Interest Rate | 4.000% |
| Principal Balance | $299,425.11 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $515.21 |
| Funds Advanced by IMS (1,2) | $145.00 |
| Principal Paid YTD | $3,123.92 |
| Interest Paid YTD | $5,021.73 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

Primary Phone Number:    (916) 395-2326
Secondary Phone Number:    (916) 395-2326

**Property Address:** 5950 LA CASTANA WAY,
SACRAMENTO, CA 95823

#BWNDXCT
#6684027532003061#

027697    RE        2

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

**For statement questions,
please call Customer Service at
1.800.781.7399**

## Payment Information

| 07/01/13 Payment Options | Minimum(A) | Interest Only(B) | Fully Amortized(C) | 15 Yr Amortized(C) |
|---|---|---|---|---|
| Principal and/or Interest | $1,629.13 | Not applicable | Not applicable | Not applicable |
| Escrow | $ .00 | | | |
| Optional Products(2) | $ .00 | | | |
| Other(2) | $ .00 | | | |
| **Payment Amount** | $1,629.13 | | | |
| Past Due Payment(s) | $6,516.52 | | | |
| Total Payments Due | $8,145.65 | | | |
| Unpaid Late Charges | $81.46 | | | |
| Returned Payment Fees | $ .00 | | | |
| Other Unpaid Charges(2) | $ .00 | | | |
| Funds Advanced by IMS (1,2) | $145.00 | | | |
| **Total Amount Due** | $8,372.11 | | | |
| After 07/16/13 please pay: (3) | $8,453.57 | | | |

**Your Account is now
4 Payments Past Due.**

### Additional Information

1. Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to fees/charges
2. Itemized detail available upon request.
3. Payment calculation includes Late Charge fee.

## Transactions Since Last Statement

| Date | Transaction | Total | Principal/Deferred Interest(D) | Interest | Escrow | Fees/Misc. |
|---|---|---|---|---|---|---|
| 06/17/13 | Fee Assessment | | | | | 81.46- |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY!
To find out more, see the back of this statement.**

*(A) Minimum P&I Payment* This is the minimum amount that must be paid. As the interest rate may change monthly, this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.

*(B) Interest Only Payment* Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

*(C) Fully or 15-Year Amortized Payment* The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.

*(D) Principal/Deferred Interest* Positive amounts in this section mean the loan balance has decreased. Negative amounts in this section mean the monthly interest due was not satisfied with the last payment resulting in an increased

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

## Making Your Monthly Payments

Payments can be made via our telephone Speedpay service at 1.800.781.7399. Or you may initiate one time payments on-line at our website, www.indymacmortgageservices.com. There may be a charge for either of these services.

| | |
|---|---|
| Payments by U.S. Mail | IndyMac Mortgage Services |
| | P.O. Box 78826 |
| | Phoenix, AZ 85062-8826 |
| Payments by Overnight Service | IndyMac Mortgage Services |
| | 6900 Beatrice Drive |
| | Kalamazoo, MI 49009 |

If mailing or overnighting your payment, please remember the following:

✓ Write your 10-digit loan number on your check
✓ Make your check payable to IndyMac Mortgage Services
✓ Allow at least 5 business days for payment to be received & processed

### Authorization to Convert Your Check to An Electronic Funds Debit

By sending your check to us, you authorize IndyMac Mortgage Services to convert the check into an electronic funds transfer. Please be aware that your bank account may be debited as soon as the same day we receive your payment and that your check will not be returned.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you find you have difficulty making your payments, please contact us immediately to discuss options available to you.

## Contact Information Regarding Your Mortgage Account

| | | | | |
|---|---|---|---|---|
| Send All Written Correspondence or Payoff Information Requests to: | IndyMac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003-4045 | Telephone | Automated System or Representative TTY (Hearing Impaired Customer Service) Insurance Center | 1.800.781.7399 1.888.858.7961 1.866.258.8181 |

| | | |
|---|---|---|
| On-Line | www.indymacmortgageservices.com available 24 hours a day | |
| Fax | Tax Related Issues | 1.269.353.2485 |
| | Payoff Department | 1.269.353.2437 |
| | Insurance Center | 1.843.413.7143 |
| | Mortgage Insurance (MI) | 1.269.353.2495 |

Telephone and Fax Information
- General loan information is available 24 hours a day, 7 days a week, via automated telephone system.
- Representatives are available Monday through Friday, from 8:00 a.m. until 9:00 p.m., Eastern Time, to assist you.
- For hazard or flood insurance matters, contact our Insurance Center.

## Customer Focus

# Save a Phone Call!
# Visit us at www.indymacmortgageservices.com

Did you know that by registering your mortgage loan online you can have immediate access to all of your current loan information 24 hours a day?

**To register online just follow these simple instructions:**
- Go to www.indymacmortgageservices.com mouse over Log In and click "Home Loans"
- Click on "Register User ID/Password"
- Follow the registration instructions and click "submit"

**By accessing your loan through the Loan Servicing Center you can:**
- Request copies of your loan documents
- Order a payoff statement
- View your current billing statement
- Make online payments

**For secure and convenient online billing statements:**
- Go to www.indymacmortgageservices.com mouse over Log In and click "Home Loans"
- Click on "Enrollment Options"
- Select the first option to go paperless

**If you would like to be informed on your loan activity before your statement arrives, sign up for Email Notifications!**
IndyMac Mortgage Services will let you know when critical transactions occur on your account, such as a payment received and when insurance or taxes are paid from your escrow account. After logging in:
- Select "Personal Preferences"
- Select "Notify Me"
- Check the boxes you would like to receive notices on
- Click "Submit" to start receiving email notifications



**Member FDIC** © 2011 IndyMac Mortgage Services, a division of OneWest Bank®. Registered trade/service marks are the property of OneWest Bank® and/or it's subsidiaries. FDIC Insured.

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

**IndyMac Mortgage Services**, a division of OneWest Bank®, FSB

Payments will be applied in the order specified in your mortgage documents.
If sending additional funds, please indicate below how to apply funds.

## Payment Summary

| | |
|---|---|
| + Additional Principal: | $ |
| + Additional Escrow: | $ |
| + Late Charges/Fees: | $ |
| + Other: | $ |
| = Total Amount Enclosed: | $ |

ANTHONY P DICUS

Loan Number 3002357204

03/01/13 Payment Information

☐ Check this box if name, mailing address, or telephone number have recently changed. Please complete form on the reverse side.

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
|---|---|---|---|---|
| Total Payments Due: After 07/16/13 | $8,145.65 $8,227.11 | N/A | N/A | N/A |
| Total Amount Due: After 07/16/13 | $8,372.11 $8,453.57 | | | |

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ   85062-8826

3002357204    00837211    00845357    0

## Has Your Information Changed? If So, Please Complete This Form.

Visit our website at www.indymacmortgageservices.com to change your information online.

MAILING ADDRESS _____ E-MAIL ADDRESS _____

CITY _____ STATE _____ ZIP _____

HOME PHONE ( _____ ) _____ BUSINESS PHONE ( _____ ) _____

SS# BORROWER _____ NAME (PLEASE PRINT) _____

SS# CO-BORROWER _____ NAME (PLEASE PRINT) _____

☐ Check box if this address change is a _permanent_ residence change.

☐ Check box if this address change is a _temporary_ residence change - please specify: Expiration Date: _____

☐ Check box if this address change is to have statements sent to a Post Office box or another party - please specify:
    Expiration Date: _____

BORROWER SIGNATURE _____ LOAN NUMBER _____

CO-BORROWER SIGNATURE _____

IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 9042
Temecula, CA 92589-9042

Send Payments to:
IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 4045
Kalamazoo, MI  49003-4045

Send Correspondence to:
IndyMac Mortgage Services
a Division of One West Bank ⑨
PO Box 4045
Kalamazoo, MI  49003-4045



7196 9006 9296 7891 9211

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20130626-72

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



XC003

Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

06/26/2013

Sent Via Certified Mail
7196 9006 9296 7891 9211

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

RE:  Loan Number:        3002357204
     Property Address:   5950 LA CASTANA WAY

                        SACRAMENTO, CA 95823

Dear Anthony Dicus,

IndyMac Mortgage Services, a Division of OneWest Bank, FSB services your home loan.  Your loan is in serious default because you have not made your required payments. The total amount required to reinstate your loan, as of the date of this letter is as follows:

| | | |
|---|---|---:|
| Next Payment Due Date: | | 03/01/2013 |
| Current Monthly Payment: | | $1,629.13 |
| Total Monthly Payments Due: | | $6,516.52 |
| Late Charges: | | $81.46 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $145.00 |
| | Partial Payment Balance: | -$515.21 |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | $6,227.77 |

You have the right to cure your default.  To cure your default, you must, on or before July 28, 2013, pay IndyMac Mortgage Services, a Division of OneWest Bank, FSB in the amount of $6,227.77 plus any additional monthly payments, late charges and fees which become due.

If your check is returned to us for insufficient funds or for any reason, "good funds" will not have been received and you will not have cured your default, we reserve the right to accept or reject a partial payment of the total amount due without waiving any of our rights herein or otherwise. If you do not cure your default, we will accelerate your mortgage with the full amount remaining accelerated and becoming due and payable in full, and foreclosure proceedings will be initiated at that time.

Failure to cure your default may result in the foreclosure and sale of your property.  A deficiency judgment may be obtained against you to collect the balance of your loan.



OneWest Bank

7196 9006 9296 7891 9211

You may, if required by law, have the right to cure your default after the acceleration of your payments and prior to the foreclosure sale, by paying all amounts past due within the time permitted by law. In addition to the past due amounts, you will be required to pay reasonable fees and costs incurred by IndyMac Mortgage Services, a Division of OneWest Bank, FSB. You may have the right to bring a court action to assert the non-existence of a default right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and foreclosure.

Time is of the essence. Should you have any questions concerning this notice, please contact our Loan Resolutions department at 1-877-908-4357.

At this time, you may request a subsequent meeting with an IndyMac Mortgage Services, a Division of OneWest Bank, representative to discuss further options to avoid foreclosure. If requested, the subsequent meeting will occur within fourteen (14) days of your request. Additionally, you may also contact a HUD-approved housing counseling agency toll-free at 1-800-569-4287 or TDD 1-800-877-8339 for the housing counseling agency nearest you. These services are usually free of charge.

Sincerely,

IndyMac Mortgage Services, a Division of OneWest Bank, FSB
Loan Resolution

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

NOTIFIED
M 6/29/13

ENRI-SP1  95823

Primary Phone Number:    (916) 395-2326
Secondary Phone Number: (916) 395-2326

**Property Address:** 5950 LA CASTANA WAY,
SACRAMENTO, CA 95823

#BWNDXCT
#6684027532003061#

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO  CA 95823

| Account Information | |
| --- | --- |
| Account Information as of | 06/12/13 |
| Loan Number | 3002357204 |
| Interest Rate | 4.000% |
| Principal Balance | $299,425.11 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $515.21 |
| Funds Advanced by IMS (1,2) | $145.00 |
| Principal Paid YTD | $3,123.92 |
| Interest Paid YTD | $5,021.73 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

**For statement questions,
please call Customer Service at
1.800.781.7399**

## Payment Information

| 07/01/13 Payment Options | Minimum(A) | Interest Only(B) | Fully Amortized(C) | 15 Yr Amortized(C) |
| --- | --- | --- | --- | --- |
| Principal and/or Interest | $1,629.13 | Not applicable | Not applicable | Not applicable |
| Escrow | $ .00 | | | |
| Optional Products(2) | $ .00 | | | |
| Other(2) | $ .00 | | | |
| **Payment Amount** | $1,629.13 | | | |
| Past Due Payment(s) | $6,516.52 | | | |
| Total Payments Due | $8,145.65 | | | |
| Unpaid Late Charges | $ .00 | | | |
| Returned Payment Fees | $ .00 | | | |
| Other Unpaid Charges(2) | $ .00 | | | |
| Funds Advanced by IMS (1,2) | $145.00 | | | |
| **Total Amount Due** | $8,290.65 | | | |
| After 07/16/13 please pay: (3) | $8,372.11 | | | |

**Your Account is now
4 Payments Past Due.**

### Additional Information

1 Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to fees/charges.

2 Itemized detail available upon request.

3 Payment calculation includes Late Charge fee.

### Transactions Since Last Statement

| Date | Transaction | Total | Principal/Deferred | Interest(D) | Interest | Escrow | Fees/Misc. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/28/13 | Funds Applied | 1,629.13 | 628.95 | | 1,000.18 | | |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY !
To find out more, see the back of this statement.**

*[handwritten: There are two online]*

(A) **Minimum P&I Payment** This is the minimum amount that must be paid. As the interest rate may change monthly, this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.

(B) **Interest Only Payment** Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

(C) **Fully or 15-Year Amortized Payment** The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.

(D) **Principal/Deferred Interest** Positive amounts in this section mean the loan balance has decreased. Negative amounts in this section mean the monthly interest due was not satisfied with the last payment resulting in an increased loan balance.

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

### Payment Summary

ANTHONY P DICUS                    Loan Number 3002357204

03/01/13 Payment Information

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
| --- | --- | --- | --- | --- |
| Total Payments Due: After 07/16/13 | $8,145.65 $8,227.11 | N/A | N/A | N/A |
| Total Amount Due: After 07/16/13 | $8,290.65 $8,372.11 | | | |

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

| | |
| --- | --- |
| + Additional Principal: | $ |
| + Additional Escrow: | $ |
| + Late Charges/Fees: | $ |
| + Other: | $ |
| = Total Amount Enclosed: | $ |

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ  85062-8826

Primary Phone Number:    (916) 395-2326
Secondary Phone Number: (916) 395-2326

**Property Address:** 5950  LA CASTANA WAY,
SACRAMENTO, CA 95823

#BWNDXCT
#6684027532003061#

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO  CA 95823

| Account Information | |
|---|---|
| Account Information as of | 06/19/13 |
| Loan Number | 3002357204 |
| Interest Rate | 4.000% |
| Principal Balance | $299,425.11 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $515.21 |
| Funds Advanced by IMS (1,2) | $145.00 |
| Principal Paid YTD | $3,123.92 |
| Interest Paid YTD | $5,021.73 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

For statement questions,
please call Customer Service at
1.800.781.7399

## Payment Information

| 07/01/13 Payment Options | Minimum(A) | Interest Only(B) | Fully Amortized(C) | 15 Yr.Amortized(C) | |
|---|---|---|---|---|---|
| Principal and/or Interest | $1,629.13 | Not applicable | Not applicable | Not applicable | **Your Account is now** |
| Escrow | $ .00 | | | | **4 Payments Past Due.** |
| Optional Products(2) | $ .00 | | | | |
| Other(2) | $ .00 | | | | |

**Additional Information**

| **Payment Amount** | |
|---|---|
| Past Due Payment(s) | $6,516.52 |
| Total Payments Due | $8,145.65 |
| Unpaid Late Charges | $81.46 |
| Returned Payment Fees | $ .00 |
| Other Unpaid Charges(2) | $ .00 |
| Funds Advanced by IMS (1,2) | $145.00 |
| **Total Amount Due** | $8,372.11 |
| After 07/16/13 please pay: (3) | $8,453.57 |

1 Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to fees/charges

2 Itemized detail available upon request.

3 Payment calculation includes Late Charge fee.

## Transactions Since Last Statement

| Date | Transaction | Total | Principal/Deferred Interest (D) | Interest | Escrow | Fees/Misc. |
|---|---|---|---|---|---|---|
| 06/17/13 | Fee Assessment | | | | | 81.46- |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY !**
**To find out more, see the back of this statement.**

*(A) Minimum P&I Payment* This is the minimum amount that must be paid. As the interest rate may change monthly this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.

*(B) Interest Only Payment* Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

*(C) Fully or 15-Year Amortized Payment* The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.

*(D) Principal/Deferred Interest* Positive amounts in this section mean the loan balance has decreased. Negative amounts in this section mean the monthly interest due was not satisfied with the last payment resulting in an increased loan balance.

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

| Payment Summary | | | | |
|---|---|---|---|---|
| ANTHONY P DICUS | | | Loan Number 3002357204 | |

03/01/13  Payment Information

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
|---|---|---|---|---|
| Total Payments Due: After 07/16/13 | $8,145.65 $8,227.11 | N/A | N/A | N/A |
| Total Amount Due: After 07/16/13 | $8,372.11 $8,453.57 | | | |

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

| + Additional Principal: | $ |
|---|---|
| + Additional Escrow: | $ |
| + Late Charges/Fees: | $ |
| + Other: | $ |
| = Total Amount Enclosed: | $ |

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

3002357204    00837211    00845357    0

Exhibit "36"

July 24, 2013


Law Office of Ronald H. Freshman, Esq.
Attn: Mr. Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028


RE:    OCC Case Number: 02903715
       Mr. Anthony P. Dicus
       Loan Number: 3002357204
       Property Address: 5950 La Castana Way, Sacramento, CA 95823


Dear Mr. Freshman:

I am writing in response to the complaint that Mr. Anthony P. Dicus filed with the Office of the Comptroller of the Currency (OCC) on July 11, 2013. Included with the complaint is a letter dated July 11, 2013, that you wrote in response to our previous letter dated July 1, 2013. We received the complaint and the letter from the OCC on July 18, 2013. I appreciate this opportunity to address Mr. Dicus's concerns.

In your letter and Mr. Dicus's complaint, you assert that the loan is current. Additionally, you mention that payments were posted on March 4, 2013, April 3, 2013, April 29, 2013, and May 28, 2013. However, the referenced payments covered past due payments for November 1, 2012, December 1, 2012, January 1, 2013, and February 1, 2013, respectively. In support of your claim that the loan is current, you included a copy of his Loan Activity report, which contained payments from October 1, 2012, through May 28, 2013. Please note that this document confirms that the amounts we received were applied to past due payments.

For your convenience, I have enclosed a full transaction history for Mr. Dicus's loan. According to our records, his payment for August 1, 2008, was not posted until September 2, 2008, and his account therefore became one (1) month delinquent. Although we subsequently posted full payments on October 9, 2008, and November 24, 2008, we only received partial payments in December 2008. Consequently, the loan became further delinquent, and the payment we posted on January 21, 2009, was partially applied to the payment for November 1, 2008, with the remainder going into a suspense account. We did not receive any additional payments until after he filed for Chapter 13 bankruptcy on July 22, 2009. Although we received numerous payments throughout the duration of the bankruptcy, the payments we received were not sufficient to bring the loan current. If you believe the aforementioned transaction history is inaccurate, please provide additional information so that I may thoroughly research and address any issues.

Since the date of Mr. Dicus's bankruptcy filing, we have sent 16 letters inviting him to apply for the Home Affordable Modification Program (HAMP). However, we have yet to receive an application from him. For additional information and instructions on applying for a modification, he may visit www.indymacmortgageservices.com.

In your letter, you state that our correspondence from July 1, 2013, contained incorrect information relating to the mortgage-backed security (MBS) in which Mr. Dicus's loan is pooled. I apologize for the miscommunication. The subject loan is pooled in the MBS identified as LXS 2007-4N, for which OneWest Bank, FSB, is the servicer, and Aurora Loan Services is the trustee.

As of the date of this letter, Mr. Dicus's loan is five (5) months delinquent and due for March 1, 2013. The loan has a past due balance of $7,793.36, which does not include any foreclosure fees and costs. For the full amount to reinstate the loan, he may contact our Customer Service Department at 1.877.908.4357.

Monday through Friday from 8:00 a.m. to 5:00 p.m. Eastern Time. He may also contact our Customer Service Department at the number provided if he is interested in pursuing a repayment plan. This option would allow him to spread the delinquent amount over several months so that he can make monthly mortgage payments, plus a portion of the delinquent amount, with no additional late fees.

Based on the information set forth above, we believe that we accurately reported Mr. Dicus's account to the credit reporting agencies in accordance with the Fair Credit Reporting Act.

If you have any questions regarding this letter, please contact me directly via email at james.hougham@owb.com or by phone at 1.866.363.3091 Ext. 6261. I am available Monday through Friday, from 8:00 a.m. to 5:00 p.m. Central Time.

Respectfully,

James Hougham
Default Escalation Specialist
IndyMac Mortgage Services,
a division of OneWest Bank, FSB

Enclosure

CC:     Office of the Comptroller of the Currency

*This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.*

LOAN NUMBER:  3002357204
MORTGAGOR:    Anthony Dicus

| Transaction Type | Date of Transaction | Due Date | Payment Recvd | Prinicpal Payment | Interest Payment | Escrow Payment | Suspense | Fees | FC/BK Fees | Principal Balance | Escrow Balance | Escrow Advance Balance (-) | Suspense Balance | Fee Balance | FC/BK Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Late Fee Assessed | 07-16-2013 | 03-01-2013 | $81.46 | $0.00 | $0.00 | $0.00 | $0.00 | $81.46 | | $299,425.11 | $0.00 | $0.00 | $515.21 | $162.92 | $156.00 |
| Inspection Fee | 07-01-2013 | 07-01-2013 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $299,425.11 | $0.00 | $0.00 | $515.21 | $81.46 | $156.00 |
| Late Fee Assessed | 06-17-2013 | | $81.46 | $0.00 | $0.00 | $0.00 | $0.00 | $81.46 | | $299,425.11 | $0.00 | $0.00 | $515.21 | $81.46 | $145.00 |
| Payment | 05-28-2013 | 02-01-2013 | $1,629.13 | $628.95 | $1,000.18 | $0.00 | $0.00 | | | $299,425.11 | $0.00 | $0.00 | $515.21 | $0.00 | $145.00 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$11.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $145.00 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$150.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$150.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $156.00 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$741.84 | $0.00 | $0.00 | $0.00 | $0.00 | | -$741.84 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $806.00 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$66.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$66.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $1,047.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$625.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$625.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $1,113.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$585.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$585.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $1,738.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$1,070.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$1,070.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $2,323.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$66.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$66.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $3,393.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$44.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$44.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $3,459.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$150.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$150.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $3,503.84 |
| Payment | 04-29-2013 | 01-01-2013 | $1,629.13 | $626.66 | $1,002.27 | $0.00 | $0.00 | | | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $3,653.84 |
| Payment | 04-03-2013 | 12-01-2012 | $1,629.13 | $624.78 | $1,004.35 | $0.00 | $0.00 | | | $300,680.92 | $0.00 | $0.00 | $515.21 | $0.00 | $3,653.84 |
| BPO Charge | 03-07-2013 | 03-07-2013 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $301,305.70 | $0.00 | $0.00 | $515.21 | $0.00 | $3,653.84 |
| Payment | 03-04-2013 | 11-01-2012 | $1,629.13 | $622.70 | $1,006.43 | $0.00 | $0.00 | | | $301,305.70 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 01-23-2013 | 10-01-2012 | $1,629.13 | $620.63 | $1,008.50 | $0.00 | $0.00 | | | $301,928.40 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 12-26-2012 | 09-01-2012 | $1,629.13 | $618.57 | $1,010.56 | $0.00 | $0.00 | | | $302,549.03 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 12-04-2012 | 08-01-2012 | $1,629.13 | $616.52 | $1,012.61 | $0.00 | $0.00 | | | $303,167.60 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 11-01-2012 | 07-01-2012 | $1,629.13 | $614.47 | $1,014.66 | $0.00 | $0.00 | | | $303,784.12 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 10-01-2012 | 06-01-2012 | $1,629.13 | $612.43 | $1,016.70 | $0.00 | $0.00 | | | $304,398.59 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| BPO Charge | 09-07-2012 | 11-28-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $305,011.02 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 08-16-2012 | 05-01-2012 | $0.00 | $610.39 | $1,018.74 | $0.00 | -$1,629.13 | | | $305,011.02 | $0.00 | $0.00 | $515.21 | $0.00 | $3,363.84 |
| Payment | 08-15-2012 | 05-01-2012 | $1,629.13 | $0.00 | $0.00 | $0.00 | $1,629.13 | | | $305,621.41 | $0.00 | $0.00 | $2,144.34 | $0.00 | $3,363.84 |
| Payment | 08-15-2012 | 04-01-2012 | $1,148.62 | $608.36 | $1,020.77 | $0.00 | -$480.51 | | | $305,621.41 | $0.00 | $0.00 | $515.21 | $0.00 | $3,363.84 |
| Payment | 07-13-2012 | 03-01-2012 | $1,148.62 | $606.34 | $1,022.79 | $0.00 | -$480.51 | | | $306,229.77 | $0.00 | $0.00 | $995.72 | $0.00 | $3,363.84 |
| Payment | 06-22-2012 | 03-01-2012 | $1,148.62 | $0.00 | $0.00 | $0.00 | $1,148.62 | | | $306,836.11 | $0.00 | $0.00 | $1,476.23 | $0.00 | $3,363.84 |
| Payment | 05-17-2012 | 02-01-2012 | $1,148.62 | $604.33 | $1,024.80 | $0.00 | -$480.51 | | | $306,836.11 | $0.00 | $0.00 | $327.61 | $0.00 | $3,363.84 |
| Payment | 04-11-2012 | 01-01-2012 | $1,148.62 | $602.32 | $1,026.81 | $0.00 | -$480.51 | | | $307,440.44 | $0.00 | $0.00 | $808.12 | $0.00 | $3,363.84 |
| Payment | 03-13-2012 | 12-01-2011 | $1,148.62 | $600.32 | $1,028.81 | $0.00 | -$480.51 | | | $308,042.76 | $0.00 | $0.00 | $1,288.63 | $0.00 | $3,363.84 |
| BPO Charge | 03-13-2012 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $308,643.08 | $0.00 | $0.00 | $1,769.14 | $0.00 | $3,363.84 |
| Payment | 02-13-2012 | 12-01-2011 | $1,148.62 | $0.00 | $0.00 | $0.00 | $1,148.62 | | | $308,643.08 | $0.00 | $0.00 | $1,769.14 | $0.00 | $3,218.84 |
| Recording Cost | 01-25-2012 | 11-30-2012 | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $21.00 | $308,643.08 | $0.00 | $0.00 | $620.52 | $0.00 | $3,218.84 |
| Attorney Fee | 01-13-2012 | 11-30-2012 | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $45.00 | $308,643.08 | $0.00 | $0.00 | $620.52 | $0.00 | $3,197.84 |
| Payment | 01-11-2012 | 11-01-2011 | $1,148.62 | $297.56 | $1,029.80 | $0.00 | -$178.74 | | | $308,643.08 | $0.00 | $0.00 | $620.52 | $0.00 | $3,152.84 |
| Payment | 12-09-2011 | 10-01-2011 | $1,148.62 | $296.57 | $1,030.79 | $0.00 | -$178.74 | | | $308,940.64 | $0.00 | $0.00 | $799.26 | $0.00 | $3,152.84 |
| Insurance Refund | 11-29-2011 | 10-01-2011 | $1,531.00 | $0.00 | $0.00 | $1,531.00 | $0.00 | | | $309,237.21 | $1,531.00 | $1,531.00 | $978.00 | $0.00 | $3,152.84 |
| Payment | 11-10-2011 | 09-01-2011 | $1,148.62 | $295.58 | $1,031.78 | $0.00 | -$178.74 | | | $309,237.21 | $0.00 | $1,531.00 | $978.00 | $0.00 | $3,152.84 |
| Payment | 10-12-2011 | 08-01-2011 | $1,148.62 | $262.44 | $1,064.92 | $0.00 | -$178.74 | | | $309,532.79 | $0.00 | $1,531.00 | $1,156.74 | $0.00 | $3,152.84 |
| Payment | 09-13-2011 | 07-01-2011 | $1,148.62 | $261.54 | $1,065.82 | $0.00 | -$178.74 | | | $309,795.23 | $0.00 | $1,531.00 | $1,335.48 | $0.00 | $3,152.84 |
| Insurance Disbursement | 08-26-2011 | 06-01-2011 | -$1,531.00 | $0.00 | $0.00 | -$1,531.00 | $0.00 | | | $310,056.77 | -$1,531.00 | $0.00 | $1,514.22 | $0.00 | $3,152.84 |
| BPO Charge | 08-24-2011 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $310,056.77 | $0.00 | $0.00 | $1,514.22 | $0.00 | $3,152.84 |
| Payment | 08-10-2011 | 07-01-2011 | $150.00 | $0.00 | $0.00 | $0.00 | $150.00 | | | $310,056.77 | $0.00 | $0.00 | $1,514.22 | $0.00 | $3,007.84 |
| Payment | 08-10-2011 | 07-01-2011 | $199.70 | $0.00 | $0.00 | $0.00 | $199.70 | | | $310,056.77 | $0.00 | $0.00 | $1,364.22 | $0.00 | $3,007.84 |
| Payment | 08-10-2011 | 06-01-2011 | $1,148.62 | $260.64 | $1,066.72 | $0.00 | -$178.74 | | | $310,056.77 | $0.00 | $0.00 | $1,164.52 | $0.00 | $3,007.84 |
| Funds from Suspense | 07-29-2011 | 05-01-2011 | $0.00 | $259.75 | $1,067.61 | $0.00 | -$1,327.36 | | | $310,317.41 | $0.00 | $0.00 | $1,343.26 | $0.00 | $3,007.84 |
| Payment | 07-18-2011 | 05-01-2011 | $1,148.62 | $0.00 | $0.00 | $0.00 | $1,148.62 | | | $310,577.16 | $0.00 | $0.00 | $2,670.62 | $0.00 | $3,007.84 |
| Payment | 07-18-2011 | 05-01-2011 | $449.39 | $0.00 | $0.00 | $0.00 | $449.39 | | | $310,577.16 | $0.00 | $0.00 | $1,522.00 | $0.00 | $3,007.84 |

