Ronald H. Freshman, Esq., SBN #225136
Law Office of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone: 858-756-8288
Facsimile: 206-424-0744

Attorney for Anthony P. Dicus and Lilia E. Dicus

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ANTHONY P. DICUS and LILIA E. LOPEZ,<br><br>　　　　Debtors, | Case No.　　09-35241 – B - 13<br>Chapter:　　13<br>Date Filed: October 17, 2009 |
| ANTHONY P. DICUS and LILIA E. LOPEZ<br><br>　　　　Plaintiffs,<br>　　v.<br>ONEWEST BANK, FSB d/b/a/ INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWESTBANK, FSB, f/k/a INDYMAC FEDERAL BANK, F.S.B., f/k/a INDYMAC BANK, F.S.B.;<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE LXS 2007-4N,<br>OCWEN LOAN SERVICING,<br>　　　　Defendants. | Adv. No.　　14-02127 – B<br>DCN:　　BJK-001<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

　　I, RONALD H. FRESHMAN, certify that I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 3040 Skycrest Drive, Fallbrook, CA 92028.  A true and correct copy of the documents entitled:

　　1)　　SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY
　　　　　PROCEEDING;

1  2) VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION; DECLARATORY RELIEF; and to QUIET TITLE;

3) DEBTORS AND PLAINTIFFS ANTHONY P. DICUS AND LILIA E. LOPEZ' VERIFICATION OF THEIR COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION; DECLARATORY RELIEF; and to QUIET TITLE;

4) EXHIBITS 1-65 to the Verified Complaint

5) NOTICE OF AVAILABILITY OF BANKRUPTCY DISPUTE RESOLUTION PROGRAM;

6) ORDER TO CONFER ON INITIAL DISCLOSURES AND SETTING DEADLINES

were served in the form and manner below:

1. **By regular, first class United States Mail, postage fully pre-paid, addressed to:**

   OneWest Bank, FSB                      Ocwen Loan Servicing, LLC
   C/O Severson & Werson                  C/O Severson & Werson
   Attn: Bernard J. Kornberg              Attn: Bernard J. Kornberg
   One Embarcadero Center, Suite 2600     One Embarcadero Center, Suite 2600
   San Francisco, CA 94111                San Francisco, CA 94111

   Chapter 13 Trustee                     Ocwen Loan Servicing, LLC
   Jan P. Johnson                         C/O Corporation Service Company
   PO Box 1708                            2711 Centerville Rd., Suite 400
   Sacramento, CA 95812                   Wilmington, DE 19808

2. **By Certified Mail Service on an Insured Depository Institution addressed to:**

   U.S. Bank National Association, as Trustee for the LXS 2007-4N
   Attn: Jan Estep, President – Officer of the Institution
   425 Walnut Street
   Cincinnati, Ohio 45202

   OneWest Bank, FSB
   Attn: Joseph Otting, CEO – Officer of the Institution
   888 East Walnut Street
   Pasadena, CA 91101

3.   **By Notice of Electronic Filing (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  Upon service, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated above:

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Dated: May 19, 2014

_____
Ronald H. Freshman
Attorney for Anthony P. Dicus and
Lilia E. Lopez