```
 1  JOHN B. SULLIVAN (State Bar No. 96742)
    EDWARD R. BUELL, III (State Bar No. 240494)
 2  BERNARD J. KORNBERG (State Bar No. 252006)
    SEVERSON & WERSON
 3  A Professional Corporation
    One Embarcadero Center, Suite 2600
 4  San Francisco, California 94111
    Telephone: (415) 398-3344
 5  Facsimile: (415) 677-5664
    Email:  bjk@severson.com
 6
    Attorneys for Ocwen Loan Servicing, LLC,
 7  OneWest Bank, FSB, and U.S. Bank National
    Association, as trustee for the Lehman XS Trust
 8  Mortgage Pass-Through Certificates 2007-4N
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 09-35241 |
| Anthony P. Dicus and Lilia E. Lopez, | Chapter 7 |
| Debtors. | Adv. No. 14-02127 |
| | DCN No. BJK-001 |
| | **NOTICE OF MOTION TO DISMISS DEBTORS' COMPLAINT FOR FAILURE TO STATE A CLAIM AND LACK OF JURISDICTION** |
| | Date:     July 29, 2014<br>Time:    9:32 a.m.<br>Dept.:    B<br>Place:    Courtroom 32<br>             501 I Street<br>             Sacramento, CA |
| | Judge:   Thomas C. Holman |

21000.0181/3304766.1

NOTICE OF MOTION

|   |   |
|---|---|
| 1 | TO THE PLAINTIFF AND ALL OTHER INTERESTED PARTIES: |
| 2 | Please take notice that on the above captioned date and time, or as soon thereafter as this |
| 3 | motion may be heard, in the above-captioned United States Bankruptcy Court, a hearing will be |
| 4 | conducted on defendants Ocwen Loan Servicing, LLC ("**Ocwen**"), OneWest Bank, FSB |
| 5 | ("**OneWest"**), and U.S. Bank National Association, as trustee for the LXS 2007-4N, also known |
| 6 | as U.S. Bank National Association, as trustee for the Lehman XS Trust Mortgage Pass-Through |
| 7 | Certificates 2007-4N ("**US Bank**") (collectively, "**Defendants**") motion to dismiss the complaint |
| 8 | filed by plaintiffs Anthony P. Dicus and Lilia E. Lopez ("**Debtors**") for failure to state a claim |
| 9 | upon which relief can be granted.  The basis for Defendants' request is set forth fully in its |
| 10 | concurrently filed motion to dismiss, which is brought pursuant to Local Bankruptcy Rule 9014- |
| 11 | 1(f)(1) of the Local Rules of Practice for the United States Bankruptcy Court, Eastern District of |
| 12 | California. |
| 13 | OPPOSITION, if any, to this motion shall be in writing, and served upon the following |
| 14 | parties not less than fourteen (14) calendar days prior to the noticed (or continued) hearing date: |
| 15 | Bernard J. Kornberg |
|    | SEVERSON & WERSON |
| 16 | A Professional Corporation |
|    | One Embarcadero Center, Suite 2600 |
| 17 | San Francisco, CA  94111 |
| 18 | Any written opposition to the motion must also filed with the Clerk of the Court not less |
| 19 | than fourteen (14) calendar days prior to the noticed (or continued) hearing date.  Opposition shall |
| 20 | be accompanied by evidence establishing its factual allegations.  Without good cause, no party |
| 21 | shall be heard in opposition to this motion at oral argument if written opposition has not been |
| 22 | timely filed.  Failure to file timely written opposition may be deemed a waiver of any opposition |
| 23 | to the Court granting of the motion or may result in the imposition of sanctions. |
| 24 | The opposition shall specify whether the responding party consents to the Court's |
| 25 | resolution of disputed material factual issues pursuant to Federal Rule of Civil Procedure 43(e) as |
| 26 | made applicable by Federal Rule of Bankruptcy Procedure 9017.  If the responding party does not |
| 27 | so consent, the opposition shall include a separate statement identifying each disputed material |
| 28 | factual issue.  The separate statement shall enumerate discretely each of the disputed material |

1  factual issues and cite the particular portions of the record demonstrating that a factual issue is
2  both material and in dispute.  Failure to file the separate statement shall be construed as consent to
3  resolution of the motion and all disputed material factual issues pursuant to Federal Rule of Civil
4  Procedure 43(e).
5       PLEASE TAKE NOTICE THAT IN ACCORDANCE WITH LOCAL BANKRUPTCY
6  RULE 9014-1(d)(3), FAILURE TO TIMELY FILE WITH THE CLERK OF THE COURT AND
7  SERVE UPON MOVING PARTY WRITTEN OPPOSITION WITH SUPPORTING
8  EVIDENCE, AS REQUIRED BY LOCAL BANKRUPTCY RULE 9014-1(f)(1)(ii), MAY
9  RESULT IN THE COURT GRANTING THE REQUESTED RELIEF WITHOUT ORAL
10 ARGUMENT AND THE STRIKING OF ANY UNTIMELY WRITTEN OPPOSITION.

DATED:  June 11, 2014            SEVERSON & WERSON
                                 A Professional Corporation

                                 By:     /s/ Bernard J. Kornberg
                                             Bernard J. Kornberg

                                 Attorneys for Ocwen Loan Servicing, LLC, OneWest
                                 Bank, FSB, and U.S. Bank National Association, as
                                 trustee for the Lehman XS Trust Mortgage Pass-
                                 Through Certificates 2007-4N