| Type | Date 1 | Date 2 | Amt 1 | Amt 2 | Amt 3 | Amt 4 | Amt 5 | Amt 6 | Amt 7 | Balance | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 06-20-2011 | 04-01-2011 | $1,148.62 | $258.86 | $1,068.50 | $0.00 | -$178.74 | | | $310,577.16 | $0.00 | $0.00 | $1,072.61 | $0.00 | $3,007.84 |
| Payment | 06-20-2011 | 04-01-2011 | Case 14-02127 Filed 05/19/14 Doc 15 | | | | | | | $310,836.02 | $0.00 | $0.00 | $1,251.35 | $0.00 | $3,007.84 |
| Payment | 05-10-2011 | 04-01-2011 | $448.45 | $0.00 | $0.00 | $0.00 | $448.45 | | | $310,836.02 | $0.00 | $0.00 | $799.04 | $0.00 | $3,007.84 |
| Payment | 05-10-2011 | 03-01-2011 | $1,148.62 | $257.97 | $1,069.39 | $0.00 | -$178.74 | | | $310,836.02 | $0.00 | $0.00 | $350.59 | $0.00 | $3,007.84 |
| Funds from Suspense | 04-14-2011 | 02-01-2011 | $0.00 | $257.09 | $1,070.27 | $0.00 | -$1,327.36 | | | $311,093.99 | $0.00 | $0.00 | $529.33 | $0.00 | $3,007.84 |
| Payment | 04-11-2011 | 02-01-2011 | $898.09 | $0.00 | $0.00 | $0.00 | $898.09 | | | $311,351.08 | $0.00 | $0.00 | $1,856.69 | $0.00 | $3,007.84 |
| Payment | 04-11-2011 | 01-01-2011 | $1,148.62 | $256.21 | $1,071.15 | $0.00 | -$178.74 | | | $311,351.08 | $0.00 | $0.00 | $958.60 | $0.00 | $3,007.84 |
| Payment | 03-11-2011 | 12-01-2010 | $1,148.62 | $255.33 | $1,072.03 | $0.00 | -$178.74 | | | $311,607.29 | $0.00 | $0.00 | $1,137.34 | $0.00 | $3,007.84 |
| BPO Charge | 02-23-2011 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $311,862.62 | $0.00 | $0.00 | $1,316.08 | $0.00 | $3,007.84 |
| Payment | 02-10-2011 | 12-01-2010 | $449.76 | $0.00 | $0.00 | $0.00 | $449.76 | | | $311,862.62 | $0.00 | $0.00 | $1,316.08 | $0.00 | $2,862.84 |
| Payment | 02-10-2011 | 11-01-2010 | $1,148.62 | $162.17 | $1,072.59 | $0.00 | -$86.14 | | | $311,862.62 | $0.00 | $0.00 | $866.32 | $0.00 | $2,862.84 |
| Funds from Suspense | 01-13-2011 | 10-01-2010 | $0.00 | $161.62 | $1,073.14 | $0.00 | -$1,234.76 | | | $312,024.79 | $0.00 | $0.00 | $952.46 | $0.00 | $2,862.84 |
| Payment | 01-12-2011 | 10-01-2010 | $449.97 | $0.00 | $0.00 | $0.00 | $449.97 | | | $312,186.41 | $0.00 | $0.00 | $2,187.22 | $0.00 | $2,862.84 |
| Payment | 01-12-2011 | 09-01-2010 | $1,148.62 | $161.07 | $1,073.69 | $0.00 | -$86.14 | | | $312,186.41 | $0.00 | $0.00 | $1,737.25 | $0.00 | $2,862.84 |
| Inspection Fee | 12-27-2010 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $312,347.48 | $0.00 | $0.00 | $1,823.39 | $0.00 | $2,862.84 |
| Payment | 12-20-2010 | 08-01-2010 | $1,148.62 | $128.08 | $1,106.68 | $0.00 | -$86.14 | | | $312,347.48 | $0.00 | $0.00 | $1,823.39 | $0.00 | $2,851.84 |
| Payment | 12-20-2010 | 08-01-2010 | $436.22 | $0.00 | $0.00 | $0.00 | $436.22 | | | $312,475.56 | $0.00 | $0.00 | $1,909.53 | $0.00 | $2,851.84 |
| Payment | 11-12-2010 | 08-01-2010 | $420.96 | $0.00 | $0.00 | $0.00 | $420.96 | | | $312,475.56 | $0.00 | $0.00 | $1,473.31 | $0.00 | $2,851.84 |
| Payment | 11-12-2010 | 07-01-2010 | $1,148.62 | $127.62 | $1,107.14 | $0.00 | -$86.14 | | | $312,475.56 | $0.00 | $0.00 | $1,052.35 | $0.00 | $2,851.84 |
| Funds from Suspense | 11-04-2010 | 06-01-2010 | $0.00 | $127.17 | $1,107.59 | $0.00 | -$1,234.76 | | | $312,603.18 | $0.00 | $0.00 | $1,138.49 | $0.00 | $2,851.84 |
| Payment | 10-14-2010 | 06-01-2010 | $450.77 | $0.00 | $0.00 | $0.00 | $450.77 | | | $312,730.35 | $0.00 | $0.00 | $2,373.25 | $0.00 | $2,851.84 |
| Payment | 10-14-2010 | 05-01-2010 | $1,148.62 | $126.72 | $1,108.04 | $0.00 | -$86.14 | | | $312,730.35 | $0.00 | $0.00 | $1,922.48 | $0.00 | $2,851.84 |
| Payment | 09-20-2010 | 05-01-2010 | $450.21 | $0.00 | $0.00 | $0.00 | $450.21 | | | $312,857.07 | $0.00 | $0.00 | $2,008.62 | $0.00 | $2,851.84 |
| Payment | 09-20-2010 | 05-01-2010 | $1,148.62 | $0.00 | $0.00 | $0.00 | $1,148.62 | | | $312,857.07 | $0.00 | $0.00 | $1,558.41 | $0.00 | $2,851.84 |
| BPO Charge | 08-12-2010 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $312,857.07 | $0.00 | $0.00 | $409.79 | $0.00 | $2,851.84 |
| Payment | 08-11-2010 | 05-01-2010 | $449.75 | $0.00 | $0.00 | $0.00 | $449.75 | | | $312,857.07 | $0.00 | $0.00 | $409.79 | $0.00 | $2,706.84 |
| Payment | 08-11-2010 | 04-01-2010 | $1,148.62 | $126.28 | $1,108.48 | $0.00 | -$86.14 | | | $312,857.07 | $0.00 | $0.00 | -$39.96 | $0.00 | $2,706.84 |
| Funds from Suspense | 07-13-2010 | 03-01-2010 | $0.00 | $125.83 | $1,108.93 | $0.00 | -$1,275.25 | | | $312,983.35 | $0.00 | $0.00 | $546.18 | $0.00 | $2,706.84 |
| Fee Payment | 07-13-2010 | | -$40.49 | $0.00 | $0.00 | $0.00 | $0.00 | -$40.49 | | $313,109.18 | $0.00 | $0.00 | $1,321.43 | $0.00 | $2,706.84 |
| Payment | 07-12-2010 | 03-01-2010 | $449.35 | $0.00 | $0.00 | $0.00 | $449.35 | | | $313,109.18 | $0.00 | $0.00 | $1,321.43 | $40.49 | $2,706.84 |
| Payment | 07-12-2010 | 02-01-2010 | $1,148.62 | $125.39 | $1,109.37 | $0.00 | -$86.14 | | | $313,109.18 | $0.00 | $0.00 | $872.08 | $40.49 | $2,706.84 |
| Payment | 06-15-2010 | 02-01-2010 | $452.73 | $0.00 | $0.00 | $0.00 | $452.73 | | | $313,234.57 | $0.00 | $0.00 | $958.22 | $40.49 | $2,706.84 |
| Payment | 06-15-2010 | 01-01-2010 | $1,148.62 | $92.42 | $1,142.34 | $0.00 | -$86.14 | | | $313,234.57 | $0.00 | $0.00 | $505.49 | $40.49 | $2,706.84 |
| Payment | 05-13-2010 | 12-01-2009 | $1,148.62 | $92.09 | $1,142.67 | $0.00 | -$86.14 | | | $313,326.99 | $0.00 | $0.00 | $591.63 | $40.49 | $2,706.84 |
| Payment | 05-13-2010 | 12-01-2009 | $389.85 | $0.00 | $0.00 | $0.00 | $389.85 | | | $313,419.08 | $0.00 | $0.00 | $677.77 | $40.49 | $2,706.84 |
| Funds from Suspense | 04-14-2010 | 11-01-2009 | $0.00 | -$26.60 | $1,175.22 | $0.00 | $0.00 | | | $313,419.08 | $0.00 | $0.00 | $287.92 | $40.49 | $2,706.84 |
| Funds from Suspense | 04-14-2010 | 10-01-2009 | $0.00 | -$91.53 | $1,240.15 | $0.00 | -$2,297.24 | | | $313,392.48 | $0.00 | $0.00 | $287.92 | $40.49 | $2,706.84 |
| Payment | 04-13-2010 | 09-01-2009 | $1,148.62 | -$123.66 | $1,272.28 | $0.00 | $0.00 | | | $313,300.95 | $0.00 | $0.00 | $2,585.16 | $40.49 | $2,706.84 |
| Payment | 04-13-2010 | 09-01-2009 | $1,504.29 | $0.00 | $0.00 | $0.00 | $1,504.29 | | | $313,177.29 | $0.00 | $0.00 | $2,585.16 | $40.49 | $2,706.84 |
| Payment | 03-31-2010 | 09-01-2009 | $324.15 | $0.00 | $0.00 | $0.00 | $324.15 | | | $313,177.29 | $0.00 | $0.00 | $1,080.87 | $40.49 | $2,706.84 |
| Payment | 03-31-2010 | 08-01-2009 | $1,148.62 | -$155.64 | $1,304.26 | $0.00 | $0.00 | | | $313,177.29 | $0.00 | $0.00 | $756.72 | $40.49 | $2,706.84 |
| Funds from Suspense | 02-18-2010 | 07-01-2009 | $0.00 | -$187.44 | $1,336.06 | $0.00 | -$1,206.05 | | | $313,021.65 | $0.00 | $0.00 | $756.72 | $40.49 | $2,706.84 |
| Fee Payment | 02-18-2010 | | -$57.43 | $0.00 | $0.00 | $0.00 | $0.00 | -$57.43 | | $312,834.21 | $0.00 | $0.00 | $1,962.77 | $40.49 | $2,706.84 |
| Payment | 02-15-2010 | 07-01-2009 | $972.45 | $0.00 | $0.00 | $0.00 | $972.45 | | | $312,834.21 | $0.00 | $0.00 | $1,962.77 | $97.92 | $2,706.84 |
| Payment | 02-15-2010 | 06-01-2009 | $1,148.62 | -$219.07 | $1,367.69 | $0.00 | $0.00 | | | $312,834.21 | $0.00 | $0.00 | $990.32 | $97.92 | $2,706.84 |
| Waiver of Fee | 02-15-2010 | | $61.74 | $0.00 | $0.00 | $0.00 | $0.00 | -$61.74 | | $312,615.14 | $0.00 | $0.00 | $990.32 | $97.92 | $2,706.84 |
| BPO Charge | 02-09-2010 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $312,615.14 | $0.00 | $0.00 | $990.32 | $159.66 | $2,706.84 |
| Payment | 01-19-2010 | 05-01-2009 | $1,148.62 | -$250.51 | $1,399.13 | $0.00 | $0.00 | | | $312,615.14 | $0.00 | $0.00 | $990.32 | $159.66 | $2,561.84 |
| Waiver of Fee | 01-19-2010 | | $61.74 | $0.00 | $0.00 | $0.00 | $0.00 | -$61.74 | | $312,364.63 | $0.00 | $0.00 | $990.32 | $159.66 | $2,561.84 |
| Payment | 12-14-2009 | 04-01-2009 | $1,206.05 | -$249.40 | $1,398.02 | $0.00 | $57.43 | | | $312,364.63 | $0.00 | $0.00 | $990.32 | $221.40 | $2,561.84 |
| Waiver of Fee | 12-14-2009 | | $61.74 | $0.00 | $0.00 | $0.00 | $0.00 | -$61.74 | | $312,115.23 | $0.00 | $0.00 | $932.89 | $221.40 | $2,561.84 |
| Payment | 11-16-2009 | 03-01-2009 | $1,148.62 | -$312.95 | $1,461.57 | $0.00 | $0.00 | | | $312,115.23 | $0.00 | $0.00 | $932.89 | $283.14 | $2,561.84 |
| Waiver of Fee | 11-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | -$57.43 | | $311,802.28 | $0.00 | $0.00 | $932.89 | $283.14 | $2,561.84 |
| Attorney Fee | 10-22-2009 | 11-30-2012 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $150.00 | $311,802.28 | $0.00 | $0.00 | $932.89 | $340.57 | $2,561.84 |
| Payment | 10-19-2009 | 02-01-2009 | $1,148.62 | -$376.07 | $1,524.69 | $0.00 | $0.00 | | | $311,802.28 | $0.00 | $0.00 | $932.89 | $340.57 | $2,411.84 |
| Waiver of Fee | 10-19-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | -$57.43 | | $311,426.21 | $0.00 | $0.00 | $932.89 | $340.57 | $2,411.84 |

Case 14-02127     Filed 05/19/14     Doc 15

| Description | Date | Date | Amt | Amt | Amt | Amt | Amt | Amt | Amt | Amt | Amt | Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney Fee | 09-30-2009 | 11-30-2012 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $150.00 | $311,426.21 | $0.00 | $0.00 | $932.89 | $398.00 | $2,411.84 |
| Inspection Fee | 09-21-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $311,426.21 | $0.00 | $0.00 | $932.89 | $398.00 | $2,261.84 |
| Payment | 09-21-2009 | 01-01-2009 | $0.00 | -$406.48 | $1,555.10 | $0.00 | $0.00 | | | $311,426.21 | $0.00 | $0.00 | $932.89 | $398.00 | $2,250.84 |
| Payment | 09-21-2009 | 12-01-2008 | $2,648.62 | -$468.83 | $1,617.45 | $0.00 | $351.38 | | | $311,019.73 | $0.00 | $0.00 | $932.89 | $398.00 | $2,250.84 |
| Waiver of Fee | 09-21-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | -$57.43 | | $310,550.90 | $0.00 | $0.00 | $581.51 | $398.00 | $2,250.84 |
| BPO Charge | 09-11-2009 | 11-30-2012 | $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $55.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $2,250.84 |
| Service Cost | 08-25-2009 | 11-30-2012 | $741.84 | $0.00 | $0.00 | $0.00 | $0.00 | | $741.84 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $2,195.84 |
| Recording Cost | 08-25-2009 | 11-30-2012 | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $45.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $1,454.00 |
| Title Policy | 08-25-2009 | 11-30-2012 | $625.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $625.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $1,409.00 |
| Attorney Fee | 08-25-2009 | 11-30-2012 | $540.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $540.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $784.00 |
| Inspection Fee | 07-23-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $244.00 |
| Late Fee Assessed | 07-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $233.00 |
| Inspection Fee | 06-24-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $398.00 | $233.00 |
| Inspection Fee | 05-26-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $398.00 | $222.00 |
| Late Fee Assessed | 05-18-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | | $310,550.90 | $0.00 | $0.00 | $581.51 | $398.00 | $211.00 |
| Inspection Fee | 05-05-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $340.57 | $211.00 |
| BPO Charge | 04-22-2009 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $340.57 | $200.00 |
| Late Fee Assessed | 04-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | | $310,550.90 | $0.00 | $0.00 | $581.51 | $340.57 | $55.00 |
| Inspection Fee | 03-24-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $283.14 | $55.00 |
| Late Fee Assessed | 03-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | | $310,550.90 | $0.00 | $0.00 | $581.51 | $283.14 | $44.00 |
| Inspection Fee | 02-23-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $225.71 | $44.00 |
| Late Fee Assessed | 02-17-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | | $310,550.90 | $0.00 | $0.00 | $581.51 | $225.71 | $33.00 |
| Inspection Fee | 01-21-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $168.28 | $33.00 |
| Payment | 01-21-2009 | 11-01-2008 | $1,200.00 | -$610.35 | $1,678.84 | $0.00 | $131.51 | | | $310,550.90 | $0.00 | $0.00 | $581.51 | $168.28 | $22.00 |
| Late Fee Assessed | 01-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | | $309,940.55 | $0.00 | $0.00 | $450.00 | $168.28 | $22.00 |
| Payment | 12-30-2008 | 11-01-2008 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | | | $309,940.55 | $0.00 | $0.00 | $450.00 | $110.85 | $22.00 |
| Inspection Fee | 12-26-2008 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $309,940.55 | $0.00 | $0.00 | $100.00 | $110.85 | $22.00 |
| Late Fee Assessed | 12-16-2008 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | | $309,940.55 | $0.00 | $0.00 | $100.00 | $110.85 | $11.00 |
| Payment | 12-16-2008 | 11-01-2008 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | | | $309,940.55 | $0.00 | $0.00 | $100.00 | $53.42 | $11.00 |
| Pa | 11-24-2008 | 10-01-2008 | $1,083.49 | -$639.11 | $1,707.60 | $0.00 | $0.00 | | | $309,940.55 | $0.00 | $0.00 | -$150.00 | $53.42 | $11.00 |
| Inspection Fee | 11-24-2008 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $309,301.44 | $0.00 | $0.00 | -$150.00 | $53.42 | $11.00 |
| Fee Payment | 11-24-2008 | | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | | $309,301.44 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| IVR Pmt Fee | 11-24-2008 | | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | | $309,301.44 | $0.00 | $0.00 | -$150.00 | $68.42 | $0.00 |
| Late Fee Assessed | 11-17-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | | $309,301.44 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 10-09-2008 | 09-01-2008 | $1,068.49 | -$699.54 | $1,768.03 | $0.00 | $0.00 | | | $309,301.44 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 10-09-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | | $308,601.90 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Web Pmt Fee | 10-09-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | | $308,601.90 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Payment | 09-02-2008 | 08-01-2008 | $1,068.49 | -$759.33 | $1,827.82 | $0.00 | $0.00 | | | $308,601.90 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 09-02-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | | $307,842.57 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 09-02-2008 | | -$53.42 | $0.00 | $0.00 | $0.00 | $0.00 | -$53.42 | | $307,842.57 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Web Pmt Fee | 09-02-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | | $307,842.57 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Late Fee Assessed | 08-18-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | | $307,842.57 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 07-22-2008 | 07-01-2008 | $1,068.49 | -$818.43 | $1,886.92 | $0.00 | $0.00 | | | $307,842.57 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 07-22-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | | $307,024.14 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 07-22-2008 | | -$53.42 | $0.00 | $0.00 | $0.00 | $0.00 | -$53.42 | | $307,024.14 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Web Pmt Fee | 07-22-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | | $307,024.14 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Late Fee Assessed | 07-16-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | | $307,024.14 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 06-20-2008 | 06-01-2008 | $1,068.49 | -$876.82 | $1,945.31 | $0.00 | $0.00 | | | $307,024.14 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 06-20-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | | $306,147.32 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 06-20-2008 | | -$53.42 | $0.00 | $0.00 | $0.00 | $0.00 | -$53.42 | | $306,147.32 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Web Pmt Fee | 06-20-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | | $306,147.32 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Late Fee Assessed | 06-16-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | | $306,147.32 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 05-15-2008 | 05-01-2008 | $1,068.49 | -$934.47 | $2,002.96 | $0.00 | $0.00 | | | $306,147.32 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 05-15-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | | $305,212.85 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Web Pmt Fee | 05-15-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | | $305,212.85 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Payment | 04-14-2008 | 04-01-2008 | $1,073.49 | -$951.34 | $2,059.83 | $0.00 | $0.00 | | | $305,212.85 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |

Case 14-02127    Filed 05/19/14    Doc 15

| Description | Date | Date 2 | Amount | | | | | Balance | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fee Payment | 04-14-2008 | | -$53.42 | $0.00 | $0.00 | $0.00 | $0.00 | -$53.42 | $304,221.51 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 04-14-2008 | | | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $304,221.51 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Web Pmt Fee | 04-14-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $304,221.51 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Payment | 03-18-2008 | 03-01-2008 | $1,068.49 | -$1,047.41 | $2,115.90 | $0.00 | $0.00 | | $304,221.51 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Fee Payment | 03-18-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $303,174.10 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Web Pmt Fee | 03-18-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $303,174.10 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Late Fee Assessed | 03-17-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | $303,174.10 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 02-15-2008 | 02-01-2008 | $1,068.49 | -$1,071.40 | $2,139.89 | $0.00 | $0.00 | | $303,174.10 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 02-15-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $302,102.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Web Pmt Fee | 02-15-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $302,102.70 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Payment | 01-10-2008 | 01-01-2008 | $1,068.49 | -$1,095.00 | $2,163.49 | $0.00 | $0.00 | | $302,102.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 01-10-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $301,007.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Web Pmt Fee | 01-10-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $301,007.70 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Curtailment Payment | 12-14-2007 | 01-01-2008 | $99.40 | $0.00 | $0.00 | $0.00 | $0.00 | | $301,007.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 12-14-2007 | 12-01-2007 | $1,073.49 | -$1,087.19 | $2,155.68 | $0.00 | $0.00 | | $301,007.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 12-14-2007 | | -$99.40 | $0.00 | $0.00 | $0.00 | $0.00 | -$99.40 | $299,920.51 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 12-14-2007 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $299,920.51 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Web Pmt Fee | 12-14-2007 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $299,920.51 | $0.00 | $0.00 | -$150.00 | $104.40 | $0.00 |
| Curtailment Payment | 11-15-2007 | 12-01-2007 | $74.54 | $74.54 | $0.00 | $0.00 | $0.00 | | $299,920.51 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Payment | 11-15-2007 | 11-01-2007 | $993.95 | -$1,184.87 | $2,178.82 | $0.00 | $0.00 | | $299,995.05 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Curtailment Payment | 10-16-2007 | 11-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $298,810.18 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Payment | 10-16-2007 | 10-01-2007 | $893.95 | -$1,176.30 | $2,170.25 | $0.00 | $0.00 | | $298,810.23 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Curtailment Payment | 09-19-2007 | 10-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $297,633.93 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Payment | 09-19-2007 | 09-01-2007 | $953.95 | -$1,167.78 | $2,161.73 | $0.00 | $0.00 | | $297,633.98 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Late Fee Assessed | 09-17-2007 | | $49.70 | $0.00 | $0.00 | $0.00 | $0.00 | $49.70 | $296,466.20 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Curtailment Payment | 08-20-2007 | 09-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $296,466.20 | $0.00 | $0.00 | -$150.00 | $49.70 | $0.00 |
| Payment | 08-20-2007 | 08-01-2007 | $993.95 | -$1,189.86 | $2,183.81 | $0.00 | $0.00 | | $296,466.25 | $0.00 | $0.00 | -$150.00 | $49.70 | $0.00 |
| Late Fee Assessed | 08-16-2007 | | $49.70 | $0.00 | $0.00 | $0.00 | $0.00 | $49.70 | $295,276.39 | $0.00 | $0.00 | -$150.00 | $49.70 | $0.00 |
| Curtailment Payment | 07-16-2007 | 08-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $295,276.39 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 07-16-2007 | 07-01-2007 | $993.95 | -$1,181.13 | $2,175.08 | $0.00 | $0.00 | | $295,276.44 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Curtailment Payment | 06-18-2007 | 07-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $294,095.31 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 06-18-2007 | 06-01-2007 | $993.95 | -$1,172.46 | $2,166.41 | $0.00 | $0.00 | | $294,095.36 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Curtailment Payment | 05-15-2007 | 06-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $292,922.90 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 05-15-2007 | 05-01-2007 | $993.95 | -$1,163.85 | $2,157.80 | $0.00 | $0.00 | | $292,922.95 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 04-16-2007 | 04-01-2007 | $993.95 | -$1,125.26 | $2,119.21 | $0.00 | $0.00 | | $291,759.10 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 03-13-2007 | 03-01-2007 | $993.95 | -$1,117.11 | $2,111.06 | $0.00 | $0.00 | | $290,633.84 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 02-15-2007 | 02-01-2007 | $993.95 | -$1,079.19 | $2,073.14 | $0.00 | $0.00 | | $289,516.73 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 01-17-2007 | 01-01-2007 | $993.95 | -$1,071.49 | $2,065.44 | $0.00 | $0.00 | | $288,437.54 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Principal Setup | 01-11-2007 | | -$287,366.05 | $0.00 | $0.00 | $0.00 | $0.00 | | $287,366.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |

Exhibit "37"



**Office of the Comptroller of the Currency**

U.S. Department of the Treasury

OMB Control No. 1557- 0232
Expiration Date: 11/30/2015

# AMENDED    CUSTOMER COMPLAINT FORM Case #02903715

Please fill in this form completely.  Mail or fax this completed complaint form to:

**Office of the Comptroller of the Currency**
**Customer Assistance Group**
**1301 McKinney Street, Suite 3450**
**Houston, TX 77010-9050**
**1-713-336-4301 (Fax)**

Once we receive your completed form, you will receive an acknowledgment letter containing your assigned case number.  Please keep your case number for future contact with our office.

*Helpful Hints:*

**Check to make sure your financial institution is a national bank or federal savings association (thrift).  If you do not know the name of your financial institution, check your account statement. The financial institution's name will be indicated on the statement.**

**Have you tried to resolve your complaint with your financial institution?  The OCC recommends that you attempt to resolve your complaint with your financial institution first. Please contact your financial institution to allow them the opportunity to resolve your issue(s).**

**If your complaint involves more than one financial institution, you will need to submit a separate complaint form for each institution involved.  You will receive separate case numbers for each institution.**

*Please Note:*

> **We cannot act as a court of law or as a lawyer on your behalf**
> **We cannot give you legal advice**
> **We cannot become involved in complaints that are in litigation or have been litigated**

# Your Information

The Account Owner/Holder should complete this section.  **\* - Indicates Required Fields**

| | |
|---|---|
| **\*First Name:** Anthony | Middle Name: Paul |
| **\*Last Name:** Dicus | |
| **\*Street Address:** 5950 La Castana Way | |
| **\*City:** Sacramento | **\*State:** CA  **\*Zip:** 95823 |
| **\*Phone:** 916-395-2326 | |
| Email: dicus30@aol.com | |
| What is the best way to contact you?  Phone ☐  Mail ☒  Email ☒ | |
| What is the best time to contact you?  Morning ☒  Afternoon ☒  Evening ☒ | |

# Representative Contact Information

If you want us to communicate with your attorney or other legal representative directly, please provide the information below.  **Your submission of this portion of the form authorizes our office to release information to your attorney or other legal representative if requested.**  Please check the following to indicate the type of relationship:

Attorney ☒          Legal Representative ☐

Please indicate the type of authorization you have granted to your attorney or other legal representative:

Power of Attorney ☐ Letters Testamentary ☐ Court Appointed Executor or Administrator ☒ Other ☒

If you are not sure of the type of legal authorization granted, please check your legal documents or consult with your attorney or other legal representative.

Name of Representative:

| | |
|---|---|
| **\*First Name:** Ronald | Middle Name: H. |
| **\*Last Name:** Freshman | |
| **\*Street Address:** 3040 Skycrest Drive | |
| **\*City:** Fallbrook | **\*State:** CA  **\*Zip:** 92028 |
| **\*Phone:** 858-756-8288 | |
| Representative Email: ronfreshman@gmail.com | |
| What is the best way to contact your representative?  Phone ☒  Mail ☒  Email ☒ | |
| What is the best time to contact your representative?  Morning ☒  Afternoon ☒  Evening ☒ | |

# FINANCIAL INSTITUTION OR COMPANY INFORMATION THAT IS SUBJECT OF THE COMPLAINT

Helpful Hint:  If you do not know the name of your financial institution, check your account statement. The financial institution's name will be indicated on the account statement.

| | |
|---|---|
| **\*Name of Financial Institution or Company:** IndyMac Mortgage Services, a division of OneWestBank, FSB | |

| | | | |
|---|---|---|---|
| Street Address: 6900 Beatrice Drive | | | |

| | | |
|---|---|---|
| **\*City:** Kalamazoo | **\*State:** MI | Zip: 49009 |

Phone: 800-781-7399

**\*Type of Account(s)** (Check all that apply)**:** Deposit Account (Checking, Savings) ☐ Credit Card ☐

**Loan Product (Consumer, Mortgage, Home Equity)** ☑ **Asset Management (Trust Accounts)** ☐

**Consumer Leasing** ☐ **Non-Deposit Account (Investments)** ☐ **Insurance** ☐ **Other** ☐

Have you tried to resolve your complaint with your financial institution or company?  Yes ☑ No ☐

| | |
|---|---|
| If Yes, when? See enclosures | How?  Phone ☑ Mail ☑ In Person ☐ Other ☑ |
| Contact Name: See enclosures | Title: |

Has your financial institution responded to you?  Yes ☑ No ☐

| | |
|---|---|
| If Yes, when? See enclosures | How?  Phone ☐ Mail ☑ In Person ☐ Other ☐ |

## COMPLAINT INFORMATION

Describe events in the order they occurred, including any names, phone numbers, and a full description of the problem with the amount(s) and date(s) of any transaction(s). Be as brief and complete as possible to make the explanation clear.  **Do not include personal or confidential information such as your social security, credit card, or account numbers.**

IndyMac Mortgage Services, a division of OneWestBank, claims to be the servicer of my purported mortgage loan and is threatening to foreclose on me even though my payments are current.  I have attempted to contact them to correct their records but they continue with their threats; claim I am in default even when they themselves provide statements showing my payments are current.

Chain of letters and contact related to this issue is enclosed.

Please be advised that the issues described in this complaint will be shared with the financial institution or company in question.

# PRIVACY ACT STATEMENT

The solicitation and collection of this information is authorized by 12 U.S.C. 1. The information is solicited to provide the Office of the Comptroller of the Currency (OCC) with data that is necessary and useful in reviewing requests received from individuals for assistance in their interactions with national banks or federal savings associations (thrifts). The provision of requested information is voluntary. However, without such information, the ability to complete a review or to provide requested assistance may be hindered.

It is intended that the information obtained through this solicitation will be used within the OCC and provided to the national bank or federal savings association (thrift) that is the subject of the complaint or inquiry. Additional disclosures of such information may be made to: (1) other third parties when required or authorized by statute or when necessary in order to obtain additional information relating to the complaint or inquiry; (2) other governmental, self-regulatory, or professional organizations having: (a) jurisdiction over the subject matter of the complaint or inquiry; (b) jurisdiction over the entity that is the subject of the complaint or inquiry; or (c) whenever such information is relevant to a known or suspected violation of law or licensing standard for which another organization has jurisdiction; (3) the Department of Justice, a court, an adjudicative body, a party in litigation, or a witness when relevant and necessary to a legal or administrative proceeding; (4) a Congressional office when the information is relevant to an inquiry initiated on behalf of its provider; (5) Other governmental or tribal organizations with which an individual has communicated regarding a complaint or inquiry about an OCC-regulated entity; (6) OCC contractors or agents when access to such information is necessary; and (7) other third parties when required or authorized by statute.

**I certify that the information provided on this form is true and correct to the best of my knowledge.**

I Certify ■          I Do Not Certify ☐

Date: 07/27/13

Signature:

We will mail you a written acknowledgment within five (5) business days of receipt of your completed complaint form containing your assigned case number. Please utilize your case number for future contact with our office. If you have any questions regarding this case, please call 1-800-613-6743.

If a valid OMB Control Number does not appear on this form, you are not required to complete this form.

Exhibit "A"

**IndyMac Mortgage Services**, a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 10, 2013


Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000


RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:          $      8227.11

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.


Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

**ENDORSE HERE**

X _____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Listed below are the security features provided on this
document which meets and/or exceeds industry guidelines.

| Security Features: | Description / Fraud Indicator: |
|---|---|
| Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

**IndyMac Mortgage Services,** a division of OneWest Bank, FSB  TPBY  462  *  07-11-2013

P.O. Box 4045 • Kalamazoo, MI 49003-4045

rec'd 7/15/13



PRESORTED
FIRST CLASS

02 1M
0008000813      $ 00.40⁵
                JUL 10  2013
MAILED FROM ZIP CODE 49512

27      EAG-GMB      95823

---

**CHASE**

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850--594
(800) 472-6236

Apply to Acct **3002357204**

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO  CA 95823-5621

**264118208**
25-3/440
**06-28-2013**



**Pay**    ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                              Dollars



| | **$1,629.13** |
|---|---|

To
the
Order
of

00494 BPC 001 019 13179 - 264118208 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX  AZ 85062-8826

SECURITY FEATURES
INCLUDED
SEE DETAILS ON BACK

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑆264118208⑈ ⑈044000037⑆        658533013⑈

Exhibit "B"

July 24, 2013

Law Office of Ronald H. Freshman, Esq.
Attn: Mr. Ronald H. Freshman, Esq.
3040 Skycrest Drive
Fallbrook, CA 92028

RE:    OCC Case Number: 02903715
       Mr. Anthony P. Dicus
       Loan Number: 3002357204
       Property Address: 5950 La Castana Way, Sacramento, CA 95823

Dear Mr. Freshman:

I am writing in response to the complaint that Mr. Anthony P. Dicus filed with the Office of the Comptroller of the Currency (OCC) on July 11, 2013. Included with the complaint is a letter dated July 11, 2013, that you wrote in response to our previous letter dated July 1, 2013. We received the complaint and the letter from the OCC on July 18, 2013. I appreciate this opportunity to address Mr. Dicus's concerns.

In your letter and Mr. Dicus's complaint, you assert that the loan is current. Additionally, you mention that payments were posted on March 4, 2013, April 3, 2013, April 29, 2013, and May 28, 2013. However, the referenced payments covered past due payments for November 1, 2012, December 1, 2012, January 1, 2013, and February 1, 2013, respectively. In support of your claim that the loan is current, you included a copy of his Loan Activity report, which contained payments from October 1, 2012, through May 28, 2013. Please note that this document confirms that the amounts we received were applied to past due payments.

For your convenience, I have enclosed a full transaction history for Mr. Dicus's loan. According to our records, his payment for August 1, 2008, was not posted until September 2, 2008, and his account therefore became one (1) month delinquent. Although we subsequently posted full payments on October 9, 2008, and November 24, 2008, we only received partial payments in December 2008. Consequently, the loan became further delinquent, and the payment we posted on January 21, 2009, was partially applied to the payment for November 1, 2008, with the remainder going into a suspense account. We did not receive any additional payments until after he filed for Chapter 13 bankruptcy on July 22, 2009. Although we received numerous payments throughout the duration of the bankruptcy, the payments we received were not sufficient to bring the loan current. If you believe the aforementioned transaction history is inaccurate, please provide additional information so that I may thoroughly research and address any issues.

Since the date of Mr. Dicus's bankruptcy filing, we have sent 16 letters inviting him to apply for the Home Affordable Modification Program (HAMP). However, we have yet to receive an application from him. For additional information and instructions on applying for a modification, he may visit www.indymacmortgageservices.com.

In your letter, you state that our correspondence from July 1, 2013, contained incorrect information relating to the mortgage-backed security (MBS) in which Mr. Dicus's loan is pooled. I apologize for the miscommunication. The subject loan is pooled in the MBS identified as LXS 2007-4N, for which OneWest Bank, FSB, is the servicer, and Aurora Loan Services is the trustee.

As of the date of this letter, Mr. Dicus's loan is five (5) months delinquent and due for March 1, 2013. The loan has a past due balance of $7,793.36, which does not include any foreclosure fees and costs. For the full amount to reinstate the loan, he may contact our Customer Service Department at 1.877.908.4357.

Monday through Friday from 8:00 a.m. to 5:00 p.m. Eastern Time. He may also contact our Customer Service Department at the number provided if he is interested in pursuing a repayment plan. This option would allow him to spread the delinquent amount over several months so that he can make monthly mortgage payments, plus a portion of the delinquent amount, with no additional late fees.

Based on the information set forth above, we believe that we accurately reported Mr. Dicus's account to the credit reporting agencies in accordance with the Fair Credit Reporting Act.

If you have any questions regarding this letter, please contact me directly via email at james.hougham@owb.com or by phone at 1.866.363.3091 Ext. 6261. I am available Monday through Friday, from 8:00 a.m. to 5:00 p.m. Central Time.

Respectfully,

James Hougham
Default Escalation Specialist
IndyMac Mortgage Services,
a division of OneWest Bank, FSB

Enclosure

CC:    Office of the Comptroller of the Currency

*This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.*

LOAN NUMBER: 3002357204    MORTGAGOR:    Anthony Dicus

| Transaction Type | Date of Transation | Due Date | Payment Recvd | Prinicpal Payment | Interest Payment | Escrow Payment | Suspense | Fees | FC/BK Fees | Principal Balance | Escrow Balance | Escrow Advance Balance (-) | Suspense Balance | Fee Balance | FC/BK Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Late Fee Assessed | 07-16-2013 | 03-01-2013 | $81.46 | $0.00 | $0.00 | $0.00 | $0.00 | $81.46 | | $299,425.11 | $0.00 | $0.00 | $515.21 | $162.92 | $156.00 |
| Inspection Fee | 07-01-2013 | 07-01-2013 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $299,425.11 | $0.00 | $0.00 | $515.21 | $81.46 | $156.00 |
| Late Fee Assessed | 06-17-2013 | | $81.46 | $0.00 | $0.00 | $0.00 | $0.00 | $81.46 | | $299,425.11 | $0.00 | $0.00 | $515.21 | $81.46 | $145.00 |
| Payment | 05-28-2013 | 02-01-2013 | $1,629.13 | $628.95 | $1,000.18 | $0.00 | $0.00 | | | $299,425.11 | $0.00 | $0.00 | $515.21 | $0.00 | $145.00 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$11.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $145.00 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$150.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$150.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $156.00 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$741.84 | $0.00 | $0.00 | $0.00 | $0.00 | | -$741.84 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $306.00 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$66.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$66.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $1,047.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$625.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$625.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $1,113.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$585.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$585.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $1,738.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$1,070.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$1,070.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $2,323.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$66.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$66.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $3,393.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$44.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$44.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $3,459.84 |
| BK Fee Pd | 05-23-2013 | 05-23-2013 | -$150.00 | $0.00 | $0.00 | $0.00 | $0.00 | | -$150.00 | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $3,503.84 |
| Payment | 04-29-2013 | 01-01-2013 | $1,629.13 | $626.66 | $1,002.27 | $0.00 | $0.00 | | | $300,054.06 | $0.00 | $0.00 | $515.21 | $0.00 | $3,653.84 |
| Payment | 04-03-2013 | 12-01-2012 | $1,629.13 | $624.78 | $1,004.35 | $0.00 | $0.00 | | | $300,680.92 | $0.00 | $0.00 | $515.21 | $0.00 | $3,653.84 |
| BPO Charge | 03-07-2013 | 03-07-2013 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $301,305.70 | $0.00 | $0.00 | $515.21 | $0.00 | $3,653.84 |
| Payment | 03-04-2013 | 11-01-2012 | $1,629.13 | $622.70 | $1,006.43 | $0.00 | $0.00 | | | $301,305.70 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 01-23-2013 | 10-01-2012 | $1,629.13 | $620.63 | $1,008.50 | $0.00 | $0.00 | | | $301,928.40 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 12-26-2012 | 09-01-2012 | $1,629.13 | $618.57 | $1,010.56 | $0.00 | $0.00 | | | $302,549.03 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 12-04-2012 | 08-01-2012 | $1,629.13 | $616.53 | $1,012.61 | $0.00 | $0.00 | | | $303,167.60 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 11-01-2012 | 07-01-2012 | $1,629.13 | $614.47 | $1,014.66 | $0.00 | $0.00 | | | $303,784.12 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 10-01-2012 | 06-01-2012 | $1,629.13 | $612.43 | $1,016.70 | $0.00 | $0.00 | | | $304,398.59 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| BPO Charge | 09-07-2012 | 11-28-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $305,011.02 | $0.00 | $0.00 | $515.21 | $0.00 | $3,508.84 |
| Payment | 08-16-2012 | 05-01-2012 | $0.00 | $610.39 | $1,018.74 | $0.00 | -$1,629.13 | | | $305,011.02 | $0.00 | $0.00 | $515.21 | $0.00 | $3,363.84 |
| Payment | 08-15-2012 | 05-01-2012 | $1,629.13 | $0.00 | $0.00 | $0.00 | $1,629.13 | | | $305,621.41 | $0.00 | $0.00 | $2,144.34 | $0.00 | $3,363.84 |
| Payment | 08-15-2012 | 04-01-2012 | $1,148.62 | $608.36 | $1,020.77 | $0.00 | -$480.51 | | | $305,621.41 | $0.00 | $0.00 | $515.21 | $0.00 | $3,363.84 |
| Payment | 07-13-2012 | 03-01-2012 | $1,148.62 | $606.34 | $1,022.79 | $0.00 | -$480.51 | | | $306,229.77 | $0.00 | $0.00 | $995.72 | $0.00 | $3,363.84 |
| Payment | 06-22-2012 | 03-01-2012 | $1,148.62 | $0.00 | $0.00 | $0.00 | $1,148.62 | | | $306,836.11 | $0.00 | $0.00 | $1,476.23 | $0.00 | $3,363.84 |
| Payment | 05-17-2012 | 02-01-2012 | $1,148.62 | $604.33 | $1,024.80 | $0.00 | -$480.51 | | | $306,836.11 | $0.00 | $0.00 | $327.61 | $0.00 | $3,363.84 |
| Payment | 04-11-2012 | 01-01-2012 | $1,148.62 | $602.32 | $1,026.81 | $0.00 | -$480.51 | | | $307,440.44 | $0.00 | $0.00 | $808.12 | $0.00 | $3,363.84 |
| Payment | 03-13-2012 | 12-01-2011 | $1,148.62 | $600.32 | $1,028.81 | $0.00 | -$480.51 | | | $308,042.76 | $0.00 | $0.00 | $1,288.63 | $0.00 | $3,363.84 |
| BPO Charge | 03-13-2012 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $308,643.08 | $0.00 | $0.00 | $1,769.14 | $0.00 | $3,363.84 |
| Payment | 02-13-2012 | 12-01-2011 | $1,148.62 | $0.00 | $0.00 | $0.00 | $1,148.62 | | | $308,643.08 | $0.00 | $0.00 | $1,769.14 | $0.00 | $3,218.84 |
| Recording Cost | 01-25-2012 | 11-30-2012 | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $21.00 | $308,643.08 | $0.00 | $0.00 | $620.52 | $0.00 | $3,218.84 |
| Attorney Fee | 01-13-2012 | 11-30-2012 | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $45.00 | $308,643.08 | $0.00 | $0.00 | $620.52 | $0.00 | $3,197.84 |
| Payment | 01-11-2012 | 11-01-2011 | $1,148.62 | $297.56 | $1,029.80 | $0.00 | -$178.74 | | | $308,643.08 | $0.00 | $0.00 | $620.52 | $0.00 | $3,152.84 |
| Payment | 12-09-2011 | 10-01-2011 | $1,148.62 | $296.57 | $1,030.79 | $0.00 | -$178.74 | | | $308,940.64 | $0.00 | $0.00 | $799.26 | $0.00 | $3,152.84 |
| Insurance Refund | 11-29-2011 | 10-01-2011 | $1,531.00 | $0.00 | $0.00 | $1,531.00 | $0.00 | | | $309,237.21 | $1,531.00 | $1,531.00 | $978.00 | $0.00 | $3,152.84 |
| Payment | 11-10-2011 | 09-01-2011 | $1,148.62 | $295.58 | $1,031.78 | $0.00 | -$178.74 | | | $309,237.21 | $0.00 | $1,531.00 | $978.00 | $0.00 | $3,152.84 |
| Payment | 10-12-2011 | 08-01-2011 | $1,148.62 | $262.44 | $1,064.92 | $0.00 | -$178.74 | | | $309,532.79 | $0.00 | $1,531.00 | $1,156.74 | $0.00 | $3,152.84 |
| Payment | 09-13-2011 | 07-01-2011 | $1,148.62 | $261.54 | $1,065.82 | $0.00 | -$178.74 | | | $309,795.23 | $0.00 | $1,531.00 | $1,335.48 | $0.00 | $3,152.84 |
| Insurance Disbursement | 08-26-2011 | 06-01-2011 | -$1,531.00 | $0.00 | $0.00 | -$1,531.00 | $0.00 | | | $310,056.77 | -$1,531.00 | $0.00 | $1,514.22 | $0.00 | $3,152.84 |
| BPO Charge | 08-24-2011 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $310,056.77 | $0.00 | $0.00 | $1,514.22 | $0.00 | $3,152.84 |
| Payment | 08-10-2011 | 07-01-2011 | $150.00 | $0.00 | $0.00 | $0.00 | $150.00 | | | $310,056.77 | $0.00 | $0.00 | $1,514.22 | $0.00 | $3,007.84 |
| Payment | 08-10-2011 | 07-01-2011 | $199.70 | $0.00 | $0.00 | $0.00 | $199.70 | | | $310,056.77 | $0.00 | $0.00 | $1,364.22 | $0.00 | $3,007.84 |
| Payment | 08-10-2011 | 06-01-2011 | $1,148.62 | $260.64 | $1,066.72 | $0.00 | -$178.74 | | | $310,056.77 | $0.00 | $0.00 | $1,164.52 | $0.00 | $3,007.84 |
| Funds from Suspense | 07-29-2011 | 05-01-2011 | $0.00 | $259.75 | $1,067.61 | $0.00 | -$1,327.36 | | | $310,317.41 | $0.00 | $0.00 | $1,343.26 | $0.00 | $3,007.84 |
| Payment | 07-18-2011 | 05-01-2011 | $1,148.62 | $0.00 | $0.00 | $0.00 | $1,148.62 | | | $310,577.16 | $0.00 | $0.00 | $2,670.62 | $0.00 | $3,007.84 |
| Payment | 07-18-2011 | 05-01-2011 | $449.39 | $0.00 | $0.00 | $0.00 | $449.39 | | | $310,577.16 | $0.00 | $0.00 | $1,522.00 | $0.00 | $3,007.84 |

| Description | Date | Due Date | Amount | Principal | Interest | Escrow | Suspense | | Fees | Balance | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 06-20-2011 | 04-01-2011 | $1,148.62 | $258.86 | $1,068.50 | $0.00 | -$178.74 | | | $310,577.16 | $0.00 | $0.00 | $1,072.61 | $0.00 | $3,007.84 |
| Payment | 06-20-2011 | 04-01-2011 | | | | | | | | $310,836.02 | $0.00 | $0.00 | $1,251.35 | $0.00 | $3,007.84 |
| Payment | 05-10-2011 | 04-01-2011 | $448.45 | $0.00 | $0.00 | $0.00 | $448.45 | | | $310,836.02 | $0.00 | $0.00 | $799.04 | $0.00 | $3,007.84 |
| Payment | 05-10-2011 | 03-01-2011 | $1,148.62 | $257.97 | $1,069.39 | $0.00 | -$178.74 | | | $310,836.02 | $0.00 | $0.00 | $350.59 | $0.00 | $3,007.84 |
| Funds from Suspense | 04-14-2011 | 02-01-2011 | $0.00 | $257.09 | $1,070.27 | $0.00 | -$1,327.36 | | | $311,093.99 | $0.00 | $0.00 | $529.33 | $0.00 | $3,007.84 |
| Payment | 04-11-2011 | 02-01-2011 | $898.09 | $0.00 | $0.00 | $0.00 | $898.09 | | | $311,351.08 | $0.00 | $0.00 | $1,856.69 | $0.00 | $3,007.84 |
| Payment | 04-11-2011 | 01-01-2011 | $1,148.62 | $256.21 | $1,071.15 | $0.00 | -$178.74 | | | $311,351.08 | $0.00 | $0.00 | $958.60 | $0.00 | $3,007.84 |
| Payment | 03-11-2011 | 12-01-2010 | $1,148.62 | $255.33 | $1,072.03 | $0.00 | -$178.74 | | | $311,607.29 | $0.00 | $0.00 | $1,137.34 | $0.00 | $3,007.84 |
| BPO Charge | 02-23-2011 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $311,862.62 | $0.00 | $0.00 | $1,316.08 | $0.00 | $3,007.84 |
| Payment | 02-10-2011 | 12-01-2010 | $449.76 | $0.00 | $0.00 | $0.00 | $449.76 | | | $311,862.62 | $0.00 | $0.00 | $1,316.08 | $0.00 | $2,862.84 |
| Payment | 02-10-2011 | 11-01-2010 | $1,148.62 | $162.17 | $1,072.59 | $0.00 | -$86.14 | | | $311,862.62 | $0.00 | $0.00 | $866.32 | $0.00 | $2,862.84 |
| Funds from Suspense | 01-13-2011 | 10-01-2010 | $0.00 | $161.62 | $1,073.14 | $0.00 | -$1,234.76 | | | $312,024.79 | $0.00 | $0.00 | $952.46 | $0.00 | $2,862.84 |
| Payment | 01-12-2011 | 10-01-2010 | $449.97 | $0.00 | $0.00 | $0.00 | $449.97 | | | $312,186.41 | $0.00 | $0.00 | $2,187.22 | $0.00 | $2,862.84 |
| Payment | 01-12-2011 | 09-01-2010 | $1,148.62 | $161.07 | $1,073.69 | $0.00 | -$86.14 | | | $312,186.41 | $0.00 | $0.00 | $1,737.25 | $0.00 | $2,862.84 |
| Inspection Fee | 12-27-2010 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $312,347.48 | $0.00 | $0.00 | $1,823.39 | $0.00 | $2,862.84 |
| Payment | 12-20-2010 | 08-01-2010 | $1,148.62 | $128.08 | $1,106.68 | $0.00 | -$86.14 | | | $312,347.48 | $0.00 | $0.00 | $1,823.39 | $0.00 | $2,851.84 |
| Payment | 12-20-2010 | 08-01-2010 | $436.22 | $0.00 | $0.00 | $0.00 | $436.22 | | | $312,475.56 | $0.00 | $0.00 | $1,909.53 | $0.00 | $2,851.84 |
| Payment | 11-12-2010 | 08-01-2010 | $420.96 | $0.00 | $0.00 | $0.00 | $420.96 | | | $312,475.56 | $0.00 | $0.00 | $1,473.31 | $0.00 | $2,851.84 |
| Payment | 11-12-2010 | 07-01-2010 | $1,148.62 | $127.62 | $1,107.14 | $0.00 | -$86.14 | | | $312,475.56 | $0.00 | $0.00 | $1,052.35 | $0.00 | $2,851.84 |
| Funds from Suspense | 11-04-2010 | 06-01-2010 | $0.00 | $127.17 | $1,107.59 | $0.00 | -$1,234.76 | | | $312,603.18 | $0.00 | $0.00 | $1,138.49 | $0.00 | $2,851.84 |
| Payment | 10-14-2010 | 06-01-2010 | $450.77 | $0.00 | $0.00 | $0.00 | $450.77 | | | $312,730.35 | $0.00 | $0.00 | $2,373.25 | $0.00 | $2,851.84 |
| Payment | 10-14-2010 | 05-01-2010 | $1,148.62 | $126.72 | $1,108.04 | $0.00 | -$86.14 | | | $312,730.35 | $0.00 | $0.00 | $1,922.48 | $0.00 | $2,851.84 |
| Payment | 09-20-2010 | 05-01-2010 | $450.21 | $0.00 | $0.00 | $0.00 | $450.21 | | | $312,857.07 | $0.00 | $0.00 | $2,008.62 | $0.00 | $2,851.84 |
| Payment | 09-20-2010 | 05-01-2010 | $1,148.62 | $0.00 | $0.00 | $0.00 | $1,148.62 | | | $312,857.07 | $0.00 | $0.00 | $1,558.41 | $0.00 | $2,851.84 |
| BPO Charge | 08-12-2010 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $312,857.07 | $0.00 | $0.00 | $409.79 | $0.00 | $2,851.84 |
| Payment | 08-11-2010 | 05-01-2010 | $449.75 | $0.00 | $0.00 | $0.00 | $449.75 | | | $312,857.07 | $0.00 | $0.00 | $409.79 | $0.00 | $2,706.84 |
| Payment | 08-11-2010 | 04-01-2010 | $1,148.62 | $126.28 | $1,108.48 | $0.00 | -$86.14 | | | $312,857.07 | $0.00 | $0.00 | -$39.96 | $0.00 | $2,706.84 |
| Funds from Suspense | 07-13-2010 | 03-01-2010 | $0.00 | $125.83 | $1,108.93 | $0.00 | -$1,275.25 | | | $312,983.35 | $0.00 | $0.00 | $546.18 | $0.00 | $2,706.84 |
| Fee Payment | 07-13-2010 | | -$40.49 | $0.00 | $0.00 | $0.00 | $0.00 | -$40.49 | | $313,109.18 | $0.00 | $0.00 | $1,321.43 | $0.00 | $2,706.84 |
| Payment | 07-12-2010 | 03-01-2010 | $449.35 | $0.00 | $0.00 | $0.00 | $449.35 | | | $313,109.18 | $0.00 | $0.00 | $1,321.43 | $40.49 | $2,706.84 |
| Payment | 07-12-2010 | 02-01-2010 | $1,148.62 | $125.39 | $1,109.37 | $0.00 | -$86.14 | | | $313,109.18 | $0.00 | $0.00 | $872.08 | $40.49 | $2,706.84 |
| Payment | 06-15-2010 | 02-01-2010 | $452.73 | $0.00 | $0.00 | $0.00 | $452.73 | | | $313,234.57 | $0.00 | $0.00 | $958.22 | $40.49 | $2,706.84 |
| Payment | 06-15-2010 | 01-01-2010 | $1,148.62 | $92.42 | $1,142.34 | $0.00 | -$86.14 | | | $313,234.57 | $0.00 | $0.00 | $505.49 | $40.49 | $2,706.84 |
| Payment | 05-13-2010 | 12-01-2009 | $1,148.62 | $92.09 | $1,142.67 | $0.00 | -$86.14 | | | $313,326.99 | $0.00 | $0.00 | $591.63 | $40.49 | $2,706.84 |
| Payment | 05-13-2010 | 12-01-2009 | $389.85 | $0.00 | $0.00 | $0.00 | $389.85 | | | $313,419.08 | $0.00 | $0.00 | $677.77 | $40.49 | $2,706.84 |
| Funds from Suspense | 04-14-2010 | 11-01-2009 | $0.00 | -$26.60 | $1,175.22 | $0.00 | $0.00 | | | $313,419.08 | $0.00 | $0.00 | $287.92 | $40.49 | $2,706.84 |
| Funds from Suspense | 04-14-2010 | 10-01-2009 | $0.00 | -$91.53 | $1,240.15 | $0.00 | -$2,297.24 | | | $313,392.48 | $0.00 | $0.00 | $287.92 | $40.49 | $2,706.84 |
| Payment | 04-13-2010 | 09-01-2009 | $1,148.62 | -$123.66 | $1,272.28 | $0.00 | $0.00 | | | $313,300.95 | $0.00 | $0.00 | $2,585.16 | $40.49 | $2,706.84 |
| Payment | 04-13-2010 | 09-01-2009 | $1,504.29 | $0.00 | $0.00 | $0.00 | $1,504.29 | | | $313,177.29 | $0.00 | $0.00 | $2,585.16 | $40.49 | $2,706.84 |
| Payment | 03-11-2010 | 09-01-2009 | $324.15 | $0.00 | $0.00 | $0.00 | $324.15 | | | $313,177.29 | $0.00 | $0.00 | $1,080.87 | $40.49 | $2,706.84 |
| Payment | 03-11-2010 | 08-01-2009 | $1,148.62 | -$155.64 | $1,304.26 | $0.00 | $0.00 | | | $313,177.29 | $0.00 | $0.00 | $756.72 | $40.49 | $2,706.84 |
| Funds from Suspense | 02-18-2010 | 07-01-2009 | $0.00 | -$187.44 | $1,336.06 | $0.00 | -$1,206.05 | | | $313,021.65 | $0.00 | $0.00 | $756.72 | $40.49 | $2,706.84 |
| Fee Payment | 02-18-2010 | | -$57.43 | $0.00 | $0.00 | $0.00 | $0.00 | -$57.43 | | $312,834.21 | $0.00 | $0.00 | $1,962.77 | $40.49 | $2,706.84 |
| Payment | 02-15-2010 | 07-01-2009 | $972.45 | $0.00 | $0.00 | $0.00 | $972.45 | | | $312,834.21 | $0.00 | $0.00 | $1,962.77 | $97.92 | $2,706.84 |
| Payment | 02-15-2010 | 06-01-2009 | $1,148.62 | -$219.07 | $1,367.69 | $0.00 | $0.00 | | | $312,834.21 | $0.00 | $0.00 | $990.32 | $97.92 | $2,706.84 |
| Waiver of Fee | 02-15-2010 | | $61.74 | $0.00 | $0.00 | $0.00 | $0.00 | -$61.74 | | $312,615.14 | $0.00 | $0.00 | $990.32 | $97.92 | $2,706.84 |
| BPO Charge | 02-09-2010 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $312,615.14 | $0.00 | $0.00 | $990.32 | $159.66 | $2,706.84 |
| Payment | 01-19-2010 | 05-01-2009 | $1,148.62 | -$250.51 | $1,399.13 | $0.00 | $0.00 | | | $312,615.14 | $0.00 | $0.00 | $990.32 | $159.66 | $2,561.84 |
| Waiver of Fee | 01-19-2010 | | $61.74 | $0.00 | $0.00 | $0.00 | $0.00 | -$61.74 | | $312,364.63 | $0.00 | $0.00 | $990.32 | $159.66 | $2,561.84 |
| Payment | 12-14-2009 | 04-01-2009 | $1,206.05 | -$249.40 | $1,398.02 | $0.00 | $57.43 | | | $312,364.63 | $0.00 | $0.00 | $990.32 | $221.40 | $2,561.84 |
| Waiver of Fee | 12-14-2009 | | $61.74 | $0.00 | $0.00 | $0.00 | $0.00 | -$61.74 | | $312,115.23 | $0.00 | $0.00 | $932.89 | $221.40 | $2,561.84 |
| Payment | 11-16-2009 | 03-01-2009 | $1,148.62 | -$312.95 | $1,461.57 | $0.00 | $0.00 | | | $312,115.23 | $0.00 | $0.00 | $932.89 | $283.14 | $2,561.84 |
| Waiver of Fee | 11-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | -$57.43 | | $311,802.28 | $0.00 | $0.00 | $932.89 | $283.14 | $2,561.84 |
| Attorney Fee | 10-22-2009 | 11-30-2012 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $150.00 | $311,802.28 | $0.00 | $0.00 | $932.89 | $340.57 | $2,561.84 |
| Payment | 10-19-2009 | 02-01-2009 | $1,148.62 | -$376.07 | $1,524.69 | $0.00 | $0.00 | | | $311,802.28 | $0.00 | $0.00 | $932.89 | $340.57 | $2,411.84 |
| Waiver of Fee | 10-19-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | -$57.43 | | $311,426.21 | $0.00 | $0.00 | $932.89 | $340.57 | $2,411.84 |

Case 14-02127    Filed 05/19/14    Doc 15

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney Fee | 09-30-2009 | 11-30-2012 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $150.00 | $311,426.21 | $0.00 | $0.00 | $932.89 | $398.00 | $2,411.84 |
| Inspection Fee | 09-21-2009 | 11-30-2012 | | | | | | $11.00 | $311,426.21 | $0.00 | $0.00 | $932.89 | $398.00 | $2,261.84 |
| Payment | 09-21-2009 | 01-01-2009 | $0.00 | -$406.48 | $1,555.10 | $0.00 | $0.00 | | $311,426.21 | $0.00 | $0.00 | $932.89 | $398.00 | $2,250.84 |
| Payment | 09-21-2009 | 12-01-2008 | $2,648.62 | -$468.83 | $1,617.45 | $0.00 | $351.38 | | $311,019.73 | $0.00 | $0.00 | $932.89 | $398.00 | $2,250.84 |
| Waiver of Fee | 09-21-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | -$57.43 | $310,550.90 | $0.00 | $0.00 | $581.51 | $398.00 | $2,250.84 |
| BPO Charge | 09-11-2009 | 11-30-2012 | $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $55.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $2,250.84 |
| Service Cost | 08-25-2009 | 11-30-2012 | $741.84 | $0.00 | $0.00 | $0.00 | $0.00 | | $741.84 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $2,195.84 |
| Recording Cost | 08-25-2009 | 11-30-2012 | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $45.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $1,454.00 |
| Title Policy | 08-25-2009 | 11-30-2012 | $625.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $625.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $1,409.00 |
| Attorney Fee | 08-25-2009 | 11-30-2012 | $540.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $540.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $784.00 |
| Inspection Fee | 07-23-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $244.00 |
| Late Fee Assessed | 07-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | $310,550.90 | $0.00 | $0.00 | $581.51 | $455.43 | $233.00 |
| Inspection Fee | 06-24-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $398.00 | $233.00 |
| Inspection Fee | 05-26-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $398.00 | $222.00 |
| Late Fee Assessed | 05-18-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | $310,550.90 | $0.00 | $0.00 | $581.51 | $398.00 | $211.00 |
| Inspection Fee | 05-05-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $340.57 | $211.00 |
| BPO Charge | 04-22-2009 | 11-30-2012 | $145.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $145.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $340.57 | $200.00 |
| Late Fee Assessed | 04-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | $310,550.90 | $0.00 | $0.00 | $581.51 | $340.57 | $55.00 |
| Inspection Fee | 03-24-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $283.14 | $55.00 |
| Late Fee Assessed | 03-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | $310,550.90 | $0.00 | $0.00 | $581.51 | $283.14 | $44.00 |
| Inspection Fee | 02-23-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $225.71 | $44.00 |
| Late Fee Assessed | 02-17-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | $310,550.90 | $0.00 | $0.00 | $581.51 | $225.71 | $33.00 |
| Inspection Fee | 01-21-2009 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $310,550.90 | $0.00 | $0.00 | $581.51 | $168.28 | $33.00 |
| Payment | 01-21-2009 | 11-01-2008 | $1,200.00 | -$610.35 | $1,678.84 | $0.00 | $131.51 | | $310,550.90 | $0.00 | $0.00 | $581.51 | $168.28 | $22.00 |
| Late Fee Assessed | 01-16-2009 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | $309,940.55 | $0.00 | $0.00 | $450.00 | $168.28 | $22.00 |
| Payment | 12-30-2008 | 11-01-2008 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | | $309,940.55 | $0.00 | $0.00 | $450.00 | $110.85 | $22.00 |
| Inspection Fee | 12-26-2008 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $309,940.55 | $0.00 | $0.00 | $100.00 | $110.85 | $22.00 |
| Late Fee Assessed | 12-16-2008 | | $57.43 | $0.00 | $0.00 | $0.00 | $0.00 | $57.43 | $309,940.55 | $0.00 | $0.00 | $100.00 | $110.85 | $11.00 |
| Payment | 12-16-2008 | 11-01-2008 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | | $309,940.55 | $0.00 | $0.00 | $100.00 | $53.42 | $11.00 |
| Pa | 11-24-2008 | 10-01-2008 | $1,083.49 | -$639.11 | $1,707.60 | $0.00 | $0.00 | | $309,940.55 | $0.00 | $0.00 | -$150.00 | $53.42 | $11.00 |
| Inspection Fee | 11-24-2008 | 11-30-2012 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $11.00 | $309,301.44 | $0.00 | $0.00 | -$150.00 | $53.42 | $11.00 |
| Fee Payment | 11-24-2008 | | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $309,301.44 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| IVR Pmt Fee | 11-24-2008 | | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $309,301.44 | $0.00 | $0.00 | -$150.00 | $68.42 | $0.00 |
| Late Fee Assessed | 11-17-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | $309,301.44 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 10-09-2008 | 09-01-2008 | $1,068.49 | -$699.54 | $1,768.03 | $0.00 | $0.00 | | $309,301.44 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 10-09-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $308,601.90 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Web Pmt Fee | 10-09-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $308,601.90 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Payment | 09-02-2008 | 08-01-2008 | $1,068.49 | -$759.33 | $1,827.82 | $0.00 | $0.00 | | $308,601.90 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 09-02-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $307,842.57 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 09-02-2008 | | -$53.42 | $0.00 | $0.00 | $0.00 | $0.00 | -$53.42 | $307,842.57 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Web Pmt Fee | 09-02-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $307,842.57 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Late Fee Assessed | 08-18-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | $307,842.57 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 07-22-2008 | 07-01-2008 | $1,068.49 | -$818.43 | $1,886.92 | $0.00 | $0.00 | | $307,842.57 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 07-22-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $307,024.14 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 07-22-2008 | | -$53.42 | $0.00 | $0.00 | $0.00 | $0.00 | -$53.42 | $307,024.14 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Web Pmt Fee | 07-22-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $307,024.14 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Late Fee Assessed | 07-16-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | $307,024.14 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 06-20-2008 | 06-01-2008 | $1,068.49 | -$876.82 | $1,945.31 | $0.00 | $0.00 | | $307,024.14 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 06-20-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $306,147.32 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 06-20-2008 | | -$53.42 | $0.00 | $0.00 | $0.00 | $0.00 | -$53.42 | $306,147.32 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Web Pmt Fee | 06-20-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $306,147.32 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Late Fee Assessed | 06-16-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | $306,147.32 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 05-15-2008 | 05-01-2008 | $1,068.49 | -$934.47 | $2,002.96 | $0.00 | $0.00 | | $306,147.32 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 05-15-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $305,212.85 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Web Pmt Fee | 05-15-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $305,212.85 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Payment | 04-14-2008 | 04-01-2008 | $1,073.49 | -$951.34 | $2,059.83 | $0.00 | $0.00 | | $305,212.85 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |

Case 14-02127    Filed 05/19/14    Doc 15

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fee Payment | 04-14-2008 | | -$53.42 | $0.00 | $0.00 | $0.00 | $0.00 | -$53.42 | $304,221.51 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 04-14-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $304,221.51 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Web Pmt Fee | 04-14-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $304,221.51 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Payment | 03-18-2008 | 03-01-2008 | $1,068.49 | -$1,047.41 | $2,115.90 | $0.00 | $0.00 | | $304,221.51 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Fee Payment | 03-18-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $303,174.10 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Web Pmt Fee | 03-18-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $303,174.10 | $0.00 | $0.00 | -$150.00 | $58.42 | $0.00 |
| Late Fee Assessed | 03-17-2008 | | $53.42 | $0.00 | $0.00 | $0.00 | $0.00 | $53.42 | $303,174.10 | $0.00 | $0.00 | -$150.00 | $53.42 | $0.00 |
| Payment | 02-15-2008 | 02-01-2008 | $1,068.49 | -$1,071.40 | $2,139.89 | $0.00 | $0.00 | | $303,174.10 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 02-15-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $302,102.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Web Pmt Fee | 02-15-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $302,102.70 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Payment | 01-10-2008 | 01-01-2008 | $1,068.49 | -$1,095.00 | $2,163.49 | $0.00 | $0.00 | | $302,102.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 01-10-2008 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $301,007.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Web Pmt Fee | 01-10-2008 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $301,007.70 | $0.00 | $0.00 | -$150.00 | $5.00 | $0.00 |
| Curtailment Payment | 12-14-2007 | 01-01-2008 | $99.40 | $0.00 | $0.00 | $0.00 | $0.00 | | $301,007.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 12-14-2007 | 12-01-2007 | $1,073.49 | -$1,087.19 | $2,155.68 | $0.00 | $0.00 | | $301,007.70 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 12-14-2007 | | -$99.40 | $0.00 | $0.00 | $0.00 | $0.00 | -$99.40 | $299,920.51 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Fee Payment | 12-14-2007 | | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $299,920.51 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Web Pmt Fee | 12-14-2007 | | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $299,920.51 | $0.00 | $0.00 | -$150.00 | $104.40 | $0.00 |
| Curtailment Payment | 11-15-2007 | 12-01-2007 | $74.54 | $74.54 | $0.00 | $0.00 | $0.00 | | $299,920.51 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Payment | 11-15-2007 | 11-01-2007 | $993.95 | -$1,184.87 | $2,178.82 | $0.00 | $0.00 | | $299,995.05 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Curtailment Payment | 10-16-2007 | 11-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $298,810.18 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Payment | 10-16-2007 | 10-01-2007 | $993.95 | -$1,376.30 | $2,170.25 | $0.00 | $0.00 | | $298,810.23 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Curtailment Payment | 09-19-2007 | 10-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $297,633.93 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Payment | 09-19-2007 | 09-01-2007 | $953.95 | -$1,167.78 | $2,161.73 | $0.00 | $0.00 | | $297,633.98 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Late Fee Assessed | 09-17-2007 | | $49.70 | $0.00 | $0.00 | $0.00 | $0.00 | $49.70 | $296,466.20 | $0.00 | $0.00 | -$150.00 | $99.40 | $0.00 |
| Curtailment Payment | 08-20-2007 | 09-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $296,466.20 | $0.00 | $0.00 | -$150.00 | $49.70 | $0.00 |
| Payment | 08-20-2007 | 08-01-2007 | $993.95 | -$1,189.86 | $2,183.81 | $0.00 | $0.00 | | $296,466.25 | $0.00 | $0.00 | -$150.00 | $49.70 | $0.00 |
| Late Fee Assessed | 08-16-2007 | | $49.70 | $0.00 | $0.00 | $0.00 | $0.00 | $49.70 | $295,276.39 | $0.00 | $0.00 | -$150.00 | $49.70 | $0.00 |
| Curtailment Payment | 07-16-2007 | 08-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $295,276.39 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 07-16-2007 | 07-01-2007 | $993.95 | -$1,181.13 | $2,175.08 | $0.00 | $0.00 | | $295,276.44 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Curtailment Payment | 06-18-2007 | 07-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $294,095.31 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 06-18-2007 | 06-01-2007 | $963.95 | -$1,172.46 | $2,166.41 | $0.00 | $0.00 | | $294,095.36 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Curtailment Payment | 05-15-2007 | 06-01-2007 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | | $292,922.90 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 05-15-2007 | 05-01-2007 | $993.95 | -$1,163.85 | $2,157.80 | $0.00 | $0.00 | | $292,922.95 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 04-16-2007 | 04-01-2007 | $993.95 | -$1,125.26 | $2,119.21 | $0.00 | $0.00 | | $291,759.10 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 03-13-2007 | 03-01-2007 | $993.95 | -$1,117.11 | $2,111.06 | $0.00 | $0.00 | | $290,633.84 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 02-15-2007 | 02-01-2007 | $993.95 | -$1,079.19 | $2,073.14 | $0.00 | $0.00 | | $289,516.73 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Payment | 01-17-2007 | 01-01-2007 | $993.95 | -$1,071.49 | $2,065.44 | $0.00 | $0.00 | | $288,437.54 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 |
| Principal Setup | 01-11-2007 | | -$287,366.05 | $0.00 | $0.00 | $0.00 | $0.00 | | $287,366.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | $0.00 | $0.00 |

Exhibit "C"

# IndyMac Mortgage Services

Primary Phone Number:  (555) 555-5555
Secondary Phone Number:  (555) 555-5555

Property Address:  5950  LA CASTANA WAY,
SACRAMENTO, CA 95823

#BWNDXCT
#668027532003079#

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO   CA 95823

## Account Information

| | |
|---|---:|
| Account Information as of | 07/18/13 |
| Loan Number | 3002357204 |
| Interest Rate | 4.000% |
| Principal Balance | $299,425.11 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $515.21 |
| Funds Advanced by IMS (1,2) | $156.00 |
| Principal Paid YTD | $3,123.92 |
| Interest Paid YTD | $5,021.73 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

**For statement questions,
please call Customer Service at
1.800.781.7399**

## Payment Information

| 08/01/13 Payment Options | Minimum(A) | Interest Only(B) | Fully Amortized(C) | 15 Yr Amortized(C) |
|---|---:|---|---|---|
| Principal and/or Interest | $1,629.13 | Not applicable | Not applicable | Not applicable |
| Escrow | $ .00 | | | |
| Optional Products(2) | $ .00 | | | |
| Other(2) | $ .00 | | | |
| **Payment Amount** | $1,629.13 | | | |
| Past Due Payment(s) | $8,145.65 | | | |
| Total Payments Due | $9,774.78 | | | |
| Unpaid Late Charges | $162.92 | | | |
| Returned Payment Fees | $ .00 | | | |
| Other Unpaid Charges(2) | $ .00 | | | |
| Funds Advanced by IMS (1,2) | $156.00 | | | |
| **Total Amount Due** | $10,093.70 | | | |
| After 08/16/13 please pay: (3) | $10,175.16 | | | |

**Your Account is now
5 Payments Past Due**

### Additional Information

1  Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to fees/charges.

2  Itemized detail available upon request.

3  Payment calculation includes Late Charge fee.

## Transactions Since Last Statement

| Date | Transaction | Total | Principal/Deferred Interest(D) | Interest | Escrow | Fees/Misc. |
|---|---|---|---|---|---|---|
| 07/16/13 | Fee Assessment | | | | | 81.46- |

## Important Messages

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY !
To find out more, see the back of this statement.**

**(A) Minimum P&I Payment** This is the minimum amount that must be paid. As the interest rate may change monthly, this "minimum" payment amount may not be enough to pay all of the monthly interest due. If this occurs, the unpaid interest is then added to your loan balance.

**(B) Interest Only Payment** Payment applied only to interest due for month. No funds are included to reduce the loan's principal balance. Payment option is only available if the interest only amount due is at least as much as the minimum payment amount due.

**(C) Fully or 15-Year Amortized Payment** The principal and interest due. It is calculated using the current interest (determined by adding index plus margin) and the balance over the remaining term of the loan.

**(D) Principal/Deferred Interest** Positive amounts in this section mean the loan balance has decreased. Negative amounts in this section mean the monthly interest due was not satisfied with the last payment resulting in an increased loan balance.

---

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

# IndyMac Mortgage Services, a division of OneWest Bank, FSB™

### Payment Summary

ANTHONY P DICUS                    Loan Number 3002357204

03/01/13  Payment Information

| Payment Options: | Minimum Payment | Interest Only | Fully Amortized | 15 - Year Amortized |
|---|---|---|---|---|
| Total Payments Due | $9,774.78 | N/A | N/A | N/A |
| After 08/16/13 | $9,856.24 | | | |
| Total Amount Due: | $10,093.70 | | | |
| After 08/16/13 | $10,175.16 | | | |

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

| | | |
|---|---|---|
| + Additional Principal: | $ | |
| + Additional Escrow: | $ | |
| + Late Charges/Fees: | $ | |
| + Other: | $ | |
| = Total Amount Enclosed: | $ | |

Check this box if name, mailing address, or telephone number have recently changed. Please complete form on the reverse side.

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ  85062-8826

3002357204   01009370   01017516   6

Exhibit "D"

Law Office
**Ronald H. Freshman, Esq.**

_____

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: July 29, 2013

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: James Hougham
Default Escalation Specialist
2900 Esperanza Crossing
Austin, TX 78758

Via:  U.S. Mail - Certificate of Mailing

Re:   OCC Case Number 02903715
      Anthony P. Dicus
      Purported Loan #3002357204

      Correspondence received; dated July 24, 2013
      Address:   5950 La Castana Way
      Sacramento, CA 95823

**DISPUTE OF DEBT**

Dear Mr. Hougham:

     This letter is in response to the letter we received from you dated July 24, 2013 regarding our client, Mr. Dicus' and his complaint filed with the OCC.

     Your letter contains misstated facts and ignores bankruptcy court orders.

     Contrary to the information provided in your letter, you have misapplied Mr. Dicus' payments in contravention of the U.S. Bankruptcy Court order and Chapter 13 discharge of Mr. Dicus' debts which include satisfaction of all arrearages you claim remain delinquent.

Pursuant to said order, Mr. Dicus' arrearages and payments were deemed by the Court to be current as of July 20, 2012 (see enclosure).

By your own records, subsequent to said order, you received the following:

1. 08-15-2012 - $1,148.62, claiming a due date of 04-01-2012;

2. 08-15-2012 - $1,629.13, claiming a due date of 05-01-2012;

3. 10-01-2012 - $1,629.13, claiming a due date of 06-01-2012;

4. 11-01-2012 - $1,629.13, claiming a due date of 07-01-2012;

6. 12-04-2012 - $1,629.13, claiming a due date of 08-01-2012;

7. 12-26-2012 - $1,629.13, claiming a due date of 09-01-2012;

8. 01-23-2012 - $1,629.13, claiming a due date of 10-01-2012;

9. 03-04-2013 - $1,629.13, claiming a due date of 11-01-2012;

10. 04-03-2013 - $1,629.13, claiming a due date of 12-01-2012;

11. 04-29-2013 - $1,629.13, claiming a due date of 01-01-2013;

12. 05-28-2013 - $1,629.13, claiming a due date of 02-01-2013; which is the last payment on your schedule (sent), due to OWB's refusal to accept Mr. Dicus' June payment, claiming it was not enough to "BRING YOUR LOAN CURRENT" (See enclosure).

From the July 20, 2012 order, in which the Court ruled Mr. Dicus' payments were current and arrearages paid, through May 1st of your schedule, 10 payments were due to be paid and 11 payments have been paid.  In fact, you have been overpaid based on on your own schedule and the Court order.  OWB has misapplied all Mr. Dicus' payments since.

All your junk fees, late fees and such have been illegally added; the only payment not on your schedule, Mr. Dicus also paid timely but OWB refused to accept it when paid (see enclosure.)

We are attempting to correct your records but you continue to allege Mr. Dicus is delinquent and in "default" when he is not.

Find enclosed the "MOTION TO DEEM CURRENT" and resulting "CIVIL MINUTE ORDER" which discharged and satisfied all payments to OWB as of July 20, 2012.

Please confirm in writing and rectify your accounting mistakes and misapplication of Mr. Dicus' payments; remove any and all late payment and "junk" fees; and correct any erroneous corresponding credit reporting information provided to all three repositories.

Let us know if you are incapable of correcting your records so we can determine if a new lawsuit needs to be filed or the bankruptcy case reopened to address OWB's violation and contempt of the bankruptcy discharge injunction.

Mr. Dicus has incurred and continues to incur, far too many legal fees he should not have to, merely because of OWB's accounting incompetence and refusal to comply with the Court Order.

Please advise your disposition of these issues forthwith as OWB's intimidation and infliction of emotional distress on the Dicus family is appearing to be intentional rather than merely negligent by refusing to accept Mr. Dicus' payment(s) and the constant threats to pursue foreclosing on the Dicus' home.  OWB's accounting irregularities, is in our view, a breach of contract (should one be determined to exist between OWB and Mr. Dicus *et al.*) and tortious.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus


Enclosures
CC: APD; OCC

*This is an attempt to correct your records.  Any information obtained will be used for that purpose.*

3

**THE LAW OFFICES OF AARON C. KOENIG**
Aaron C. Koenig SBN 255387
331 J. Street, Ste 200
Sacramento, California  95814
Telephone: 916-443-1009

Attorney For Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:                              ) Case No.: 2009-35241-B-13J
                                     )
  ANTHONY P. DICUS                   ) MCN: ACK-7
                                     )
  AND LILIA E. LOPEZ,                ) **MOTION TO DEEM CURRENT**
                                     )
             Debtors            ) DATE: December 4, 2012
                                       TIME: 9:32 a.m.
                                       JUDGE: Hon. Thomas Holman
                                       LOCATION: 501 I Street,
                                       6th Floor, Courtroom 32
_____      Sacramento, CA 95814

MOTION TO DEEM CURRENT

    The Debtors, Anthony P. Dicus and Lilia E. Lopez, by and through their attorney, Aaron C. Koenig, move this Court to grant the Motion to Deem Current for post-petition amounts. This motion is being filed pursuant to FRBP 3002.1

1. The Debtors filed their Chapter 13 bankruptcy case on July 22, 2009.  The debtor's 1st Amended Plan was confirmed on November 13, 2009.  There were no other amended or modified plans filed or confirmed.

2. Pursuant to the confirmed plan, the debtor's classified the holder of their first mortgage as a Class 1 Claim.  The monthly contract installment was listed at $1,148.62.  See Exhibit A.

3.  On October 5, 2009 the holder of the 1st mortgage filed a claim listing the monthly contract installment to be $1,148.62.  See Exhibit B.

4.  The debtor has made every payment required under the Plan and made his last payment on July 25, 2012.  On August 1, 2012 the trustee issued a notice of completed plan payments stating that the debtor has made every payment required under the plan.  See Exhibit C

5.  On September 11, 2012, the trustee filed a Notice of Final Cure Mortgage Payment.  On October 1, 2012, the holder of the 1st mortgage filed a response to the final cure payment and stated that the debtor was not current on his ongoing monthly mortgage statement and owed $8,780.90 in post-petition payments.  On the creditors response the ongoing monthly mortgage payment is listed at $1,629.13.  See Exhibit D

6.  Pursuant to FRBP 3002.1(h), on motion by the debtor or the trustee "the Court shall, after notice and hearing" determine whether the debtor has cured the default and paid all required post petition amounts."

7.  In our case the debtor has satisfied his burden in proving that he has paid all post-petition amounts.  First, the Plan and the 1st filed claim both state that the ongoing monthly mortgage payment is $1,148.62.  Second, the trustee has issued a notice that all payments that have been required have been made.

Third, the holder of the 1st deed of trust has not filed any statement with the court or mailed to the trustee any notice that the mortgage payment has increased.  Pursuant to FRBP 3002.1(b), a creditor is required to file with the court and serve upon the trustee when there has been any change in the payment amount no later than 21 days before the payment is due. In our case, no such document was ever filed with the court and attached as a document to the original filed claim.

8.  Therefore, since the debtor has made all of the required post-petition payments according to the creditors filed claim and no notice was ever given to the trustee or the court regarding a change in the payment amount, the court should deem the debtor current on all post-petition amounts.

WHEREFORE, the Debtor respectfully requests that the Court enter an order that the debtor has paid all post-petition amounts that were required.

Dated: October 18, 2012

THE LAW OFFICES OF AARON C. KOENIG

BY:  /s/Aaron C. Koenig
Aaron C. Koenig
Attorney for Debtor

3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

---

| | | | |
|---|---|---|---|
| **Case Title :** | Anthony P. Dicus and Lilia E. Lopez | **Case No :** | **09–35241 – B – 13J** |
| | | **Date :** | 12/4/12 |
| | | **Time :** | 09:32 |
| **Matter :** | [69] – Motion/Application to Deem Current [ACK–7] Filed by Debtor Anthony P. Dicus, Joint Debtor Lilia E. Lopez (msts) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

---

## CIVIL MINUTE ORDER

The matter was unopposed. The court made the following ruling without findings.

IT IS ORDERED that the motion is granted. Pursuant to Fed. R. Bankr. P. 3002.1(h), the court finds that as of July 20, 2012, the date of completion of the confirmed chapter 13 plan, the debtors have cured the pre–petition default owed to and have paid all required ongoing monthly post–petition payments that came due during the term of the confirmed plan to secured creditor OneWest Bank, FSB. Except as so ordered, the motion is denied.

**IndyMac Mortgage Services**, a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 10, 2013


Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000


RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:          $     8227.11

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.


Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

**ENDORSE HERE**

X

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

**\*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC**

Listed below are the security features provided on this
document which meets and/or exceeds industry guidelines.

| Security Features: | Description / Fraud Indicator: |
|---|---|
| Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

**IndyMac Mortgage Services,** a division of OneWest Bank, FSB
P.O. Box 4045 • Kalamazoo, MI 49003-4045

*462 * 07-11-2013*

rec'd 7/15/13



PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M      $ 00.40⁵
0008000813    JUL 10  2013
MAILED FROM ZIP CODE 49512



27    EAG-GMB    95823

---

**CHASE** ◻

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850--594
(800) 472-6236

Apply to Acct **3002357204**
ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO  CA 95823-5621

**264118208**
25-3/440
**06-28-2013**

1795290010001084 9424

**Pay**   ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                              Dollars



$1,629.13

To
the
Order
of

00494 BPC 001 019 13179 - 264118208 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX  AZ 85062-8826

🔒 SECURITY FEATURES
INCLUDED
SEE DETAILS ON BACK

Check Void After 90 Days

*Cathy J Maxwell*

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑅ 264118208⑅ ⑆044000037⑆    658533013⑅

Exhibit "38"

Law Office
**Ronald H. Freshman, Esq.**

_____

3040 Skycrest Drive
Fallbrook, CA 92028
Office 858-756-8288
Fax    206-424-0744
ronfreshman@gmail.com

Date: July 29, 2013

IndyMac Mortgage Services,
a division of OneWest Bank, FSB
Attention: James Hougham
Default Escalation Specialist
2900 Esperanza Crossing
Austin, TX 78758

Via:   U.S. Mail - Certificate of Mailing

Re:    OCC Case Number 02903715
       Anthony P. Dicus
       Purported Loan #3002357204

       Correspondence received; dated July 24, 2013
       Address:    5950 La Castana Way
       Sacramento, CA 95823

**<u>DISPUTE OF DEBT</u>**

Dear Mr. Hougham:

    This letter is in response to the letter we received from you dated July 24, 2013
regarding our client, Mr. Dicus' and his complaint filed with the OCC.

    Your letter contains misstated facts and ignores bankruptcy court orders.

    Contrary to the information provided in your letter, you have misapplied Mr.
Dicus' payments in contravention of the U.S. Bankruptcy Court order and Chapter 13
discharge of Mr. Dicus' debts which include satisfaction of all arrearages you claim
remain delinquent.

Pursuant to said order, Mr. Dicus' arrearages and payments were deemed by the Court to be current as of July 20, 2012 (see enclosure).

By your own records, subsequent to said order, you received the following:

1.  08-15-2012 - $1,148.62, claiming a due date of 04-01-2012;

2.  08-15-2012 - $1,629.13, claiming a due date of 05-01-2012;

3.  10-01-2012 - $1,629.13, claiming a due date of 06-01-2012;

4.  11-01-2012 - $1,629.13, claiming a due date of 07-01-2012;

6.  12-04-2012 - $1,629.13, claiming a due date of 08-01-2012;

7.  12-26-2012 - $1,629.13, claiming a due date of 09-01-2012;

8.  01-23-2012 - $1,629.13, claiming a due date of 10-01-2012;

9.  03-04-2013 - $1,629.13, claiming a due date of 11-01-2012;

10.  04-03-2013 - $1,629.13, claiming a due date of 12-01-2012;

11.  04-29-2013 - $1,629.13, claiming a due date of 01-01-2013;

12.  05-28-2013 - $1,629.13, claiming a due date of 02-01-2013; which is the last payment on your schedule (sent), due to OWB's refusal to accept Mr. Dicus' June payment, claiming it was not enough to "BRING YOUR LOAN CURRENT" (See enclosure).

From the July 20, 2012 order, in which the Court ruled Mr. Dicus' payments were current and arrearages paid, through May 1st of your schedule, 10 payments were due to be paid and 11 payments have been paid.  In fact, you have been overpaid based on on your own schedule and the Court order.  OWB has misapplied all Mr. Dicus' payments since.

All your junk fees, late fees and such have been illegally added; the only payment not on your schedule, Mr. Dicus also paid timely but OWB refused to accept it when paid (see enclosure.)

We are attempting to correct your records but you continue to allege Mr. Dicus is delinquent and in "default" when he is not.

Find enclosed the "MOTION TO DEEM CURRENT" and resulting "CIVIL MINUTE ORDER" which discharged and satisfied all payments to OWB as of July 20, 2012.

Please confirm in writing and rectify your accounting mistakes and misapplication of Mr. Dicus' payments; remove any and all late payment and "junk" fees; and correct any erroneous corresponding credit reporting information provided to all three repositories.

Let us know if you are incapable of correcting your records so we can determine if a new lawsuit needs to be filed or the bankruptcy case reopened to address OWB's violation and contempt of the bankruptcy discharge injunction.

Mr. Dicus has incurred and continues to incur, far too many legal fees he should not have to, merely because of OWB's accounting incompetence and refusal to comply with the Court Order.

Please advise your disposition of these issues forthwith as OWB's intimidation and infliction of emotional distress on the Dicus family is appearing to be intentional rather than merely negligent by refusing to accept Mr. Dicus' payment(s) and the constant threats to pursue foreclosing on the Dicus' home.  OWB's accounting irregularities, is in our view, a breach of contract (should one be determined to exist between OWB and Mr. Dicus *et al*.) and tortious.

Time is of the essence in this matter.


Sincerely,

Ronald H. Freshman, Esq.
Attorney for Anthony P. Dicus


Enclosures
CC: APD; OCC

*This is an attempt to correct your records.  Any information obtained will be used for that purpose.*

**THE LAW OFFICES OF AARON C. KOENIG**
Aaron C. Koenig SBN 255387
331 J. Street, Ste 200
Sacramento, California  95814
Telephone: 916-443-1009

Attorney For Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2009-35241-B-13J |
| | ) |
|   ANTHONY P. DICUS | ) MCN: ACK-7 |
| | ) |
|   AND LILIA E. LOPEZ, | ) **MOTION TO DEEM CURRENT** |
| | ) |
|            Debtors | ) |
| | ) DATE: December 4, 2012 |
| |   TIME: 9:32 a.m. |
| |   JUDGE: Hon. Thomas Holman |
| |   LOCATION: 501 I Street, |
| |   6th Floor, Courtroom 32 |
| |   Sacramento, CA 95814 |

<u>MOTION TO DEEM CURRENT</u>

    The Debtors, Anthony P. Dicus and Lilia E. Lopez, by and through their attorney, Aaron C. Koenig, move this Court to grant the Motion to Deem Current for post-petition amounts. This motion is being filed pursuant to FRBP 3002.1

1. The Debtors filed their Chapter 13 bankruptcy case on July 22, 2009. The debtor's 1st Amended Plan was confirmed on November 13, 2009. There were no other amended or modified plans filed or confirmed.

1

2. Pursuant to the confirmed plan, the debtor's classified the holder of their first mortgage as a Class 1 Claim.  The monthly contract installment was listed at $1,148.62.  See Exhibit A.

3.  On October 5, 2009 the holder of the 1st mortgage filed a claim listing the monthly contract installment to be $1,148.62. See Exhibit B.

4.  The debtor has made every payment required under the Plan and made his last payment on July 25, 2012.  On August 1, 2012 the trustee issued a notice of completed plan payments stating that the debtor has made every payment required under the plan. See Exhibit C

5.  On September 11, 2012, the trustee filed a Notice of Final Cure Mortgage Payment.  On October 1, 2012, the holder of the 1st mortgage filed a response to the final cure payment and stated that the debtor was not current on his ongoing monthly mortgage statement and owed $8,780.90 in post-petition payments.  On the creditors response the ongoing monthly mortgage payment is listed at $1,629.13.  See Exhibit D

6.  Pursuant to FRBP 3002.1(h), on motion by the debtor or the trustee "the Court shall, after notice and hearing" determine whether the debtor has cured the default and paid all required post petition amounts."

7.  In our case the debtor has satisfied his burden in proving that he has paid all post-petition amounts.  First, the Plan and the 1st filed claim both state that the ongoing monthly mortgage payment is $1,148.62.  Second, the trustee has issued a notice that all payments that have been required have been made.

2

Third, the holder of the 1st deed of trust has not filed any statement with the court or mailed to the trustee any notice that the mortgage payment has increased.  Pursuant to FRBP 3002.1(b), a creditor is required to file with the court and serve upon the trustee when there has been any change in the payment amount no later than 21 days before the payment is due. In our case, no such document was ever filed with the court and attached as a document to the original filed claim.

8.   Therefore, since the debtor has made all of the required post-petition payments according to the creditors filed claim and no notice was ever given to the trustee or the court regarding a change in the payment amount, the court should deem the debtor current on all post-petition amounts.

WHEREFORE, the Debtor respectfully requests that the Court enter an order that the debtor has paid all post-petition amounts that were required.

Dated: October 18, 2012

THE LAW OFFICES OF AARON C. KOENIG

BY:  /s/Aaron C. Koenig
Aaron C. Koenig
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

---

| | | | |
|---|---|---|---|
| **Case Title :** | Anthony P. Dicus and Lilia E. Lopez | **Case No :** | **09–35241 – B – 13J** |
| | | **Date :** | 12/4/12 |
| | | **Time :** | 09:32 |
| **Matter :** | [69] – Motion/Application to Deem Current [ACK–7] Filed by Debtor Anthony P. Dicus, Joint Debtor Lilia E. Lopez (msts) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

---

## CIVIL MINUTE ORDER

The matter was unopposed. The court made the following ruling without findings.

IT IS ORDERED that the motion is granted. Pursuant to Fed. R. Bankr. P. 3002.1(h), the court finds that as of July 20, 2012, the date of completion of the confirmed chapter 13 plan, the debtors have cured the pre–petition default owed to and have paid all required ongoing monthly post–petition payments that came due during the term of the confirmed plan to secured creditor OneWest Bank, FSB. Except as so ordered, the motion is denied.

**IndyMac Mortgage Services**, a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 10, 2013


Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000


RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:          $     8227.11

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.


Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

**ENDORSE HERE**

X _____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Listed below are the security features provided on this
document which meets and/or exceeds industry guidelines.

| Security Features: | Description / Fraud Indicator: |
|---|---|
| Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

**IndyMac Mortgage Services,** a division of OneWest Bank, FSB  *462*  *07-11-2013*

P.O. Box 4045 • Kalamazoo, MI 49003-4045

rec'd 7/15/13



PRESORTED
FIRST CLASS

02 1M
0008000813
$ 00.40⁵
JUL 10 2013
MAILED FROM ZIP CODE 49512



27    EAG-GMB    95823

---

**CHASE** 🔵

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850--594
(800) 472-6236

Apply to Acct **3002357204**
**ANTHONY DICUS**
5950 LA CASTANA WAY
SACRAMENTO  CA 95823-5621

**264118208**
25-3/440
**06-28-2013**

1795290010001004942 4

**Pay**  ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100    Dollars



**$1,629.13**

To
the
Order
of

00494 BPC 001 019 13179 - 264118208 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX  AZ 85062-8826

SECURITY FEATURES
INCLUDED
SEE DETAILS ON BACK

Check Void After 90 Days

*Cathy G Maunsell*

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑆264118208⑆ ⑉044000037⑉    658533013⑈

Exhibit "39"

**IndyMac Mortgage Services,** a division of OneWestBank®, FSB
P.O. Box 4045 • Kalamazoo, MI 49003-4045

\*MAIL AT INDY 462 \*  08-07-2013

PRESORTED
FIRST CLASS





02 1R
0002009267        AUG 06 2013
MAILED FROM ZIP CODE 49512

$ 00.40⁵

Rec'd 8/10/13

55      GDO—GMB      95823

---

**CHASE** ◻

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850--594
(800) 472-6236

Apply to Acct **3002357204**

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

T8/13F

268744140
25-3/440
**07-26-2013**



2075290011001004420

**Pay**    ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                                        Dollars

$1,629.13

To
the
Order
of

00440 BPC 001 019 13207 - 268744140 20 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈268744140⑈ ⑆044000037⑈      658533013⑈

**ENDORSE HERE**

X _____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Listed below are the security features provided on this
document which meets and/or exceeds industry guidelines.

| Security Features: | Description / Fraud Indicator: |
|---|---|
| Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

# IndyMac Mortgage Services, a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

August 05, 2013

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this payment as the amount submitted does not represent the total amount due to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:        $     9937.70

You may make your payment by money order, certified or cashier's check, or by personal check. Please make your check payable to "Indymac Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for insufficient funds or for any reason, your loan will not be brought current. We reserve the right to accept or reject a partial payment of the Total You Must Pay to Bring Your Loan Current listed above, without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling 1.800.781.7399 today. Customer Service Representatives are available to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments due to your current financial situation, we suggest you contact a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing counseling telephone referral service at 1.800.569.4287. These services are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number of programs designed to help borrowers who are struggling to make their mortgage payment. We are committed to understanding your situation and working with you in an effort to determine if you are eligible for homeowner preservation options. Information on our programs is available on our website at www.indymacmortgageservices.com. We look forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

Exhibit "40"

IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 9042
Temecula, CA 92589-9042



2275431490

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 4045
Kalamazoo, MI 49003-4045

20130808-72

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Send Correspondence to:
IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 4045
Kalamazoo, MI 49003-4045

recd 8/12/13



XC848

Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

08/07/2013

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

RE:    Loan Number:        3002357204
       Property Address:   5950 LA CASTANA WAY

                           SACRAMENTO, CA 95823

Dear ANTHONY DICUS:

We would like to assess your financial situation and explore potential options that may be available to you to avoid foreclosure. Please contact us as soon as possible for this purpose.

You may contact us by phone toll-free at 1-877-908-4357 during business hours to discuss potential options for avoiding foreclosure. Our representatives will be available to speak to you if you call this toll-free number during business hours.

You may also obtain homeowner counseling by calling 1-800-569-4287 toll-free to receive a list of HUD-certified housing counseling agencies in your area.

Additional resources are available to you at our web site at the following link:

http://www.owb.com/PaymentAssist/

Please contact us to assess your financial situation and explore potential options that may be available to you to avoid foreclosure.

Sincerely,

IndyMac Mortgage Services, a division of OneWest Bank, FSB
Loan Resolution



**This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.**



OneWest Bank

2275431490

IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 9042
Temecula, CA 92589-9042

Send Payments to:
IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 4045
Kalamazoo, MI   49003-4045

Send Correspondence to:
IndyMac Mortgage Services
a Division of One West Bank ®
PO Box 4045
Kalamazoo, MI   49003-4045



2275431491

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20130808-72

LILIA E DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



rec'd 8/12/13

She's not on this
loan ... why is she
getting anything anyways?



XC848

Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

08/07/2013

LILIA E DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

RE:   Loan Number:        3002357204
      Property Address:   5950  LA CASTANA WAY

                          SACRAMENTO, CA 95823

Dear LILIA E DICUS:

We would like to assess your financial situation and explore potential options that may be available to you to avoid foreclosure.  Please contact us as soon as possible for this purpose.

You may contact us by phone toll-free at 1-877-908-4357 during business hours to discuss potential options for avoiding foreclosure.  Our representatives will be available to speak to you if you call this toll-free number during business hours.

You may also obtain homeowner counseling by calling 1-800-569-4287 toll-free to receive a list of HUD-certified housing counseling agencies in your area.

Additional resources are available to you at our web site at the following link:

http://www.owb.com/PaymentAssist/

Please contact us to assess your financial situation and explore potential options that may be available to you to avoid foreclosure.

Sincerely,

IndyMac Mortgage Services, a division of OneWest Bank, FSB
Loan Resolution



**This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.**

OneWest Bank

2225431491

Exhibit "41"

**IndyMac Mortgage Services,** a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

September 04, 2013

*rec'd 9/7/13*

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:        $    11648.29

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

# CHASE ⬡

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850--594
(800) 472-6236

Apply to Acct **3002357204**
ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

T 8/30

**273781521**
25-3/440
**08-26-2013**



2385290013001001 2524

Pay   ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                                                Dollars

ꞁꞁ.ꞁ.ꞁ.ꞁ.ꞁꞁ...ꞁ.ꞁ..ꞁꞁ.ꞁ.ꞁ.ꞁ.ꞁ..ꞁ.ꞁꞁ.ꞁꞁ...ꞁ.ꞁ.ꞁ..ꞁꞁ

**$1,629.13**

To
the
Order
of

00719 BPC 001 019 13238 - 273781521 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

SECURITY FEATURES
INCLUDED.
SEE DETAILS ON BACK

Check Void After 90 Days

*Cathy J Maunell*

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈273781521⑈ ⑆044000037⑆       6585330 13⑈

**ENDORSE HERE**

X
_____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

*Listed below are the security features provided on this document which meets and/or exceeds industry guidelines.*

| Security Features: | Description / Fraud Indicator: |
|---|---|
| Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

IndyMac Mortgage Services, a division of OneWestBank®, FSB
P.O. Box 4045 • Kalamazoo, MI 49003-4045

55

GAC-GMB

95823

rec'd
9/7/13

neopost™
09/04/2013
US POSTAGE $000.40

FIRST-CLASS MAIL
AUTO

ZIP 49512
0411.12203069

09-05-2013

Exhibit "42"

**IndyMac Mortgage Services**, a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

September 27, 2013

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:       $    11729.75

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

**IndyMac Mortgage Services,** a division of OneWestBank®, FSB

P.O. Box 4045 • Kalamazoo, MI 49003-4045

*09-30-2013* *st*

09/27/2013

US POSTAGE $000.4

FIRST-CLASS



ZIP 495
041L12203

Rec'd 10/3/13



55    IAG-CMB    95823

||₁|||₁·₁···|||···₁₁|···|₁·₁·||||||||₁||₁₁·|₁·₁·₁||||₁·|₁·|₁·|₁₁

---

**CHASE** ⬡

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850--594
(800) 472-6236

Apply to Acct **3002357204**

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

**278219787**
25-3/440
**09-23-2013**



2665290009001602130 9

**Pay**   ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100

Dollars

||₁·|₁·|₁||₁···||····||···|₁·||₁·|₁·|₁··|₁·||₁||₁···|₁·||₁·|₁··||

To
the
Order
of

00772 BPC 001 019 13266 - 278219787 9 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

**$1,629.13**

SECURITY FEATURES
INCLUDED.
SEE DETAILS ON BACK

Check Void After 90 Days

_Cathy J Marinelli_

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈ 278219787 ⑈ ⑆044000037⑆    658533013 ⑈

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Listed below are the security features provided on this
document which meets and/or exceeds industry guidelines.

| Security Features: | Description / Fraud Indicator: |
| --- | --- |
| Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

Exhibit "43"

**IndyMac Mortgage Services**, a division of OneWestBank®, FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

September 04, 2013

rec'd 9/7/13

Anthony P Dicus
5950 LA Castana Way
Sacramento CA 95823 0000

RE: Loan Number: 3002357204

Thank you for your recent payment. However, we are returning this
payment as the amount submitted does not represent the total amount due
to bring your loan current at this time.

TOTAL YOU MUST PAY TO BRING YOUR LOAN CURRENT:         $    11648.29

You may make your payment by money order, certified or cashier's check,
or by personal check. Please make your check payable to "Indymac
Mortgage Services" and mail it to the following address:

Indymac Mortgage Services, A Division of OneWest Bank
PO Box 4045
Kalamazoo, MI 49003-4045

If you make a payment by personal check and it is returned to us for
insufficient funds or for any reason, your loan will not be brought
current. We reserve the right to accept or reject a partial payment
of the Total You Must Pay to Bring Your Loan Current listed above,
without waiving any of our rights herein or otherwise.

If you are facing financial challenges, it is important that we work
together to find an alternative solution.

Please contact us immediately to discuss possible solutions by calling
1.800.781.7399 today. Customer Service Representatives are available
to assist you Monday through Friday from 8:00 a.m. to 9:00 p.m. Eastern
Time. We are committed to working with you toward a positive solution.

If you are having difficulty making your contractual mortgage payments
due to your current financial situation, we suggest you contact
a HUD-approved housing counselor for counseling services.
For a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc, or call the toll-free housing
counseling telephone referral service at 1.800.569.4287. These services
are usually free of charge.

Other resources available to help prevent foreclosure:
IndyMac Mortgage Services, a division of OneWest Bank, FSB has a number
of programs designed to help borrowers who are struggling to make their
mortgage payment. We are committed to understanding your situation and
working with you in an effort to determine if you are eligible for
homeowner preservation options. Information on our programs is
available on our website at www.indymacmortgageservices.com. We look
forward to helping you with a solution for your financial situation.

Respectfully,

Loan Resolution Department
IndyMac Mortgage Services, a Division of OneWest Bank, FSB

This is a communication from a debt collector attempting to collect a
debt. Any information obtained will be used for that purpose. However,
if you have filed a bankruptcy petition and there is either an
"automatic stay" in effect in your bankruptcy case, or your debt has
been discharged pursuant to the bankruptcy laws of the United States,
this communication is intended solely for informational purposes.

**CHASE** 

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850--594
(800) 472-6236

Apply to Acct **3002357204**
ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

T8/30

273781521
25-3/440
**08-26-2013**

2385290013001001012524

**Pay**   ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                                                                Dollars

$1,629.13

SECURITY FEATURES
INCLUDED.
SEE DETAILS ON BACK
Check Void After 90 Days

Cathy J Maurelli

JPMorgan Chase Bank, N.A. Columbus, Ohio

To
the
Order
of

00719 BPC 001 019 13238 - 273781521 24 OF 24
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

⑈273781521⑈ ⑈044000037⑈      658533013⑈

IndyMac Mortgage Services, a division of OneWestBank®, FSB

P.O. Box 4045 • Kalamazoo, MI 49003-4045

**ENDORSE HERE**

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

55

GAC-GMB

95823

09-05-2013

recd
9/7/13

neopost™
09/04/2013
US POSTAGE $000.40

ZIP 49512
041L12203069

FIRST-CLASS MAIL
AUTO

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Listed below are the security features provided on this
document which meets and/or exceeds industry guidelines.

| Security Features: | Description / Fraud Indicator: |
|---|---|
| Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

Exhibit "44"

**IndyMac Mortgage Services,**
a division of OneWest Bank®, FSB
6900 Beatrice Drive • Kalamazoo, MI 49009

October 17, 2013

#BWNDXCT
#6684027532003103#

002600/SL100/R542

ıllıılıılıllllıllıılıllıılııılılıllıılıllllınılıllılınlllıllıllllıllıı

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA  95823-5621

MORTGAGE LOAN NUMBER: **3002357204**
PROPERTY ADDRESS: 5950 La Castana Way
           Sacramento CA  95823

Your Adjustable Rate Mortgage is scheduled for an interest rate and payment change.

Your new minimum payment will be effective on December 01, 2013.

As per the terms of your note, your interest rate may have changed each month. Below is a history of interest rate changes that have occurred since the last payment change.

### Interest and Index History

| Payment Effective Date | Interest Rate | Index | Margin | Minimum Monthly Payment |
|---|---|---|---|---|
| 12/13 | 4.00000% | 0.14400% | 3.80000% | $1,629.13** |
| 11/13 | 4.00000% | 0.14900% | 3.80000% | |
| 10/13 | 4.00000% | 0.15300% | 3.80000% | |
| 09/13 | 4.00000% | 0.15900% | 3.80000% | |
| 08/13 | 4.00000% | 0.16300% | 3.80000% | |
| 07/13 | 4.00000% | 0.16900% | 3.80000% | |
| 06/13 | 4.00000% | 0.17400% | 3.80000% | |
| 05/13 | 4.00000% | 0.17800% | 3.80000% | |
| 04/13 | 4.00000% | 0.17800% | 3.80000% | |
| 03/13 | 4.00000% | 0.17500% | 3.80000% | |
| 02/13 | 4.00000% | 0.17200% | 3.80000% | |
| 01/13 | 4.00000% | 0.16600% | 3.80000% | |
| 12/12 | 4.00000% | 0.16000% | 3.80000% | $1,629.13 |

**   New principal and interest payment calculated using a projected principal balance of $293,669.38

## Minimum Payment Option

This payment is considered the minimum principal and interest payment you are required to pay under the terms of your note. Effective with your **December 01, 2013** billing statement, your minimum monthly payment will be as follows:

| | |
|---|---|
| Principal and interest payment | $1,629.13 |
| Escrow payment | $0.00 |
| Total monthly payment | $1,629.13 |

Your December 01, 2013 payment is a fully amortized payment. As your loan's interest rate may vary from month to month, this fully amortized payment amount may become insufficient to payoff this loan at its maturity. If this occurs, any unpaid interest that is the result of the payment not sufficiently covering the interest due will be added to your balance.

The terms of your loan require that your principal and interest payment not increase or decrease by more than 7.50% from your previous principal and interest payment due to payment caps.

## Amortized Principal and Interest Payment Option

For the month of December 2013, the above minimum payment amount is the same as the fully amortized principal and interest payment amount. To pay off your loan at maturity requires payment of the amortized principal and interest payment of $1,629.13 with the total amount broken down as follows:

| | |
|---|---|
| Principal and interest payment | $1,629.13 |
| Escrow payment | $0.00 |
| Total monthly payment | $1,629.13 |

This fully amortized payment is only effective for the December 01, 2013 payment. Each future monthly interest rate change will also affect your fully amortized payment and these changes will be reflected in each billing statement.

Please note that this payment option is only available if the amortized payment amount due is at least as much as the minimum payment amount due.

## Interest Only Payment Option

In addition to the Minimum Payment and Amortized Principal and Interest Payment options, you may be presented with the option to make an Interest Only Payment. Please note that this payment option is only available if the interest only amount due is as least as much as the minimum payment amount due.

If you have questions, please contact our Customer Service Department at 800.781.7399. Representatives are available Monday through Friday, from 8:00 a.m. until 9:00 p.m. (Eastern Time).

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for information purposes.



PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE AND FEES
PAID
MAILED FROM
ZIP CODE 37229
PERMIT #3918

Exhibit "45"

Anthony Dicus 5950 La Castana Way Sacramento, Ca 95823 916-395-2326

November 6, 2013

Ocwen Loan Servicing, LLC
Attn: Customer Service Department
PO Box 24738
West Palm Beach, FL 33416-4738

Re:   Ocwen Loan Number:   7191037055
      Previous Loan Number: 3002357204
      Property Address:     5950 La Castana Way
                            Sacramento, CA 95823

Dear Sirs:

Pursuant to your Notice of Servicing Transfer, find enclosed my first payment inclusive of:

1. The payment purportedly due on November 1, 2013 in the amount of $1,629.13;
2. Past payments improperly rejected by OneWest Bank, FSB d/b/a IndyMac Mortgage Services, a division of OneWest Bank®, FSB ("OWB") for the payments purportedly due on 07/01/2013, 08/01/2013, 09/01/2013, 10/01/2013 in the amount of $1,629.13 each.

The total amount therefore enclosed is $8145.65. This payment thus brings the purported account current.

I have also received a "Notice of Default and Election to Sell Under Deed of Trust" ("NOD") which is improper as I was not then and am not now "in default." All my payments have been paid on time since the Order during my Bankruptcy and Order on my Motion to Deem Current as ruled on 12/10/2012. This means, OWB has been in violation of the discharge injunction while continuing to collect payments OWB claims were owed during the Bankruptcy and ruled current by the Court. OWB has wrongfully added all sorts of fees for its own accounting mistakes that must be removed.

I request that you facilitate filing a rescission of the NOD in order to alleviate further legal costs that will be incurred if you refuse to wrongfully reject my payments as OWB has done.

**Notice of Legal Representation**

You are further notified that I am represented by legal counsel. You have my express permission to discuss in my stead, any issues related to this purported account with my attorney Ronald H. Freshman who will also be sending you a Qualified Written Request on these issues with an accounting of the servicing mistakes made by OWB.

**This is an Attempt to Settle This Account**                1

Anthony Dicus 5950 La Castana Way Sacramento, Ca 95823 916-395-2326

November 6, 2013

**This is an Attempt to Settle This Account**

I am providing this letter and payment(s) as part of settlement negotiations. Nothing contained herein may be used against me in any prejudicial way in any litigation or constitutes any admission on my part that 1) I am in default (I am not); 2) that you or anyone else is the actual "lender" or "holder" of the purported note or deed of trust allegedly executed at the time of financing the purported "loan" transaction; or that 3) you, OWB, Deutsche Bank National Trust Company as Trustee of the IndyMac INDX Mortgage Trust 2007-AR11, Mortgage Pass-Through Certificates, Series 2007-AR11 Under the Pooling and Servicing Agreement Dated April 1, 2007, have any right(s) authority(ies) or remedy(ies) under such purported note or deed of trust. I expressly reserve all rights to argue these points and others in any action against you or these other entities.

Time is of the essence in this matter.

Sincerely,

Anthony P. Dicus

Enclosures

**This is an Attempt to Settle This Account**          2



LILIA LOPEZ
ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA  95823-5621

146

90-19190
3222

DATE  11/6/13

PAY TO THE
ORDER OF   Ocwen                                    $ 8145.65

Eight thousand forty five   65/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com                7/1/13, 8/1/13, 9/1/13

MEMO   Loan # 7491037855   10/1/13        Anthony Dicus      MP

⑆322271627⑆     413548954⑈0146

nthony Dicus
950 La Castana Way
acramento, Ca 95823

Ocwen Loan Servicing, LLC
Attn: Customer Service Department
PO Box 24738
West Palm Beach, FL 33416-4738



*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*                    WWW.OCWEN.COM

December 11, 2013

*reced*
*12/18/13*

Anthony P. Dicus

5950 La Castana Way
Sacramento, CA 95823

RE: Loan Number:        7191037055
Property Address:       5950 La Castana Way
                        Sacramento, CA 95823

Dear Anthony P. Dicus :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1** You stated that you have sent us payments in the amount of $1,629.13 and $8,145.65 for the month of November 2013 to make your account current and requested us to review and ensure the application of these payments to the loan.

**Response** We acquired the servicing rights of the loan on November 4, 2013, from IndyMac Mortgage Servicers, with the loan due for the March 1, 2013 payment.

As per prior servicer data you had filed for Bankruptcy Chapter 13 on July 24, 2009, which was discharged on June 12, 2013.

Please note that, as per the review the response to the notice of final cure was filed on September 11, 2012 and response for the same was filed on October 1, 2012 stating the post petition due was in the amount of $8780.90 and the due date reflecting on the loan is valid and correct.

A review of our records indicates that the funds received on November 5, 2013 and November 14, 2013, in the amount of $1,629.13 and $8,145.65 have been rejected and returned back to you.

Please be advised that if the loan is delinquent, we do not accept partial payments and the funds remitted towards the loan should be in the reinstatement amount, unless the loan is approved for an alternative payment option. In the event you remit a partial or uncertified payment, the same would be returned to the remitter. Accordingly the aforementioned payments were returned to the remitter.

We have submitted a request for a reinstatement quote with a good through date of December 20, 2013, to be sent to your attention. This will provide you with an itemized breakdown of the amount required to reinstate the loan. Please be advised there may be fees and expenses that are incurred, which will be assessed to the loan on a later date.

Please note that we have already updated our records to reflect Ronald H. Freshman, as authorized to receive information pertaining to the above loan.

For any further questions or concerns regarding the loan, you may contact our Customer Care Center at (800) 746-2936.

RRCMAINLTRM.13        1

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number:7191037055                                                            NMLS # 1852



*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*          WWW.OCWEN.COM

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,


Ahmed, Emad
Research Department
Ocwen Loan Servicing, LLC


RRCMAINLTRM.13    2

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number:7191037055                                    NMLS # 1852



P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
**PAID**
WEST PALM BCH FL
PERMIT NO 1946

rec'd 12/18/13

**FIRST CLASS MAIL**

research response

53  K✻QPNP1  95823

Exhibit "46"



O C W E N

WWW.OCWEN.COM

November 12, 2013

**PAST DUE CONTACT NOTICE**

rec'd 11/18/13

07-9411-09-10-1 .0007476-20131112 #ESH1041LATE  1 OZ DOM #ESH100097 155747 L1

ANTHONY P. DICUS
5950 La Castana Way
SACRAMENTO CA  95823-5621



Loan Number:    7191037055
Property Address: 5950 La Castana Way, Sacramento, CA 95823-0000

Dear Borrower(s):

**AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA**:
Esta notificación es de suma importancia.  Puede afectar su derecho a continuar viviendo en su casa.  Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

At Ocwen, we strive to provide service that will exceed your expectations.  Having complete and accurate information is the first step in ensuring you receive this service.  We are here to build a mutually beneficial relationship, rectify any problems, resolve any issues, and assist you with your needs. Therefore, we are sending you this letter to inform you that our records indicate that your mortgage loan payment due on **03/01/2013** has not yet been received, and, unfortunately, your payment is now past due.

A late charge has been assessed on your account, which will reflect in the  **CURRENT AMOUNT DUE** as of **11/12/13**.  You are required to pay this late charge,  unless you can document  that the payment was made in full and on time.
**ITEMIZATION OF CURRENT AMOUNT DUE**

| Principal and Interest Payment | $14,662.17 |
|---|---|
| Escrow Payment | $0.00 |
| Escrow Advances | $0.00 |
| Current Late Charges | $407.30 |
| **CURRENT AMOUNT DUE** | **$15,069.47** |

It is very important that you pay the **CURRENT AMOUNT DUE** immediately as this delinquency may result in adverse credit reporting and/or a formal demand notice for all amounts due on your loan.  Payments must be made by Money Gram, Check or Money Order and made payable to Ocwen Loan Servicing, LLC.  Please send all payments through one of the methods below:



**LATE006**

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*    NMLS #: 1852



**PAYMENT REMITTANCE INFORMATION (always include Loan # 7191037055 with your payment)**

**Money Gram**
Receive Code: 2355
City: Orlando
St: FL
Loan # **7191037055**

**Overnight Address**
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Attention: Cashiering Department

**VIA Regular Mail**
Ocwen Loan Servicing, LLC
P.O. Box 6440
Carol Stream, IL 60197-6440

*Important Notice for Customers in Colorado*
**Ocwen Loan Servicing, LLC maintains an office in Denver, Colorado** that accepts in-person payments. For other account inquiries, please call us at (800) 746-2936 or visit our website www.ocwen.com.

**Address:** 1776 S. Jackson Street, #900
Denver, CO 80210
**Telephone:** (303) 327-8955

Failure to bring your account current may result in our election to exercise our right to foreclose on your property. Upon acceleration, your total obligation will be immediately due and payable without further demand.

If you are unable to make your payments, please contact our Customer Care Center immediately at **1-800-746-2936** to request a meeting with an associate to discuss mortgage assistance options and explore options to avoid foreclosure. We have enclosed a list of documentation you may want to have available before you call. Associates are available to assist you Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

*Important Notice for Customers in Washington*
You may contact the Department of Financial Institutions, the Washington State Bar Association, or the statewide civil legal aid hotline for possible assistance or referrals. Contact information for these resources is included in the Notice of Pre-Foreclosure Options enclosed with this letter.

Additionally, a HUD counseling agency may be able to provide you with assistance. To locate the HUD approved counseling agency in your area, call the HUD Housing Counseling Service at (800)569-4287 or consult HUD's website at www.HUD.gov.

Ocwen will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information once your written authorization has been obtained, as required by law.

If you have the desire to remedy this situation, we want to assist you in trying to reach that goal. OCWEN would like to present you with some of the alternatives that might be available regarding your delinquent mortgage loan. While our primary objective is the collection of past due amounts on your loan, we want to work with you to find the best available alternative for you to bring your mortgage loan obligation current.

Please visit our website at www.Ocwen.com where you can review your account and enter your financial information at your convenience.

Sincerely,

Ocwen Loan Servicing, LLC



LATE006

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS #: 1852



OCWEN

P.O. Box 24646
West Palm Beach, FL 33416-4646

recd 11/18/13

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
APS
46206



AGPWVP1 95823

Exhibit "47"



*OCWEN Loan Servicing, LLC*
*PO Box 24726*
*West Palm Beach, FL 33416-4726*          Website:WWW.OCWEN.COM

recd 11/16/13

November 12, 2013

Anthony P Dicus
5950 La Castana Way
Sacramento, CA 95823

Re: INSUFFICIENT TO CURE DEFAULT
    Loan Number: 7191037055

Dear Mortgagor(s):

Ocwen recently received funds for your loan in the amount of $  1,629.13.  These funds are being returned in the same form (check, Western Union, MoneyGram, etc.) in which they were received.

These funds are being returned, as they are not sufficient to satisfy the defaulted amount of your loan and no alternative payment arrangements have been agreed to. As indicated in the Notice of Default that was previously sent to you, payments that are less than the amount required to reinstate the mortgage loan will be returned and **will not stop any foreclosure proceedings that have begun.**

To cure the default you must pay the full amount due.  To determine the amount due or to discuss other possible alternatives that may be available to avoid a foreclosure sale, you should **contact your Home Retention Consultant immediately at (877)596-8580**.

Sincerely,

Ocwen Loan Servicing, LLC

**This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt.**

**NMLS#1852**

CHASE ◻

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850--594
(800) 472-6236

Apply to Acct 3002357204

ANTHONY DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

284239123
25-3/440
10-28-2013

NOV 05 2013



**Pay**  ONE THOUSAND SIX HUNDRED TWENTY-NINE AND 13/100                                   Dollars

$1,629.13

To
the
Order
of

00284 BPC 001 019 13301 - 284239123 16 OF 18
INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX AZ 85062-8826

SECURITY FEATURES
INCLUDED
SEE DETAILS ON BACK

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑆284239123⑆ ⑉044000037⑈        658533013⑈

958235621S0

(Rec'd)
11/10/13

OCWEN

P.O. Box 24646
West Palm Beach, FL 33416-4646



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 33409 $ 000.46⁰
02 1W
0001380666 NOV 13 2013



ENDORSE HERE

X

_____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

_____

**\*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC**

*Listed below are the security features provided on this document which meets and/or exceeds industry guidelines.*

| Security Features: | Description / Fraud Indicator: |
|---|---|
| Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

Exhibit "48"



**Ocwen Loan Servicing, LLC** Case 14-02127 Filed 05/19/14 Doc 15 **Account Statement**
www.ocwen.com

**O C W E N**

NMLS #: 1852
NC Permit No. 3946
**CUSTOMER CARE CENTER 1-800-746-2936**
*Your call may be recorded for the coaching and development of our associates.*

| | |
|---|---|
| **Account Number:** | **7191037055** |
| **Account Statement Date:** | **11/18/2013** |
| **Property Address:** | |
| 5950 La Castana Way | |
| Sacramento CA 95823 | |
| OPTARM | Page 1 |

**Special Notices**

1AT 06603/453806/007512 1556 2 ACQYX6

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

 rec'd 11/25/13

---

### Account Information

| | |
|---|---|
| * Current Principal Balance: | 299,425.11 |
| Interest Rate: | 4.00000% |
| Next Payment Due Date: | 03/01/2013 |
| Current Suspense Balance: | 515.21 |
| Interest Paid Year-To-Date: | .00 |
| Taxes Paid Year-To-Date: | .00 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

Payment Options
Option** Description

| | | |
|---|---|---|
| 1 | Minimum Payment Due: | 1,113.92 |
| | Includes principal payment of: | 650.23 |
| 2 | Interest Only Payment: | N/A |
| 3 | Fully Amortized Payment: | 1,113.92 |
| | Includes principal payment of: | 650.23 |
| 4 | 15 Year Amortized Payment: | 3,064.41 |
| | Includes principal payment of: | 2,600.72 |

** For additional information on each Payment
Please see the Important Messages section below.
Each Payment Option may include a Monthly Escrow
Payment, Outstanding Advances, Late Charge(s), and
Other Fees, if applicable.

---

| | |
|---|---|
| Current Amount Due (Minimum): | |
| Principal: | 650.23 |
| Interest: | 978.90 |
| Less:Partial Payment Amount: | 515.21- |
| Current Amount Due by 12/01/13: | 1,113.92 |
| Past Due Amount (Minimum): | |
| Principal: | 5,755.73 |
| Interest: | 8,906.44 |
| Past Due Amounts DUE IMMEDIATELY: | 14,662.17 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 407.30 |
| Prev-Prior Servicer Fees: | 500.00 |
| Total Fees/Expense Outstanding: | 907.30 |
| **Total Amount Due:** | **16,683.39** |

---

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 11/12/13 | Interest Arrearage Adjustment | | | | | | | | 12,059.06 |
| 11/12/13 | Interest Arrearage | | | | | | 12,059.06 | | |

### Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

*continued...*

FOLD AND
DETACH HERE

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT · ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

FOLD AND
DETACH HERE

Exhibit "49"

 **Ocwen Loan Servicing, LLC**
*1661 Worthington Road Suite 100*
*West Palm Beach, FL 33409*

WWW.OCWEN.COM

11/21/13

recd 11/29/13

REINSTATEMENT QUOTE

Anthony P. Dicus
5950 La Castana Way
Sacramento CA 95823

Requestor Fax Number:
Requestor Email Address:

> If your loan is past due or has recently been past due, additional fees and costs may have been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen. Furthermore, if your account is past due, additional collection expenses and legal fees may be accruing.

Loan Number: 7191037055
Customer Name(s): Anthony Dicus
Property Address: 5950 La Castana Way, Sacramento, CA 95823

As Of : 12/20/13 Next Due: 01/01/14

| Description | Amount |
|---|---|
| Principal Payment | 6,405.96 |
| Interest Due | 9,885.34 |
| Suspense Balance | 515.21- |
| Total Amount Due to Reinstate | $15,776.09 |

If you are unable to pay the Total Amount Due to reinstate your loan, please contact our office at (877) 596-8580

| Description | Amount |
|---|---|
| Late Charge Due | 488.76 |
| Attorney Fees | 300.00 |
| BPO | 145.00 |
| Property Inspection | 55.00 |
| Total Other Amounts Outstanding and Due | $988.76 |

*Please make note of the other amounts due on your loan. Repayment of these amounts is not necessary to reinstate your loan at this time; however, it is required to fulfill your debt obligation under the note and the mortgage. We strongly encourage you to contact us to make payment arrangements to repay the Other Amounts Outstanding and Due by calling (800) 746-2936.*

Levin Serrao has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
*1661 Worthington Road Suite 100*
*West Palm Beach, FL 33409*          WWW.OCWEN.COM

1.  If your loan is past due or has recently been past due, additional fees and costs may have already been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen.

2.  If your account is past due, additional collection expenses and legal fees may be accruing.

3.  All checks must be made payable to Ocwen.

4.  If your loan is in foreclosure, all funds must be in one of the following forms: Cashier's Check, Bank Certified Check, Title Company Check or Attorney's Escrow Check or via Wire Transfer. All other forms of payment will be returned and the reinstatement will not be processed.

5.  Payment remittance information (always include Ocwen loan number with payment):

**BY OVERNIGHT COURIER**                **BY WIRE TRANSFER**
Ocwen                                   Wells Fargo Bank, NA
1661 Worthington Road, Suite 100        San Francisco, California
West Palm Beach, FL 33409               ABA: 121000248
Reference: Ocwen Loan # 7191037055      Account Name: Ocwen Loan Servicing, LLC
Attention: Cashiering/HRC Payment Department    Account Number: 4124823352
                                        Reference: Ocwen Loan # (Loan followed by loan #)

If you have questions regarding this reinstatement quote, please contact our **Home Retention Department** at

## (800) 746-2936

If after speaking with our Home Retention department, you still have questions or concerns, please feel free to contact the Ocwen consumer advocate at the address above, by email at Ombudsman@ocwen.com or by phone at (800) 390-4656

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

US POSTAGE
PAID
WEST PALM BCH FL
PERMIT NO 1946

# FIRST CLASS MAIL

53   J%QPNP1   95823

Exhibit "50"

NBS Default Services
PO Box 9099
Temecula, CA 92589-9099



2278946118

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9434-2072
20131125-173

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA  90802



9434-2072

2278946118

CA - 30 Day HOBOR Default Letter 2013

2278946118

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823



# *NBS Default Services, LLC*

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Dear ANTHONY P DICUS,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

你的_____ DEED OF TRUST _____ 于 __10/26/2006__ 已经逾期违约。
　　　　　　（产权契约或抵押贷款）　　　　　　　　（日期）
除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，应该联系一名律师。

귀하는 _ DEED OF TRUST _ 현재 날짜로 _____ 10/26/2006 _____
　　　　　　　　　　　　　　　（신탁 증서 또는 저당권）
하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

### DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA ___10/26/2006___ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHẠM QUI ĐỊNH THEO

### DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY ___10/26/2006___. TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ, CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB



rec'd
11/27/13
①



INP-VP2  95823

NBS Default Services
PO Box 9099
Temecula, CA 92589-9099



227894L119

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9434-2072
20131125-173

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

recd
11/27/13




9434-2072

227894L119

CA - 30 Day HOBOR Default Letter 2013

2278946119

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



## *NBS Default Services, LLC*

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Dear ANTHONY P DICUS,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

你的_____ DEED OF TRUST _____ 于 ___10/26/2006___ 已经逾期违约。
　　　　　　　　　（产权契约或抵押贷款）　　　　　　　　　（日期）
除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，应该联系一名律师。

귀하는 _ DEED OF TRUST  현재 날짜로 _____ 10/26/2006 _____
　　　　　　　　　　　　　　　　　（신탁 증서 또는 저당권）
하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

## DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA ___10/26/2006___ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA.  KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHẠM QUI ĐỊNH THEO

## DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY ___10/26/2006___. TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ, CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI.  NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB



rec'd 11/27/13
②

INP-VP2 95823

NBS Default Services
PO Box 9099
Temecula, CA 92589-9099



2278946120

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9434-2072
20131125-173

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

rec'd 11/27/13
③



9434-2072

2278946120

CA - 30 Day HOBOR Default Letter 2013

2278946120

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823



## *NBS Default Services, LLC*

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Dear LILIA E. DICUS,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

你的 _____ DEED OF TRUST _____ 于 __10/26/2006__ 已经逾期违约。
（产权契约或抵押贷款）　　　　　　　（日期）
除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，应该联系一名律师。

귀하는 _ DEED OF TRUST 현재 날짜로 _____ 10/26/2006 _____
（신탁 증서 또는 저당권）
하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

### DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA _____10/26/2006_____ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHẠM QUI ĐỊNH THEO

### DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY _____10/26/2006_____, TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ, CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB



rec'd
11/27/13
③

INP-VP2 95823



NBS Default Services
PO Box 9099
Temecula, CA 92589-9099



2278946121

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

recd

11/27/13



④

9434-2072
20131125-173

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802



9434-2072

2278946121

CA - 30 Day HOBOR Default Letter 2013

2278946121

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



## NBS Default Services, LLC

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

LILIA E. DICUS
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Dear LILIA E. DICUS,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

你的_____  DEED OF TRUST  _____ 于 __10/26/2006__  已经逾期违约。
　　　　　　　（产权契约或抵押贷款）　　　　　　（日期）

除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，应该联系一名律师。

귀하는 _ DEED OF TRUST 현재 날짜로 _____ 10/26/2006 ____
　　　　　　　　　　　　　　　（신탁 증서 또는 저당권）
하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

### DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA _____10/26/2006_____ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHAM QUI ĐỊNH THEO

### DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY _____10/26/2006_____. TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ, CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB





rec'd
11/27/13


INP-VP2  95823

NBS Default Services
PO Box 9099
Temecula, CA 92589-9099



2278946122

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9434-2072
20131125-173

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

rec'd 11/27/13
⑤



9434-2072

2278946122

CA - 30 Day HOBOR Default Letter 2013

2278946122

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823



## NBS Default Services, LLC

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823

Dear LILIA E LOPEZ,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

你的 _____ DEED OF TRUST _____ 于 __10/26/2006__ 已经逾期违约。
      （产权契约或抵押贷款）　　　　　　（日期）

除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，应该联系一名律师。

귀하는 _ DEED OF TRUST 현재 날짜로 _____ 10/26/2006 _____
      （신탁 증서 또는 저당권）
하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

### DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA _____10/26/2006_____ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHAM QUI ĐỊNH THEO

### DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY _____10/26/2006_____. TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ, CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB





rec'd
11/27/13

⑤

INP-VP2  95823

NBS Default Services
PO Box 9099
Temecula, CA 92589-9099



2278946123

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9434-2072
20131125-173

ııılıılılı·llllıılllllıllılııılllllll·lıllılıılııılılllıllıllılllıl
LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

(ec'd
11/27/13
℗

Send Correspondence to:
NBS Default Services
301 E. Ocean Blvd., Suite 1720
Long Beach, CA  90802



9434-2072

2278946123

CA - 30 Day HOBOR Default Letter 2013

2278946123

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621



# *NBS Default Services, LLC*

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751

November 22, 2013

LILIA E LOPEZ
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

Dear LILIA E LOPEZ,

YOU ARE IN DEFAULT UNDER A DEED OF TRUST,

DATED 10/26/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT
MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE
OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

你的＿＿＿＿＿＿＿＿　DEED OF TRUST　＿＿＿＿＿＿　于＿10/26/2006＿　已经逾期违约。
　　　　　　　　　（产权契约或抵押贷款）　　　　　　（日期）

除非你采取行动保护你的房产，否则该房产将被公开出售。如果你需要了解对你的诉讼程序
的性质，应该联系一名律师。

귀하는 ＿ DEED OF TRUST 　현재 날짜로 ＿＿＿＿＿＿＿＿10/26/2006＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　（신탁 증서 또는 저당권）
하에서 채무 불이행 상태입니다. 귀하의 부동산을 보호하기 위해 조치를 취하시지 않는
한, 귀하의 부동산은 공매로 매각 처분될 수 있습니다. 귀하에게 취해지는 이러한 법적
절차에 대한 설명이 필요하신 경우 변호사와 상담하십시오.

USTED HA INCUMPLIDO LOS TÉRMINOS DE LA escritura de fideicomiso

DE FECHA10/26/2006. SI NO TOMA MEDIDAS PARA PROTEGER SU BIEN, ES POSIBLE
QUE SE VENDA EN UNA SUBASTA PÚBLICA. SI NECESITA QUE LE EXPLIQUEN LA
NATURALEZA DEL PROCEDIMIENTO EN SU CONTRA, DEBE CONSULTAR A UN
ABOGADO.



IKAW AY HINDI NAKABAYAD SA ILALIM NG

### DEED OF TRUST

(deed of trust o mortgage)

NA MAY PETSA NA ___10/26/2006___ MALIBAN KUNG IKAW AY KUMILOS UPANG MAPROTEKTAHAN ANG INYONG ARI-ARIAN, MAAARI ITONG IBENTA SA PAMAMAGITAN NG ISANG PAMPUBLIKONG PAGBEBENTA. KUNG KINAKAILANGAN NINYO NG PAGPAPALIWANAG SA KALIKASAN NG PAGLILITIS LABAN SA INYO, KAILANGAN NINYONG MAKIPAG-UGNAYAN SA ISANG ABOGADO.

QUÝ VỊ VI PHẠM QUI ĐỊNH THEO

### DEED OF TRUST

(kế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà)

NGÀY ___10/26/2006___. TRỪ KHI QUÝ VỊ CÓ BIỆN PHÁP BẢO VỆ CĂN NHÀ CỦA QUÝ VỊ, CĂN NHÀ CÓ THỂ ĐƯỢC BÁN TẠO MỘT BUỔI RAO BÁN CÔNG KHAI. NẾU QUÝ VỊ CẦN GIẢI THÍCH VỀ TÍNH CHẤT CỦA THỦ TỤC CHỐNG LẠI QUÝ VỊ, QUÝ VỊ NÊN LIÊN LẠC VỚI LUẬT SƯ.

Best Regards,

NBS Default Services, LLC

for OneWest Bank, FSB





rec'd
1/27/13



INP-VP2  95823

Exhibit "51"



*OCWEN Loan Servicing, LLC*
*PO Box 24726*
*West Palm Beach, FL 33416-4726*                    Website:WWW.OCWEN.COM

OCWEN

rec'd 11/29/13

November 25, 2013

Anthony P Dicus
5950 La Castana Way
Sacramento, CA 95823

Re: INSUFFICIENT TO CURE DEFAULT
    Loan Number: 7191037055

Dear Mortgagor(s):

Ocwen recently received funds for your loan in the amount of $   8,145.65.  These
funds are being returned in the same form (check, Western Union, MoneyGram, etc.)
in which they were received.

These funds are being returned, as they are not sufficient to satisfy the defaulted
amount of your loan and no alternative payment arrangements have been agreed to. As
indicated in the Notice of Default that was previously sent to you, payments that are
less than the amount required to reinstate the mortgage loan will be returned and **will
not stop any foreclosure proceedings that have begun.**

To cure the default you must pay the full amount due.  To determine the amount due
or to discuss other possible alternatives that may be available to avoid a foreclosure
sale, you should **contact your Home Retention Consultant immediately at
(877)596-8580**.

Sincerely,

Ocwen Loan Servicing, LLC

**This communication is from a debt collector attempting to collect a debt. Any information obtained will be
used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation
referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes
only and is not an attempt to collect a debt.**

**NMLS#1852**

Case 14-02127    Filed 05/19/14    Doc 15

**LILIA LOPEZ**
**ANTHONY DICUS**
5950 LA CASTANA WAY
SACRAMENTO, CA  95823-5621

90-7182
3222

19190

146

NOV 1 2 2013

DATE  11/6/13

PAY TO THE
ORDER OF     OcWen                              $ 8145.65

Eight thousand forty five                    65/100  DOLLARS

**CHASE**
**JPMorgan Chase Bank, N.A.**
www.Chase.com          7/1/13, 8/1/13, 9/1/13

MEMO  Loan # 7491037055    10/1/13         Anthony Dic

⑈322271627⑈        413548954⑈0146



US POSTAGE >> PITNEY BOWES

$ 000.46⁰

ZIP 33409
02 1M
0001380666 NOV 26 2013

rec'd 11/30/13

P.O. Box 24646
West Palm Beach, FL 33416-4646

OCWEN

Exhibit "52"



*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*        WWW.OCWEN.COM

December 11, 2013

recd
12/18/13

Anthony P. Dicus

5950 La Castana Way
Sacramento, CA 95823

RE: Loan Number:        7191037055
Property Address:        5950 La Castana Way
                         Sacramento, CA 95823

Dear Anthony P. Dicus :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1** You stated that you have sent us payments in the amount of $1,629.13 and $8,145.65 for the month of November 2013 to make your account current and requested us to review and ensure the application of these payments to the loan.

**Response** We acquired the servicing rights of the loan on November 4, 2013, from IndyMac Mortgage Servicers, with the loan due for the March 1, 2013 payment.

As per prior servicer data you had filed for Bankruptcy Chapter 13 on July 24, 2009, which was discharged on June 12, 2013.

Please note that, as per the review the response to the notice of final cure was filed on September 11, 2012 and response for the same was filed on October 1, 2012 stating the post petition due was in the amount of $8780.90 and the due date reflecting on the loan is valid and correct.

A review of our records indicates that the funds received on November 5, 2013 and November 14, 2013, in the amount of $1,629.13 and $8,145.65 have been rejected and returned back to you.

Please be advised that if the loan is delinquent, we do not accept partial payments and the funds remitted towards the loan should be in the reinstatement amount, unless the loan is approved for an alternative payment option. In the event you remit a partial or uncertified payment, the same would be returned to the remitter. Accordingly the aforementioned payments were returned to the remitter.

We have submitted a request for a reinstatement quote with a good through date of December 20, 2013, to be sent to your attention. This will provide you with an itemized breakdown of the amount required to reinstate the loan. Please be advised there may be fees and expenses that are incurred, which will be assessed to the loan on a later date.

Please note that we have already updated our records to reflect Ronald H. Freshman, as authorized to receive information pertaining to the above loan.

For any further questions or concerns regarding the loan, you may contact our Customer Care Center at (800) 746-2936.

RRCMAINLTRM.13    1

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number:7191037055                                    NMLS # 1852



*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*          WWW.OCWEN.COM

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,

Ahmed, Emad
Research Department
Ocwen Loan Servicing, LLC

RRCMAINLTRM.13    2

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number:7191037055                                                                NMLS # 1852



P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

rec'd 12/18/13

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
WEST PALM BCH FL
PERMIT NO 1946

**FIRST CLASS MAIL**

research response

53  K✳QPNP1  95823

Exhibit "53"

12/13/2013

OCWEN
P.O. Box 6440
Carl Stream, IL 60197-6440

Re: Payment Loan# 7191037055

Anthony Dicus
5950 La Castana Way
Sacramento, CA 95823-5621

Dear Sirs:

Find enclosed the accumulated payments you and your predecessor
have previously and wrongfully rejected.  I am not in default and I
dispute this purported "debt" based on your previous and enclosed
copy of the last statement I received.

Please accept the enclosed payment of $9774.78, which is adequate to
bring this account current despite your continued attempts to
wrongfully collect a debt you are not owed.

Regards,

Anthony Dicus
Dicus30@aol.com

02953A\0007416 ACROP2 S1-ET-M1-C004

012722992720  00000000000000000000000081460  000007191037055  50  011796007

| | Option 1 - Minimum | 1,113.92 |
| O | Option 2 - Interest Only | N/A |
| | Option 3 - Fully Amortized | 1,113.92 |
| O C W E N | Option 4 - 15 Year Amortized | 3,088.39 |

**Payment Coupon**

Account Number **Anthony P Dicus**
7191037055

| | **AMOUNT DUE** | $ | 11,796.00 |
| If Received after 01/17/2014 add Late Charge of: | | $ | 81.46 |
| Total Amount Due with Late Charge: | | $ | 11,877.46 |
| Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal. | Additional Principal: | $ | |
| | Additional Escrow: | $ | |
| | Late Charges: | $ | |
| | Other: (Please Specify) | $ | |
| | Total Enclosed: | $ | 9774.78 |

OCWEN
PO BOX 6440
CAROL STREAM IL  60197-6440

☐ Check for change of information and see reverse side of coupon.



**LILIA LOPEZ**
**ANTHONY DICUS**
5950 LA CASTANA WAY
SACRAMENTO, CA  95823-5621

90-7162 / 3222    19190                    148

DATE  12/12/13

PAY TO THE
ORDER OF    Ocwen                    $ 9774.78

Nine thousand seven hundred seventy four  78/100 ———

CHASE ◯  6 months 1629.13
JPMorgan Chase Bank, N.A.
www.Chase.com
MEMO  loan # 7191037055            Anthony Dicus    MP

⑈3222716271⑈    413548954"0148

Exhibit "54"



*OCWEN Loan Servicing, LLC*
*PO Box 24726*
*West Palm Beach, FL 33416-4726*

Website:WWW.OCWEN.COM

recd 1/13/14

January 9, 2014

Anthony P Dicus
5950 La Castana Way
Sacramento, CA 95823

Re: INSUFFICIENT TO CURE DEFAULT
    Loan Number: 7191037055

Dear Mortgagor(s):

Ocwen recently received funds for your loan in the amount of $  9,774.78.  These funds are being returned in the same form (check, Western Union, MoneyGram, etc.) in which they were received.

These funds are being returned, as they are not sufficient to satisfy the defaulted amount of your loan and no alternative payment arrangements have been agreed to. As indicated in the Notice of Default that was previously sent to you, payments that are less than the amount required to reinstate the mortgage loan will be returned and **will not stop any foreclosure proceedings that have begun.**

To cure the default you must pay the full amount due.  To determine the amount due or to discuss other possible alternatives that may be available to avoid a foreclosure sale, you should **contact your Home Retention Consultant immediately at (877)596-8580.**

Sincerely,

Ocwen Loan Servicing, LLC

**This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt.**

**NMLS#1852**



Exhibit "55"



*Ocwen Loan Servicing, LLC*
*1661 Worthington Road Suite 100*
*West Palm Beach, FL 33409*          WWW.OCWEN.COM

1/11/14

REINSTATEMENT QUOTE          1/17/14

> If your loan is past due or has recently been past due, additional fees and costs may have been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen. Furthermore, if your account is past due, additional collection expenses and legal fees may be accruing.

anthony p. dicus
5950 La Castana Way
Sacramento CA 95823

Requestor Fax Number:
Requestor Email Address:

Loan Number: 7191037055
Customer Name(s): Anthony Dicus
Property Address: 5950 La Castana Way, Sacramento, CA 95823

As Of : 02/10/14 Next Due: 03/01/14

| Description | Amount |
|---|---|
| Principal Payment | 5,206.55 |
| Interest Due | 7,826.49 |
| Suspense Balance | 515.21- |
| Total Amount Due to Reinstate | $12,517.83 |

If you are unable to pay the Total Amount Due to reinstate your loan, please contact our office at (877) 596-8580

| Description | Amount |
|---|---|
| Late Charge Due | 488.76 |
| Attorney Fees | 300.00 |
| BPO | 145.00 |
| Property Inspection | 55.00 |
| Total Other Amounts Outstanding and Due | $988.76 |

*Please make note of the other amounts due on your loan. Repayment of these amounts is not necessary to reinstate your loan at this time; however, it is required to fulfill your debt obligation under the note and the mortgage. We strongly encourage you to contact us to make payment arrangements to repay the Other Amounts Outstanding and Due by calling (800) 746-2936.*

Prabhu Michael has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
*1661 Worthington Road Suite 100*
*West Palm Beach, FL 33409*

WWW.OCWEN.COM

1.  If your loan is past due or has recently been past due, additional fees and costs may have already been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen.

2.  If your account is past due, additional collection expenses and legal fees may be accruing.

3.  All checks must be made payable to Ocwen.

4.  If your loan is in foreclosure, all funds must be in one of the following forms: Cashier's Check, Bank Certified Check, Title Company Check or Attorney's Escrow Check or via Wire Transfer. All other forms of payment will be returned and the reinstatement will not be processed.

5.  Payment remittance information (always include Ocwen loan number with payment):

| **BY OVERNIGHT COURIER** | **BY WIRE TRANSFER** |
|---|---|
| **Ocwen** | **Wells Fargo Bank, NA** |
| **1661 Worthington Road, Suite 100** | **San Francisco, California** |
| **West Palm Beach, FL 33409** | **ABA: 121000248** |
| **Reference: Ocwen Loan # 7191037055** | **Account Name: Ocwen Loan Servicing, LLC** |
| **Attention: Cashiering/HRC Payment Department** | **Account Number: 4124823352** |
| | **Reference: Ocwen Loan # (Loan followed by loan #)** |

If you have questions regarding this reinstatement quote, please contact our **Home Retention Department at**

# (800) 746-2936

If after speaking with our Home Retention department, you still have questions or concerns, please feel free to contact the Ocwen consumer advocate at the address above, by email at Ombudsman@ocwen.com or by phone at (800) 390-4656

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
WEST PALM BCH FL
PERMIT NO 1946

1/17/14
reinstatement
**FIRST CLASS MAIL** quote

53  L✱QPNPi  95823

Exhibit "56"



*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*          WWW.OCWEN.COM

January 14, 2014                                                    rec'd 1/23/14

Anthony P. Dicus

5950 La Castana Way
Sacramento, CA  95823

RE: Loan Number:      7191037055
Property Address:      5950 La Castana Way
                       Sacramento, CA  95823

Dear Anthony P. Dicus :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan.  We appreciate the time and effort on your part to bring your concern to our attention.  Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:


**Concern#1** You expressed concern regarding the payments returned on the loan, as you believe the loan is not in default.

**Response**   Our records indicate that on November 4, 2013, foreclosure proceedings were initiated on your loan, as it was past due for the July 1, 2013 payment.  Please note that during active foreclosure, we do not accept uncertified funds and the funds remitted towards the loan should be a full reinstatement amount.  In the event you remit partial and uncertified funds, the same would be returned to the remitter.

Our records indicate that the funds received on November 14, 2013 and January 1, 2014, in the amount of $8,145.65 and $9,774.78 was returned to the remitter on November 26, 2013 and January 9, 2014, as the funds were insufficient to cure default on the loan.

Please note that we have submitted a request for the reinstatement quote good through February 10, 2013 to be sent to your attention.  This will provide you with the breakdown of the total amount outstanding on the loan.

As of the date of this letter, the loan is due for the July 1 2013 payment. .  For any further questions or concerns regarding the loan, you may contact our Customer Care Center at (800) 746-2936.


We trust the information provided has fully addressed your concern.  Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there.  However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

RRCMAINLTRM.13      1

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.*
*However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and*
*does not constitute an attempt to collect a debt.*

Loan Number:7191037055                                                NMLS # 1852



*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*

<u>WWW.OCWEN.COM</u>

Sincerely,

Shruti Shah
Research Department
Ocwen Loan Servicing, LLC

RRCMAINLTRM.13    2

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

PRESORTED
FIRST-CLASS MAI
US POSTAGE
**PAID**
WEST PALM BCH
PERMIT NO 1946

rec'd 1/23/14

return payments
letter

**FIRST CLASS MAIL**

Foreclosure
initiated
11/4/13

53  LXQPNPi  95823

Exhibit "57"

*Ocwen Loan Servicing, LLC*
*1661 Worthington Road Suite 100*
*West Palm Beach, FL 33409*          WWW.OCWEN.COM

1/11/14

## REINSTATEMENT QUOTE



anthony p. dicus
5950 La Castana Way
Sacramento CA 95823

> If your loan is past due or has recently been past due, additional fees and costs may have been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen. Furthermore, if your account is past due, additional collection expenses and legal fees may be accruing.

Requestor Fax Number:
Requestor Email Address:

Loan Number: 7191037055
Customer Name(s): Anthony Dicus
Property Address: 5950 La Castana Way, Sacramento, CA 95823

As Of : 02/10/14 Next Due: 03/01/14

| Description | Amount |
| --- | --- |
| Principal Payment | 5,206.55 |
| Interest Due | 7,826.49 |
| Suspense Balance | 515.21- |
| Total Amount Due to Reinstate | $12,517.83 |

If you are unable to pay the Total Amount Due to reinstate your loan, please contact our office at (877) 596-8580

| Description | Amount |
| --- | --- |
| Late Charge Due | 488.76 |
| Attorney Fees | 300.00 |
| BPO | 145.00 |
| Property Inspection | 55.00 |
| Total Other Amounts Outstanding and Due | $988.76 |

*Please make note of the other amounts due on your loan. Repayment of these amounts is not necessary to reinstate your loan at this time; however, it is required to fulfill your debt obligation under the note and the mortgage. We strongly encourage you to contact us to make payment arrangements to repay the Other Amounts Outstanding and Due by calling (800) 746-2936.*

Prabhu Michael has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
*1661 Worthington Road Suite 100*
*West Palm Beach, FL 33409*

WWW.OCWEN.COM

1.  If your loan is past due or has recently been past due, additional fees and costs may have already been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen.

2.  If your account is past due, additional collection expenses and legal fees may be accruing.

3.  All checks must be made payable to Ocwen.

4.  If your loan is in foreclosure, all funds must be in one of the following forms: Cashier's Check, Bank Certified Check, Title Company Check or Attorney's Escrow Check or via Wire Transfer. All other forms of payment will be returned and the reinstatement will not be processed.

5.  Payment remittance information (always include Ocwen loan number with payment):

**BY OVERNIGHT COURIER**
**Ocwen**
**1661 Worthington Road, Suite 100**
**West Palm Beach, FL 33409**
**Reference: Ocwen Loan # 7191037055**
**Attention: Cashiering/HRC Payment Department**

**BY WIRE TRANSFER**
**Wells Fargo Bank, NA**
**San Francisco, California**
**ABA: 121000248**
**Account Name: Ocwen Loan Servicing, LLC**
**Account Number: 4124823352**
**Reference: Ocwen Loan # (Loan followed by loan #)**

If you have questions regarding this reinstatement quote, please contact our **Home Retention Department at**

# (800) 746-2936

If after speaking with our Home Retention department, you still have questions or concerns, please feel free to contact the Ocwen consumer advocate at the address above, by email at Ombudsman@ocwen.com or by phone at (800) 390-4656

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
WEST PALM BCH FL
PERMIT NO 1946

1/17/14
reinstatement
quote

**FIRST CLASS MAIL**

53  L✻QPNP1  95823

Exhibit "58"

01/15/2014

OCWEN
P.O. Box 6440
Carl Stream, IL 60197-6440

Re: Payment Loan# 7191037055

Anthony Dicus
5950 La Castana Way
Sacramento, CA 95823-5621

Dear Sirs:

Find enclosed the accumulated payments you and your predecessor
have previously and wrongfully rejected.  I am not in default and I
dispute this purported "debt" based on your previous and enclosed
copy of the last statement I received.

Please accept the enclosed payment of $11403.91, which is adequate
to bring this account current despite your continued attempts to
wrongfully collect a debt you are not owed.

Regards,

Anthony Dicus
Dicus30@aol.com

Anthony Dicus
5950 La Castana Way
Sacramento CA 95823

OCWEN
P.O. Box 6440
Carl Stream, IL 60197-6440

Ocwen Loan Servicing®
Mortgage Customers

Log Out

**Loan Number : 7191037055**

5950 La Castana Way
Sacramento, CA 95823

# Payments and Amounts Due

Main Menu



Next due date:
**October 1, 2013**

Amount due:
**$192.05**

Make Payment



You have:
**No New Items**



Upload Documents

**PAYMENT INFORMATION**

| | |
|---|---|
| **Next Payment Due Date:** | 10/01/2013 |
| **Next Payment Amount:** | $192.05 |
| **Escrow Portion:** | $0.00 |
| **Last Payment Received:** | 01/27/2014 |
| **Amount of Last Payment Received:** | $11,403.91 |

**LOAN INFORMATION**

| | |
|---|---|
| **Unpaid Principal Balance:** | $289,431.78 |
| **Original Principal Balance:** | $288,000.00 |
| **Length of the Loan (Months):** | 360 |
| **Origination Date:** | 10/26/2006 |
| **Maturity Date:** | 11/01/2036 |
| **Interest Rate (%):** | 4 |

Payment History    Payment Confirmation Letter    Fee Schedule    Recent or Upcoming Payment Changes    Notify Ocwen that I made a Payment

Reinstatement Quote    Payment Remittance Coupon    Ways to Make Payments    Account Statements    Go Green

Automatic Payments    Payoff Quote

oration. All Rights Reserved. Case 14-02127    Filed 05/19/14    Doc 15 Contact Us | Web Terms and Conditions | Privacy Policy



## Chase Online

TOTAL CHECKING (...8954)

**Check Number:** 150    **Post Date:** 02/05/2014    **Amount of Check:** $11,403.91



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2014 JPMorgan Chase & Co.

Exhibit "59"



rec'd 2/18/14

8742 Lucent Boulevard ▪ Suite 300 ▪ Highlands Ranch, CO 80129

720-241-7302
720-241-7218

02/12/2014

ANTHONY P DICUS
5950 LN CASTANA WAY
SACRAMENTO CA 95823

Re: SLS Loan Number: 1003244929
     Property Address: 5959 LA CASTANA WAY SACRAMENTO CA 95823

Dear ANTHONY P DICUS:

This letter is to inform you that Specialized Loan Servicing LLC (SLS) on behalf of Deutsche Bank National Trust Company, Trustee and Supplemental Interest Trust Trustee, Home Equity Mortgage Loan Asset-Backed Trust Series INDS 2007-1 has made the determination not to pursue foreclosure action on the above referenced property and the lien secured by the Deed of Trust/Mortgage will be released.

You have the right to continue to occupy the above referenced property until such time as a sale or title transfer action occurs by the City, County or other lien holder.  For questions regarding your rights and possible tax liabilities, you may wish to consult with an attorney and/or tax advisor.

If you have any questions regarding this information, please contact Customer Care toll free at 800-315-4757, Monday through Friday, 6:00 a.m. until 6:00 p.m. MST or TDD 800-268-9419, Monday through Friday, 8:00 a.m. until 5:00 p.m. MST.

Sincerely,

Specialized Loan Servicing LLC

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**BANKRUPTCY NOTICE-** IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN.  THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE.  HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY.  IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER CARE CENTER AT 800

Setting the Standard
www.sls.net



**SLS**

8742 Lucent Boulevard ▪ Suite 300 ▪ Highlands Ranch, CO 80129

rec'd 2/18/14



neopost
02/14/2014
US POSTAGE $000.43

FIRST-CLASS MAIL
AUTO

ZIP 80129
041L12203153

foreclosure release

LVM—NMB  95823



8742 Lucent Boulevard ▪ Suite 300 ▪ Highlands Ranch, CO 80129

▢ 720-241-7302
▢ 720-241-7218

02/12/2014

*recd 2/18/14*

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 93274

Re: SLS Loan Number: 1003244929
      Property Address: 5950 LA CASTANA WAY SACRAMENTO CO 93274

Dear ANTHONY P DICUS:

This letter is to inform you that Specialized Loan Servicing LLC (SLS) on behalf of Deutsche Bank National Trust Company, Trustee and Supplemental Interest Trust Trustee, Home Equity Mortgage Loan Asset-Backed Trust Series INDS 2007-1 has made the determination not to pursue foreclosure action on the above referenced property and the lien secured by the Deed of Trust/Mortgage will be released.

You have the right to continue to occupy the above referenced property until such time as a sale or title transfer action occurs by the City, County or other lien holder.  For questions regarding your rights and possible tax liabilities, you may wish to consult with an attorney and/or tax advisor.

If you have any questions regarding this information, please contact Customer Care toll free at 800-315-4757, Monday through Friday, 6:00 a.m. until 6:00 p.m. MST or TDD 800-268-9419, Monday through Friday, 8:00 a.m. until 5:00 p.m. MST.

Sincerely,

Specialized Loan Servicing LLC

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**BANKRUPTCY NOTICE**- IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN.  THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE.  HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY.  IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER CARE CENTER AT 800



**SLS**

8742 Lucent Boulevard ▪ Suite 300 ▪ Highlands Ranch, CO 80129

letter #2

recd 2/18/14
foreclosure release



neopost
02/14/2014
US POSTAGE $000.43⁵

FIRST-CLASS MAIL
AUTO

ZIP 80129
041L12203153

SLS.net
Specialized loan
Servicing

who are they?

LVM-NMB  95823

Exhibit "60"



OCWEN

Ocwen Loan Servicing LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

| **Property Address** | 5950 La Castana Way |
| | Sacramento, CA 95823 |

2/12/14 2:13 PM 3  003757T 20140220 JBR2G110 OCWARM 2 cc DOM JBR2G10000* 146951 MS



ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

| **Statement Date** | | 02/17/14 |
| **Account Number** | | 7191037055 |
| **Payment Due Date** | | 03/01/14 |
| **Amount Due** | Option 1 (Full) | $59.74 |
| | Option 2 (15 Year) | $2,047.22 |
| | Option 3 (Interest/Only) | N/A |
| | Option 4 (Minimum) | $110.59 |

| Customer Care | 800-746-2936 |
| Insurance | 866-825-9265 |

| **Account Information** | | **Past Payments Breakdown** | Paid Since Last Statement | Paid Year to Date |
|---|---|---|---|---|
| Principal Balance* | $289,431.78 | Principal | $7,456.49 | $7,456.49 |
| Maturity Date | November 1, 2036 | Interest | $2,944.09 | $2,944.09 |
| Interest Rate (until April 1, 2014) | 3.87500% | Escrow (Taxes & Insurance) | $.00 | $.00 |
| Prepayment Penalty | No | Fees/Other Charges | $.00 | $.00 |
| | | Unapplied Funds** | $1,003.33 | $1,518.54 |
| | | Total | $11,403.91 | $11,919.12 |

| **Explanation of Amount Due** | | | | | **Special Notices** |
|---|---|---|---|---|---|
| | Option 1 (Fully Amortizing) | Option 2 (15 Year Amortizing) | Option 3 (Interest-Only) | Option 4 (Minimum) | |
| Principal | $654.55 | $2,642.03 | N/A | $705.40 | |
| Total Regular Payment | $59.74 | $2,047.22 | N/A | $110.59 | |
| Past Due Payment(s) Amount | $9,063.45 | $9,063.45 | N/A | $9,063.45 | |
| Unapplied Funds** | -$1,518.54 | -$1,518.54 | N/A | -$1,518.54 | |
| Total Amount Due | $8,199.46 | $10,186.94 | N/A | $8,250.31 | |

| If you make this payment ... | ... your principal balance will decrease, and you will be closer to paying off your loan. | ... your principal balance will decrease, and you will be closer to paying off your loan. | ... your principal balance will stay the same and you will not be closer to paying off your loan. | ... your principal balance will increase. You will be borrowing more money and losing equity in your home. |

## Transaction Activity Since Last Statement (01/17/14 to 02/17/14)

| Tran Date | Pmt Date | Description | Tran Total | Principal | Interest | Escrow | Opt Prods | Late Charges Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 01/29/14 | 01/27/14 | Payment | $4,470.19 | $2,477.23 | $989.63 | | | | $1,003.33 |
| 01/29/14 | 01/27/14 | Payment | $3,466.86 | $2,485.49 | $981.37 | | | | |
| 01/29/14 | 01/27/14 | Payment | $3,466.86 | $2,493.77 | $973.09 | | | | |

## Important News

You must use this address for all qualified written requests,notices of error, and/or requests for information. Research Department, PO Box 24736, West Palm Beach, FL 33416-4736.
**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only.Please note that your monthly payment amount has changed to $1,629.13 effective 03/01/2014. Further detail regarding the reason for this change will be included in a separate letter.Please note that

**See reverse side for important information and state specific disclosures.**



O C W E N

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

**Mortgage Account Statement**

| Property Address | | 5950 La Castana Way |
| --- | --- | --- |
| | | Sacramento, CA 95823 |

| Statement Date | | 02/17/14 |
| --- | --- | --- |
| Account Number | | 7191037055 |
| Payment Due Date | | 03/01/14 |
| Amount Due | Option 1 (Full) | $59.74 |
| | Option 2 (15 Year) | $2,047.22 |
| | Option 3 (Interest/Only) | N/A |
| | Option 4 (Minimum) | $110.59 |

| Customer Care | 800-746-2936 |
| --- | --- |
| Insurance | 866-825-9265 |

| Account Information | | Past Payments Breakdown | | |
| --- | --- | --- | --- | --- |
| | | | Paid Since Last Statement | Paid Year to Date |
| Principal Balance* | $289,431.78 | Principal | $7,456.49 | $7,456.49 |
| Maturity Date | November 1, 2036 | Interest | $2,944.09 | $2,944.09 |
| Interest Rate (until April 1, 2014) | 3.87500% | Escrow (Taxes & Insurance) | $.00 | $.00 |
| Prepayment Penalty | No | Fees/Other Charges | $.00 | $.00 |
| | | Unapplied Funds** | $1,003.33 | $1,518.54 |
| | | Total | $11,403.91 | $11,919.12 |

| Explanation of Amount Due | | | | | Special Notices |
| --- | --- | --- | --- | --- | --- |
| | Option 1 (Fully Amortizing) | Option 2 (15 Year Amortizing) | Option 3 (Interest-Only) | Option 4 (Minimum) | |
| Principal | $654.55 | $2,642.03 | N/A | $705.40 | |
| Total Regular Payment | $59.74 | $2,047.22 | N/A | $110.59 | |
| Past Due Payment(s) Amount | $9,063.45 | $9,063.45 | N/A | $9,063.45 | |
| Unapplied Funds** | -$1,518.54 | -$1,518.54 | N/A | -$1,518.54 | |
| Total Amount Due | $8,199.46 | $10,186.94 | N/A | $8,250.31 | |
| If you make this payment ... | ...your principal balance will **decrease**, and you will be closer to paying off your loan. | ...your principal balance will **decrease**, and you will be closer to paying off your loan. | ... your principal balance will **stay the same** and you will not be closer to paying off your loan. | ...**your principal balance will increase**. You will be borrowing more money and losing equity in your home. | |

## Transaction Activity Since Last Statement (01/17/14 to 02/17/14)

## Important News

your monthly payment amount has changed to $1,629.13 effective 04/01/2014. Further detail regarding the reason for this change will be included in a separate letter.Choosing your Payment OptionsOption 1: Minimum Payment DueThis amount may not be sufficient to pay all of the accrued interest for the month or to pay the loan in full over theremaining term in equal monthly installment. Therefore, negative amortization may result and any deferred interest will beadded to the balance of your loan.Option 2: Interest Only PaymentWith this payment there will be no reduction in your principal balance this month.Option 3: Fully Amortized PaymentThis is the traditional payment of interest and principal, which pays all the interest due and reduces your principal withan amount sufficient to pay off your loan on

**See reverse side for important information and state specific disclosures.**



OCWEN

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

# Mortgage Account Statement

| Property Address | 5950 La Castana Way |
|---|---|
| | Sacramento, CA 95823 |

| Statement Date | | 02/17/14 |
|---|---|---|
| Account Number | | 7191037055 |
| Payment Due Date | | 03/01/14 |
| Amount Due | Option 1 (Full) | $59.74 |
| | Option 2 (15 Year) | $2,047.22 |
| | Option 3 (Interest/Only) | N/A |
| | Option 4 (Minimum) | $110.59 |

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-825-9265 |

| Account Information | | Past Payments Breakdown | | |
|---|---|---|---|---|
| | | | Paid Since Last Statement | Paid Year to Date |
| Principal Balance* | $289,431.78 | Principal | $7,456.49 | $7,456.49 |
| Maturity Date | November 1, 2036 | Interest | $2,944.09 | $2,944.09 |
| Interest Rate (until April 1, 2014) | 3.87500% | Escrow (Taxes & Insurance) | $.00 | $.00 |
| Prepayment Penalty | No | Fees/Other Charges | $.00 | $.00 |
| | | Unapplied Funds** | $1,003.33 | $1,518.54 |
| | | Total | $11,403.91 | $11,919.12 |

## Explanation of Amount Due

| | Option 1 (Fully Amortizing) | Option 2 (15 Year Amortizing) | Option 3 (Interest-Only) | Option 4 (Minimum) | Special Notices |
|---|---|---|---|---|---|
| Principal | $654.55 | $2,642.03 | N/A | $705.40 | |
| Total Regular Payment | $59.74 | $2,047.22 | N/A | $110.59 | |
| Past Due Payment(s) Amount | $9,063.45 | $9,063.45 | N/A | $9,063.45 | |
| Unapplied Funds** | -$1,518.54 | -$1,518.54 | N/A | -$1,518.54 | |
| Total Amount Due | $8,199.46 | $10,186.94 | N/A | $8,250.31 | |

| If you make this payment ... | ...your principal balance will **decrease**, and you will be closer to paying off your loan. | ...your principal balance will **decrease**, and you will be closer to paying off your loan. | ...your principal balance will **stay the same** and you will not be closer to paying off your loan. | ...**your principal balance will increase.** You will be borrowing more money and losing equity in your home. |
|---|---|---|---|---|

## Transaction Activity Since Last Statement (01/17/14 to 02/17/14)

## Important News

schedule.Option 4:  15 Year Amortized PaymentThis payment is calculated to amortize your loan based on a 15 year term or the remaining term, which ever is less,resulting in substantial interest savings.Payments received are to be applied in accordance with  your mortgage note. Payments will be first applied to  bring your loan contractually current. Any additional  funds received will be applied to outstanding fees and advances prior to being applied to principal.If you have any questions about your loan, please call 1-800-746-2936 (ext:68203) and ask to set up an appointment with Prabhu Michael, your relationship manager, or schedule an appointment at Ocwencustomers.com.

**See reverse side for important information and state specific disclosures.**



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

# GUIDE TO UNDERSTANDING YOUR NEW BILLING STATEMENT

## Summary of changes to your Ocwen Mortgage Account Statement

1. Current amount due and due date

2. Account information, including your current interest rate and principal balance

3. Detailed breakdown of your amount due

4. Additional explanation of recent account activity

5. Detailed past payment information, with recent and year-to-date totals

6. Important updates and account status information

---

**Q: How can I view my statement online?**

A: Log on to ocwencustomers.com and click the "Payments and Amounts Due" icon, then click the "Account Statements" icon. You may select and view your statement from the list presented.

**Q: Why has my statement changed?**

A: The redesigned Mortgage Account Statement matches new guidelines set by the Consumer Financial Protection Bureau in 2013. The changes are designed to make reading & understanding your account information easier than ever.

**Q: What is new or changed from the old statement?**

A: Important information was added or reorganized, including:

- The amount due, due date, and our contact information are now conveniently located at the top of your billing statement.

- Centered in the middle of the page is a snapshot of your account status and recent activity, which now includes your loan maturity date and whether there is a pre-payment penalty.

- We added explanations for how payments impact your account and are applied, and special notices such as upcoming payment changes, consequences of default, account status, and more.

- We also reorganized page 2. You can see payment methods and addresses, fee and credit reporting policies, special disclosures, and more.

**Q: Did the coupon change?**

A: No, it's the same.



02-6X99-0480IR1(8/10)

P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

recd 3/1/14
Statement

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
APS
46206



023    AIXQAP2 95823

00009174046  4444444881  000007191037055 50  009174046



**TOTAL AMOUNT DUE**

| | |
|---|---|
| Option 1 - Fully Amoritzed | $59.74 |
| Option 2 - 15 Year Amortized | $2,047.22 |
| Option 3 - Interest Only | |
| Option 4 - Minimum | $110.59 |
| If received after  add Late Charge of: | $0.00 |
| Additional Principal: | |
| Additional Escrow: | |
| Late Charges: | |
| Other: (Please Specify) | |
| Total Enclosed: | |

O C W E N

**Payment Coupon**

Anthony P Dicus
Account Number 7191037055



OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440

212/14 2:13 PM 3  057577 20140220 JBR2G118 OCWARM 2 oz DOM JBR2G10000  146951 MS

Exhibit "61"



## Schedule a Payment

✅ **You've successfully scheduled this payment.**
We'll send the payment at 8:00 PM ET on the payment date.

**Payee:** OCWEN LOAN SERVICING...7055

**Payment amount:** $1,629.13

**Pay from:** TOTAL CHECKING (...8954)

**Payment date:** 02/24/2014          02/25/2014
Send on               Deliver by

**Memo:** *None*

**Status:** Funded

**Transaction number:** 3768012603 ✅

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

Exhibit "62"



Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738



www.ocwencustomers.com

Case 14-02127   Filed 05/19/14   Doc 101

# Mortgage Account Statement

| **Property Address** | 5950 La Castana Way Sacramento, CA 95823 |
|---|---|

3/17/14 3.28 PM 3  0029168 20140318 JCNGA809 OCWARM 1 nr DOM JCNGA60000* 140851 MS

||·||·||··||||·|·||·|·|||·||·||·||·||||||·····||·||·|||·|||·····|||·|·|

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 95823-5621

| **Statement Date** | | 03/17/14 |
|---|---|---|
| **Account Number** | | 7191037055 |
| **Payment Due Date** | | 04/01/14 |
| **Amount Due** | Option 1 (Full) | $69.96 |
| | Option 2 (15 Year) | $2,082.09 |
| | Option 3 (Interest/Only) | N/A |
| | Option 4 (Minimum) | $121.09 |

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-825-9265 |

## Account Information

| | |
|---|---|
| Principal Balance* | $289,431.78 |
| Maturity Date | November 1, 2036 |
| Interest Rate (until April 1, 2014) | 3.87500% |
| Prepayment Penalty | No |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $7,456.49 |
| Interest | $.00 | $2,944.09 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $1,629.13 | $1,518.54 |
| Total | $1,629.13 | $11,919.12 |

\* This is your Principal Balance only, not the amount required to pay the loan in full.

## Explanation of Amount Due

| | Option 1 (Fully Amortizing) | Option 2 (15 Year Amortizing) | Option 3 (Interest-Only) | Option 4 (Minimum) |
|---|---|---|---|---|
| Principal | $656.55 | $2,668.68 | N/A | $707.68 |
| Total Regular Payment | $69.96 | $2,082.09 | N/A | $121.09 |
| Past Due Payment(s) Amount | $10,803.08 | $10,803.08 | N/A | $10,803.08 |
| Fees/Other Charges | $10.50 | $10.50 | N/A | $10.50 |
| Unapplied Funds** | -$1,518.54 | -$1,518.54 | N/A | -$1,518.54 |
| Total Amount Due | $9,951.59 | $11,963.72 | N/A | $10,002.72 |

## Special Notices

If you make this payment ...

| ...your principal balance will decrease and you will be decrease closer to paying off your loan. | ... your principal balance will and you will be closer to paying off your loan. | ... your principal balance will stay the same and you will not be closer to paying off your loan. | ... your principal balance will increase. You will be borrowing more money and losing equity in your home. |
|---|---|---|---|

## Transaction Activity Since Last Statement (02/17/14 to 03/17/14)

| Tran Date | Pmt Date | Description | Tran Total | Principal | Interest | Escrow | Opt Prods | Late Charges Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/14 | 02/25/14 | Suspense Payment | $1,629.13 | | | | | | $1,629.13 |
| 02/28/14 | 02/28/14 | Suspense Disbursement | $1,629.13- | | | | | | $1,629.13- |

## Important News

You must use this address for all qualified written requests, notices of error, and/or requests for information. Research Department, PO Box 24736, West Palm Beach, FL 33416-4736.

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only.Please note that your monthly payment amount has changed to $1,629.13 effective 04/01/2014. Further detail regarding the reason for this change will be included in a separate letter.Choosing your Payment OptionsOption 1:  Minimum Payment DueThis amount may not be sufficient to pay all of the accrued interest for the month or to pay the loan in full over theremaining term in equal monthly installment. Therefore, negative amortization may result and any deferred interest will beadded to the balance of your loan.Option 2:  Interest Only PaymentWith this payment there will be no reduction in your principal balance this month.Option 3:  Fully Amortized PaymentThis is the traditional payment of interest and principal, which pays all the

**See reverse side for important information and state specific disclosures.**



Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

O C W E N

www.ocwencustomers.com

**Mortgage Account Statement**

| **Property Address** | 5950 La Castana Way |
|---|---|
| | Sacramento, CA 95823 |

| **Statement Date** | | 03/17/14 |
|---|---|---|
| **Account Number** | | 7191037055 |
| **Payment Due Date** | | 04/01/14 |
| **Amount Due** | Option 1 (Full) | $69.96 |
| | Option 2 (15 Year) | $2,082.09 |
| | Option 3 (Interest/Only) | N/A |
| | Option 4 (Minimum) | $121.09 |

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-825-9265 |

## Account Information

| Principal Balance* | $289,431.78 |
|---|---|
| Maturity Date | November 1, 2036 |
| Interest Rate (until April 1, 2014) | 3.87500% |
| Prepayment Penalty | No |

*\* This is your Principal Balance only, not the amount required to pay the loan in full.*

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $7,456.49 |
| Interest | $.00 | $2,944.09 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $1,629.13 | $1,518.54 |
| Total | $1,629.13 | $11,919.12 |

## Explanation of Amount Due

| | Option 1 (Fully Amortizing) | Option 2 (15 Year Amortizing) | Option 3 (Interest-Only) | Option 4 (Minimum) |
|---|---|---|---|---|
| Principal | $656.55 | $2,668.68 | N/A | $707.68 |
| Total Regular Payment | $69.96 | $2,082.09 | N/A | $121.09 |
| Past Due Payment(s) Amount | $10,803.08 | $10,803.08 | N/A | $10,803.08 |
| Fees/Other Charges | $10.50 | $10.50 | N/A | $10.50 |
| Unapplied Funds** | -$1,518.54 | -$1,518.54 | N/A | -$1,518.54 |
| Total Amount Due | $9,951.59 | $11,963.72 | N/A | $10,002.72 |

### Special Notices

| If you make this payment ... | ... your principal balance will **decrease**, and you will be **decrease**, and you will be closer to paying off your loan. | ... your principal balance will **decrease**, and you will be closer to paying off your loan. | ... your principal balance will **stay the same** and you will not be closer to paying off your loan. | ... your principal balance will **increase**. You will be borrowing more money and losing equity in your home. |
|---|---|---|---|---|

## Transaction Activity Since Last Statement (02/17/14 to 03/17/14)

## Important News

interest due and reduces your principal withan amount sufficient to pay off your loan on schedule.Option 4:  15 Year Amortized PaymentThis payment is calculated to amortize your loan based on a 15 year term or the remaining term, which ever is less,resulting in substantial interest savings.Payments received are to be applied in accordance with  your mortgage note. Payments will be first applied to  bring your loan contractually current. Any additional  funds received will be applied to outstanding fees and advances prior to being applied to principal.If you have any questions about your loan, please call 1-800-746-2936 (ext:68203) and ask to set up an appointment with Prabhu Michael, your relationship manager, or schedule an appointment at Ocwencustomers.com.

**See reverse side for important information and state specific disclosures.**

02-6x93-7940I(2/14)



P.O. Box 24646
West Palm Beach, FL 33416-4646

O C W E N

Rec'd 3/24/14

statement

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
APS
46206

00010924173  4444444881  000007191037055  50  010924173

O C W E N

**TOTAL AMOUNT DUE**

| | |
|---|---|
| Option 1 - Fully Amortized | $69.96 |
| Option 2 - 15 Year Amortized | $2,082.09 |
| Option 3 - Interest Only | |
| Option 4 - Minimum | $121.09 |
| If received after  add Late Charge of: | $0.00 |
| Additional Principal: | |
| Additional Escrow: | |
| Late Charges: | |
| Other: (Please Specify) | |
| Total Enclosed: | |



**Payment Coupon**

Anthony P Dicus
Account Number 7191037055

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440

3/17/14 3:28 PM 3  0029188 20140318 JCNGA809 OCWARM 1 sz DOM JCNGA80000  148951 MS

Exhibit "63"

Date: 03-19-2014 03:57:49
From: Online Banking
Subject: Bill Payment not processed

**Message:**

Dear ANTHONY DICUS:

The online bill payment described below could not be processed:

Payment to OCWEN LOAN SERVICING from account 8954 for $1629.13, to be delivered by 02/25/2014.

This payment was returned by your Payee and not paid. Please verify the information on your current billing statement and resubmit your payment, or contact your Payee regarding this account.

Have questions? Our online help screens provide answers to many frequently asked questions. You can also click the Customer Center tab then go to the Contact Us page to find a list of helpful numbers to call.

Please do not reply to this automatically generated e-mail.

Note: If you use personal financial management software, such as Quicken or Microsoft Money, please go to your Payment Details page for the most updated information.

We know you have a choice of banks. Thanks for choosing ours.

Sincerely,

Online Banking Team

Exhibit "64"

Sunday, March 30, 2014

OCWEN
P.O. Box 6440
Carl Stream, IL 60197-6440

Re: Payment Loan# 7191037055

Anthony Dicus
5950 La Castana Way
Sacramento, CA 95823-5621

Dear Sirs:

Find enclosed the accumulated payments you and your predecessor have previously and wrongfully rejected.  I am not in default and I dispute this purported "debt" based on your previous and enclosed copy of the last statement I received.

Please accept the enclosed payment of $2248.84 (February & March Paments), which is adequate to bring this account current despite your continued attempts to wrongfully collect a debt you are not owed.

Regards,

Anthony Dicus
Dicus30@aol.com



**LILIA LOPEZ**
**ANTHONY DICUS**
5950 LA CASTANA WAY
SACRAMENTO, CA 95823-5621

*Cashing this check brings acct up to claws current.*

90-7162 19190
3222

153

DATE 3/15/14

PAY TO THE ORDER OF    OCWEN    $ 2248.84

Two thousand forty eight    84/100 —    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com    7191037055

MEMO Feb/March payments of 1124.42

Anthony Dicus    MP

⑆322271627⑆    413548954⑈0153

---



00013517099   4444444881   000007191037055   50   013435630

### TOTAL AMOUNT DUE

O C W E N

| Option | Amount |
|---|---|
| Option 1 - Fully Amortized | |
| Option 2 - 15 Year Amortized | $1,104.71 |
| Option 3 - Interest Only | $3,106.45 |
| Option 4 - Minimum | $1,124.42 |
| If received after 02/17/14 add Late Charge of: | $81.46 |
| Additional Principal: | |
| Additional Escrow: | |
| Late Charges: | |
| Other: (Please Specify) | |
| Total Enclosed: | |

X 2 =

**Payment Coupon**

Anthony P Dicus
Account Number 7191037055

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440

Feb & March's payment    $2248.84

Exhibit "65"



*recd 2/18/14*

8742 Lucent Boulevard ▪ Suite 300 ▪ Highlands Ranch, CO 80129

☎ 720-241-7302
🖷 720-241-7218

02/12/2014

ANTHONY P DICUS
5950 LN CASTANA WAY
SACRAMENTO CA 95823

Re: SLS Loan Number: 1003244929
   Property Address: 5959 LA CASTANA WAY SACRAMENTO CA 95823

Dear ANTHONY P DICUS:

This letter is to inform you that Specialized Loan Servicing LLC (SLS) on behalf of Deutsche Bank National Trust Company, Trustee and Supplemental Interest Trust Trustee, Home Equity Mortgage Loan Asset-Backed Trust Series INDS 2007-1 has made the determination not to pursue foreclosure action on the above referenced property and the lien secured by the Deed of Trust/Mortgage will be released.

You have the right to continue to occupy the above referenced property until such time as a sale or title transfer action occurs by the City, County or other lien holder.  For questions regarding your rights and possible tax liabilities, you may wish to consult with an attorney and/or tax advisor.

If you have any questions regarding this information, please contact Customer Care toll free at 800-315-4757, Monday through Friday, 6:00 a.m. until 6:00 p.m. MST or TDD 800-268-9419, Monday through Friday, 8:00 a.m. until 5:00 p.m. MST.

Sincerely,

Specialized Loan Servicing LLC

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**BANKRUPTCY NOTICE-** IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN.  THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE.  HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY.  IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER CARE CENTER AT 800

Setting the Standard
www.sls.net



**SLS**

8742 Lucent Boulevard ▪ Suite 300 ▪ Highlands Ranch, CO 80129

rec'd 2/18/14

foreclosure release



neopost
02/14/2014
US POSTAGE $000.43

FIRST-CLASS MAIL
AUTO

ZIP 80129
041L12203153



LVM-NMB 95823



**SLS**

8742 Lucent Boulevard ▪ Suite 300 ▪ Highlands Ranch, CO 80129

☎ 720-241-7302
🖷 720-241-7218

rec'd 2/18/14

02/12/2014

ANTHONY P DICUS
5950 LA CASTANA WAY
SACRAMENTO CA 93274

Re: SLS Loan Number: 1003244929
Property Address: 5950 LA CASTANA WAY SACRAMENTO CO 93274

Dear ANTHONY P DICUS:

This letter is to inform you that Specialized Loan Servicing LLC (SLS) on behalf of Deutsche Bank National Trust Company, Trustee and Supplemental Interest Trust Trustee, Home Equity Mortgage Loan Asset-Backed Trust Series INDS 2007-1 has made the determination not to pursue foreclosure action on the above referenced property and the lien secured by the Deed of Trust/Mortgage will be released.

You have the right to continue to occupy the above referenced property until such time as a sale or title transfer action occurs by the City, County or other lien holder. For questions regarding your rights and possible tax liabilities, you may wish to consult with an attorney and/or tax advisor.

If you have any questions regarding this information, please contact Customer Care toll free at 800-315-4757, Monday through Friday, 6:00 a.m. until 6:00 p.m. MST or TDD 800-268-9419, Monday through Friday, 8:00 a.m. until 5:00 p.m. MST.

Sincerely,

Specialized Loan Servicing LLC

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**BANKRUPTCY NOTICE-** IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER CARE CENTER AT 800



# ▪▪SLS

8742 Lucent Boulevard ▪ Suite 300 ▪ Highlands Ranch, CO 80129

letter #2

recd 2/18/14
fore closure release

neopost
02/14/2014
US POSTAGE $000.43⁵
FIRST-CLASS MAIL
AUTO
ZIP 80129
041L12203153



SLS. net
Specialized loan
Servicing
who are they?

LVM-NMB 95823